United States District Court
**DISTRICT OF UTAH**

| UNITED STATES OF AMERICA | **EXHIBIT LIST** |
|---|---|
| v. | **CASE NUMBER:** 2:17CR00037-DB |
| CLAUD R. KOERBER | |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEYS | DEFENDANT'S ATTYS. |
|---|---|---|
| | Stewart C. Walz | |
| | Ruth Hackford-Peer | |
| Dee Benson | Aaron Clark | Marcus Mumford |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| | | |

| PLF. NO. | DEF. NO. | BATES NUMBER | DESCRIPTION OF EXHIBITS |
|---|---|---|---|
| 1 | | FBI302-018-0149 | Internet Seminar Advertisement |
| 2 | | FS099060 | Chase Bank Statement November 2005 |
| 2a | | ZFNB-01-00004 | Wire Transfer $850,000 11/4/05 |
| 3 | | FS100740, ZFNB-01-00068 | Chase Bank Statement July 2006 |
| 3a | | ZFNB-01-00068 | Wire Transfer $500,000 7/6/05 |
| 4 | | FBI-04-01141 | Zions Bank Statement 5/31/07 showing 1,000,000 wire |
| 5 | | FS099061 | Chase Bank Statement 11/1/05 showing $147500 wire transfer |
| 5a | | ZFNB-01-00006 | Wire Transfer of $147,500 dated 11/8/05 |
| 6 | | FS114795 | Chase Bank Statement showing $428,350 wire transfer on 1/13/06 |
| 6a | | FS114860 | Wire transfer 1/13/06 of $428,350 |
| 6b | | ZFNB-01-00259 | Wire transfer 1/13/06 of $428,350 |
| 7 | | FS100280 | Wire transfer 6/6/06 of $415,400 |
| 7a | | ZFNB-01-00062 | Wire transfer 6/6/06 of $415,400 |
| 8 | | FS100741 | Chase Bank Statement showing $415,400 wire transfer 7/6/06 |
| 9 | | FS100718 | Chase Bank statement showing wire to MIWE 9/6/806 - no amount (cover w/ stiches I think) |
| 10 | | FS113937 | Chase Bank Statement showing wire to symbolic of Nev. on 9/13/06 for $296,793.25 |
| 10a | | FS114245 | Bank One net wire 9/13/06 for $296,793.25 |
| 10b | | ZFNB-01-00148 | Wire transfer 9/13/06 for $296,793.25 |
| 10c | | FBI-04-01527 thru 47 | Lamborghini of Las Vegas wire receipt for $296,793.25 on 9/13/06 |

| | | | CASE NO. |
|---|---|---|---|
| | UNITED STATES v. CLAUD R. KOERBER | | 2:17CR00037-DB |

| PLF. NO. | DEF. NO. | BATES NUMBER | DESCRIPTION OF EXHIBITS |
|---|---|---|---|
| 11 | | FBI-04-07143 | Founder's Capital Investment statement showing $125,000 wire transfer on 5/22/07 to MIWE Holdings and $126,536.47 to Matson Magleby and $109,226.45 to Atlas Capital same date |
| 11a | | FS131007 | Wire transfer entry for $125,000 wire 5/22/07 |
| 12 | | FBI-04-01143 | Wire transfer entry for $126,536.47 on 5/22/07 |
| 12a | | FS131013 | Wire transfer for $126,536.47 |
| 13 | | FBI-04-01143 | Wire Transfer entry for $109,226.45 to Atlas Capital 5/22/07 |
| 13a | | FS131006 | Wire Transfer for $109,226.45 |
| 14 | | UTDOC-12-00713 | Email from Paul Bouchard to Austin Westmoreland 9/21/07 |
| 15 | | FS100753 | Chase Bank Statent showing debit of $218,896.27 on check 1360 and $213,459.67 on check 1361 |
| 15a | | IRS-03-01966 | Check 1360 payable to Steve Harris Imports for $218,896.27 dated 6/2/06 |
| 15b | | IRS-03-01964 thru 73 | Contract for sale of Ferrari dated 6/2/06 |
| 15c | | FS180827 | Email re: two Ferrari's dated 7/5/06 |
| 16 | | IRS-03-01975 | Check 1361 payable to Steve Harris Imports for $213,459.67 |
| 16a | | IRS-03-01975 thru 81 | Contract for sale of Ferrari dated 6/2/06 |
| 17 | | | IRS transcript of account for Koerber for 2005 |
| 18 | | | IRS transcript of account for Koerber for 2006 |
| 19 | | | Founder's Capital Quickbooks 2004-2007 |
| 20 | | | Franklin Squires Quickbooks 2004-2007 |
| 21 | | FBI-010338 | Founder's Capital Promissory Notes |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | Recording of January, 2008 meeting |
| 25a | | | Transcript of recording of January, 2008 meeting |
| 26 | | | Creative Real Estate Lifestyles Magazine, Fall 2005 |
| 27 | | | Creative Real Estate Lifestyles Magazine, Winter 2005/2006 |
| 28 | | | Creative Real Estate Lifestyles Magazine, Spring 2006 |
| 29 | | | Creative Real Estate Lifestyles Magazine, Summer 2006 |
| 30 | | | Creative Real Estate Lifestyles Magazine, Fall 2006 |

AO 187A (Rev. 7/87)      **EXHIBIT LIST - CONTINUATION**

| UNITED STATES v. CLAUD R. KOERBER | | CASE NO. 2:17CR00037-DB |

| PLF. NO. | DEF. NO. | BATES NUMBER | DESCRIPTION OF EXHIBITS |
|---|---|---|---|
| 31 | | | Creative Real Estate Lifestyles Magazine, Winter 2006/2007 |
| 32 | | | Creative Real Estate Lifestyles Magazine, Spring 2007 |
| 33 | | | Prosperity Lifestyles, Summer 2007 |
| 34 | | | Seminar Flyers for 1/2005 seminar in St. George |
| 34a | | FS184306 | Email from Koerber re: Las Vegas seminar |
| 35 | | FBI302-012-0082 | Real Estate Equity Mill Flyer |
| 36 | | FBI302-012-0084 thru 85 | Real Estate Equity Mill Flyer (different format) |
| 37 | | FS108225 | Franklin Squires Reimbursement Form 9/26/05 for JTH Publishing for $55,779.92 |
| 37a | | FS114625 | Franklin Squires Reimbursement Request Form 12/19/05 for JTH Publishing for $60,604.95 |
| 37b | | FS10975 | Franklin Squires Reimbursement Request Form 3/15/06 for JTH Publishing for $70,069.95 |
| 37c | | FS113994 | Franklin Squires Reimbursement Request Form 9/15/06 for JTH Publishing for $70,384.95 |
| 37d | | FS130463 | Franklin Squires Reimbursement Request Form 3/29/07 for JTH Publishing for $53,020.95 |
| 38 | | | Recording of 9/13/07 St. George Meeting |
| 38a | | | Transcript of Excerpts from St. George Meeting |
| 40 | | | Section of media disc prin. 4 |
| 40a | | | Transcript of section of media disc prin. 4 |
| 41 | | | Section of media disc prin. 9 |
| 41a | | | Transcript of section of media disc prin. 9 |
| 42 | | | Section of media disc prin. 10 |
| 42a | | | Transcript of section of media disc prin. 10 |
| 43 | | | Section of media disc prin. 11 |
| 43a | | | Transcript of section of media disc prin. 11 |
| 44 | | | Section of media disc prin. 13 |
| 44a | | | Transcript of section of media disc prin. 13 |
| 45 | | | Section of summary of 13 prin. disc |
| 45a | | | Transcript of section of summary of 13 prin. summary |
| 46 | | | |

| UNITED STATES v. CLAUD R. KOERBER | | | CASE NO. 2:17CR00037-DB |
|---|---|---|---|
| PLF. NO. | DEF. NO. | BATES NUMBER | DESCRIPTION OF EXHIBITS |
| 47 | | FBI-09-00427 thru 28 | Email Koerber to Isom dated 12/30/04 |
| 47a | | FBI-00-03054 | $250,000 note Founder's Capital to MIWE dated 1/5/05 |
| 47b | | FBI-00-03062 | $1,190,000 note Franklin Squires to MIWE dated 4/5/05 |
| 47c | | FBI-00-3064 thru 65 | $250,000 note Franklin Squires to MIWE dated 12/30/04 |
| 47d | | FBI1A-07-0001 thru 02 | Sketch of Equity Mill by Isom |
| 48 | | FBI-00-0040, UTDOC-48-01039 | 8/13/07 to New Castle Holdings Real Estate Creditors |
| 49 | | FBI-000160 thru 61 | 8/21/07 Letter to New Castle Holdings Real Estate Creditor |
| 50 | | FBI-000716 thru 18 | Email from Kirby to undisclosed recipients 8/6/07 |
| 51 | | FBI-002816 | Letter dated 8/12/08 – Request for Verification of Assets |
| 52 | | FBI302-073-0027 thru 29 | Minutes of Founder's Capital Member Meeting 3/19/08 |
| 53 | | FBI302-073-0030 thru 31 | Minutes of Founder's Capital Member Meeting 4/2/08 |
| 54 | | FBI-005-00915 thru 17 | Minutes of Founder's Capital Member Meeting 5/21/08 |
| 55 | | FS133015 | Email from Clyne Long to Forrest Allen dated 4/27/06 |
| 56 | | CL-000001 thru 07 | List of People re: Clyne Long |
| 57 | | FS129733 | Email string between Koerber and Alisha Johnson 1/29/07 |
| 57a | | FS130895 | Email string between Koerber and Alisha Johnson 1/22/07 |
| 57b | | FS100405 | Email string between Koerber and Alisha Johnson 12/15/06 |
| 57c | | FS100410 | Email string between Koerber and Alisha Johnson 12/20/06 |
| 57d | | FS100476 | Email string between Koerber and Alisha Johnson 11/8/06 |
| 57e | | FS100415 | Email between Rachelle Taylor and Koerber 12/19/06 |
| 57f | | FS100419 | Email between Rachelle Taylor and Koerber 12/18/06 |
| 57g | | FS100448 | Email between Rachelle Taylor and Koerber 11/21/06 |
| 57h | | FS13083 | Email between Rachelle Taylor and Koerber 2/26/07 |
| 57i | | FS130904 | Email between Rachelle Taylor and Koerber 1/15/07 |
| 57j | | FS130912 | Email between Rachelle Taylor and Koerber 1/12/07 |
| 57k | | IRS-04-00398 | Email between Rachelle Taylor and Koerber 8/25/06 |
| 57l | | FS130825 | Email between Rachelle Taylor and Koerber 3/12/07 |
| 57m | | FS130892 | Email between Rachelle Taylor and Koerber 1/22/07 |
| 57n | | IRS-04-00421 thru 22 | Email string between Rachelle Taylor and Koerber 6/15/07 Subject: Bank account balances |

| UNITED STATES v. CLAUD R. KOERBER | | | CASE NO. 2:17CR00037-DB |
|---|---|---|---|
| PLF. NO. | DEF. NO. | BATES NUMBER | DESCRIPTION OF EXHIBITS |
| 58 | | FS112444 | Franklin Squires Payment Request Form 3/3/2005 |
| 58a | | FS106554 | Franklin Squires Payment Request Form 5/17/05 |
| 58b | | FS099123 | Franklin Squires Payment Request Form 12/7/05 |
| 58c | | FS099932 | Franklin Squires Payment Request Form 1/5/06 |
| 58d | | FS114445 | Franklin Squires Payment Request Form 1/18/06 |
| 58e | | FS115163 | Franklin Squires Payment Request Form 1/26/06 |
| 58f | | FS099787 | Franklin Squires Payment Request Form 3/1/06 |
| 58g | | FS099788 | Franklin Squires Payment Request Form 3/25/06 |
| 58h | | FS09830 | Franklin Squires Payment Request Form 5/1/06 ($135,759.68) |
| 58i | | FS110198 | Franklin Squires Payment Request Form 5/1/06 ($116,765.61) |
| 58j | | FS111023 | Franklin Squires Payment Request Form 7/7/06 ($100,512.68) |
| 58k | | FS111546 | Franklin Squires Payment Request Form 7/7/06 ($110,506.75 |
| 58l | | FS111521 | Franklin Squires Payment Request Form 8/1/06 ($108,677.03) (not funded)? |
| 58m | | FS130687 | Franklin Squires Payment Request Form 12/12/06 |
| 58n | | FS095027 | Franklin Squires Payment Request Form 12/13/06 |
| 58o | | FS115607 | Franklin Squires Payment Request Form 1/15/07 |
| | | | |
| 59 | | UTDOC-49-01211 thru 12 | Change of Principal and/or Interest – Kimber Academy |
| 60 | | FS167398 | Resolution of Claud R. Koerber Central Management date 12/31/06 (Ex. 104) |
| 61 | | FS096902 thru 915 | Franklin Squires Companies Group Handout 3/14/05 |
| | | | |
| | | | |
| | | | |
| 65 | | FS105000 | Global Central Management letter to Global Central Investor/Vendor dated 8/10/05 |
| 66 | | FS105007 | Letter to Forrest Allen from Koerber dated 8/23/05 re: Global Central Pay off |
| 67 | | FS105003 | Global Central Payoff List |
| 68 | | FBI-04-00920 thru 24 | Stipulated Order of Settlement with Secretary of State of Wyoming 11/22/2000 |
| 70 | | FBI-00619 | Operating Agreement for Main Street XXX Group LLC |

| | | UNITED STATES v. CLAUD R. KOERBER | CASE NO. 2:17CR00037-DB |
|---|---|---|---|
| PLF. NO. | DEF. NO. | BATES NUMBER | DESCRIPTION OF EXHIBITS |
| | | | effective 3/15/06 |
| 71 | | FS110767 | Email from Richard Dutcher to Forrest Allen dated 6/30/06 |
| 72 | | FS114082 | Email from Richard Dutcher to Forrest Allen dated 9/18/06 |
| 73 | | FS094558 | Invoice to Koerber/Franklin Squires for $30,000 for portrait |
| 74 | | FS109748 | Franklin Squires Reimbursement Request Form 4/5/06 for $22,137.50 |
| | | | |
| 80 | | FBI302-028-0016 | Rudder Holding Co. Holding Commitment Agreement with Iceberg Opportunities |
| 80a | | FBI302-028-0024 thru 48 | Operating Agreement for Iceberg Opportunities |
| 81 | | | Operating Agreement of Iceberg Opportunities LLC |
| 82 | | FBI302-028-0050 | Iceberg Reimbursement Request Forms and Email |
| 83 | | FS111520 | Email Kelly Christensen to Forrest Allen 7/27/06 |
| 84 | | FS176030 | Grand America Conference Recap 4/21/06 |
| 85 | | FBI302-028-0663 thru 66 | Email Claud Koerber to rcsousen et al 11/19/09 |
| 90 | | FBI302-026-0014 | Email chain – C. Carroll to Koerber and reply – 8/30/06 and 8/31/06 |
| 91 | | FBI302-080-0373 thru 75 | Email dated 6/18/07 from Koerber to C. Carroll |
| 92 | | FS 070702 | Franklin Squires Membership Packet p. 3 (Craig Carroll) |
| 93 | | | Email Koerber to D. Clarke 6/18/07 |
| 93a | | FBI-07-00610 thru 17 | Email chain – Kim Tingey and Jason Vaughn 6/07 |
| 93b | | IRS-04-00555 | Freestyle Holdings Letter to Investors dated 7/17/07 |
| 94 | | IRS-04-00566 | Email response to John Cooke from Koerber dated 10/16/07 |
| 95 | | FBI-04-01194 | Change of Principal – Matson Magleby 7/5/07 |
| 96 | | FBI302-084-0009 | Email from David Kirby to Matson Magleby dated 12/19/07 |
| 97 | | IRS-09-02431-46 | David Shipley email conversation with Koerber 2/20/08 (D52) |
| | | | |
| 100 | | FBI-04-0050 thru 03 | Dental Bill and Records for Koerber |
| 101 | | | Insurance Documents – Union Central Insurance |

| PLF. NO. | DEF. NO. | BATES NUMBER | DESCRIPTION OF EXHIBITS |
|---|---|---|---|
| | | | UNITED STATES v. CLAUD R. KOERBER — CASE NO. 2:17CR00037-DB |
| 102 | | ACC-02-00001 thru 189, ACC-01-00001 thru 114 | Documents from adoption file |
| 103 | | FS180355 | Rick's Menu |
| | | | |
| 105 | | FBI-04-01067 thru 77 | Wilkinson, Cooley & Co. compilation dated 8/24/07 |
| 106 | | FS 056968 | REPC – 11/06 for Heber Cabin |
| 107 | | FS 057101 thru 03 | Settlement Statement 11/30/06 |
| 108 | | UTDOC-12-00376 thru 89 | REPC dated 4/3/07 for Heber Cabin |