Marcus R. Mumford (12737)
Amanda B. Mendenhall (15677)
**MUMFORD PC**
405 S. Main Street, Suite 850
Salt Lake City, Utah 84111
Telephone: (801) 428-2000
mrm@mumfordpc.com
amanda@mumfordpc.com
*Attorneys for Defendant*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **NOTICE OF APPEARANCE OF COUNSEL** |
| Plaintiff, | |
| v. | Case No. 2:17-CR-37 RS |
| CLAUD R. KOERBER, | District Judge Robert J. Shelby |
| | Magistrate Judge Paul M. Warner |
| Defendant. | |

Notice is hereby given of the entry of appearance of Amanda B. Mendenhall as counsel

for Defendant Claud R. Koerber in the above-entitled action. In addition to current counsel,

Marcus R. Mumford, all further notice and copies of pleadings, papers and other material

relevant to this action should be directed and served upon:

> Amanda B. Mendenhall
> **MUMFORD PC**
> 405 S. Main Street, Suite 850
> Salt Lake City, Utah 84111
> amanda@mumfordpc.com

Respectfully submitted this 25th day of August, 2017.

*/s/ Amanda B. Mendenhall*
Amanda B. Mendenhall
Counsel for Claud R. "Rick" Koerber

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2017, I caused a true and correct copy of the foregoing

NOTICE OF APPEARANCE OF COUNSEL to be filed electronically via the Court's CM/ECF

system which served electronic notification on all counsel of record.

/s/ Amanda Mendenhall
Amanda Mendenhall