# United States District Court

## CENTRAL DISTRICT OF UTAH

**EXHIBIT AND WITNESS LIST**

USA v. Claud R. Koerber  CASE NUMBER: **2:17-cr-00037 RJS**

| PRESIDING JUDGE<br>**Robert J. Shelby** | PLAINTIFF'S ATTORNEY<br>Stewart Walz, Tyler Murray, Aaron Clark, Ruth Hackford-Peer | DEFENDANT'S ATTORNEY<br>**Marcus Mumford** |
|---|---|---|
| TRIAL DATE(S)<br>**8/22/2017** | COURT REPORTER<br>Ray Fenlon, Laura Robinson, Patti Walker, Kelly Hicken | COURTROOM DEPUTY<br>**Mary Jane McNamee** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 8/23/2017 | | | |
| | | | | | **witness - Edwin Peter Hansen II** |
| 1 | | | X | X | Internet Seminar Advertisement |
| 40 | | | X | X | Section of media disc prin. 4 (2 clips) |
| 41 | | | X | X | Section of media disc prin. 9 (1 clip) |
| 42 | | | X | X | Section of media disc prin. 10 (1 clip) |
| 43B | | | X | X | Revised video clip of media disc prin. 11 (1 clip) |
| 44 | | | X | X | Section of media disc prin. 13 (1 clip) |
| 45 | | | X | X | Section of summary of 13 prin. disc (1 clip) |
| | | | | | **witness - Kristy Morgan, IRS Court Witness Coordinator** |
| 17A | | | X | X | IRS Certification of Lack of Record fro 2004, 2005 and 2006 |
| 18A | | | X | X | Certified IRS account transcript for Koerber for tax period 2003 |
| 18B | | | X | X | Certified IRS account transcript for Koerber for tax period 2004 |
| 18C | | | X | X | Certified IRS account transcript for Koerber for tax period 2005 |
| 18D | | | X | X | Certified IRS account transcript for Koerber for tax period 2006 |
| | | | | | |
| | | | | | **witness - Cameron Saxey, FBI** |
| 146 | | | X | X | Audio (6 clips) from 2-13-2009 Interview of Claud Rick Koerber |
| | | | | | |
| | | | | | **witness - Dale Clarke** |
| 35 | | | X | X | Real Estate Equity Mill Flyer |
| 36 | | | X | X | Real Estate Equity Mill Flyer (different format) |
| 93 | | | X | X | Email Koerber to D. Clarke 6/18/07 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.   Page 1 of  16   Pages

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST - CONTINUATION**

| | USA vs. Claud R. Koerber | | | | CASE NO.<br>2:17-cr-00037 RJS |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | 8/24/2017 | | | |
| 2 | | | X | X | Chase Bank Statement November 2005 |
| 2A | | | X | X | Wire Transfer $850,000 11/4/05 |
| 3 | | | X | X | Chase Bank Statement July 2006 |
| 3A | | | X | X | Wire Transfer $500,000 7/6/05 |
| 4 | | | X | X | Zions Bank Statement 5/31/07 showing 1,000,000 wire |
| 5 | | | X | X | Chase Bank Statement 11/1/05 showing $147500 wire transfer |
| 5A | | | X | X | Wire Transfer of $147,500 dated 11/8/05 |
| 6 | | | X | X | Chase Bank Statement showing $428,350 wire transfer on 1/13/06 |
| 6A | | | X | X | Wire transfer 1/13/06 of $428,350 |
| 6B | | | X | X | Wire transfer 1/13/06 of $428,350 |
| 6C | | | X | X | Franklin Squires Investments account debit transfer 1/13/06 of $450,000 |
| 6D | | | X | X | Franklin Squires Investments account credit transfer 1/13/06 of $450,000 |
| 7 | | | X | X | Wire transfer 6/6/06 of $415,400 |
| 7A | | | X | X | Wire transfer 6/6/06 of $415,400 |
| 8 | | | X | X | Chase Bank Statement showing $415,400 wire transfer 7/6/06 |
| 9 | | | X | X | Chase Bank statement showing wire to MIWE |
| 10 | | | X | X | Chase Bank Statement showing wire to symbolic of Nev. on 9/13/06 for $296,793.25 |
| 10A | | | X | X | Bank One net wire 9/13/06 for $296,793.25 |
| 10B | | | X | X | Wire transfer 9/13/06 for $296,793.25 |
| 10C | | | X | X | Lamborghini of Las Vegas wire receipt for $296,793.25 on 9/13/06 |
| 11 | | | X | X | Founder's Capital Investment statement showing $125,000 wire transfer on 5/22/07 to MIWE Holdings and $126,536.47 to Matson Magleby and $109,226.45 to Atlas Capital same date |
| 11A | | | X | X | Wire transfer entry for $125,000 wire 5/22/07 |
| 12 | | | X | X | Wire transfer entry for $126,536.47 on 5/22/07 |
| 12A | | | X | X | Wire transfer for $126,536.47 |
| 13 | | | X | X | Wire Transfer entry for $109,226.45 to Atlas Capital 5/22/07 |
| 13A | | | X | X | Wire Transfer for $109,226.45 |
| 15 | | | X | X | Chase Bank Statement showing debit of $218,896.27 on check 1360 and $213,459.67 on check 1361 |
| 15A | | | X | X | Check 1360 payable to Steve Harris Imports for $218,896.27 dated 6/2/06 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

| USA vs. Claud R. Koerber | | | | | CASE NO.<br>2:17-cr-00037 RJS |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 15B | | 8/24/2017 | X | X | Contract for sale of Ferrari dated 6/2/06 |
| 16 | | | X | X | Check 1361 payable to Steve Harris Imports for $213,459.67 |
| 16A | | | X | X | Contract for sale of Ferrari dated 6/2/06 |
| 37 | | | X | X | Franklin Squires Reimbursement Form 9/26/05 for JTH Publishing for $55,779.92 |
| 37A | | | X | X | Franklin Squires Reimbursement Request Form 12/19/05 for JTH Publishing for $60,604.95 |
| 37B | | | X | X | Franklin Squires Reimbursement Request Form 3/15/06 for JTH Publishing for $70,069.95 |
| 37C | | | X | X | Franklin Squires Reimbursement Request Form 9/15/06 for JTH Publishing for $70,384.95 |
| 37D | | | X | X | Franklin Squires Reimbursement Request Form 3/29/07 for JTH Publishing for $53,020.95 |
| 47A | | | X | X | $250,000 note Founder's Capital to MIWE dated 1/5/05 |
| 47B | | | X | X | $1,190,000 note Franklin Squires to MIWE dated 4/5/05 |
| 47C | | | X | X | $250,000 note Franklin Squires to MIWE dated 12/30/04 |
| 58 | | | X | X | Franklin Squires Payment Request Form 3/3/2005 |
| 58A | | | X | X | Franklin Squires Payment Request Form 5/17/05 |
| 58B | | | X | X | Franklin Squires Payment Request Form 12/7/05 |
| 58C | | | X | X | Franklin Squires Payment Request Form 1/5/06 |
| 58D | | | X | X | Franklin Squires Payment Request Form 1/18/06 |
| 58E | | | X | X | Franklin Squires Payment Request Form 1/26/06 |
| 58F | | | X | X | Franklin Squires Payment Request Form 3/1/06 |
| 58G | | | X | X | Franklin Squires Payment Request Form 3/25/06 |
| 58H | | | X | X | Franklin Squires Payment Request Form 5/1/06 ($135,759.68) |
| 58I | | | X | X | Franklin Squires Payment Request Form 5/1/06 ($116,765.61) |
| 58J | | | X | X | Franklin Squires Payment Request Form 7/7/06 ($100,512.68) |
| 58K | | | X | X | Franklin Squires Payment Request Form 7/7/06 ($110,506.75 |
| 58L | | | X | X | Franklin Squires Payment Request Form 8/1/06 ($108,677.03) |
| 58M | | | X | X | Franklin Squires Payment Request Form 12/12/06 |
| 58N | | | X | X | Franklin Squires Payment Request Form 12/13/06 |
| 58O | | | X | X | Franklin Squires Payment Request Form 1/15/07 |
| 101 | | | X | X | Insurance Documents – Union Central Insurance |
| 128 | | | X | X | Rick Koerber LLC bank account (Zions Bank X0343) |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

| | USA vs. Claud R. Koerber | | | | CASE NO.<br>2:17-cr-00037 RJS |
|---|---|---|---|---|---|
| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 129 | | **8/24/2017** | X | X | Founders Capital Investments bank account records (Chase Bank |
| 130 | | | X | X | FranklinSquires Investments – Marketing bank account record (Chase Bank X1807) |
| 131 | | | X | X | Founders Capital bank account records (Chase Bank X1815) |
| 132 | | | X | X | Hill Erickson bank account records (Chase Bank X1823) |
| 133 | | | X | X | FranklinSquires Investments bank account records (Chase Bank |
| 134 | | | X | X | Founders Capital Investments bank account records (Zions Bank |
| 135 | | | X | X | Founders Capital bank account records (Chase Bank X3297) |
| 136 | | | X | X | Rick Koerber LLC bank account records (Key Bank X4769) |
| 137 | | | X | X | New Castle Holdings bank account record (Chase Bank X8082) |
| 138 | | | X | X | Founders Capital bank account records (Chase Bank X8587) |
| 139 | | | X | X | New Castle Holdings bank account records (Chase Bank X8694) |
| 140 | | | X | X | FranklinSquires Investments bank account records (Chase Bank |
| 141 | | | X | X | FranklinSquires Investments bank account records (Chase Bank |
| | | | | | **witness - Matson Magleby** |
| 95 | | | X | X | Change of Principal – Matson Magleby 7/5/07 |
| | 530A | | X | X | Promissory Note dated 1/3/2005 |
| | | | | | |
| | | | | | **witness - Frank Breitenstein** |
| | | 8/25/2017 | | | |
| | | | | | **witness Nicklas Bartetzko** |
| 35 | | | X | X | Real Estate Equity Mill Flyer |
| 26 | | | X | X | Creative Real Estate Lifestyles Magazine, Fall 2005 |
| 29 | | | X | X | Creative Real Estate Lifestyles Magazine, Summer 2006 |
| 32 | | | X | X | Creative Real Estate Lifestyles Magazine, Spring 2007 |
| 33 | | | X | X | Prosperity Lifestyles, Summer 2007 |
| | 405 | | X | X | Promissory Note |
| | 406 | | X | X | Promissory Note between MIWE Holdings and Nick and Adela |
| | 407 | | X | X | Promissory Note dated 12/5/2005 |
| | 408 | | X | X | Promissory Note dated 7/1/2006 |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST - CONTINUATION**

| | | **USA vs. Claud R. Koerber** | | | CASE NO. **2:17-cr-00037 RJS** |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | **8/25/2017** | | | |
| | 409 | | X | | Confidential Private Offering Memorandum dated 10/30/2006 (Not admitted) |
| | 410 | | X | | Rayhar Legacy Prom. Note, dated 3/14/2007 (Not Received) |
| | 411 | | | | Rayhar Legacy Prom. Note dated 7/20/2007 (Not Offered or Received) |
| | 403 | | X | | Letter dated February 11, 2008 from Rayhar Legacy (Not Received) |
| | 404 | | X | | Letter dated 3/24/2008 from Rayhar Legacy (Not Received) |
| | | | | | |
| | | | | | **witness - Michael Glenn Isom** |
| 47D | | | X | | (Not Admitted) |
| 34 | | | X | X | Seminar Flyers for 1/200 5 seminar in St. George |
| 47C | | | X | X | $250,000 note Franklin Squires to MIWE dated 12/30/04 |
| 47B | | | X | X | $1,190,000 note Franklin Squires to MIWE dated 4/5/05 |
| 47 | | | X | X | Email from Koerber to Isom dated 12/30/04 |
| 145 | | | X | X | Email from Isom to Forrest Allen, dated 05-09-2005 |
| 25 | | | X | X | Recording of February, 2008 meeting (9 clips) |
| 38 | | | X | X | Recording of 9/13/07 St. George Meeting (8 clips) |
| 39 | | | X | X | Audio Recording of 09/20/09 Isom – Koerber Meeting (1 clip) |
| | | | | | |
| | | **8/28/2017** | | | |
| | | | | | **witness - Michael Glenn Isom** |
| 112 | | | X | X | Isom Rescission Offer Letter dated 11/19/2007 |
| 39 | | | X | X | Audio Recording of 09/20/09 Isom – Koerber Meeting |
| 25C | | | X | X | Drawing by Isom (demonstrative chart) |
| | 405 | | X | X | Promissory Note |
| | 408 | | X | X | Promissory Note dated 7/1/2006 |
| | 409 | | X | X | Confidential Private Offering Memo from Rayhar Legacy LLC |
| | 541 | | | | Not offered - Isom: Email , 2/29/2008 to Koerber (Not Admitted) |
| | 403 | | X | X | 2/11/2008 to Noteholders of Rayhar from Isom and Alevas |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

| | USA vs. Claud R. Koerber | | | | CASE NO. 2:17-cr-00037 RJS |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | **8/28/2017** | | | |
| | | | | | **witness - Michael Glenn Isom** |
| | | | | | Clip 1 - played for Impeachment only |
| | 404 | | X | X | 3/24/2008 - letter from Rayhar to Note Holders |
| | | | | | |
| | | **8/29/2017** | | | |
| | | | | | **witness - Michael Glennn Isom** |
| | 415 | | X | X | 11/1/2007 letter to MiWe Holdings from C. Rick Koerber |
| | 414 | | X | X | Rayhar Legacy LLC Records daated6/27/2009 |
| 47 | | | X | X | Email from Koerber to Isom dated 12/30/04 |
| | 412 | | | | Request for withdrawal of funds dated 9/5/2007 (Not Admitted) |
| | 552C | | X | | Clip - Played for the jury for impeachment purposes (Not Admitted) |
| | 552A | | X | | Clip - Played for the jury for impeachment purposes (Not Admitted) |
| 25D | | | X | | Michael Isom's Statement in Advance of Plea Agreement (Not Admitted) |
| 25E | | | X | X | Email from Koeber dated 6/20/2009 to Mike Bergen - Rayhar's |
| | | | | | **witness - Forrest Allen** |
| 19 | | | X | X | Founder's Capital QuickBooks 2004-2007 |
| 19A | | | X | X | Founder's Capital QuickBooks printouts |
| 20 | | | X | X | Franklin Squires QuickBooks 2004-2007 |
| 20A | | | X | X | Franklin Squires QuickBooks printouts |
| 22 | | | X | X | Founders Capital Investments QuickBooks 2005-2007 |
| 22A | | | X | X | Founders Capital Investments QuickBooks printouts |
| 23 | | | X | X | Hill Erickson QuickBooks 2005-2007 |
| 23A | | | X | X | Hill Erickson QuickBooks printouts |
| 24 | | | X | X | New Castle QuickBooks 2005-2007 |
| 24A | | | X | X | New Castle QuickBooks printouts |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **USA vs. Claud R. Koerber** — CASE NO. 2:17-cr-00037 RJS |
| | | 8/30/2017 | | | |
| | | | | | **witness - Forrest Allen** |
| 21 | | | X | X | Founders Capital Promissory Note Spreadsheet dated 5/18/2007 |
| 6C | | | X | X | Franklin Squires Investments account debit transfer 1/13/06 of $450,000 |
| 109 | | | X | X | coin |
| 6B | | | X | X | transaction details - wire to Union LA AKA UBOC Bex Engraing Co. |
| 9 | | | X | X | Chase Bank statement showing wire to MIWE 9/6/806 - no amount |
| 10 | | | X | X | Chase Bank Statement showing wire to symbolic of Nev. on 9/13/06 for |
| 12 | | | X | X | Wire transfer entry for $126,536.47 on 5/22/07 |
| | | | | | |
| | | | | | **witness Dean S. Hamilton** |
| 106 | | | X | X | REPC – 11/06 for Heber Cabin |
| 107 | | | X | X | Settlement Statement 11/30/06 |
| | ~~700~~ | w/d | | | Appraisal of 1000 East 3000 South Hamilton Place, Heber City UT |
| | 420 | | X | X | Appraisal of 10000 East 3000 South Hamilton Place, Heber City UT Property - FS057041 to FS057090 |
| | 421 | | X | X | Warranty Deed from FS057104 to FS057115 |
| | | | | | |
| | | | | | **witness - Forrest Allen** |
| 12 | | | | | Wire transfer entry for $126,536.47 on 5/22/07 (Not Admitted) |
| 4 | | | | | Zions Bank Statement 5/31/07 showing 1,000,000 wire (Not Admitted) |
| 55 | | | X | X | Email from Clyne Long to Forrest Allen dated 4/27/06 |
| 21 | | | X | X | Founders Capital Promissory Note Spreadsheet dated 5/18/2007 |
| 57 | | | X | X | Email string between Koerber and Alisha Johnson 1/29/07 |
| 57A | | | X | X | Email string between Koerber and Alisha Johnson 1/22/07 |
| 57B | | | X | X | Email string between Koerber and Alisha Johnson 12/15/06 |
| 57C | | | X | X | Email string between Koerber and Alisha Johnson 12/20/06 |
| 57D | | | X | X | Email string between Koerber and Alisha Johnson 11/8/06 |
| 57E | | | X | X | Email between Rachelle Taylor and Koerber 12/19/06 |
| 57F | | | X | X | Email between Rachelle Taylor and Koerber 12/18/06 |

# EXHIBIT AND WITNESS LIST - CONTINUATION

| | USA vs. Claud R. Koerber | | | | CASE NO. 2:17-cr-00037 RJS |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 8/30/2017 | | | |
| 57G | | | X | X | Email between Rachelle Taylor and Koerber 11/21/06 |
| 57H | | | X | X | Email between Rachelle Taylor and Koerber 2/26/07 |
| 57I | | | X | X | Email between Rachelle Taylor and Koerber 1/15/07 |
| 57J | | | X | X | Email between Rachelle Taylor and Koerber 1/12/07 |
| 57K | | | X | X | Email between Rachelle Taylor and Koerber 8/25/06 |
| 57L | | | X | X | Email between Rachelle Taylor and Koerber 3/12/07 |
| 57M | | | X | X | Email between Rachelle Taylor and Koerber 1/22/07 |
| 57N | | | X | X | Email string between Rachelle Taylor and Koerber 6/15/07 Subject: Bank account balances |
| 26A | | | X | X | Letter to All Students from Rick Koerber dated 2/24/06 |
| 26 | | | X | X | Creative Real Estate Lifestyles Magazine, Fall 2005 O |
| 59 | | | X | X | Change of Principal and/or Interest – Kimber Academy |
| 60 | | | X | X | Resolution of Claud R. Koerber Central Management date 12/31/06 |
| 65 | | | X | X | Global Central Management letter to Global Central Investor/Vendor dated 8/10/05 |
| 66 | | | X | X | Letter to Forrest Allen from Koerber dated 8/23/05 re: Global Central |
| 67 | | | X | X | Global Central Payoff List |
| 71 | | | X | X | Email from Richard Dutcher to Forrest Allen dated 6/30/06 |
| 72 | | | X | X | Email from Richard Dutcher to Forrest Allen dated 9/18/06 |
| | | | | | |
| | | 8/31/2017 | | | |
| | | | | | **witness - Garth Allred** |
| | 423 | | X | X | Email to Koeber from Garth Allred dated 11/8/2007 |
| | 423B | | X | X | Email dated 6/3/2005 to Koerber from Garth Allred |
| | 423A | | X | X | Email dated 12/20/2007 to Craig and Garth from Koerber |
| | | | | | |
| | | | | | **witness - Forrest Allen** |

## EXHIBIT AND WITNESS LIST - CONTINUATION

| USA vs. Claud R. Koerber | | | | | CASE NO. 2:17-cr-00037 RJS |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 9/5/2017 | | | |
| | | | | | **witness - Ryan Gardner** |
| | 430 | | X | X | Email dated 11/22/2004 from Ryan to Emily Anderson |
| | 437 | | X | | (Not Received) - Check to Franklin Squire for $350 (page 4 only) |
| | | | | | |
| | | | | | **witness - Don Hansen** |
| 102 | | | X | X | Documents from adoption file- p.5, 52-58, 68-70 |
| 102A | | | X | X | Documents from adoption file p. 10, 25-26, 61-65, 96 |
| | | | | | |
| | | | | | **witness - Kiirsten Jeppson** |
| 104 | | | X | X | Rick Koerber's Biography |
| 144 | | | X | X | Kiirsty Jeppson Meeting Notes |
| | | | | | |
| | | | | | |
| | | | | | **witness - Clark Wilkinson** |
| 105 | | | X | X | Wilkinson, Cooley & Co. compilation dated 8/24/07 |
| | 427 | | X | X | Email chain, Wilkinson and Comany dated 8/21-22, 2007 |
| | 428A | | X | X | Email Wilkinson and Company dated 8/22/2007 (and attachment) |
| | 428B | | X | | Email Wilkinson and Company dated 8/23/2007 (Not admitted) |
| | 428C | | X | | Email Wilkinson and Company dated 9/5/2007 (Not admitted) |
| | | | | | |
| | | 9/6/2017 | | | |
| | | | | | **witness - Clark Wilkinson** |
| | 423 | | X | X | Email Garth Allred dated 11/8/2007 |
| | 428B | | X | X | Email Wilkinson and Company dated 8/23/2007 |
| | 428C | | X | X | Email Wilkinson and Company dated 9/5/2007 |

# EXHIBIT AND WITNESS LIST - CONTINUATION

| | USA vs. Claud R. Koerber | | | CASE NO. 2:17-cr-00037 RJS | |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 9/6/2017 | | | **witness - Kelly Christensen** |
| 80 | | | X | X | Rudder Holding Co. & Anchor Holding Commitment Agreement with Iceberg |
| 81 | | | X | X | Operating Agreement of Iceberg Opportunities LLC |
| 82 | | | X | X | Iceberg Reimbursement Request Forms and Email |
| 83 | | | X | X | Email Kelly Christensen to Forrest Allen 7/27/06 |
| 84 | | | X | | Grand America Conference Recap 4/21/06  (Not Admitted) |
| 85 | | | X | X | Email Claud Koerber to rcsousen et al 11/19/09 |
| | | | | | |
| | | 9/7/2017 | | | |
| | | | | | **witness - Kelly Christensen** |
| | | | | | |
| | | | | | **witness - Clavell Anderson** |
| 48 | | | X | X | 8/13/07 to New Castle Holdings Real Estate Creditors |
| 61 | | | X | X | Franklin Squires Companies Group Handout 3/14/05 |
| | 439C | | X | X | Email dated 4/4/2006 from Koerber to Clavell Anderson |
| | 439D | | X | X | Email Anderson dated 5/8/2006 |
| | 439E | | X | X | Email dated 5/10/2006 from Koerber to Clavell Anderson |
| | 439A | | X | X | Email and document entitled Property Utilization Process dated 7/5/2005 |
| | | 9/8/2017 | | | |
| | | | | | **witness - Clavell Anderson** |
| | | | | | |
| | | | | | **witness - Bret Tobler** |
| 100 | | | X | X | Dental records |
| | | | | | |
| | | | | | **witness - Sophia Romero** |
| | 441 | | X | X | Chase Bank Records |
| | | | | | |
| | | | | | **witness - Jeffrey Alan Goodsell** |
| | | | | | |

# EXHIBIT AND WITNESS LIST - CONTINUATION

| USA vs. Claud R. Koerber | | | | | CASE NO. 2:17-cr-00037 RJS |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | 9/8/2017 | | | |
| | | | | | **witness - Jeffrey Alan Goodsell** |
| 73 | | | X | X | Invoice to Koerber/Franklin Squires for $30,000 for portrait |
| 74 | | | X | X | Franklin Squires Reimbursement Request Form 4/5/06 for $22,137.50 |
| | 442 | | X | X | Promissory Note dated 7/21/2005 |
| | | | | | |
| | | 9/11/2017 | | | |
| | | | | | **witness - Craig Carroll** |
| 89A | | | X | X | Session 4 - 365 Days to Freedom Flyer - bad copy |
| 89 | | | X | X | Session 4 - 365 Days to Freedom Flyer |
| 90 | | | X | X | Email chain – C. Carroll to Koerber and reply – 8/30/06 and 8/31/06 |
| 91 | | | X | X | Email dated 6/18/07 from Koerber to C. Carroll |
| | 440A | | X | X | Email dated 3/31/2001 to - Info@FranklinSquires.com |
| 89C | | | X | X | Check written by Craig Carroll |
| | | | | | **witness - Richard Alan Dutcher** |
| 70 | | | X | X | Operating Agreement for Main Street Movie Group LLC effective 3/15/06 |
| 116 | | | X | X | Evil Angel trailer [youtube.com]      (1 clip) |
| | | | | | |
| | | | | | **witness - Steven P. Osborne** |
| 32A | | | X | X | Rick Koerber A Modern Renaissance Man |
| | | | | | |
| | | 9/12/2017 | | | |
| | | | | | **witness - Steven P. Osborne** |
| | | | | | |
| 28 | | | X | X | Creative Real Estate Magazine Spring 2006 |
| 29 | | | X | X | Creative Real Estate Lifestyles Magazine, Summer 2006 |
| 31 | | | X | X | Creative Real Estate Lifestyles Magazine, Winter 2006/2007 |

# EXHIBIT AND WITNESS LIST - CONTINUATION

| USA vs. Claud R. Koerber | | | | | CASE NO. 2:17-cr-00037 RJS |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | 9/12/2017 | | | |
| | | | | | **witness - Jerel Duane Clark Jr.** |
| | | | | | |
| | 426 | | X | | (Not Admitted) Email dated 1/22/2008 from Koerber to Jerel Clark |
| | 426A | | X | X | Email (Clark) dated 1/23/2008 |
| | | | | | |
| | | | | | **witness - Paul Bouchard** |
| 14 | | | X | X | Email from Paul Bouchard to Austin Westmoreland 9/21/07 |
| | 443 | | X | X | Bouchard, Hunters Capital, Inc Promissory Note |
| | 444K | | X | | (Not Admitted) |
| | 444I | | X | | (Not Admitted) |
| | | | | | |
| | | | | | |
| | | 9/13/2017 | | | |
| | | | | | **witness- Angela Mennitt** |
| 125 | | | X | X | BEX engraving invoice |
| 142 | | | X | X | Summary Exhibits (slides 2 and 3 removed) |
| | | 9/14/2017 | | | |
| | | | | | **witness- Angela Mennitt** |
| | | | | | |
| | | 9/18/2017 | | | |
| | | | X | X | Stipulation |
| | | | | | **witness - Steven Roberts** |
| 143 | | | X | X | IRS Summary Exhibits |
| 27 | | | X | X | Creative Real Estate Lifestyles Magazine, Winter 2005/2006 |
| 30 | | | X | X | Creative Real Estate Lifestyles Magazine, Fall 2006 |
| 106 B | | | X | X | Deed in Lieu of Foreclosure dated 1/20/2007 |

# EXHIBIT AND WITNESS LIST - CONTINUATION

| USA vs. Claud R. Koerber | | | | | CASE NO. 2:17-cr-00037 RJS |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | 9/18/2017 | | | |
| | | | | | **witness - Claude Robert Koerber** |
| | 978 | | X | X | family photograph |
| | | | | | |
| | | 9/19/2017 | | | |
| | | | | | **witness - Claude Robert Koerber** |
| | 524 | | X | X | photo |
| | 520B | | X | X | video |
| | 520H | | X | X | video |
| | 520F | | X | X | video |
| | 514E | | X | X | video |
| | 514G | | X | X | video |
| | | 9/20/2017 | | | |
| | | | | | **witness - Claude Robert Koerber** |
| | 514X | | X | X | photo |
| | 534 | | X | X | FranklinSquires Fraud Alert dated 10/25/2006 |
| | 535 | | X | X | FranklinSquires Fraud Alert dated 10/27/2006 |
| | 514M | | X | X | video |
| | 514O | | X | X | video |
| | 514P | | X | X | video |
| | 514Q | | X | X | video |
| | 514R | | X | X | video |
| | 514S | | X | X | video |
| | 514U | | X | X | video |
| | 514V | | X | X | video |
| | 514H | | X | X | video |
| | 514L | | X | X | video |

## EXHIBIT AND WITNESS LIST - CONTINUATION

| | USA vs. Claud R. Koerber | | | CASE NO. 2:17-cr-00037 RJS | |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 9/21/2017 | | | |
| | | | | | **witness - Claud Robert Koerber** |
| | 419A | | X | X | Email dated 7/3/2006 from Forrest Allen to Claud Koerber |
| | 419B | | X | X | Email dated 4/18/2007 from Forrest Allen to Claud Koerber |
| | 419C | | X | X | Email dated 5/16/2007 from Forrest Allen to Claud Koerber |
| | 419D | | X | X | Email dated 10/5/2007 from Forrest Allen to Claud Koerber |
| | 702 | | X | X | Property #10 binder |
| | 588 | | X | | FranklinSquires Company chart (Not Admitted) |
| | | | | | |
| | | 9/22/2017 | | | |
| | | | | | **witness - Claud Robert Koerber** |
| | 588 | | X | X | FranklinSquires Company chart |
| | 586 | | X | X | The Equity Mill Operations Handbook |
| | 413 | | X | X | Hot to Sell any House for a Profit in 21 days or Less Guaranteed |
| | | | | | |
| | | 9/26/2017 | | | |
| | | | | | **witness - Jose Reyna** |
| | | | | | **witness - Claud Robert Koerber** |
| | 513 | | | | Video/Audio Recordings of Preferred Buyer Training (Not Admitted) |
| | 512 | | | | Video/Audio Recordings of Real Estate Sessopm 1-5 (Not Admitted) |
| | 785 | | X | X | Property #101 binder |
| 47A | | | X | X | Promissory Note dated 1/5/2005 |
| | 784 | | X | | Property #135 binder (Not Admitted) |
| | 416 | | X | X | Email dated 11/20/2006 to Claud Koerber from Michael Isom |
| | 417 | | X | | Email dated 12/15/2006 to Claud Koerber from Joe Olivas (Not Admitted) |
| | 424 | | | | Not Admitted |
| | 418 | | X | X | Email dated 9/18/2007 to Claud Koerber from Michael Isom |
| | 700 | | X | X | Property #133 binder |

Page __14__ of __16__ Pages

# EXHIBIT AND WITNESS LIST - CONTINUATION

| | USA vs. Claud R. Koerber | | | | CASE NO. 2:17-cr-00037 RJS |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | **9/27/2017** | | | |
| | | | | | **witness - Claud Robert Koerber** |
| 148 | | | X | X | 7/3/2007 email to Koerber from Forrest Allen |
| 150 | | | X | X | 6/27/2007 email to Koerber from Forrest Allen |
| 149 | | | X | X | 9/13/20017 email to exchange Koerber from Forrest Allen |
| | 447 | | X | X | email chain from Koerber and Mike and Jennifer Bergen dated |
| | | | | | |
| | | | | | **witness - Max Wheeler** |
| | | | | | |
| | | **9/28/2017** | | | |
| | | | | | **witness - Jason Vaughn** |
| 152 | | | X | | Transcript (Not Admitted) |
| 153 | | | X | | Transcript (Not Admitted) |
| 154 | | | X | | Email   (Not Admitted) |
| | 448 | | X | X | 7/8/2006 Lenders Disclosure by Jana Bailey |
| | 449 | | X | X | 7/5/2006 Promissory Note - Freestyle Holdings and Founders Capital |
| | | | | | |
| | | | | | **witness - Russell Skousen** |
| | | | | | |
| | | **10/2/2017** | | | |
| | | | | | **witness - Russell Skousen** |
| | | | | | |
| | | | | | **witness - Cody Moore** |
| | | | | | |
| | | | | | **witness - Wayne Carl Andreason** |

# EXHIBIT AND WITNESS LIST - CONTINUATION

**USA vs. Claud R. Koerber**

CASE NO. **2:17-cr-00037 RJS**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 10/3/2017 | | | |
| | | | | | **witness - David Hardman** |
| 156 | | | X | X | ledger |
| 155 | | | X | | Spreadsheet    (Not Admitted) |
| | | | | | |
| | | 10/4/2017 | | | |
| | 967 | | X | X | Summary slide |
| | 968 | | X | X | Summary slide |
| | | | | | |
| | | | | | **witness - Craig Carroll , rebuttal witness** |
| | | | | | |
| | | | | | **witness - Carmeron Saxey** |
| 119B | | | X | X | Koerber interview 2/2/2009 - Audio file |
| | | | | | **witness - Andrea Nicole Pendleton** |
| | 451 | | X | X | Promissory Note dated 9/22/2006 - Nicole Pendleton |
| | | | | | |
| | | | | | **witness - Brad Jacobsen** |
| | | | | | |
| | | | | | **witness - Justin Elswick** |
| | 444C | | X | X | Email |
| 155 | | | | | Spreadsheet (Not received) |
| | | | | | |
| | | | | | **witness - Claud R. Koerber** |
| | 452 | | X | X | lease agreement |
| 112 | | | X | X | Isom Rescission Offer Letter dated 11/19/2007  (Prev admitted) |

Page  16  of  16  Pages