JOHN W. HUBER, United States Attorney (#7226)
STEWART C. WALZ, Assistant United States Attorney (#3374)
AARON CLARK, Assistant United States Attorney (#15404)
TYLER MURRAY, Assistant United States Attorney (#10308)
RUTH HACKFORD-PEER, Assistant United States Attorney (#15049)
Attorneys for the United States of America
111 South Main Street, Ste 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile (801) 325-3387

_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION
_____

| UNITED STATES OF AMERICA, | : | Case No. 2:17-CR-00037 RJS |
|---|---|---|
| Plaintiff, | : | |
| v. | : | UNITED STATES' MOTION FOR SCHEDULING CONFERENCE |
| CLAUD R. KOERBER aka RICK KOERBER, | : | Judge Shelby |
| Defendant. | : | |

_____

After a thorough review and careful consideration, the United States of America elects to re-try this case and requests a scheduling conference to be held as soon as possible.

On October 16, 2017, the first *Koerber* trial ended in a mistrial when the jury was unable to reach a unanimous verdict. Since that time, a number of jurors have volunteered their perspectives relating to their jury service in this matter. Immediately following the first trial, there were defense assertions that an overwhelming number of jurors were in favor of acquittal. Based upon the information volunteered to our office, those claims appear to have no merit.

Based upon what we learned from these candid and informative discussions, and based upon the serious crimes alleged and unresolved, the United States will move forward with retrying

this case.   The United States respectfully requests the Court promptly set a scheduling conference.

    DATED this 1st day of November, 2017.

                                         JOHN W. HUBER
                                         United States Attorney

                                         /s/ Ruth Hackford-Peer
                                         STEWART C. WALZ
                                         TYLER MURRAY
                                         AARON CLARK
                                         RUTH HACKFORD-PEER
                                         Assistant United States Attorneys