# United States District Court
# District of Utah



D. Mark Jones
Clerk of Court

Louise S. York
Chief Deputy Clerk

*FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH*
*NOV 13 2017*
*D. MARK JONES, CLERK*
*BY _____ DEPUTY CLERK*

## RECEIPT FOR WITHDRAWAL OF EXHIBITS

**Date:**           November 13, 2017

**Case Number:**    2:17CR0037 RJS

**Case Name:**      USA v. Claud R. Koerber

**Counsel:**        Ruth Hackford-Peer, AUSA

**Plaintiff's Exhibits:**   109 - coin;
26 - Magazine;
29 - Magazine;
32 - Magazine;
33 - Magazine

**Signature of Counsel (or person receiving exhibits(s)):**

**Plaintiff:** *Ruth Hackford-Peer*
Ruth Hackford-Peer, AUSA

**Case Administrator:** *Mary Jane McNamee*      11-13-2017
Mary Jane McNamee