Amanda B. Mendenhall (#15677)
**MUMFORD PC**
405 S. Main Street, Suite 850
Salt Lake City, Utah 84111
Telephone: (801) 428-2000
*Attorney for Defendant*
amanda@mumfordpc.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA,  Plaintiff,  v.  CLAUD R. KOERBER,  *Defendant.* | **NOTICE OF WITHDRAWAL OF COUNSEL**  Case No. 2:17-CR-0037-DN-PMW  District Judge David Nuffer Magistrate Judge Paul M. Warner |
|---|---|

Attorney Amanda B. Mendenhall hereby gives notice that attorney Marcus R. Mumford is withdrawn as counsel in the above-captioned case for Defendant Claud R. Koerber. Ms. Mendenhall will continue to serve as counsel until a substitute is appointed, or as otherwise directed by the Court.

DATED this 24th day of November 2017.

/s/ Amanda B. Mendenhall
MUMFORD PC
405 S. Main Street, Suite 850
Salt Lake City, UT 84111
Telephone: (801) 428-2000
*Attorney for Claud R. "Rick" Koerber*