Kathryn N. Nester (#13967)
Robert K. Hunt (#5722)
Daphne A. Oberg (#11161)
FEDERAL PUBLIC DEFENDER
Attorneys for Claud R. Koerber
46 W. Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
kathy_nester@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CLAUD R. KOERBER, Defendant. | Case No. 2:17-cr-00037-DN DEFENDANT'S WAIVER OF CONFLICTS Judge David Nuffer |

Pursuant to this Court's Order contained in Docket Entry #322 in the above-styled case, please find the written waiver of potential conflicts executed by Defendant attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED this the 18th day of December, 2017.

                                              */s/ Kathryn N. Nester*
                                              KATHRYN N. NESTER
                                              Federal Public Defender
                                              Attorney for Defendant