# **EXHIBIT A**

## **DECLARATION OF CLAUD R. KOERBER**

I, Claud R. Koerber, hereby declare and attest as follows:

1. My attorneys from the Office of the Federal Public Defender have advised me of two potential conflicts that may arise as a result of their appointment as counsel on my case.

2. The first potential conflict relates to Robert K. Hunt's former representation of Rachelle Taylor, who was called by the government as a witness in hearings related to the "To Our Lenders" July 2005 letter back in 2010 and 2011. Neither the government nor my prior attorney called her as a witness during trial. My attorneys and I have fully discussed the potential conflicts that may arise due to this prior representation of a witness. I voluntarily agree to waive any potential conflict arising from Mr. Hunt's prior representation of Rachelle Taylor and have no objection to him continuing as my counsel in this case.

3. The second potential conflict relates to Jamie Thomas's prior representation of Clavell Anderson, who was called by the government as a witness during the last trial. The government has advised the Court and my legal counsel that it does not intend to call Mr. Anderson as a witness in any future trial. I have also been advised that Jamie Thomas, who also works as an attorney at the Federal Public Defender's Office, will be completely walled off from my case and will not share any information she may have learned during her

representation of Mr. Anderson.  My attorneys and I have fully discussed the potential conflicts that may arise due to this prior representation of a potential witness.  I voluntarily agree to waive any potential conflict arising from Ms. Thomas's prior representation of Clavell Anderson and have no objection to other attorneys and staff from the Office of the Federal Public Defender continuing to represent me in this case.

RESPECTFULLY SUBMITTED this the 18th day of December, 2017.

_____
Claud R. Koerber