Kathryn N. Nester, Federal Public Defender (#13967)
Robert K. Hunt, Assistant Federal Defender (#5722)
Daphne A. Oberg, Assistant Federal Defender (#11161)
**Federal Public Defender, District of Utah**
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Fax: (801) 524-4060

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLAUD R. KOERBER,<br><br>Defendant. | **JOINT STIPULATIONS**<br><br>Case No. 2:17-CR-37-FB-PMW<br><br>District Judge Frederic Block<br>Magistrate Judge Paul M. Warner |

Attorneys for the Government and Attorneys for the Defendant do hereby stipulate and agree to the following:

1. Bank documents obtained from the seventy-three (73) bank accounts attached hereto as **Exhibit 1** are stipulated to be authentic pursuant to Rule 901 of the Federal Rules of Evidence. Furthermore, the parties stipulate that the bank documents obtained from the seventy-three (73) accounts described herein meet the hearsay exception contained in Rule 803(6) of the Federal Rules of Evidence.

2. At all times relevant to the charges in the Indictment in this case, JP Morgan Chase Bank was insured by the Federal Deposit Insurance Company (FDIC) as defined in section 3(h) of the Federal Deposit Insurance Act (12 U.S.C. §1831(h)).

3. At all times relevant to the charges in the Indictment in this case, JP Morgan Chase Bank is a financial institution within the meaning of 31 U.S.C. 5312(a)(2).

4. At all times relevant to the charges in the Indictment in this case, Steve Harris Imports (an automobile dealer) is a Financial Institution within the meaning of 31 U.S.C. 5312(a)(2)(T) (Business engaged in vehicle sales, including automobile, airplane, and boat sales.)

5. The wire transfers alleged in Counts 7 – 15 of the Indictment were transmitted by means of wire in interstate commerce.

6. The following Government Exhibits are stipulated to be authentic pursuant to Rule 901 of the Federal Rules of Evidence.  Furthermore, the parties stipulate that they meet the hearsay exception contained in Rule 803(6) of the Federal Rules of Evidence.

    a. Exhibits 2-13(a)
    b. Exhibits 15-15(b)
    c. Exhibits 16-16(a)
    d. Exhibit 101

DATED this 26th day of April, 2018.

*/s/ Kathryn N. Nester*
Attorney for Claud R. Koerber
Federal Public Defender

*/s/ Ruth Hackford-Peer*
Assistant United States Attorney
U.S. Attorney's Office for the District of Utah