Your Honor,

We are hopelessly deadlocked! on all counts.

Respectfully —

[signature] 13