# EXHIBIT C

## Austin Westmoreland

**From:** Paul Bouchard [huntcap@gmail.com]
**Sent:** Friday, September 21, 2007 4:17 PM
**To:** Austin Westmoreland
**Subject:** forwarded text from an email

HI Austin,
The following is some answers that I gave to another client regarding Hunters. I thought you might be interested in what I told them. You have voiced some of these concerns so I hope this answers some questions for you too.
Paul
==================

I told everyone up front when Rick and I started meeting with regulators. I gave all the details I had and I have not hidden anything along the way. Interest payments were still coming at that time and did for several months. Nobody wanted their money back at that time because interest payments were being paid. It was only in early July that people started wanting money back because the June interest payment had not come. I requested some money and it was after that that I learned that Founders couldn't pay principal back. I had never requested a payback from Founders before that time. If I would have known earlier, I obviously would have handled things differently. Neither the state nor attorneys had told me that I couldn't return principal. I don't know why that was different with Founders.

You have known all along where your money went and that Rick was using it to do real estate deals. Rick, the state regulators, and you know that I pay interest on interest I am paid. Rick, the regulators and you know that Hunters is not a Ponzi scheme. I would never be stupid enough to make interest payments from somebody else's principal. That is why when I stopped getting interest payments, I stopped making interest payments. Everybody knows that!

10/16/2007



GOVERNMENT
EXHIBIT
14
2:17-CR-00037 (RJS)

UTDOC-12-00713