# EXHIBIT 1

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  06/01/2009

On May 29, 2009, at approximately 3:40 pm, a press conference was held at the Grand America Hotel, located at 555 South Main Street, Salt Lake City, Utah 84111. The press conference was announced on The Official Rick Koerber Website on May 29, 2009. Interviewing agent attended the entire press conference. Prior to the press conference beginning, a female[1] asked those in attendance: their names; whether the person was a member of the media and, if so, what channel, publication, blog etc; and how they learned about the press conference. The female wrote down each individual's response in a spiral notebook. Interviewing agent gave the name of Nina Rayan, indicated that she was interested in the case and had heard about the press conference through Rick Koerber's website.

Rick Koerber ("Koerber") started the press conference reading most of the attached 14-page Press Release[2]. At times, when Koerber quoted recorded telephone conversations, Koerber paraphrased some of the information. Other times he either read the transcript or played the audio recording for the audience to hear. Koerber told the audience that a final draft of the Press Release, transcripts of records, and financial documents could be found on Koerber's website after the press conference.

After reading the 14-page press release, Koerber answered questions. Some of Koerber's responses are as follows:

   1) Koerber had not yet filed a Federal Civil Rights lawsuit due to Koerber having to wait until Koerber's federal criminal case reached a certain point. Today, Koerber is putting Francine Giani ("Giani") and her colleagues on notice that they are going to be named in an upcoming Federal Civil Rights lawsuit;

---

[1] Later identified as Jewel Kimber.

[2] Koerber claimed that the copy of the Press Release he was reading from was a final copy but the copy given to those in attendance was a draft with some typographical errors. The entire press conference lasted approximately 30 minutes.

---

Investigation on  05/29/2009  at  Salt Lake City, Utah

File #  318E-SU-63343                                            Date dictated  n/a

by  SA Sanitha Ulsh

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Continuation of FD-302 of  Rick Koerber Press Conference  , On 05/29/2009 , Page 2

    2) The State of Utah has led a "witch hunt" and implied that the federal case came about as a result of the "witch hunt." Koerber will not be commenting on the federal case against him;

    3) FranklinSquires' website will provide links to balance sheet(s) and various e-mails discussed during his Statement to the press;

    4) Giani has been very persistent in duping the federal government and has acted outside of her authority;

    5) The federal indictment looks like a "shell indictment" and the federal government has their own agenda;

    6) In the past, Koerber told associates to secretly record their meetings with regulators;

    7) Wayne Klein and Giani have a vendetta against Koerber because Koerber called them names on Koerber's radio show;

    8) Koerber was asked about past problems Koerber had in Wyoming. In response, Koerber indicated that the allegations involved an internet company, he entered an agreement, which is public record, and that Koerber had paid back the investors;

    9) Several lawsuits have been filed against entities that Koerber was involved with. In some of these cases, individuals have pled guilty instead of fighting the charges. One of these individuals was Mr. Bouchard;

    10) Koerber blamed both the real estate market and the government's unnecessary defamatory investigation of him for Koerber's financial problems;

    11) Koerber paid for today's press conference.



WEB | www.rickkoerber.com

PHONE | 801.369.3806

FAX | 801.504.8069

6248 Lone Rock Road, Highland City, Utah 84003

**For Immediate Release**

Contact:   Claud R. Koerber
           rickkoerber@me.com

May 29, 2009

## PRESS RELEASE

*RICK KOERBERS RESPONDS TO FEDERAL INDICTMENT, ANNOUNCES A MULTI-PARTY FEDERAL CIVIL RIGHTS LAWSUIT, AND RELEASES TRANSCRIPTS AND RECORDINGS OF STATE OFFICIALS ENGAGING IN CRIMINAL VIOLATIONS OF UTAH LAW AND OF THE STATE'S CHIEF INVESTIGATOR CLEARING HIM OF ANY WRONGDOING*

SALT LAKE CITY —The following statement was delivered by FranklinSquires President & CEO Rick Koerber at a press conference held at the Grand America in downtown Salt Lake City, UT at 3:00pm on Friday May 29, 2009—

"My name is Rick Koerber and I am the President and CEO of FranklinSquires. In 2004 employees within the Utah Department of Commerce first contacted me and informed me that my business was being investigated for what the Division of Real Estate deemed "suspicious behavior." During an in person meeting with several department employees I was told quite candidly that "while there was not currently any evidence to support their suspicion" I was being investigated for fraud. The investigation grew and expanded to last more than five years and included the Division of Real Estate, Consumer Protection, Securities, Licensing, the Division of Corporations & Commercial Code. After failing to find any evidence that I was involved in breaking any "rule or law" and after failing to convince any state agency to take civil or criminal actions against me, and specifically after their own attorneys suggested there was not sufficient evidence to bring charges, Francine Giani continued shopping for a prosecutor until in January or February of 2008 when, as she admits, she had the files sent to the US Attorneys office."

"As you all know, after several years of speculation, conjecture and an extended whisper campaign of rumors and grand jury leaks, on Tuesday of this week a three count indictment was returned by a federal grand jury accusing me of certain crimes supposedly committed between 2004 and December 31, 2008 related to a purported "$100 million dollar Ponzi-Scheme."



WEB | www.rickkoerber.com

PHONE | 801.369.3806

FAX | 801.504.8069

6248 Lone Rock Road, Highland City, Utah 84003

## RESPONSE TO IDICTMENT

"In response to this indictment I can only say that the allegations made therein are absurd and the charges are false. Up until now everything done by the state and federal government has been done in the shadows, making it virtually impossible for me to fight to defend my reputation, my business, and my associates. But, I can fight an indictment full of absurd and bogus charges and that is exactly what we are gearing up to do. I am looking forward to having my day in court, to having the real facts at hand laid before an objective court, and trusting a judge and a jury of my peers to come to a fair and reasoned conclusion. I am confident that I will be exonerated and that the allegations contained in the indictment will be shown to be patently false."

"Today I ask only that those concerned with this case exercise care in avoiding a rush to judgment and remember that, contrary to the behavior of our government officials on Tuesday (who were literally applauding and congratulating each others as if some conclusions had been fairly reached about me and my business activities), an indictment is not a statement of guilt, and it simply outlines the case for the prosecutor. I am unsure as to why the United States Attorney and other government agencies involved have decided to launch a trial of this case, first in the media. I am confident that trying the case in court, instead, is a much better way to preserve my rights and to ensure that real justice is served.

"After witnessing the government's odd and premature celebration on Tuesday, I also feel to remind Mr. Tolman, Mr. Fuhrman, Mr. Brito, Mr. Walz, and Ms. Giani that in our system of government an accused person is presumed innocent until a contrary finding is made by a jury after an opportunity to answer the charges and a full airing of the facts. Because this is a pending legal proceeding, it would be inappropriate for me to comment on the specific facts related to the charges or other matters that need to be decided during the future court proceedings. But, I will ask if the government is now taking the position that when any businessman invests millions of dollars into legitimate businesses and industries such as restaurants and movie production, that this is considered a personal expense, are they suggesting that such sums being considered the same as admission tickets or meal expenses? If so I think several Utah small business owners who work in the restaurant and film industries would like to know that."

Nevertheless, I will repeat that I deny these allegations and declare, well in advance, that I will be entering a please of "not guilty" on all counts and vigorously exercising my rights bring a full defense. I do this for myself, and I do this for my colleagues and fellow entrepreneurs. I also want to express my personal, deep felt appreciation for the patience, faith, support and strong efforts of virtually all of my colleagues, creditors, and clients. Rumors and false charges can bring a heavy toll on the innocent, and the only remedy I know is to stand up, tell the truth, and have confidence in the good people on both sides of our justice system whose efforts—when given a chance to make the choice— almost always outweigh the shady and misguided efforts of the few abusive and overzealous government workers. "

FBI-002609

FBI-002609



WEB | www.rickkoerber.com

PHONE | 801.369.3806

FAX | 801.504.8069

6248 Lone Rock Road, Highland City, Utah 84003

## ANNOUNCING A FEDERAL CIVIL RIGHTS LAWSUIT

"I also want to take this opportunity to announce my intention of filing a section 1983 Federal Civil Rights lawsuit naming several government officials and employees including but not limited to Department of Commerce Executive Director Francine Giani, Securities Enforcement Director Michael E. Hines, Susan Jones, Diana Parrish, Jonny Stewart, A. Gary Bowen, Jennifer Korb, and former Securities Division Director Wayne Klein."

"Because citizens are entitled by right to have their lives, their property and their liberty protected by all government workers, bringing a court action against the individuals named above is an appropriate way to address abuse and corruption. I do not make these charges lightly, for certainly I understand the consequences of what it means to be accused of wrong-doing. Every citizen, whether in business or in government must be willing, when pressed, to be responsible and accountable for their conduct. I am willing to do so for mine and will have my day in court. This civil rights action will hopefully require the government employees named therein to do the same.

## RELEASE OF RECORDS AND RECORDING

Early in the week several media outlets began questioning Utah Representative Carl Wimmer and Utah State Attorney General Mark Shurleff regarding their activities related to me. Some seemed to suggest that having an audience with me, by an elected official, was somehow inappropriate. Why a private citizen, asking to meet with an elected representative is ever, in any circumstance, inappropriate is a mystery to me. Are elected officials not representatives of each citizen? Should only special interests and lobbyists have access to government officials? If any citizen were to feel that a government bureaucracy was falsely accusing them, taking illegal actions, and doing serious harm to their business and family – wouldn't any one so situated wisely contact his or her elected official to state their case? Or have we as citizens come so far that we are now willing to give up our constitutional rights to criticize our government and to petition our government for redress?

Yesterday, the local media began reporting on the Utah Attorney Generals refusal to bring an action against me in 2008, citing a lack of evidence. I applaud KSL and reporter John Daley for beginning to uncover the facts related to this topic. When I say "beginning" to uncover the facts it is because there is much more to the story. Today, I have brought with me several selections of transcripts and audio recordings, and am releasing to the public essential information related to the Attorney Generals decision and related to the activities of Francine Giani and her staff. The reason I'll be playing a selection of these audio recordings today is that the information contained in them is in some instances so sensational and so outstanding that only hearing the words coming out



WEB | www.rickkoerber.com

PHONE | 801.369.3806

FAX | 801.504.8069

6248 Lone Rock Road, Highland City, Utah 84003

of the mouths of the government officials making these statements will anyone likely believe what they hear.

Each item below has a footnote fully describing the source of the information. Where I have not been able to obtain audio recordings I have obtained written documents, records or transcripts and have included them in your media packets. The audio clips, records, and documents referenced here today are now available or will soon be available for download, copy and distribution to media representatives as well as interested or concerned citizens via http://www.franklinsquires.com.

**Item #1 – Selected Transcript of Statement from John Brown (Ut. Dept. of Commerce, Division of Real Estate)**

In this transcript you will notice a clear violation of the law as describe din title 61, Chapter 2, Section 11.5. This was John Brown's concluding remark to me on my first encounter with the Utah Department of Commerce in 2004. He said,

```
Mr. Koerber, we haven't yet identified any illegal or
fraudulent activity on your part, but we do not like the
way you are doing business and we have serious reservations
and concerns.  We will keep looking, and for the time being
let me put you on notice - We cannot touch you, because you
are not one of our licensees, however I will use the full
power of this office to come down with both of my feet
squarely in the chest of any Utah licensee who does
business with you or FranklinSquires."[1]
```

This kind of over reaching continued for years. At first I sought an audience with then Dept. of Commerce Director Mr. Russell Skousen. When Mr. Skousen resigned from his position I hired Mr. Skousen as my attorney to help me work to ensure that my businesses were structured and operating properly and to help communicate with state regulators to ensure that I was given fair treatment and individuals like John Brown did not simply have their way.

Mr. Skousen and I have worked together now for years, and unfortunately the behavior by a few individuals in the Department of Commerce only got worse over time. Consider for example the following audio clips.

---

[1] Jon Brown, Investigator, Division of Real Estate. Source: Personal Meeting with three other department employees and Utah Realtor Roger Hoffman present. The meeting took place in the Department of Commerce offices in downtown Salt Lake City, I took notes during the meeting.



WEB | www.rickkoerber.com

PHONE | 801.369.3806

FAX | 801.504.8069

6248 Lone Rock Road, Highland City, Utah 84003

**Item #2 – Selected audio recording of former Utah Securities Division Director Wayne Klien in discussion with me and two attorneys, in a meeting at the Division of Securities, in the presence of an attorney from the AGs office, and Enforcement Director Michel Hines.**

In this recording, Mr. Klien answers an inquiry, after he and Mr. Hines had both revealed that after several years of investigation no evidence had been uncovered that I was involved in any wrongdoing. Mr. Klien was asked why he was so insistent that I admit to violations of the law in order to settle the investigation when no evidence had implicated me. Two sections of Mr. Klien's responses are documented here. *(A full transcript and audio of the entire meeting is being made available for download at http://www.franklinsquires.com):*

> [Sound Clip #2a]
> "We're in an unusual situation here where we're trying to find a solution before we get resolved all the factual questions…so we're all sort of planning without necessarily knowing all the facts, so the next stage is to get the facts and then see whether or not the facts conform to the plan."[2]

**Item #3 – Selected transcripts and audio recording of Utah Securities Division Enforcement Director Michael Hines.**

The statement below is part of the introductory statement made by Michael Hines the first time we met in February of 2006.

> "The Department has been investigating you and your companies over the last two years and as of this time has no evidence to suggest and I personally do not believe that you have been involved in wrong doing."[3]

Its important to remember that Mr. Hines has been the state's chief investigator in this case (which is now going on more than five years).

---

[2] Wayne Klein, Director, Division of Securities, Utah Department of Commerce, 09/07. Source: Audio recording of Mr. Klein explaining his draft version of "Founders Capital Plan of Reorganization and Rescission/Restitution" September 24, 2007.

[3] Michael Hines, Director of Enforcement, Division of Securities. (2/07) Source: My notes and recollection regarding Hines opening statement to me at an informal meeting at Department of Commerce also attended by my attorneys Mr. Randall Mackey and Jeff Thompson.



WEB | www.rickkoerber.com

PHONE | 801.369.3806

FAX | 801.504.8069

6248 Lone Rock Road, Highland City, Utah 84003

```
[Sound clip #3a]
"Rick, you recognize that what I call the bottom feeder
LLCs here are going down to visit people to borrow money on
their homes, cash out their entire retirements, to put
money in that LLC to lend it up line to an LLC that goes up
line to an LLC and you're right, it doesn't have any
association with you."[4]
```

The is a selection of a recording delivered to us by a third party who had been interviewed by Mr. Hines related to my case. Mr. Hines is asked if the rumors are true that "Rick Koerber is involved in a pyramid or ponzi-scheme." Its important to remember that Mr. Hines has been the state's chief investigator in this case (which is now going on more than five years) and he regularly serves as the

```
[Sound clip #3b]
"I've not heard the word illegal pyramid scheme used…but
certainly no one associated with the Division has used
either of those terms [ponzi-scheme or pyramid/multi-level
marketing scheme] in reference to this investigation
basically because we don't have the facts to reach any of
those conclusions."[5]
```

Between 2006 and 2007 I relied heavily on the advise and communication given to me by the Department of Commerce who had reviewed my business operations thoroughly. In October of 2007, after hearing several 'credible' rumors, I called Mr. Hines personally to ask him to verify – one more time – his conclusions about me and my business.

```
[Sound clip #3c]
"There is no conduct that has been isolated, to my
satisfaction that you violated any laws or rules. There is
none. You are not going to be put in jail, there is no
warrant and I would tell you if there was. I'd say it.
But, Rick there is not… I would talk to your attorneys, you
and I and your attorneys would have lengthy discussions
before charges were ever filed."[6]
```

---

[4] Michael Hines, Director of Enforcement, Division of Securities. (09/07) Source: Recording 9/18/2007 at Utah Department of Commerce.

[5] Michael Hines, Director of Enforcement, Division of Securities. (11/07) Source: Recorded phone conversation between Michael Hines and Jacob Dayton discussing Founders Capital and Rick Koerber.

[6] Michael Hines, Director of Enforcement, Division of Securities. (10/07) Source: Recorded Cell phone conversation between Mr. Hines and myself on October 26, 2007.



WEB | www.rickkoerber.com

PHONE | 801.369.3806

FAX | 801.504.8069

6248 Lone Rock Road, Highland City, Utah 84003

In the same call Mr. Hines suggested we meet and have a cup of tea together and discuss philosophy. His statements, related to his opinion of my rumored involvement in 'wrongdoing' was regularly repeated to unrelated third parties. In the clip below, Mr. Hines is talking with Jacob Dayton about my case. Mr. Dayton, happily surprised by what he learned, had recorded the conversation and delivered a copy to me.

```
[Sound clip #3d]

[Dayton to Hines] "You know Rick Koerber right?"

[Hines to Dayton] "Sure, yeah, he and I have met several
times."

[Dayton to Hines] "I've heard he's going to be charged with
felony fraud or something, that's what I've heard. Do you
know what that's all about?"

[Hines to Dayton] "Hmmm. No idea. There is an ongoing
investigation relative to the collection of money by a lot of
LLCs and uh, there have been decisions made on some individuals
that it appears will be charged with criminal conduct, but right
now Rick Koerber is not one of those. So, I don't know what that
is. There is a tremendous amount of misinformation in the
market."[7]
```

Some might suggest that Mr. Hines was not being genuine, that perhaps he was attempting to mislead me as part of his investigation. Evidently this is sometimes permissible by police offers or other law enforcement agents. Unfortunately for Mr. Hines, the Utah legislature explicitly has prohibited Mr. Hines or any other person from using deception no matter the role they play in any proceeding being carried out under the act. The law describes any false statements made in this context as violation of the law and reads in relevant part,

61-1-16 - False statements unlawful

```
It is unlawful for any person to make or cause to be made,
in any document filed with the division or in any
proceeding under this chapter, any statement which is, at
the time and in the light of the circumstances under which
it is made, false or misleading in any material respect.
```

The statute goes on to specify that violations of 61-1-16 are felony violations of the law.

---

[7] Michael Hines, Department of Commerce, Division of Securities, Director of Enforcement & Jacob Dayton owner of Capital Enterprises, LLC in discussion about Securities Investigations by the State. 11/07 Source: Recording of Phone Conversation delivered by Dayton to Koerber.



WEB | www.rickkoerber.com

PHONE | 801.369.3806

FAX | 801.504.8069

6248 Lone Rock Road, Highland City, Utah 84003

Some might question why Mr. Hines would conclude that I had broken "no rule or law" only later to help the federal government bring the case. This is related to the recent news reported last night by KSL that the Department of Commerce in late 2007 asked the Utah AGs office to take action against me and the AGs office decline. Why would the AGs office decline? Well, last night on the news Mr. Shurtluff explained, truthfully I might add, that it had nothing to do with our earlier meeting. It was, as he suggested, because there was not sufficient evidence. But, if the AG and the head of enforcemet for the Department of Commerce both agreed there was not sufficient evidence why was Ms. Giani so persistent. Well, only she knows the full answer, but the following information might help, at least in part, clarify the rest of the story.

**Item #4 – Selected audio recording from Wayne Klein, former Director of the Division of Securities, explaining why he had changed direction, and pursued charges against me, even though no evidence yet pointed to any wrong doing.**

The first statement below was made by Mr. Klein following my August 31, 2007 radio broadcast where I openly criticized him and his division and had suggested that the state legislature should reduce the size of government and add some check or balance against the unlimited powers of the Division of Securities. Mr. Klien's intentions became clear when he explained…

```
[Sound Clip #4a]
"Part of the problem is that I've been painted in a corner
because you're client has gone on the radio and publicly
accused us of stuff. He's got legislators out there trying
to cut our powers because what we're doing as if he's
entirely right in what he's doing and government is
unfairly coming after him. So ordinarily we have more
flexibility but where I've got public attacks coming in
saying we're being accused of being unfair…[interrupted]."⁸
```

Even though Mr. Klien had the Founders Capital Balance Sheet showing that the company had approximately sixty million dollars more in assets than it did in liabilities (a copy of which is included at the end of this documenet), and after his staff had spent the time necessary to investigate our records—include real estate records securing the majority of the equity—which review included looking at purchase contracts, appraisals, loan documents, property reports, lease agreements, etc., Mr. Klien began making some startling demands.

---

[8] Wayne Klein, Director, Division of Securities, Utah Department of Commerce, 09/07. Source: Audio recording of Mr. Klein explaining his draft version of "Founders Capital Plan of Reorganization and Rescission/Restitution" September 24, 2007.



WEB | www.rickkoerber.com

PHONE | 801.369.3806

FAX | 801.504.8069

6248 Lone Rock Road, Highland City, Utah 84003

In order to avoid being charged with criminal violations of the law (though in the same meeting he admitted there was no evidence to warrant it) Mr. Klien demanded that I remove my billboards, that I and my partners sell my "expensive cars" and on a written proposal on official Department letterhead that I agree to a 3rd party administrator of my company who would liquidate the companies assets, and perhaps most alarmingly that I sign a written affidavit promising not to criticize "any action" the Department took against investors in my business, in public or in court.

> "Mr. Koerber will provide an affidavit to the Division affirming…[that he] will not claim publicly or in court that any action the Division takes against investors in Founders…is impeding the companies efforts…"[9]

(A copy of his written proposal will be made available for .pdf download at http://www.freecapitalist.com).

In other communications Mr. Klien suggested that if I resisted his demands, he and his department would start communicating that my business was a multi-level ponzi-scheme (despite having financial statements documenting the falsity of this claim). He told me that if he and his Department made the allegation it would "stick to me like glue." The following recordings indicate just how serious Mr. Klein was in his demand.

**Item #5 – Audio recording of Mr. Hines changing his story and telling third parties that my business was a multi-level scheme.**

The statement below is made by Mr. Hines as part of a telephone conversation between Mr. Hines and Jonathon Bond who later delivered a copy of the recording. Remember, Mr. Hines is also recorded as saying that no one in the Dept. was suggesting that my business was a "multi-level" or "ponzi-scheme" because he "didn't have the evidence." Nevertheless, he stated to Mr. Bond,

> [Sound Clip #5a]
> "I know what happened in this case, clearly, everybody got carried away with this idiotic multilevel marketing of promissory notes is what occurred...they did violate state and federal law…as long as the money was coming this was a wonderful multi-level marketing program and then the money dried up."[10]

---

[9] Mr. Klein's written draft requirements entitled "Founders Capital Plan of Reorganization and Rescission/Restitution" September 24, 2007. I added the ellipses for conciseness only; the original clearly substantiates the substance of the requirement.

[10] Michael Hines, Director of Enforcement, Division of Securities. (10/19/07) Source: Recorded phone conversation between Michael Hines and Jonathon Bond.



WEB | www.rickkoerber.com

PHONE | 801.369.3806

FAX | 801.504.8069

6248 Lone Rock Road, Highland City, Utah 84003

### Item #6 – Audio recording of Corporate Finance employee Gary Bowen carrying out the policy of Klien in a conversation with an unrelated third party.

In the phone conversation from which this selected audio is taken Mr. Bowen brings up "FranlinSquires", unrelated to the subject of the telephone conversation. Devon Anderson, who later delivered the recording, had called about an unrelated matter but Mr. Bowen suggested the Department was trying to "get the word out about FranklinSquires." Mr. Bowen claimed,

```
[Sound clip #6a]
"If [your friends have] invested in FranklinSquires
they're going to lose their money.  FranklinSquires
is putting the buzz out that the division is going to
lock them up, that's not so.  We've seen their
balance sheets and they've got a shortfall of about
$60 million dollars so it's just a matter of time
before that collapses.  So if you know anyone that's
invested, bye-bye they've lost their money… this
secrecy   concept,   and   that's   part   of   the
FranklinSquires model, is fraud. Its just, it is."[11]
```

When I heard the copy of this recording I promply called Mr. Bowen, who told me,

```
[Sound clip #7a]
"Rick, I have not seen your financials.  I don't know
that you're going bankrupt.  I don't know where these
people are getting that information… They're not
getting it from me… I'm not in the loop on
investigations and so forth…I understand that you are
in the process of dealing with either Mike or Wayne
but I haven't seen it…"[12]
```

False statements, in this context - by Mr. Bowen are felony violations of the law.

---

[11] A. Gary Bowen, Securities Examiner, Division of Securities. Source: Telephone recording, November 28, 2007 phone call from Devon Anderson.

[12] A. Gary Bowen, Securities Examiner, Division of Securities. Source: Telephone recording, December 2007, phone call from Rick Koerber to Gary Bowen.

FBI-002617

FBI-002617

Case 2:17-cr-00037-FB-PMW   Document 429-1   Filed 07/25/18   Page 14 of 17



WEB | www.rickkoerber.com

PHONE | 801.369.3806

FAX | 801.504.8069

6248 Lone Rock Road, Highland City, Utah 84003

## CONCLUSION

When the Attorney General's office declined to bring charges against me in 2007, after the government had thoroughly investigated my business and on multiple occasions advised that there was "nothing illegal" about our business and that I "had not broken any rule or law" despite the gossip and rumors otherwise, I was relieved and thankful that in Utah we have an Attorney General's office who was more interested in the law than in retaliating against me for my political opinions and my criticisms.

I can not imagine how anyone would suggest that Mr. Wimmer, in joining with other elected representatives in calling for an audit of the Division of Securities, after learning of the kind of behavior, was doing me a favor. He was doing all Utahns a favor and was vindicated when the independent audit – which declined to include my case in its review – documented abusive prosecutorial and enforcement tactics by the division, a lack of leadership and policy guidelines for how and when to bring changes, lying and deception in settlement offers with free, innocent citizens, and several other very serious problems. I did not invent the results of the audit. I did not influence the results of the audit. I am only astonished that after Wayne Klien resigned, the leadership of the Department (Ms. Giani) and the head of Enforcement (where most of the audits documented abuses took place) are still employed by the State.

I want to thank not only Mr. Wimmer and Mr. Shurtleff, but the other government officials and representatives who listened to my evidence. Speaker Curtis, Rep. Dougal, Senator Stephens, and several others all voiced agreement with me that Ms. Giani was known to be unable to effectively manage her department. Mr. Shurtleff told me that after Mr. Klien had worked for his office he was certain Ms. Giani did not have the qualifications to reign in someone like Mr. Klien who was known even in his past employment as chasing down personal vendettas.

I cannot believe that after Ms. Giani supported these activities, after her Division Director was forced to resign, after she publicly predicated he and his department would be vindicated by the audit and it was not, and how after she was directly implicated in the audit results, and finally after she now admits she (who is not an attorney, nor familiar with the law) went against the advice of the Attorney General, still has a job and was able to orchestrate the premature celebration that took place last Tuesday when the US Attorneys office finally brought charges, bogus though they may be.

My statement today are not to offer up any defense on my case — I am satisfied to do that in court. I am willing to be accountable for all of my actions. I can only hope that with the release of this information Ms. Giani and her colleagues might finally have to do the same.

FBI-002618

FBI-002618



WEB | www.rickkoerber.com

PHONE | 801.369.3806

FAX | 801.504.8069

6248 Lone Rock Road, Highland City, Utah 84003

be vindicated by the audit and it was not, and how after she was directly implicated in the audit results, and finally after she now admits she (who is not an attorney, nor familiar with the law) went against the advice of the Attorney General, still has a job and was able to orchestrate the premature celebration that took place last Tuesday when the US Attorneys office finally brought charges, bogus though they may be.

    My statement today are not to offer up any defense on my case — I am satisfied to do that in court. I am willing to be accountable for all of my actions. I can only hope that with the release of this information Ms. Giani and her colleagues might finally have to do the same.

FBI-002619

FBI-002619



WEB | www.rickkoerber.com

PHONE | 801.369.3806

FAX | 801.504.8069

6248 Lone Rock Road, Highland City, Utah 84003

```
[Sound clip #3a]
"Rick, you recognize that what I call the bottom feeder
LLCs here are going down to visit people to borrow money on
their homes, cash out their entire retirements, to put
money in that LLC to lend it up line to an LLC that goes up
line to an LLC and you're right, it doesn't have any
association with you."[4]
```

The is a selection of a recording delivered to us by a third party who had been interviewed by Mr. Hines related to my case. Mr. Hines is asked if the rumors are true that "Rick Koerber is involved in a pyramid or ponzi-scheme." Its important to remember that Mr. Hines has been the state's chief investigator in this case (which is now going on more than five years) and he regularly serves as the

```
[Sound clip #3b]
"I've not heard the word illegal pyramid scheme used…but
certainly no one associated with the Division has used
either of those terms [ponzi-scheme or pyramid/multi-level
marketing scheme] in reference to this investigation
basically because we don't have the facts to reach any of
those conclusions."[5]
```

Between 2006 and 2007 I relied heavily on the advise and communication given to me by the Department of Commerce who had reviewed my business operations thoroughly. In October of 2007, after hearing several 'credible' rumors, I called Mr. Hines personally to ask him to verify – one more time – his conclusions about me and my business.

```
[Sound clip #3c] – rick+hines_4
"There is no conduct that has been isolated, to my
satisfaction that you violated any laws or rules. There is
none. You are not going to be put in jail, there is no
warrant and I would tell you if there was. I'd say it.
But, Rick there is not… I would talk to your attorneys, you
and I and your attorneys would have lengthy discussions
before charges were ever filed."[6]
```

---

[4] Michael Hines, Director of Enforcement, Division of Securities. (09/07) Source: Recording 9/18/2007 at Utah Department of Commerce.

[5] Michael Hines, Director of Enforcement, Division of Securities. (11/07) Source: Recorded phone conversation between Michael Hines and Jacob Dayton discussing Founders Capital and Rick Koerber.

[6] Michael Hines, Director of Enforcement, Division of Securities. (10/07) Source: Recorded Cell phone conversation between Mr. Hines and myself on October 26, 2007.



WEB | www.rickkoerber.com

PHONE | 801.369.3806

FAX | 801.504.8069

6248 Lone Rock Road, Highland City, Utah 84003

## CONCLUSION

When the Attorney General's office declined to bring charges against me in 2007, after the government had thoroughly investigated my business and on multiple occasions advised that there was "nothing illegal" about our business and that I "had not broken any rule or law" despite the gossip and rumors otherwise, I was relieved and thankful that in Utah we have an Attorney General's office who was more interested in the law than in retaliating against me for my political opinions and my criticisms.

I can not imagine how anyone would suggest that Mr. Wimmer, in joining with other elected representatives in calling for an audit of the Division of Securities, after learning of the kind of behavior, was doing me a favor. He was doing all Utahns a favor and was vindicated when the independent audit – which declined to include my case in its review – documented abusive prosecutorial and enforcement tactics by the division, a lack of leadership and policy guidelines for how and when to bring changes, lying and deception in settlement offers with free, innocent citizens, and several other very serious problems. I did not invent the results of the audit. I did not influence the results of the audit. I am only astonished that after Wayne Klien resigned, the leadership of the Department (Ms. Giani) and the head of Enforcement (where most of the audits documented abuses took place) are still employed by the State.

I want to thank not only Mr. Wimmer and Mr. Shurtleff, but the other government officials and representatives who listened to my evidence. Speaker Curtis, Rep. Dougal, Senator Stephens, and several others all voiced agreement with me that Ms. Giani was known to be unable to effectively manage her department. Mr. Shurtleff told me that after Mr. Klien had worked for his office he was certain Ms. Giani did not have the qualifications to reign in someone like Mr. Klien who was known even in his past employment as chasing down personal vendettas.

I cannot believe that after Ms. Giani supported these activities, after her Division Director was forced to resign, after she publicly predicated he and his department would be vindicated by the audit and it was not, and how after she was directly implicated in the audit results, and finally after she now admits she (who is not an attorney, nor familiar with the law) went against the advice of the Attorney General, still has a job and was able to orchestrate the premature celebration that took place last Tuesday when the US Attorneys office finally brought charges, bogus though they may be.

My statement today are not to offer up any defense on my case — I am satisfied to do that in court. I am willing to be accountable for all of my actions. I can only hope that with the release of this information Ms. Giani and her colleagues might finally have to do the same.

FBI-002621

FBI-002621