# EXHIBIT A

Lori Chapman
Coldwell Banker Premier Realty
545 S Valley View Dr., #90
St. George, UT 84770

To whom it may concern:

I have held a real estate license with the State of Utah for 36 years and have worked in the Washington County, UT area.  I have experience in most areas of real estate, residential, second homes, and new construction.  Following is some of my experience.

*Received my Utah State Real Estate, sales associate license in 1981. This required 90 hours of education and extensive testing.

*Received my Utah State real estate, Broker license in 1988. This required an additional 120 hours of education and training.  It also requires 2 years minimum experience and verification of the closed sales that you were the responsible party.

*Currently serve the State of Utah, as a Commissioner for the Division of Real Estate.  I have served as a Commissioner for the last 5 years, and currently the Chair of the committee.  Governor Gary Herbert appointed me to this position and I serve at his request.   This committee is represented by the Utah State Attorney General's office on any hearings conducted by the committee.  The committee is responsible for updating current requirements and proposing changes to Utah law regarding the practice of real estate.

*Currently serving National Association of Realtors as a Director representing Utah on issues at the national level.  This requires an understanding of real estate and the current and proposed national policies that would affect the industry.

* Served as President of the Utah Association of Utah, 2012, and President of the Washington County Board of Realtors 2008.  Both these positions required serving and training as the organization treasurer, vice president and director before becoming President.  I represented Utah on a local, state, and national level.

 *Served on Grievance Committee representing the southern region for the Utah Association of Realtors.  This required that I be familiar with the rules and governing policies of the real estate industry.  It involved hearings from both Realtors and the public, evaluating the issues and laws governing real estate transactions.

*Served on Professional Standards Committee for Utah Association of Realtors representing the southern region of Utah. This committee dealt with holding Realtors accountable for their ethics and their dealings with other Realtors.  This is a 6 person panel selected from experience agents who do business in the southern region of Utah and have and understanding of real estate practices in Utah;.

\*2012 Realtor of the Year for Utah Association of Realtors.  It is based on experience, service to the industry, and is selected from all Realtors in the State of Utah.

\*2009 Entrepreneur of the Year award from Women's Council of Realtors for the Washington County chapter.

I believe that education and continued training
in real estate is important.  I have received the following real estate designations.  All of them require extensive training, both in and out of the classroom.

CRS – Certified Residential Specialists -
The CRS designation is the highest credential awarded to residential sales agents, managers, and brokers. On average, CRS designees earn nearly three times more in income, transactions, and gross sales than non-designee REALTORS®.

GRI – Graduate Realtor Institute
REALTORS® with the GRI designation have in-depth training in legal and regulatory issues, technology, professional standards, and the sales process. Earning the designation is a way to stand out to prospective buyers and sellers as a professional with expertise in these areas.

RSPS – Resort and Second Home Property Specialists
This certification is designed for REALTORS® who facilitate the buying, selling, or management of properties for investment, development, retirement, or second homes in a resort, recreational and/or vacation destination are involved in this market niche.

SRES – Senior Real Estate Specialist
The SRES® Designation program educates REALTORS® on how to profitably and ethically serve the real estate needs of the fastest growing market in real estate, clients age 50+.

SSS – Short Sale Specialists
This designation program educates Realtors on the issues and unique situations in dealing with buyers or sellers involved with the short sale process.

Please contact me if you have any questions.

Lori Chapman
435-680-4408
LoriC@infowest.com