United States District Court
**DISTRICT OF UTAH**

UNITED STATES OF AMERICA

v.

CLAUD R. KOERBER

**EXHIBIT LIST**
(Preliminary)
**CASE NUMBER:** 2:17CR00037

| PRESIDING JUDGE<br><br>Judge Frederic Block | PLAINTIFF'S ATTORNEYS<br>Ruth Hackford-Peer<br>Aaron Clark<br>Tyler Murray | DEFENDANT'S ATTYS.<br>Kathryn N. Nester<br>Daphne A. Oberg<br>Robert K. Hunt |
|---|---|---|
| TRIAL DATE(S)<br>September 4, 2018 to October 2, 2018 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | Offered / Admitted | BATES NUMBER | DESCRIPTION OF EXHIBITS |
|---|---|---|---|
| 1 |  | FBI302-018-0149 | Internet Seminar Advertisement |
| 2 |  | FS099060 | Chase Bank Statement November 2005 |
| 2a |  | ZFNB-01-00004 | Wire Transfer $850,000 11/4/05 |
| 3 |  | FS100740 | Chase Bank Statement July 2006 |
| 3a |  | ZFNB-01-00068 | Wire Transfer $500,000 7/6/05 |
| 4 |  | FBI-04-01141 | Zions Bank Statement 5/31/07 showing 1,000,000 wire |
| 5 |  | FS099061 | Chase Bank Statement 11/1/05 showing $147500 wire transfer |
| 5a |  | ZFNB-01-00006 | Wire Transfer of $147,500 dated 11/8/05 |
| 6 |  | FS114795 | Chase Bank Statement showing $428,350 wire transfer on 1/13/06 |
| 6a |  | FS114860 | Wire transfer 1/13/06 of $428,350 |
| 6b |  | ZFNB-01-00259 | Wire transfer 1/13/06 of $428,350 |
| 6c |  | FS100264 | Franklin Squires Investments account debit transfer 1/13/06 of $450,000 |
| 6d |  | FS114790 | Franklin Squires Investments account credit transfer 1/13/06 of $450,000 |
| 7 |  | FS100280 | Wire transfer 6/6/06 of $415,400 |
| 7a |  | ZFNB-01-00062 | Wire transfer 6/6/06 of $415,400 |
| 8 |  | FS100741 | Chase Bank Statement showing $415,400 wire transfer 7/6/06 |
| 9 |  | FS100718 | Chase Bank statement showing wire of $89,423.23 to Atlas Capital 9/6/06 |
| 10 |  | FS113937 | Chase Bank Statement showing wire to symbolic of Nev. on 9/13/06 for $296,793.25 |
| 10a |  | FS114245 | Bank One net wire 9/13/06 for $296,793.25 |

AO 187A (Rev. 7/87)          **EXHIBIT LIST - CONTINUATION**

| PLF. NO. | Offered/ Admitted | BATES NUMBER | DESCRIPTION OF EXHIBITS |
|---|---|---|---|
| | | UNITED STATES v. CLAUD R. KOERBER | CASE NO. 2:17CR00037 |
| 10b | | ZFNB-01-00148 | Wire transfer 9/13/06 for $296,793.25 |
| 10c | | FBI-04-01527 through 1547 | Lamborghini of Las Vegas wire receipt for $296,793.25 on 9/13/06 |
| 11 | | FBI-04-01143 | Founder's Capital Investment statement showing $125,000 wire transfer on 5/22/07 to MIWE Holdings and $126,536.47 to Matson Magleby and $109,226.45 to Atlas Capital same date |
| 11a | | FS131007 | Wire transfer entry for $125,000 wire 5/22/07 |
| 12 | | FBI-04-01143 | Wire transfer entry for $126,536.47 on 5/22/07 |
| 12a | | FS131013 | Wire transfer for $126,536.47 |
| 13 | | FBI-04-01143 | Wire Transfer entry for $109,226.45 to Atlas Capital 5/22/07 |
| 13a | | FS131006 | Wire Transfer for $109,226.45 |
| 14 | | UTDOC-12-00713 | Email from Paul Bouchard to Austin Westmoreland 9/21/07 |
| 15 | | FS100753 | Chase Bank Statement showing debit of $218,896.27 on check 1360 and $213,459.67 on check 1361 |
| 15a | | IRS-03-01966 | Check 1360 payable to Steve Harris Imports for $218,896.27 dated 6/2/06 |
| 15b | | IRS-03-01964 through 1973 | Contract for sale of Ferrari dated 6/2/06 |
| 15c | | FS180827 | Email re: two Ferrari's dated 7/5/06 |
| 16 | | IRS-03-01975 | Check 1361 payable to Steve Harris Imports for $213,459.67 |
| 16a | | IRS-03-01975 through 1981 | Contract for sale of Ferrari dated 6/2/06 |
| 17 | | IDRS-RK-0110 through 111 | IRS transcript of account for Koerber for 2005 |
| 17a | | IRSCERT-01-00001 | IRS Certification of Lack of Record for 2004, 2005 and 2006 |
| 18 | | IDRS-RK-0096 through 97 | IRS transcript of account for Koerber for 2006 |
| 18a | | IRSCERT-02-0001 through 0003 | Certified IRS account transcript for Koerber for tax period 2003 |
| 18b | | IRSCERT-03-0001 through 0003 | Certified IRS account transcript for Koerber for tax period 2004 |
| 18c | | IRSCERT-04-0001 through 0003 | Certified IRS account transcript for Koerber for tax period 2005 |
| 18d | | IRSCERT-05-0001 through 0003 | Certified IRS account transcript for Koerber for tax period 2006 |
| 19 | | IRSMOI-01-00002 | Founders Capital QuickBooks 2004-2007 |
| 19a | | QB-00385 – QB-00428 | Founders Capital QuickBooks printouts |
| 20 | | IRSMOI-01-00002 | Franklin Squires Investments QuickBooks 2004-2007 |
| 20a | | QB-00481 – QB-00561 | Franklin Squires Investments QuickBooks printouts |

AO 187A (Rev. 7/87)            **EXHIBIT LIST - CONTINUATION**

| UNITED STATES v. CLAUD R. KOERBER || CASE NO. 2:17CR00037 |
|---|---|---|
| PLF. NO. | Offered/ Admitted | BATES NUMBER | DESCRIPTION OF EXHIBITS |
| 21 | | FBI-010338 through 339 | Founders Capital Promissory Notes List |
| 22 | | IRSMOI-01-00002 | Founders Capital Investments QuickBooks 2005-2007 |
| 22a | | QB-00429 – QB-00457 | Founders Capital Investments QuickBooks printouts |
| 23 | | IRSMOI-01-00002 | Hill Erickson QuickBooks 2005-2007 |
| 23a | | QB-00564 – QB-00588 | Hill Erickson QuickBooks printouts |
| 24 | | IRSMOI-01-00002 | New Castle QuickBooks 2005-2007 |
| 24a | | QB-00598 – QB-00612 | New Castle QuickBooks printouts |
| 25 | | FBI-019171 through 19172 | Recording of February, 2008 meeting |
| 25a | | FBI-019172.A through 19172.X | Transcript of recording of February, 2008 meeting |
| 25b | | FBI-003066 through 67 | Isom notes of 2/12/2008 meeting (pie chart) |
| 25c | | n/a | Isom pie chart drawing 8/28/2017 |
| 25d | | FBI-002700 - 2701 | Isom Plea Agreement and Addendum |
| 25e | | n/a | Email from Koerber to Mike Jennifer Bergen 1/20/2009 |
| 26 | | CREL-01-00005 through 104 | Creative Real Estate Lifestyles Magazine, Fall 2005 |
| 26a | | FBI-09-00274 through 275 | Letter to All Students from Rick Koerber dated 2/24/06 |
| 27 | | CREL-01-00420 through 519 | Creative Real Estate Lifestyles Magazine, Winter 2005/2006 |
| 28 | | CREL-01-00221 through 320 | Creative Real Estate Lifestyles Magazine, Spring 2006 |
| 29 | | CREL-01-00321 through 419 | Creative Real Estate Lifestyles Magazine, Summer 2006 |
| 30 | | CREL-01-00105 through 204 | Creative Real Estate Lifestyles Magazine, Fall 2006 |
| 31 | | CREL-01-00520 through 619 | Creative Real Estate Lifestyles Magazine, Winter 2006/2007 |
| 32 | | FS183137 through 183238 | Creative Real Estate Lifestyles Magazine, Spring 2007 |
| 32a | | n/a | Steve Osborne's draft of article |
| 33 | | FBI302-012-0098 | Prosperity Lifestyles, Summer 2007 |
| 34 | | FBI-003087 through 3092 | Seminar Flyers for 1/2005 seminar in St. George |
| 34a | | FS184306 through 184309 | Email from Koerber re: Las Vegas seminar |
| 35 | | FBI302-012-0082 through 83 | Real Estate Equity Mill Flyer |
| 36 | | FBI302-012-0084 through | Real Estate Equity Mill Flyer (different format) |

AO 187A (Rev. 7/87)      **EXHIBIT LIST - CONTINUATION**

| UNITED STATES v. CLAUD R. KOERBER | | | CASE NO. 2:17CR00037 |
|---|---|---|---|
| PLF. NO. | Offered/ Admitted | BATES NUMBER | DESCRIPTION OF EXHIBITS |
| | | 85 | |
| 37 | | FS108225 | Franklin Squires Reimbursement Form 9/26/05 for JTH Publishing for $55,779.92 |
| 37a | | FS114625 | Franklin Squires Reimbursement Request Form 12/19/05 for JTH Publishing for $60,604.95 |
| 37b | | FS109759 | Franklin Squires Reimbursement Request Form 3/15/06 for JTH Publishing for $70,069.95 |
| 37c | | FS113994 | Franklin Squires Reimbursement Request Form 9/15/06 for JTH Publishing for $70,384.95 |
| 37d | | FS130463 | Franklin Squires Reimbursement Request Form 3/29/07 for JTH Publishing for $53,020.95 |
| 38 | | FBI-07-00813.A | Recording of 9/13/07 St. George Meeting |
| 38a | | FBI-07-00815 through 927 | Transcript of Excerpts from St. George Meeting |
| 39 | | n/a | Audio Recording of 09/20/09 Isom – Koerber Meeting |
| 40 | | FBI-019155 | Section of media disc prin. 4 |
| 41 | | FBI-019160 | Section of media disc prin. 9 |
| 42 | | FBI-019161 | Section of media disc prin. 10 |
| 43b | | FBI-019162.B | Revised video clip of media disc prin. 11 |
| 44 | | FBI-019164 | Section of media disc prin. 13 |
| 45 | | FBI-019165 | Section of summary of 13 prin. disc |
| 46 | | FBI-003071 through 3072 | J. Olivas' notes re conversation with Koerber 1/8/08 |
| 47 | | FBI-09-00427 through 428 | Email from Koerber to Isom dated 12/30/04 |
| 47a | | FBI-0003054 | $250,000 note Founder's Capital to MIWE dated 1/5/05 |
| 47b | | FBI-0003062 | $1,190,000 note Franklin Squires to MIWE dated 4/5/05 |
| 47c | | FBI-003064 through 3065 | $250,000 note Franklin Squires to MIWE dated 12/30/04 |
| 47d | | FBI1A-07-0001 through 2 | Sketch of Equity Mill by Isom |
| 48 | | FBI-000040 - 41 | 8/13/07 to New Castle Holdings Real Estate Creditors |
| 49 | | FBI-000160 through 161 | 8/21/07 Letter to New Castle Holdings Real Estate Creditor |
| 50 | | FBI-000716 through 718 | Email from Kirby to undisclosed recipients 8/6/07 |
| 51 | | FBI-002813 | Letter dated 8/12/08 – Request for Verification of Assets |
| 52 | | FBI302-073-0027 through 29 | Minutes of Founder's Capital Member Meeting 3/19/08 |
| 53 | | FBI302-073-0030 through 31 | Minutes of Founder's Capital Member Meeting 4/2/08 |

AO 187A (Rev. 7/87)          **EXHIBIT LIST - CONTINUATION**

| UNITED STATES v. CLAUD R. KOERBER || | CASE NO. 2:17CR00037 |
|---|---|---|---|
| PLF. NO. | Offered/ Admitted | BATES NUMBER | DESCRIPTION OF EXHIBITS |
| 54 | | FBI-05-00915 through 917 | Minutes of Founder's Capital Member Meeting 5/21/08 |
| 55 | | FS133015 | Email from Clyne Long to Forrest Allen dated 4/27/06 |
| 56 | | CL-000001 through 7 | List of People re: Clyne Long |
| 57 | | FS129733 | Email string between Koerber and Alisha Johnson 1/29/07 |
| 57a | | FS130895 | Email string between Koerber and Alisha Johnson 1/22/07 |
| 57b | | FS100405 | Email string between Koerber and Alisha Johnson 12/15/06 |
| 57c | | FS100410 | Email string between Koerber and Alisha Johnson 12/20/06 |
| 57d | | FS100476 | Email string between Koerber and Alisha Johnson 11/8/06 |
| 57e | | FS100415 | Email between Rachelle Taylor and Koerber 12/19/06 |
| 57f | | FS100419 | Email between Rachelle Taylor and Koerber 12/18/06 |
| 57g | | FS100448 | Email between Rachelle Taylor and Koerber 11/21/06 |
| 57h | | FS130834 | Email between Rachelle Taylor and Koerber 2/26/07 |
| 57i | | FS130904 | Email between Rachelle Taylor and Koerber 1/15/07 |
| 57j | | FS130912 | Email between Rachelle Taylor and Koerber 1/12/07 |
| 57k | | IRS-04-00398 | Email between Rachelle Taylor and Koerber 8/25/06 |
| 57l | | FS130825 | Email between Rachelle Taylor and Koerber 3/12/07 |
| 57m | | FS130892 | Email between Rachelle Taylor and Koerber 1/22/07 |
| 57n | | IRS-04-00421 through 422 | Email string between Rachelle Taylor and Koerber 6/15/07 Subject: Bank account balances |
| 58 | | FS112444 | Franklin Squires Payment Request Form 3/3/2005 |
| 58a | | FS106554 | Franklin Squires Payment Request Form 5/17/05 |
| 58b | | FS099123 | Franklin Squires Payment Request Form 12/7/05 |
| 58c | | FS099932 | Franklin Squires Payment Request Form 1/5/06 |
| 58d | | FS114445 | Franklin Squires Payment Request Form 1/18/06 |
| 58e | | FS115163 | Franklin Squires Payment Request Form 1/26/06 |
| 58f | | FS099787 | Franklin Squires Payment Request Form 3/1/06 |
| 58g | | FS099788 | Franklin Squires Payment Request Form 3/25/06 |
| 58h | | FS099830 | Franklin Squires Payment Request Form 5/1/06 ($135,759.68) |
| 58i | | FS110198 | Franklin Squires Payment Request Form 5/1/06 ($116,765.61) |
| 58j | | FS111023 | Franklin Squires Payment Request Form 7/7/06 ($100,512.68) |

AO 187A (Rev. 7/87)          **EXHIBIT LIST - CONTINUATION**

| UNITED STATES v. CLAUD R. KOERBER | | CASE NO. 2:17CR00037 |
|---|---|---|

| PLF. NO. | Offered/ Admitted | BATES NUMBER | DESCRIPTION OF EXHIBITS |
|---|---|---|---|
| 58k | | FS111546 | Franklin Squires Payment Request Form 7/7/06 ($110,506.75 |
| 58l | | FS111521 | Franklin Squires Payment Request Form 8/1/06 ($108,677.03) (not funded)? |
| 58m | | FS130687 | Franklin Squires Payment Request Form 12/12/06 |
| 58n | | FS095027 | Franklin Squires Payment Request Form 12/13/06 |
| 58o | | FS115607 | Franklin Squires Payment Request Form 1/15/07 |
| 59 | | UTDOC-49-01211 through 1212 | Change of Principal and/or Interest – Kimber Academy |
| 60 | | FS167398 | Resolution of Claud R. Koerber Central Management date 12/31/06 (Ex. 104) |
| 61 | | FS096902 through 96915 | Franklin Squires Companies Group Handout 3/14/05 |
| 65 | | FS105000 | Global Central Management letter to Global Central Investor/Vendor dated 8/10/05 |
| 66 | | FS105007 | Letter to Forrest Allen from Koerber dated 8/23/05 re: Global Central Pay off |
| 67 | | FS105003 | Global Central Payoff List |
| 68 | | FBI-04-00920 through 924 | Stipulated Order of Settlement with Secretary of State of Wyoming 11/22/2000 |
| 70 | | FBI-000619 | Operating Agreement for Main Street Movie Group LLC effective 3/15/06 |
| 71 | | FS110767 | Email from Richard Dutcher to Forrest Allen dated 6/30/06 |
| 72 | | FS114082 | Email from Richard Dutcher to Forrest Allen dated 9/18/06 |
| 73 | | FS094558 | Invoice to Koerber/Franklin Squires for $30,000 for portrait |
| 74 | | FS109748 | Franklin Squires Reimbursement Request Form 4/5/06 for $22,137.50 |
| 75 | | FBI-019133 | Video clip from VIP Media disc – 21 Day Sale pt.2 |
| 76 | | FBI-019146 | Video clip from VIP Media disc – Principles of Prosperity |
| 77 | | FBI-019146 | Video clip from VIP Media disc – Principles of Prosperity |
| 78 | | FBI-019146 | Video clip from VIP Media disc – Principles of Prosperity |
| 79 | | FBI-019146 | Video clip from VIP Media disc – Principles of Prosperity |
| 80 | | FBI302-028-0016 through 20 | Rudder Holding Co. & Anchor Holding Commitment Agreement with Iceberg Opportunities |
| 81 | | FBI302-028-0024 through 48 | Operating Agreement of Iceberg Opportunities LLC |
| 82 | | FBI302-028-0050 through 54 | Iceberg Reimbursement Request Forms and Email |

AO 187A (Rev. 7/87)    **EXHIBIT LIST - CONTINUATION**

| UNITED STATES v. CLAUD R. KOERBER | | | CASE NO. 2:17CR00037 |
|---|---|---|---|
| PLF. NO. | Offered/ Admitted | BATES NUMBER | DESCRIPTION OF EXHIBITS |
| 83 | | FS111520 | Email Kelly Christensen to Forrest Allen 7/27/06 |
| 84 | | FS176030 through 176031 | Grand America Conference Recap 4/21/06 |
| 85 | | FBI302-028-0063 through 66 | Email Claud Koerber to rcskousen et al 11/19/09 |
| 89 | | FBI-09-00273 | Session 4 Flyer (color) |
| 89a | | FS194775 | Session 4 Flyer (with handwritten sticky note) |
| 89b | | FS194776 | Session 4 Flyer (in black & white) |
| 89c | | FBI302-026-0060 | Check 105 from Carroll Investments, LLC, payable to Founders Capital for $70,000.00 dated 12/20/05 |
| 90 | | FBI302-026-0014 | Email chain – C. Carroll to Koerber and reply – 8/30/06 and 8/31/06 |
| 91 | | FBI302-080-0373 through 375 | Email dated 6/18/07 from Koerber to C. Carroll |
| 92 | | FS070703 | Franklin Squires Membership Packet p. 3 (Craig Carroll) |
| 93 | | FBI-07-00613 through 617 | Email Koerber to D. Clarke 6/18/07 |
| 93a | | FBI-07-00610 through 617 | Email chain – Kim Tingey and Jason Vaughn 6/07 |
| 93b | | IRS-04-00555 | Freestyle Holdings Letter to Investors dated 7/17/07 |
| 94 | | IRS-04-00566 through 567 | Email response to John Cooke from Koerber dated 10/16/07 |
| 95 | | FBI-04-01194 | Change of Principal – Matson Magleby 7/5/07 |
| 96 | | FBI302-084-0009 | Email from David Kirby to Matson Magleby dated 12/19/07 |
| 97 | | IRS-09-02431 through 2446 | David Shipley email conversation with Koerber 2/20/08 (D52) |
| 100 | | FBI-04-00500 through 503 | Dental Bill and Records for Koerber |
| 101 | | IRS-08-01378 through 1628 | Insurance Documents – Union Central Insurance |
| 102 | | ACC-01-00001 through 114 | Documents from adoption file (*p.5, 52-58, 68-70*) |
| 102a | | ACC-02-00001 through 189 | Documents from adoption file (*p.10, 25-26, 61-65, 96*) |
| 103 | | FS180355 | Rick's Menu |
| 104 | | FBI-000342 through 343 | Rick Koerber's Biography |
| 105 | | FBI-04-01067 through 1077 | Wilkinson, Cooley & Co. compilation dated 8/24/07 |
| 106 | | FS056979 through 56988 | REPC – 11/06 for Heber Cabin |
| 106a | | FBI-07-02175 through 02177 | Wasatch Co. Corp. Tax Roll Master Record / Parcel Abstract |
| 106b | | n/a | Deed in lieu of foreclosure |

AO 187A (Rev. 7/87)          **EXHIBIT LIST - CONTINUATION**

| UNITED STATES v. CLAUD R. KOERBER | | | CASE NO. 2:17CR00037 |
|---|---|---|---|
| PLF. NO. | Offered/ Admitted | BATES NUMBER | DESCRIPTION OF EXHIBITS |
| 107 | | FS057101 through 57103 | Settlement Statement 11/30/06 |
| 108 | | UTDOC-12-00376 through 389 | REPC dated 4/3/07 for Heber Cabin |
| 109 | | FBI302-003-0019 through 20 | Silver coin minted by Koerber |
| 114 | | FS109532 | March 28, 2008 email regarding Peter Hanson's Lexus |
| 115 | | FS130802 | Memo regarding Hanson's $5,200 contribution |
| 116 | | n/a | Evil Angel trailer |
| 117 | | FS180163 through 169 | Franklin Squires 2004 Master Plan |
| 118 | | FBI-02-00045.A | Rick Koerber interview recording 2/13/09 |
| 118a | | FBI-02-00046 through 193 | Rick Koerber interview transcript 2/13/09 |
| 119 | | FBI-02-00045.B | Rick Koerber interview recording 2/26/09 |
| 119a | | FBI-02-00194 through 314 | Rick Koerber interview transcript 2/26/09 |
| 119b | | n/a | Audio clip - Rick Koerber interview 2/26/09 |
| 124 | | | Bank FDIC Certificate |
| 125 | | IRS-10-0002 through 12 | BEX engraving invoice |
| 127 | | Various | Chase Bank – Certification re: signature cards (8/07, 6/07) |
| 128 | | Various | Rick Koerber LLC bank account records (Zions Bank X0343) |
| 129 | | Various | Founders Capital Investments bank account records (Chase Bank X0235) |
| 130 | | Various | FranklinSquires Investments – Marketing bank account records (Chase Bank X1807) |
| 131 | | Various | Founders Capital bank account records (Chase Bank X1815) |
| 132 | | Various | Hill Erickson bank account records (Chase Bank X1823) |
| 133 | | Various | FranklinSquires Investments bank account records (Chase Bank X2029) |
| 134 | | Various | Founders Capital Investments bank account records (Zions Bank X2333) |
| 135 | | Various | Founders Capital bank account records (Chase Bank X3297) |
| 136 | | Various | Rick Koerber LLC bank account records (Key Bank X4769) |
| 137 | | Various | New Castle Holdings bank account records (Chase Bank X8082) |
| 138 | | Various | Founders Capital bank account records (Chase Bank X8587) |

AO 187A (Rev. 7/87)      **EXHIBIT LIST - CONTINUATION**

| UNITED STATES v. CLAUD R. KOERBER | | | CASE NO. 2:17CR00037 |
|---|---|---|---|
| PLF. NO. | Offered/ Admitted | BATES NUMBER | DESCRIPTION OF EXHIBITS |
| 139 | | Various | New Castle Holdings bank account records (Chase Bank X8694 |
| 140 | | Various | FranklinSquires Investments bank account records (Chase Bank X8744) |
| 141 | | Various | FranklinSquires Investments bank account records (Chase Bank X9118) |
| 142 | | n/a | Summary Exhibits |
| 143 | | n/a | IRS Summary Exhibits |
| 144 | | IRSMOI-00593 | Kiirsty Jeppson Meeting Notes |
| 145 | | FSI157773 | Email from Isom to Forrest Allen, dated 05-09-2005 |
| 146 | | IRSMOI-00620 through 00713 | Audio clips and accompanying transcripts from 02-13-2009 Interview of Claud Rick Koerber |
| 147 | | | UCCU documents |
| 148 | | Defense production | Email from Forrest Allen to Koerber dated 07-03-2007 |
| 149 | | Defense production | Email from Koerber to Forrest Allen dated 09-13-2007 |
| 150 | | Defense production | Email from Forrest Allen to Koerber dated 06-27-2007 |
| 156 | | n/a | Founders Capital LLC Quickbooks Transaction Detail (1/2005 through 12/2007) |
| 157a | | QB-00001 – QB-00018 | July 2005 – Excel printouts from F.A. disc |
| 157b | | QB-00017 – QB-00038 | August 2005 – Excel printouts from F.A. disc |
| 157c | | QB-00039 – QB-00057 | September 2005 – Excel printouts from F.A. disc |
| 157d | | QB-00056 – QB-00074 | October 2005 – Excel printouts from F.A. disc |
| 157e | | QB-00075 – QB-00094 | November 2005 – Excel printouts from F.A. disc |
| 157f | | QB-00095 – QB-00111 | December 2005 – Excel printouts from F.A. disc |
| 157g | | QB-00112 – QB-00132 | January 2006 – Excel printouts from F.A. disc |
| 157h | | QB-00133 – QB-00150 | February 2006 – Excel printouts from F.A. disc |
| 157i | | QB-00151 – QB-00174 | March 2006 – Excel printouts from F.A. disc |
| 157j | | QB-00175 – QB-00192 | April 2006 – Excel printouts from F.A. disc |
| 157k | | QB-00193 – QB-00211 | May 2006 – Excel printouts from F.A. disc |
| 157l | | QB-00212 – QB-00231 | June 2006 – Excel printouts from F.A. disc |
| 157m | | QB-00232 – QB-00238 | July 2006 – Excel printouts from F.A. disc |
| 157n | | QB-00239 – QB-00246 | March 2007 – Excel printouts from F.A. disc |

AO 187A (Rev. 7/87)      **EXHIBIT LIST - CONTINUATION**

| UNITED STATES v. CLAUD R. KOERBER | | | CASE NO. 2:17CR00037 |
|---|---|---|---|
| PLF. NO. | Offered/ Admitted | BATES NUMBER | DESCRIPTION OF EXHIBITS |
| 157o | | QB-00247 – QB-00276 | April 2007 – Excel printouts from F.A. disc |
| 157p | | QB-00277 – QB-00306 | May 2007 – Excel printouts from F.A. disc |
| 157q | | QB-00307 – QB-00322 | June 2007 – Excel printouts from F.A. disc |
| 157r | | QB-00323 – QB-00350 | July 2007 – Excel printouts from F.A. disc |
| 157s | | QB-00351 – QB-00352 | August 2007 – Excel printouts from F.A. disc |
| 157t | | QB-00353 – QB-00364 | October 2007– Excel printouts from F.A. disc |
| 157u | | QB-00365 – QB-00370 | November 2007 – Excel Printouts from F.A. disc |
| 158 | | QB-00371 | Printout from F.A. disc - Ricks Report |
| 159 | | QB-00372 | Printout from F.A. disc – bal dated 8/23/2006 |
| 160 | | UTDOC-48-00474 – UTDOC-48-00475 | FranklinSquires Co. Press Release re: American TimberCraft 06-14-2007 |
| 161 | | IRSMOI-01-00002 | American Founders Academy LLC QuickBooks |
| 161a | | QB-00375 – QB-00379 | American Founders Academy LLC QuickBooks printouts |
| 162 | | IRSMOI-01-00002 | American Founders University QuickBooks |
| 162a | | QB-00380 | American Founders University QuickBooks printouts |
| 163 | | IRSMOI-01-00002 | CRK Central Management LLC QuickBooks |
| 163a | | QB-00381 – QB-00384 | CRK Central Management LLC QuickBooks printouts |
| 164 | | IRSMOI-01-00002 | FranklinChocolates LLC QuickBooks |
| 164a | | QB-00458 – QB-00461 | FranklinChocolates LLC QuickBooks printouts |
| 165 | | IRSMOI-01-00002 | Free Capitalist QuickBooks |
| 165a | | QB-00462 – QB-00464 | Free Capitalist QuickBooks printouts |
| 166 | | IRSMOI-01-00002 | FranklinSquires Companies QuickBooks |
| 166a | | QB-00465 – QB-00480 | FranklinSquires Companies QuickBooks printouts |
| 167 | | IRSMOI-01-00002 | Global Central Management LLC QuickBooks |
| 167a | | QB-00562 – QB-00563 | Global Central Management LLC QuickBooks printouts |
| 168 | | IRSMOI-01-00002 | Lucent Real Estate Services LLC QuickBooks |
| 168a | | QB-00589 – QB-00592 | Lucent Real Estate Services LLC QuickBooks printouts |
| 169 | | IRSMOI-01-00002 | McGuire Group LLC QuickBooks |
| 169a | | QB-00593 – QB-00597 | McGuire Group LLC QuickBooks printouts |
| 170 | | IRSMOI-01-00002 | Rick Koerber LLC QuickBooks |

AO 187A (Rev. 7/87) **EXHIBIT LIST - CONTINUATION**

| UNITED STATES v. CLAUD R. KOERBER | | CASE NO. 2:17CR00037 | |
|---|---|---|---|
| PLF. NO. | Offered/ Admitted | BATES NUMBER | DESCRIPTION OF EXHIBITS |
| 170a | | QB-00613 – QB-00615 | Rick Koerber LLC QuickBooks printouts |
| 171 | | IRSMOI-01-00002 | Rudder Holding Company QuickBooks |
| 171a | | QB-00616 – QB-00621 | Rudder Holding Company QuickBooks printouts |
| 172a | | n/a | Rick Koerber prior testimony (p. 3224 line 10 through p. 3225 line 1) |
| 172b | | n/a | Rick Koerber prior testimony (p. 3309 line 5 through p. 3312 line 11; p. 3313 lines 5-19) |
| 172c | | n/a | Rick Koerber prior testimony (p. 3480 line 11 through p. 3481 line 3) |
| 172d | | n/a | Rick Koerber prior testimony (p. 3482 line 1 through p. 3483 line 3) |
| 172e | | n/a | Rick Koerber prior testimony (p. 3979 lines 2-10) |
| 172f | | n/a | Rick Koerber prior testimony (p. 4230 lines 4-20) |
| 172g | | n/a | Rick Koerber prior testimony (p. 4325 lines 16-22) |
| 172h | | n/a | Rick Koerber prior testimony (p. 4255 lines 8-10, 14-21, 24-25; p. 4256 lines 1-18) |
| 173a | | RK-EMAIL-045864 | Email from C. Koerber to F. Allen dated 03-14-2007 |
| 173b | | RK-EMAIL-043325 – RK-EMAIL-043327 | Email from wilkandco@aol.com to claudrkoerber@franklinsquires.com dated 06-13-2007 |
| 173c | | RK-EMAIL-025634 | Email from F. Allen to rick@franklinsquires.com dated 06-25-2007 |
| 173d | | RK-EMAIL-025633 | Email from F. Allen to rick@franklinsquires.com dated 06-27-2007 |
| 173e | | RK-EMAIL-025629 | Email from F. Allen to rick@franklinsquires.com dated 07-03-2007 |
| 173f | | RK-EMAIL-025627 | Email from F. Allen to rick@franklinsquires.com dated 07-03-2007 |
| 173g | | RK-EMAIL-025611 | Email from F. Allen to rick@franklinsquires.com dated 07-03-2007 |
| 173h | | RK-EMAIL-043704 – RK-EMAIL-043705 | Email from C. Koerber to F. Allen dated 07-09-2007 |
| 173i | | RK-EMAIL-025562 | Email from F. Allen to C. Koerber dated 07-10-2007 |
| 173j | | RK-EMAIL-043629 | Email from rkoerber@franklinsquires.com to F. Allen dated 07-13-2007 |
| 173k | | RK-EMAIL-025522 | Email from F. Allen to rick@franklinsquires.com dated 07-20-2007 |
| 173l | | RK-EMAIL-043490 | Email from rkoerber@franklinsquires.com to F. Allen dated 09-13-2007 |
| 174a | | IRS-01-01177 | Check to Founders Capital |

AO 187A (Rev. 7/87)     **EXHIBIT LIST - CONTINUATION**

| PLF. NO. | Offered/ Admitted | BATES NUMBER | DESCRIPTION OF EXHIBITS |
|---|---|---|---|
| | | UNITED STATES v. CLAUD R. KOERBER | CASE NO. 2:17CR00037 |
| 174b | | FS100169 | Checks to Founders Capital |
| 174c | | FS133107 | Checks to Founders Capital |
| 174d | | FS100123 | Checks to Founders Capital |
| 174e | | FS100112 | Checks to Founders Capital |
| 175 | | FBI-003329 | Koerber interview by S. Osborne 02-01-2007 (full audio) |
| 175a | | FBI-003329 | Koerber interview by S. Osborne 02-01-2007 (audio clip) |
| 175b | | FBI-003329 | Koerber interview by S. Osborne 02-01-2007 (audio clip) |
| 175c | | FBI-003329 | Koerber interview by S. Osborne 02-01-2007 (audio clip) |
| 176 | | FBI302-096-0014 – FBI302-096-0122 | Transcript of Koerber interview by S. Osborne 02-01-2007 |