IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. CLAUD R. KOERBER, Defendant. | **MEMORANDUM DECISION AND ORDER** Case No. 2:17-CR-37 District Judge Frederic Block Chief Magistrate Judge Paul M. Warner |
|---|---|

Koerber's August 14, 2018 motion seeking reconsideration of the Court's July 30, 2018 order is denied. Koerber's arguments, which were not made in his original brief, are meritless. *See United States v. Mendoza*, 468 F.3d 1256, 1262 (10th Cir. 2006) ("referrals for disciplinary review" do not "call into question the impartiality of a judge").

IT IS SO ORDERED.

DATED this 15th day of August, 2018.

BY THE COURT:
/s/

FREDERIC BLOCK
United States District Judge