AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF UTAH

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
SEP 20 2018
D. MARK JONES, CLERK
BY _____ DEPUTY CLERK

## EXHIBIT AND WITNESS LIST

United States of America
v.
Claud R. Koerber

Case Number:  2:17cr37 FB

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|
| Frederic Block | | | Murray, Clark, Hackford-Peer | | Nester, Hunt, Oberg, Stengel |
| TRIAL DATE (S) | | | COURT REPORTER | | COURTROOM DEPUTY |
| 9/4/2018- 10/1/2018 | | | Young, Janke, Hicken, Walker, Robinson | | Melissa Saddler |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| * | | 9/5/2018 | | | **WITNESS:  LORI CHAPMAN** |
| * | | " | | | **WITNESS:  MICHAEL ISOM** |
| 34 | | " | X | X | Seminar Flyers for 1/2005 seminar in St. George |
| 47c | | " | X | X | Promissory Note by Franklin Squires to MIWE- 12/30/04 |
| 47a | | " | X | X | Promissory Note by Founders Capital to MIWE-1/5/05 |
| 47b | | " | X | X | Promissory Note by Franklin Squires to MIWE-4/5/05 |
| 47 | | " | X | X | Email from Koerber to Isom- 12/30/04 |
| 145 | | " | X | X | Email from Isom to Forrest Allen- 5/9/05 |
| 2 | | " | X | X | Chase Bank Statement- 11/2005 |
| 2a | | " | X | X | Wire Transfer $850,000-11/4/05 |
| 3 | | " | X | X | Chase Bank Statement- 7/2006 |
| 3a | | " | X | X | Wire Transfer $500,000- 7/6/05 |
| 4 | | " | X | X | Zions Bank Statement-5/31/07 |
| 5 | | " | X | X | Chase Bank Statement- 11/1/05 |
| 5a | | " | X | X | Wire Transfer $147,500-11/8/05 |
| 7 | | " | X | X | Wire Transfer-6/6/06 $415,400 |
| 7a | | " | X | X | Wire Transfer-6/6/06 $415,400 |
| 8 | | " | X | X | Chase Bank Statement showing $415,400 wire transfer 7/6/06 |
| 11 | | " | X | X | Founders Capital Investment statement |
| 11a | | " | X | X | Wire Transfer Entry for $125,000 wire-5/22/07 |
| 180g | | " | X | X | Email from Koerber to Isom- 6/18/07 |
| 38 | | " | X | X | Audio Recording of 9/13/07 St. George Meeting |
| 39 | | " | X | X | Audio Recording of 9/20/09 Isom-Koerber Meeting |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

COURT EXHIBIT 4

Page 1 of _____ Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| United States of America | | vs. | Claud R. Koerber | | CASE NO. 2:17cr37 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 25 | | " | X | X | Audio Recording of February 2008 Meeting |
| 25c | | " | X | X | Isom Pie Chart Drawing |
| * | | 9/6/18 | | | **WITNESS: MICHAEL ISOM (CONTINUED)** |
| 25b | | " | X | X | Isom Notes of 2/12/08 meeting |
| | 552A | " | X | X | Audio clip: Kindred-Isom, December 2008 |
| | 552C | " | X | X | Audio clip: Kindred-Isom, December 2008 |
| | 552E | " | X | X | Audio clip: Kindred-Isom, December 2008 |
| | 409 | " | X | X | Confidential Private Offering Memorandum-10/30/06 |
| | 526 | " | X | X | Email from Isom to Koerber-12/11/07 |
| | 540 | " | X | X | Draft Letter from Isom Attorney to Michael Hines- 12/11/07 |
| | 598 | " | X | X | FC Recission Offer Letter and Election |
| | 516 | " | X | X | Recission Offer Document |
| | 915 | " | X | X | Exhibit A PPM- Members List |
| | 915e | " | X | X | Isom signed receipt of PPM- 11/21/07 |
| | 915b | " | X | X | Exhibit A PPM- Summary of Ownership |
| | 915c | " | X | X | Exhibit A PPM- Principal Interest Holders PPM |
| | 979 | " | X | X | Election to Rescind or Waive- Isom |
| | 980 | " | X | X | Audio clip: Isom |
| | 981 | " | X | X | Audio clip: pie chart meeting |
| | 982 | " | X | X | Audio clip: pie chart meeting |
| * | | 9/6/18 | | | **WITNESS: FORREST ALLEN** |
| 19 | | " | X | X | Founders Capital QuickBooks 2004-2007 |
| 19a | | " | X | X | Founders Capital QuickBooks printouts |
| 20 | | " | X | X | Franklin Squires Investments QuickBooks 2004-2007 |
| 20a | | " | X | X | Franklin Squires Investments QuickBooks printouts |
| 22 | | " | X | X | Founders Capital Investments Quick Books 2005-2007 |
| 22a | | " | X | X | Founders Capital Investments Quick Books printouts |

| | | | | | |
|---|---|---|---|---|---|
| 23 | | 9/6/18 | X | X | Hill Erickson QuickBooks 2005-2007 |
| 23a | | " | X | X | Hill Erickson QuickBooks printouts |
| 24 | | " | X | X | New Castle QuickBooks 2005-2007 |
| 24a | | " | X | X | New Castle QuickBooks printouts |
| 161 | | " | X | X | American Founders Academy LLC QuickBooks |
| 161a | | " | X | X | American Founders Academy LLC QuickBooks printouts |
| 162 | | " | X | X | American Founders University QuickBooks |
| 162a | | " | X | X | American Founders University QuickBooks printouts |
| 163 | | " | X | X | CRK Central Management LLC QuickBooks |
| 163a | | " | X | X | CRK Central Management LLC QuickBooks printouts |
| 164 | | " | X | X | FranklinChocolates LLC QuickBooks |
| 164a | | " | X | X | FranklinChocolates LLC QuickBooks printouts |
| 165 | | " | X | X | Free Capitalist QuickBooks |
| 165a | | " | X | X | Free Capitalist QuickBooks printouts |
| 166 | | " | X | X | FranklinSquires Companies QuickBooks |
| 166a | | " | X | X | FranklinSquires Companies QuickBooks printouts |
| 167 | | " | X | X | Global Central Management LLC QuickBooks |
| 167a | | " | X | X | Global Central Management LLC QuickBooks printouts |
| 168 | | " | X | X | Lucent Real Estate Services LLC QuickBooks |
| 168a | | " | X | X | Lucent Real Estate Services LLC QuickBooks printouts |
| 169 | | " | X | X | McGuire Group LLC QuickBooks |
| 169a | | " | X | X | McGuire Group LLC QuickBooks printouts |
| 170 | | " | X | X | Rick Koerber LLC QuickBooks |
| 170a | | " | X | X | Rick Koerber LLC QuickBooks printouts |
| 171 | | " | X | X | Rudder Holding Company QuickBooks |
| 171a | | " | X | X | Rudder Holding Company QuickBooks printouts |
| 157a | | " | X | X | July 2005 – Excel printouts from F.A. disc |
| 157b | | " | X | X | August 2005 – Excel printouts from F.A. disc |
| 157c | | " | X | X | September 2005 – Excel printouts from F.A. disc |
| 157d | | " | X | X | October 2005 – Excel printouts from F.A. disc |
| 157e | | " | X | X | November 2005 – Excel printouts from F.A. disc |

| | | | | | |
|---|---|---|---|---|---|
| 157f | | 9/6/18 | X | X | December 2005 – Excel printouts from F.A. disc |
| 157g | | " | X | X | January 2006 – Excel printouts from F.A. disc |
| 157h | | " | X | X | February 2006 – Excel printouts from F.A. disc |
| 157i | | " | X | X | March 2006 – Excel printouts from F.A. disc |
| 157j | | " | X | X | April 2006 – Excel printouts from F.A. disc |
| 157k | | " | X | X | May 2006 – Excel printouts from F.A. disc |
| 157l | | " | X | X | June 2006 – Excel printouts from F.A. disc |
| 157m | | " | X | X | July 2006 – Excel printouts from F.A. disc |
| 157n | | " | X | X | March 2007 – Excel printouts from F.A. disc |
| 157o | | " | X | X | April 2007 – Excel printouts from F.A. disc |
| 157p | | " | X | X | May 2007 – Excel printouts from F.A. disc |
| 157q | | " | X | X | June 2007 – Excel printouts from F.A. disc |
| 157r | | " | X | X | July 2007 – Excel printouts from F.A. disc |
| 157s | | " | X | X | August 2007 – Excel printouts from F.A. disc |
| 157t | | " | X | X | October 2007– Excel printouts from F.A. disc |
| 157u | | " | X | X | November 2007 – Excel Printouts from F.A. disc |
| 158 | | " | X | X | Printout from F.A. disc - Ricks Report |
| 159 | | " | X | X | Printout from F.A. disc – bal dated 8/23/2006 |
| 57 | | " | X | X | Email string between Koerber and Alisha Johnson 1/29/07 |
| 57a | | " | X | X | Email string between Koerber and Alisha Johnson 1/22/07 |
| 57b | | " | X | X | Email string between Koerber and Alisha Johnson 12/15/06 |
| 57c | | " | X | X | Email string between Koerber and Alisha Johnson 12/20/06 |
| 57d | | " | X | X | Email string between Koerber and Alisha Johnson 11/8/06 |
| 57e | | " | X | X | Email between Rachelle Taylor and Koerber 12/19/06 |
| 57f | | " | X | X | Email between Rachelle Taylor and Koerber 12/18/06 |
| 57g | | " | X | X | Email between Rachelle Taylor and Koerber 11/21/06 |
| 57h | | " | X | X | Email between Rachelle Taylor and Koerber 2/26/07 |
| 57i | | " | X | X | Email between Rachelle Taylor and Koerber 1/15/07 |
| 57j | | " | X | X | Email between Rachelle Taylor and Koerber 1/12/07 |
| 57k | | " | X | X | Email between Rachelle Taylor and Koerber 8/25/06 |
| 57l | | " | X | X | Email between Rachelle Taylor and Koerber 3/12/07 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 57m |  | 9/6/18 | X | X | Email between Rachelle Taylor and Koerber 1/22/07 |
| 131 |  | " | X | X | Founders Capital bank account records (Chase Bank X1815) |
| 174a |  | " | X | X | Check to Founders Capital |
| 174b |  | " | X | X | Check to Founders Capital |
| 174c |  | " | X | X | Check to Founders Capital |
| 174d |  | " | X | X | Check to Founders Capital |
| 126 |  | " | X | X | Franklin Squires Companies LLC bank account records (Zions Bank 2317) |
| 127 |  | " | X | X | Chase Bank – Certification re: signature cards (8/07, 6/07) |
| 128 |  | " | X | X | Rick Koerber LLC bank account records (Zions Bank X0343) |
| 129 |  | " | X | X | Founders Capital Investments bank account records (Chase Bank X0235) |
| 130 |  | " | X | X | FranklinSquires Investments – Marketing bank account records (Chase Bank X1807) |
| 131 |  | " | X | X | Founders Capital bank account records (Chase Bank X1815) |
| 132 |  | " | X | X | Hill Erickson bank account records (Chase Bank X1823) |
| 133 |  | " | X | X | FranklinSquires Investments bank account records (Chase Bank X2029) |
| 134 |  | " | X | X | Founders Capital Investments bank account records (Zions Bank X2333) |
| 135 |  | " | X | X | Founders Capital bank account records (Chase Bank X3297) |
| 136 |  | " | X | X | Rick Koerber LLC bank account records (Key Bank X4769) |
| 137 |  | " | X | X | New Castle Holdings bank account records (Chase Bank X8082) |
| 138 |  | " | X | X | Founders Capital bank account records (Chase Bank X8587) |
| 139 |  | " | X | X | New Castle Holdings bank account records (Chase Bank X8694 |
| 140 |  | " | X | X | FranklinSquires Investments bank account records (Chase Bank X8744) |
| 141 |  | " | X | X | Franklin Squires Investments bank account records (Chase Bank X9118) |
| 57n |  | " | X | X | Email string between Rachelle Taylor and Koerber 6/15/07 Subject: Bank account balances |
| 21 |  | " | X | X | Founders Capital Promissory Notes List |
| 55 |  | " | X | X | Email from Clyne Long to Forrest Allen dated 4/27/06 |
| 109 |  | " | X | X | Silver coin minted by Koerber |
| 6d |  | " | X | X | Franklin Squires Investments account credit transfer 1/13/06 of $450,000 |
| 6c |  | " | X | X | Franklin Squires Investments account debit transfer 1/13/06 of $450,000 |
| 6b |  | " | X | X | Wire transfer 1/13/06 of $428,350 |
| 6a |  | " | X | X | Wire transfer 1/13/06 of $428,350 |
| 6 |  | " | X | X | Chase Bank Statement showing $428,350 wire transfer on 1/13/06 |

| | | | | | |
|---|---|---|---|---|---|
| 32 | | 9/6/18 | X | X | Creative Real Estate Lifestyles Magazine, Spring 2007 |
| 10 | | " | X | X | Chase Bank Statement showing wire to symbolic of Nev. on 9/13/06 for $296,793.25 |
| 10c | | " | X | X | Lamborghini of Las Vegas wire receipt for $296,793.25 on 9/13/06 |
| 10b | | " | X | X | Wire transfer 9/13/06 for $296,793.25 |
| 10a | | " | X | X | Bank One net wire 9/13/06 for $296,793.25 |
| 15 | | " | X | X | Chase Bank Statement showing debit of $218,896.27 on check 1360 and $213,459.67 on check 1361 |
| 15a | | " | X | X | Check 1360 payable to Steve Harris Imports for $218,896.27 dated 6/2/06 |
| 15b | | " | X | X | Contract for sale of Ferrari dated 6/2/06 |
| 16 | | " | X | X | Check 1361 payable to Steve Harris Imports for $213,459.67 |
| 37 | | " | X | X | Franklin Squires Reimbursement Form 9/26/05 for JTH Publishing for $55,779.92 |
| 37a | | " | X | X | Franklin Squires Reimbursement Request Form 12/19/05 for JTH Publishing for $60,604.95 |
| 37b | | " | X | X | Franklin Squires Reimbursement Request Form 3/15/06 for JTH Publishing for $70,069.95 |
| 37c | | " | X | X | Franklin Squires Reimbursement Request Form 9/15/06 for JTH Publishing for $70,384.95 |
| 37d | | " | X | X | Franklin Squires Reimbursement Request Form 3/29/07 for JTH Publishing for $53,020.95 |
| 26a | | 9/6/18 | X | X | Letter to All Students from Rick Koerber dated 2/24/06 |
| 58 | | " | X | X | Franklin Squires Payment Request Form 3/3/2005 |
| 58a | | " | X | X | Franklin Squires Payment Request Form 5/17/05 |
| 58b | | " | X | X | Franklin Squires Payment Request Form 12/7/05 |
| 58c | | " | X | X | Franklin Squires Payment Request Form 1/5/06 |
| 58d | | " | X | X | Franklin Squires Payment Request Form 1/18/06 |
| 58e | | " | X | X | Franklin Squires Payment Request Form 1/26/06 |
| 58f | | " | X | X | Franklin Squires Payment Request Form 3/1/06 |
| 58g | | " | X | X | Franklin Squires Payment Request Form 3/25/06 |
| 58h | | " | X | X | Franklin Squires Payment Request Form 5/1/06 ($135,759.68) |
| 58i | | " | X | X | Franklin Squires Payment Request Form 5/1/06 ($116,765.61) |
| 58j | | " | X | X | Franklin Squires Payment Request Form 7/7/06 ($100,512.68) |
| 58k | | " | X | X | Franklin Squires Payment Request Form 7/7/06 ($110,506.75 |
| 58l | | " | X | X | Franklin Squires Payment Request Form 8/1/06 ($108,677.03) (not funded)? |
| 58m | | " | X | X | Franklin Squires Payment Request Form 12/12/06 |
| 58n | | " | X | X | Franklin Squires Payment Request Form 12/13/06 |
| 58o | | " | X | X | Franklin Squires Payment Request Form 1/15/07 |

| | | | | | |
|---|---|---|---|---|---|
| 59 | | 9/6/18 | X | X | Change of Principal and/or Interest – Kimber Academy |
| 152a | | " | X | X | Promissory Note – American Founders University, LLC |
| 152b | | " | X | X | Promissory Note – Investors Collaborative, LLC |
| 152c | | " | X | X | Promissory Note – JTH Publishing, LLC |
| 152d | | " | X | X | Promissory Note – Kimber Academy, LLC |
| 152e | | " | X | X | Promissory Note – Main Street Movie Group, LLC |
| 80 | | " | X | X | Rudder Holding Co. & Anchor Holding Commitment Agreement with Iceberg Opportunities |
| 65 | | " | X | X | Global Central Management letter to Global Central Investor/Vendor dated 8/10/05 |
| 66 | | " | X | X | Letter to Forrest Allen from Koerber dated 8/23/05 re: Global Central Pay off |
| 67 | | " | X | X | Global Central Payoff List |
| 173d | | " | X | X | Email from F. Allen to rick@franklinsquires.com dated 06-27-2007 |
| 173e | | " | X | X | Email from F. Allen to rick@franklinsquires.com dated 07-03-2007 |
| 182 | | " | X | | Demonstrative Exhibit prepared by Government (Quickbooks- List of companies) |
| * | | 9/6/18 | | | **WITNESS: CRAIG CARROL** |
| 89a | | " | X | X | Session 4 Flyer (with handwritten sticky note) |
| 89 | | " | X | X | Session 4 Flyer (color) |
| 89c | | " | X | X | Check 105 from Carroll Investments, LLC, payable to Founders Capital for $70,000.00 dated 12/20/05 |
| 90 | | " | X | X | Email chain – C. Carroll to Koerber and reply – 8/30/06 and 8/31/06 |
| 177a | | " | X | X | Email from C. Koerber to craig.carroll@chrysalisutah.com dated 06-18-2007 |
| | 983 | " | X | X | Promissory Note- Craig Carrol |
| * | | 9/7/18 | | | **WITNESS: JEREL CLARK** |
| 9 | | " | X | X | Chase Bank statement showing wire of $89,423.23 to Atlas Capital 9/6/06 |
| 13 | | " | X | X | Wire Transfer entry for $109,226.45 to Atlas Capital 5/22/07 |
| 179i | | " | X | X | Email from Koerber to J. Clark- 6/18/07 |
| | 984 | " | X | | Demonstrative Exhibit prepared by Defendant (Diagram of Equity Mill) |
| * | | " | | | **WITNESS: MATSON MAGLEBY** |
| 95 | | " | X | X | Change of Principal – Matson Magleby 7/5/07 |
| 12a | | " | X | X | Wire transfer for $126,536.47 |
| 180a | | " | X | X | Email from C. Koerber to matsonm@innovatormortgage.com dated 06-18-2007 |
| | 530a | " | X | X | Matson Magleby Note with Founders Capital- 1/3/05 |
| * | | " | | | **WITNESS: DON HANSEN** |

| | | | | | |
|---|---|---|---|---|---|
| 102 | | 9/7/18 | X | X | Documents from adoption file *(p.5, 52-58, 68-70)* |
| 102a | | " | X | X | Documents from adoption file *(p.10, 25-26, 61-65, 96)* |
| * | | " | | | **WITNESS: TERESA TUTTLE RINGGER** |
| * | | " | | | **WITNESS: JEFF GOODSELL** |
| 73 | | " | X | X | Invoice to Koerber/Franklin Squires for $30,000 for portrait |
| 74 | | " | X | X | Franklin Squires Reimbursement Request Form 4/5/06 for $22,137.50 |
| | 442 | " | X | X | Jason Vaughn Promissory Note with Jeff Goodsell |
| * | | " | X | X | **WITNESS: AUSTIN WESTMORELAND** |
| | 985 | " | X | X | Promissory Note- Hunters Capital dated 1/12/07 |
| * | | 9/10/18 | | | **WITNESS: DEAN HAMILTON** |
| 106 | | " | X | X | REPC – 11/06 for Heber Cabin |
| 107 | | " | X | X | Settlement Statement 11/30/06 |
| 106b | | " | X | X | Deed in lieu of foreclosure |
| 106a | | " | X | X | Wasatch Co. Corp. Tax Roll Master Record / Parcel Abstract |
| 181 | | " | X | X | Residential Real Estate Agreement between Dean Hamilton and Hill Erickson, LLC dated 10-17-2007 |
| * | | " | | | **WITNESS: GARTH ALLRED** |
| | 423 | " | X | X | Email, dated 11/8/2007, from Allred to Koerber |
| * | | " | X | X | **WITNESS: FRANK BREITENSTEIN** |
| 1 | | " | X | X | Internet Seminar Advertisement |
| | 510 | " | X | X | Residential Real Estate Agreement- 1906 Greenhurst Rd. |
| | 511 | " | X | X | Residential Real Estate Agreement- 222 Third Ave North |
| * | | " | X | X | **WITNESS: DALE CLARKE** |
| 35 | | " | X | X | Real Estate Equity Mill Flyer |
| 36 | | " | X | X | Real Estate Equity Mill Flyer (different format) |
| 93 | | " | X | X | Email Koerber to D. Clarke 6/18/07 |
| | 508 | " | X | X | Residential Real Estate Purchase Contract- 709 Sherry Lane |
| | 903 | " | X | X | Dale Clarke Warranty Deed |
| | 507 | " | X | X | Residential Real Estate Agreement- 709 Sherry Lane |
| * | | " | | | **WITNESS: STEVE OSBORNE** |
| 26 | | " | X | X | Creative Real Estate Lifestyles Magazine, Fall 2005 |
| 32a | | " | X | X | Steve Osborne's Draft of Article |

| | | | | | |
|---|---|---|---|---|---|
| 175c | | " | X | X | Audio Clip- Koerber interview by S. Osborne 2/1/07 |
| 175a | | 9/10/18 | X | X | Audio Clip- Koerber interview by S. Osborne 2/1/07 |
| * | | " | | | **WITNESS: JEFF NEILSEN** |
| 172a | | " | X | X | Rick Koerber prior testimony (p. 3224 line 10 through p. 3225 line 1) |
| 172b | | " | X | X | Rick Koerber prior testimony (p. 3309 line 5 through p. 3312 line 11; p. 3313 lines 5-19) |
| 172c | | " | X | X | Rick Koerber prior testimony (p. 3480 line 11 through p. 3481 line 3) |
| 172d | | " | X | X | Rick Koerber prior testimony (p. 3482 line 1 through p. 3483 line 3) |
| 172e | | " | X | X | Rick Koerber prior testimony (p. 3979 lines 2-10) |
| 172f | | " | X | X | Rick Koerber prior testimony (p. 4230 lines 4-20) |
| 172g | | " | X | X | Rick Koerber prior testimony (p. 4325 lines 16-22) |
| 172h | | " | X | X | Rick Koerber prior testimony (p. 4255 lines 8-10, 14-21, 24-25; p. 4256 lines 1-18) |
| 17 | S | 9/11/18 | X | X | IRS transcript of account for Koerber for 2005 |
| 17a | S | " | X | X | IRS Certification of Lack of Record for 2004, 2005 and 2006 |
| 18 | S | " | X | X | IRS transcript of account for Koerber for 2006 |
| 18a | S | " | X | X | Certified IRS account transcript for Koerber for tax period 2003 |
| 18b | S | " | X | X | Certified IRS account transcript for Koerber for tax period 2004 |
| 18c | S | " | X | X | Certified IRS account transcript for Koerber for tax period 2005 |
| 18d | S | " | X | X | Certified IRS account transcript for Koerber for tax period 2006 |
| 100 | S | " | X | X | Dental Bill and Records for Koerber |
| 101 | S | " | X | X | Insurance Documents – Union Central Insurance |
| 125 | S | " | X | X | BEX engraving invoice |
| 160 | S | " | X | X | FranklinSquires Co. Press Release re: American TimberCraft 06-14-2007 |
| * | | " | | | **WITNESS: CLARK WILKINSON** |
| 105 | | " | X | X | Wilkinson, Cooley & Co. compilation dated 8/24/07 |
| | 428c | " | X | X | Email dated 9/5/07 from Candy Caballero to Koerber |
| | 427 | " | X | X | Email dated 8/22/07 from Candy Caballero to Skousen |
| * | | " | | | **WITNESS: PETER HANSEN** |
| 40 | | " | X | X | Section of media disc prin. 4 |
| 41 | | " | X | X | Section of media disc prin. 9 |
| 42 | | " | X | X | Section of media disc prin. 10 |
| 43b | | " | X | X | Revised video clip of media disc prin. 11 |

| | | | | | |
|---|---|---|---|---|---|
| 44 | | " | X | X | Section of media disc prin. 13 |
| 45 | | 9/11/18 | X | X | Section of summary of 13 prin. disc |
| 75 | | " | X | X | Video clip from VIP Media disc – 21 Day Sale pt.2 |
| | 571 | " | X | X | Pete Hansen Declaration, dated 10/1/07 |
| | 996 | " | X | X | Letter from Pete Hansen- September 2007 |
| 183 | S | " | X | X | Joint Stipulations |
| 184 | S | " | X | X | Second Set of Joint Stipulations |
| 185 | S | " | X | X | Third Set of Joint Stipulations |
| 186 | S | " | X | X | Fourth Set of Joint Stipulations |
| * | | " | | | **WITNESS: STEVEN ROBERTS** |
| 143 | | " | X | X | IRS Summary Exhibits |
| * | | " | | | **WITNESS: ANGELA MENNITT** |
| 142 | | " | X | X | Summary Exhibits |
| * | | 9/12/18 | | | **WITNESS: ANGELA MENNITT (CONTINUED)** |
| | 588 | " | X | X | Franklin Squires Companies Leadership, draft dated 2/28/08 |
| * | | " | | | **WITNESS: CAMERON SAXEY** |
| 146 | | " | X | X | Audio clips and accompanying transcripts from 02-13-2009 Interview of Claud Rick Koerber |
| 119 | | " | X | X | Rick Koerber interview recording 2/26/09 |
| | * | " | | | **WITNESS: DAVID MOORE** |
| | * | 9/13/18 | | | **WITNESS: SONNY JENSEN** |
| 179h | | " | X | X | Email from C. Koerber to Sonny Jensen dated 6/18/07 |
| | * | " | | | **WITNESS: MARY COLOVICH** |
| | 988 | " | X | X | Promissory Note- Colovich |
| | 580 | " | X | X | Email from Brad Colovich to Koerber dated 10/28/07 |
| 177h | | " | X | X | Email from C. Koerber to bcolovich@msn.com dated 6/18/07 |
| | * | " | | | **WITNESS: ALISHA WOOLSEY** |
| | * | " | | | **WITNESS: CLAVELL ANDERSON** |
| | 523 | " | X | X | Photos of Franklin Squires Building |
| | 524A | " | X | X | Photos of American Founders University Building and Event |
| | 524F | " | X | X | Photograph of American Founders University Building & Event- Ron Paul |
| 61 | | " | X | X | Franklin Squires Companies Group Handout- 3/14/05 |

| | * | " | X | X | WITNESS: CLYNE LONG |
|---|---|---|---|---|---|
| * | | 9/14/18 | | | WITNESS: CAMERON SAXEY |
| | * | " | | | WITNESS: MAX WHEELER |
| | * | " | | | WITNESS: KENNETH SNARR |
| | * | " | | | WITNESS: RICHARD DUTCHER |
| | * | " | | | WITNESS: RUSSELL SKOUSEN |
| | * | " | | | WITNESS: DAVID HARDMAN |
| | 900 | " | X | X | David Hardman's PowerPoint |
| | * | 9/17/18 | | | WITNESS: CHESLEY ERICKSON |
| | * | 9/17/18 | | | WITNESS: JEFFERY THOMPSON |
| | 998 | 9/17/18 | X | X | Audio Clip: Meeting with State of Utah |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page   10   of   10   Pages