JOHN W. HUBER, United States Attorney (#7226)
AARON B. CLARK, Assistant United States Attorney (#15404)
RUTH J. HACKFORD-PEER, Assistant United States Attorney (#15049)
TYLER MURRAY, Assistant United States Attorney (#10308)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah  84111
Telephone:  (801) 524-5682

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.  2:17-CR-00037 |
| Plaintiff, | : | **MOTION TO RESCHEDULE SENTENCING** |
| v. | : | Judge Frederic Block |
| CLAUD R. KOERBER, | : | Magistrate Judge Paul M. Warner |
| Defendant. | : | |

---

The United States respectfully requests that the Court reschedule the sentencing date in this matter to May 15, 16, 17, 21, 22, or 23, 2019.

Based on Defendant's motion, the Court recently rescheduled the sentencing date to May 10, 2019.  The United States' financial witness, Angela Mennitt, who is very familiar with the case and who's testimony may be required at the sentencing hearing, is unavailable on that date.  Accordingly, the United States respectfully requests that the sentencing be rescheduled to a date shortly after May 10, 2019—and suggests May 15, 16, 17, 21, 22, or 23, 2019 as potential alternatives.  The United States has consulted with counsel for Defendant and with Mary Schuman, the probation officer assigned to this matter.  They do not object to rescheduling the sentencing to another day in May after May 10, 2019.

DATED this 1st day of February, 2019.

                                        JOHN W. HUBER
                                      United States Attorney

                                        */s/ Tyler Murray*_____
                                        TYLER MURRAY
                                        AARON CLARK
                                        RUTH HACKFORD-PEER