# Exhibit 1

CREATIVE REAL ESTATE LIFESTYLES©

Published For The US Real Estate Investor.

Spring 2007

www.crelmagazine.com

# Rick Koerber

## A Modern Renaissance Man

PEZULA GETAWAY

Vacation or Travel? 54

PlanetRaw 14

GOVERNMENT EXHIBIT 32 2:17-CR-00037 (RJS)

PENGAD 800-631-6989

FS183137



M
today's a
renaissa

Photo by Justin Grant.

34

FS183174

38

# A MODERN RENAISSANCE MAN: RICK KOERBER

Many of the Founding Fathers of the United States were "renaissance men." That means they did many different things very well. In today's age of narrowly focused specialization, few true renaissance men or women can be found.

C. Rick Koerber is one of them.

He is a multimillionaire real estate investor and the owner or part-owner of more than 40 businesses ranging from a mortgage company, film and radio production companies, a chain of drive-in restaurants and also mints his own gold and silver coins. He is a national radio talk host, an author, a teacher with a large and devout following, and the guru of a growing network of local economic self-improvement groups called the Producer Revolution™. And all that is a very incomplete list. He does many widely different things extremely well.

## An Up-and-Down Road to Success

Born in Casper Wyoming in March 1973, Rick was raised by a single mom who worked hard but remained poor – seldom earning more than $10,000 a year as Rick grew up. His grandparents helped raise him. Their traditional values and strong ethics left an indelible mark on him.

FS183175





One Choice

"We all have one choice to make: whether we're willing to be accountable for where we are in life," he states. "If we're not, we're going to become a victim and blame other people or circumstances for why things are wrong in life. If we're willing to be accountable, we'll be heroes. Heroes are not people who tell victim stories. Heroes are people who overcome adversity. We all write our own stories every day. If you've been writing the story of a victim, I invite you to turn the page. Say, 'Okay, bad things have happened. Now what am I going to do about it?'"

His early years were unremarkable to the outside world. He grew to dislike school and claims he only graduated from high school because he loved debate, and had to have decent grades to stay on the team. He continued debating at Casper College, where he won the gold medal at the Phi Rho Pi national debate tournament his freshman year.

After earning a two-year associates degree at Casper College, Rick attended the University of Denver on a debate scholarship. After three years of working on a bachelor's degree and master's degree simultaneously, while remaining extremely involved in debate, he won a temporary summer job with Xerox. A quick study, Rick learned quickly and was offered a permanent job for about $30,000 a year, including bonuses. To him, that seemed like a million dollars. He took every business training opportunity Xerox offered and was soon promoted to his former boss's position.

"I got to the point where I had $10,000 in the bank," he recalls. "I thought I was the richest guy in the world, and I had this idea about how to start a technology company. So I quit Xerox (everybody thought I was insane to quit such a great job) and started a business with three other partners in Salt Lake City, Utah, where I moved into my friend's dad's storage room. I ended up going broke, falling out with my friend and his family, having no money and no place to live, and even ended up sleeping in my car and shaving in convenience stores."

Undaunted, Rick returned to Casper in 1996 and trie again. This time he launched an Internet company calle GlobalCentral.com. During the next four years, he gre two things: his company and a relationship with a gi named Michelle. He married Michelle in 1999 and in 2000, after GlobalCentral had been profitable for two years, prepared to take his company public. Everyon told him he was going to be rich.

They were premature.

"I became involved in some political issues in my local community and made some political enemies," recounts Rick. "I had raised money from family and friends – preparing to go public with a company costs a lot o money. For our one-year anniversary in May of 2000 took my wife and my mother to Egypt, which had alway been my mother's dream. My wife and I stayed and toured the Holy Land for another two weeks. When came home, tech stocks were crashing and all my investors were panicking. Plus, my political enemies had started the rumor that I had used shareholders' mone for a political initiative, which wasn't true. There was front-page story that my company was consequent being investigated for security violations.

"To make a long story short, I learned a lesson abo playing hardball. They put me out of business. In the en the state gave me a small fine (which they actually su pended and ultimately waived) for technical things I h no idea I had to do, like not giving my mom and frien audited financial statements. It hurt my reputation an investors started pulling out. This situation and my ow mistakes ruined me – not only financially, but psycholo ically, emotionally and mentally. I went bankrupt with ju under $1,000,000 in personal and business debt in 200 I wanted to kill myself."

Casper is a small town, and people had been sayin Rick would be the next Bill Gates. Now, he felt the were all saying he was a terrible failure. He became s depressed there were times he couldn't leave his roo and was plagued with anxiety attacks.

His wife, Michelle, saved him. According to Ric "Finally, my wife said, 'Hey, where's the guy married?' I said, 'I don't think you know wh am. I'm a failure.' And she said, 'You're getti out of bed! And you're going to get over thi

"We talked about what we were goi to do. I told her I never wanted to get in business again. I said I wanted to become seminary teacher for our church. Bu knew I couldn't do that with a bad financ reputation. I also knew I couldn't live with mys

Rick speaking in Las Vegas

Photo by



Photo by Justin Grant.

FS183177

41



Right and inset: The Franklin Squires building in Provo, Utah. Photo by Todd Huff.

if I
I di
Pa
was

FS183178



if I didn't pay everybody back plus interest, even though I didn't legally have to because I was bankrupt."

Paying back his former investors and personal creditors was a heroic goal – especially given the fact that he had no money, no credit, no job, and a damaged reputation. He decided to move to Salt Lake City to make a comeback.

"We packed up our things and literally spent our last dollar to get here," Rick recalls. "As a matter of fact, we had to use $50 provided by a friend to have enough gas to get the U-Haul here, and we took our last $6 and bought Lunchables the day we arrived. We had rented an old mouse-infested house and had no money for normal expenses.

Family portrait by Jeff Goodsell.

# Five Pillars of Prosper...

"There are five different pillars of prosperity: five categories of property value that are protected by the Constitution that you exchange to make money. These are (1) real estate, (2) precious resources such as gold and silver, (3) commodities like cotton and lumber, (4) businesses and markets, including stock, and (5) intellectual property, like patents, software and books.

"The fifth of these – intellectual property – is what everyone seems to want to create, but it depends on a mastery of the other four. I had intellectual property. I built an Internet business. It was like building a castle on a toothpick. I didn't understand anything about business, real estate, commodities or precious resources. So when the wind blew, everything tumbled to the ground. If I had had a solid foundation in the other four pillars of property value, I wouldn't have been blown over."

complete with swimming pool and awsome views.



FS183181



Photo by Justin Grant.

Ri
He
his
his
Ev
his
and
bad
dow
told
be a
The
So
(wh
He
inve



Dining area at the Lodge. Photo by Todd Huff.

Rick got a job selling copiers for a third-party broker. He hated it, and made very little, particularly because his employer was struggling and after about two months his meager salary checks started bouncing!

Everyone, it seemed to him, had suggested that after his bankruptcy, Rick should stop being an entrepreneur and get a job. So he did and now his job was turning out badly. He felt that life was kicking him while he was down. During a later conversation with his cousin, he told Rick that it didn't seem likely that he was going to be able to pay back all the money he owed with a job. The suggestion was made that Rick look into real estate.

Somewhere deep inside Rick, his sense of optimism (which had never been completely stifled) began to stir. He began reading books by the masters of real estate investing. He got a job as a telemarketer for $5 per hour plus commissions for a well-know real estate guru. He hated the job, but worked hard and on one occasion, become one of the top three salespeople in the local office, knowing that would qualify him to go to a dinner with the guru when he came to town.

In the meantime, Michelle started looking for other houses they could buy with no down payment – houses without the mice. She found one near where she had grown up in Spanish Fork, about a 45-minute drive south of Salt Lake City, and they were able to negotiate a deal to buy it for $135,000 with no down payment and at 6 percent interest fixed for 30 years. Their mortgage payment was $805 a month – just $5 more than they had been renting the mouse haven for. To make a good thing even better, they got their $800 deposit back from the owner of their rental home and didn't have to start payments on their new home's mortgage loan for the next 30 days.

"It was like someone had given me $2,400," explains Rick, "We moved into a neighborhood two blocks away from Michelle's parents in a home just like theirs. We were back on our feet!"

When Rick qualified to go to a dinner with the real estate guru he had been working for, he told the expert about the home he and his wife had just purchased. The man seemed impressed and told Rick he should continue investing in real estate.

So he quit his job.



Photo by Justin Grant.

"Once you embrace the paradigm of abundance, you can start to develop three core values: self reliance, financial independence and liberty (freedom). Once you develop these values in your life, you can start to live as a self-reliant person and stop depending on your mom, your neighbors, the church or the government for your well-being.

"Then, once you become financially dependent, you get out of the depression era mentality and you don't plan on retiring at age 65. (This doesn't happen anyway for a significant portion of the population.) Being financially independent doesn't necessarily mean you're rich – it just means you're not living paycheck to paycheck and if you stop working at your job today you can still maintain the lifestyle you're living now. Before 1930 this was the dominant paradigm in America – what they used to call 'the American way.' It was the idea of being your own person and being independent, so if you didn't have a job, you were stillfine. The goal then was that by middle age – 35 or 45 – you'd be at the point where you weren't answering to any man to provide for your family. That's why you wanted to be out of debt and financially independent. After the Depression, people seemed to give up. The message was, 'Wait till you reach 65 (which was the average age of death when they passed the Social Security Act) and the government will provide for you. That, of course, contradicts the first value of self-reliance.

"The last core value is liberty. Most people love our country because of the liberties it provides. But we're losing many of our liberties because we're not self-reliant and we crave security; we're not independent and we want handouts. So we lose liberties all the time. The only way we can defend liberty is with the first two core values: self-reliance and financial independence. I was in Washington D.C. and saw a phrase carved into a statue. It said, 'Eternal vigilance is the price of liberty.' You can't be vigilant if you're a slave. You're too busy just trying to get by. So self-reliance and financial independence get you out of the world of being a slave and then you can achieve true liberty. My goal is to help people do that within one year.

"To me, getting to this point is not graduation. It's enrollment. It's when you can start living your life.

Rig
on
gra

gra
gra
abo
pay
R
tea
res
how
bas
"I
Fou
ide
the
our
by
So
$2,
leas
tuit
wor
Pr
"S
thei
hon
all c
thei

FS183184

Right: Rick and his son Marty just visited one of his iceberg restaurants before the grand opening.

FRANKLINSQUIRES

"That's when I started FranklinSquires Investments," he says. "Franklin was my great-grandfather's name and Squires was Michelle's great-grandfather's name. The whole company was just about me trying to do some real estate deals so I could pay off my debt and teach seminary."

Rick did well enough that people began asking him to teach them to do the same thing. His teaching got results, he points out, because unlike most real estate how-to courses and books, his approach was principle-based rather than technique-based.

"I had been studying American history and the Founding Fathers," Rick points out, "and I began to identify what I now call the 'principles of prosperity": the principles they lived by and on which they created our nation. Michelle and I decided we were going to live by those principles and we started doing very well."

So did his students. Rick was soon charging them $2,000, with the guarantee that if they didn't make at least $4,000 within 90 days, he would fully refund their tuition. More and more students came to him through word-of-mouth referrals.

Principles – not techniques – became Rick's battle cry.

"Soon I had so many people wanting me to coach them, I couldn't keep up," he says. "I was working at home in my pajamas with a headset on talking to people all over the country. I was really helping people change their lives. But I could only do so many one-on-one coaching sessions a day. Plus, I had come to the point that I had to decide whether I was going to teach seminary or continue doing what I was doing. I started thinking, 'There are 400 other people competing with me for this job to teach seminary, but there are very few people out there who are really helping people financially from the bottom up – people like me who had been poor and were climbing out of the soup and helping others get out with them.'"

Rick decided to continue doing real estate and teaching. To meet the demand of his growing number of students, he started teaching seminars. He rented a hotel meeting room and invited all his students in Utah to come once a week on Saturday to a three-hour training. This would save him spending all week on the telephone taking their phone calls.

This first Saturday, about 10 people came to the seminar. The next Saturday, 30 or so people attended. Soon, as many as 100 students were attending and Rick had to move his class into a larger facility.

Du[illegible] [illegible]se seminars, a [illegible] st[illegible]up a[illegible] said, "Aren't [illegible] Ric[illegible] Koer[illegible]er who went br[illegible] [illegible]ming a[illegible] left all those [illegible]ople ha[illegible] If you've been bankrupt, why [illegible] anyone listen to you?"

"I decided [illegible]nd there to tell [illegible] [illegible]ront that I'd been broke had had problems with the securities regulations in Wyoming because I didn't know what I was [illegible]ing," Rick says. "But I would also [illegible] everyone that I had learned [illegible]ething valuable from it all: that if [illegible] don't base your life on principles, all the strategies in the world aren't going to help you."

Photo by Todd Huff.

## The Power of Partnering

Early in 2004 Rick took his seven best students and organized FranklinSquires Companies – an entity created to build businesses based on the principles of prosperity he had been teaching. FranklinSquires Investments, owned by Rick and Michelle, held the majority interest in the new FranklinSquires Companies.

"We wanted to build a school, a bank, a newspaper to help us get the word out about the principles of prosperity, and other companies," Rick explains. "I told my partners they all had to work for a year for free, because if they believed in the principles of prosperity, they shouldn't need a paycheck. And if they needed a paycheck, they should still be students.

"The main business was FranklinSquires Institute, which we used to teach real estate investing and the principles of prosperity. Then we built a number of other businesses: a real estate brokerage, a real estate acquisition company, a wholesale liquidation company – just because I couldn't spend all my time doing real estate anymore, and there was so much real estate being done by my partners and students."

Rick also connected with some financial services professionals. He told them they had to stop teaching people techniques and

Photo by Todd Huff.

Rick



Rick's Spyker C8 Spider. Photo by Todd Huff.



start
princ
In :
reve
toge
in w
inter
enue

*In .*
*proc*
*"Fra*
*says*
*mot*

Wit
year
plete
est,
pers
earli
ever
legal
"Wh
expl
my
tors

FS183188

**Principle 1:** God is the author of prosperity.
**Principle 2:** Faith begins with self-interest.
**Principle 3:** Agency implies stewardship.
**Principle 4:** Perspective determines action.
**Principle 5:** People are assets.
**Principle 6:** Human life value is the source and creator of all property value.
**Principle 7:** Dollars follow value.
**Principle 8:** Exchange creates wealth.
**Principle 9:** Profit is the tool of validation.
**Principle 10:** Productivity is the standard.
**Principle 11:** Force destroys freedom and prosperity.
**Principle 12:** Collective action has no unique moral authority.
**Principle 13:** Personal liberty requires private property.

start teaching them principles. Soon he was teaching the principles of prosperity at their seminars.

In 2005 FranklinSquires Companies did $111 million in revenue, according to Rick. In 2006 the company, together with all its "portfolio companies" (businesses in which FranklinSquires Companies has a substantial interest, usually 50 percent or higher) generated revenues in excess of $500 million.

*In 2006 Rick also successfully minted his own "money" producing custom made gold (1 oz and 1/2 oz "Franklins") and silver (1 oz "Squires") medallions. Rick says that he has always wanted to be able to tell his mother he had finally started "making money."*

With his success over the last few years, Rick was able to completely pay back, with interest, all the investors and personal creditors of his earlier bankrupt company, even though he had no legal obligation to do so. "When I went bankrupt," he explains, "I had sent a letter to my investors and personal creditors saying I would pay them back within five years. Within four years I paid each of them back, plus 6 percent interest."

Today there are approximately 40 companies in the FranklinSquires portfolio.

Two of the companies in which Rick has taken a particular interest are the American Founders University for adults and the American Founders Academy for youth. The new facilities for these private, full-curriculum schools are located in Provo, Utah. The schools have a twist: all the subjects taught there are based on principles.

"We went back to Jefferson, Madison, Franklin, Hamilton and the other founders, and pulled out of the teachings the principles upon which they based the country," Rick says. "I figured if these principles created the most prosperous country in modern times, we should focus on them."

### A Talk Becomes a Movement

One day Rick took a few minutes during one of his seminars and wrote down those principles. He referred to them as "The 13 Principles of Prosperity."

"I didn't plan on them becoming a canon for a movement," he quips. "I just wrote them down for a seminar. But when I did that, the whole room went dead quiet.

**Never Receive a Late Rent Payment EVER!**

**5 YEAR RENT GUARANTEE**
**Nearly Brand New Condos**
**No Down-Payment Option!**

**$5,000 DEPOSIT**

**Download or Request Your FREE Investment Kit Today!**

**Norada** REAL ESTATE GROUP **(800) 611-3060**

**www.NoradaRealEstate.com**

The next day they were on the Internet and even newspaper reporters were calling me asking about them. I told them I had been teaching the principles for years – I just wrote them down finally."

The 13 principles became the foundation for a new movement, taking on a life of their own. "I can't even change the order of them now," Rick laughs. "I was asked to speak at a school to a class of 10-year-olds, and I was shocked when I learned that they had all memorized The 13 Principles of Prosperity! So we started a whole program which has grown into what we now call The Producer Revolution™. It's like a network of Rotary or Kiwanis clubs, but the groups are based on the 13 principles. People get together in their communities once a week and teach each other the principles and talk about how they've applied them. Right now there are 15 formal forums and about 100 informal groups."

Rick points out that he has begun to "stamp" the bona fide Producer Revolution™ groups in order to avoid association with groups that may have other political, economic or philosophical agendas and could damage the reputation of the movement.

The Producer Revolution™ has been transported by Rick and his team into the civic or political world under the name "FreeCapitalist Project." Whereas the Producer Revolution™ uses the 13 principles to help people improve their daily lives, the FreeCapitalist Project uses the same principles to exert a positive effect on government and public policy.

The 13 principles have become the dominant theme of the business culture that has grown up around Rick. "If you ask anybody here what FranklinSquires is, they'd say, 'We build businesses.' If you asked, 'What kind of businesses?' they'd say, 'Any business that's based on the 13 Principles of Prosperity."

Rick is currently finishing a book about the 13 principles, called "The Black Box Theory of Life", a book titled "God is a Capitalist" and a number of other writing projects. He also hosts a radio show (he has built a world-class broadcasting facility in his sprawling office space in Provo) in which he discusses the principles and their applications and invites high-profile guests to participate. (More information about this at www.freecapitalist.com.)

### On a Personal Note …

A tour of the FranklinSquires Companies offices reveals a glimpse of the vision Rick is bringing to life. There are spaces for executives, workers, several large production studios (photo, radio and film/video – second in size only to Utah's largest television station). The high-security labyrinth of sectors within the facility goes on and on, each filled with the people and equipment it takes to make a different business successful.

Rick acquired the building by practicing what he preaches. He negotiated a very good price with no money out of his pocket and didn't have to make full payments for the first year.

"I don't like to put money *into* real estate," he says. "I like to take money *out* of real estate."

The FranklinSquires Companies have already

igms

Photo by Todd Huff.

**"Once you've made the choice to be accountable for your life, you must choose between two paradigms: abundance or scarcity. You can see the world either as a place where there's not enough, or where there's enough and even more to spare. How you see the world determines everything. It becomes your reality."**


American Founders University building. Photo by Todd Huff.

# RICK KOERBER

grown out of the building. His new American Founders schools campus, brimming with the latest teaching tools, is located in another facility a block away. Plus, FranklinSquires portfolio companies now occupy a large portion of the fourth floor of the Wells Fargo building in downtown Provo.

Wearing baggy jeans, a plain shirt and a black leather Disneyland jacket, Rick shows passion rather than egocentric pride in the growing empire he has created. "We've graduated over 2,000 students from what was FranklinSquires University, which is now becoming American Founders University," he says. "We have about 10,000 people who participate with the Producer Revolution™ through radio, membership, seminars and online training. We now have 40 businesses."

How does he stay on top of it all? "*I* don't!" he admits. "I have an amazing staff. I didn't want to build a business with mercenaries, so I only hire people for key positions who have gone through the training and are believers. We're understaffed right now, but I refuse to pull in other people who don't meet those requirements."

Rick's assistant recently told him he works much harder than people who work for other people. He agreed, but pointed out that he's happy. He also explained that a happy free man always work harder than a slave. Still, he spends a lot of time with his wife and two young children. In fact, he usually spends the morning hours – until about noon – at home with his family, often writing or taking conference calls during his children's morning nap. He admits that if he didn't do that, he would never see his family, because he is a workaholic.

"The difference is that when I was a slave, getting out of bed was a chore," he admits. "Now its quite often that I can't wait to jump out of bed. I don't work. I play."

Rick can't think about the future without reflecting on the past. "When I decided failure wasn't a reason to kill myself or give up forever," he explains, "I said to myself that I wanted to build a legacy – something my kids and their kids would be proud of…something that my family and ancestors would be proud of, something that would made a difference in the world by focusing on timeless, universal principles."

He has done this, and plans to do it on an even grander scale as time goes on. He is no longer afraid of failure. He knows that a life built on principles can ultimately overcome every challenge.

The Founding Fathers would have been proud.

FS183191