# Exhibit 2

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription  06/18/2009

    Michael Isom ("Isom"), was contacted at Wingate Hotel in Saint George, Utah. Present during the entire interview of Isom was IRS CID SA Ronald Marker. After being advised of the identity of the interviewing agents, Isom provided the following documents and information:

    Isom had been searching through information all day to provide to interviewing agents. The following are some of the documents Isom found and wants to provide to the government:

    1) Original Primer (The FreeCapitalist Project) book, 2007 copyright, 182 pages in length;

    2) Original Primer (The FreeCapitalist Project) book, black on the cover, 2006 copyright, 156 pages in length;

    3) Original FreeCapitalist magazine, dated December 17, 2004, 16 pages in length;

    4) Original Creative Real Estate Lifestyles magazine, Fall 2005 issue, Gabriel Joseph on the cover ($60k a month?);

    5) Original Creative Real Estate Lifestyles magazine, Spring 2007 issue, Rick Koerber on the cover (A modern Renaissance Man);

    6) Original FreeCapitalist magazine, dated: First Quarter 2006, Rick Koerber on the cover (Free Capitalist Radio makes its debut);

    7) Original one-page Self-Reliance Economic Independence and Financial Freedom (Session One) information sheet;

    8) Original one-page Real Estate Acquisition with No Cash and No Credit (Session two) information sheet;

    9) Original one-page How to Sell Any Home For a Profit in 21-Days or Less-Guaranteed! (Session Three) information sheet;

Investigation on  06/17/09  at  Saint George, Utah

File #  318E-SU-63343  Date dictated  n/a

by  Cameron E. Saxey

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FBI-002736

318E-SU-63343

Continuation of FD-302 of __Michael Isom__ , On __06/17/09__ , Page __2__

    10) Original one-page 365 Days to Freedom: Thinking Like a Bank and Economic Independence in Less than a Year!! (Session Four) information sheet;

    11) Original two-page The FranklinSquires Companies, LLC letter, dated February 24, 2006, to: All Students, from: Rick Koerber. In the "P.S." area of the letter, Koerber talks about the first edition of Creative Real Estate Lifestyles magazine and that a story inside is about Gabriel Joseph;

    12) Original one-page FranklinSquires upcoming events handout that contains the times and locations of the upcoming events;

    13) Original one-page FreeCapitalist Radio handout containing a picture of Rick Koerber and information about FreeCapitalist Radio;

    The above mentioned magazines were mailed to Isom by FranklinSquires. The Creative Real Estate Lifestyles magazines involves one of Rick Koerber's ("Koerber") out of state relatives. Koerber once told Isom that Koerber controlled Creative Real Estate Lifestyles magazine. Koerber also has Creative Real Estate Lifestyles magazines passed out at FranklinSquires' seminars. At one seminar, Koerber had Gabriel Joseph ("Joseph"), who was on one of the magazine covers, stand up and tell the crowd that Joseph was making $80,000 a month.

    Brochures and pamphlets, referenced above, were handed out at FranklinSquires seminars and events.

    Item number 10, referenced above, indicated that someone could earn two - five percent on an investor's cash investment and was the hook to draw individuals to attend.

    Today, Isom has been listening to a recording of a telephone conversation between Isom, Kurt Vanderslice ("Vanderslice"), Curtis Niederhauser ("Niederhauser"), Marty Wilkensen and Koerber. All of the individuals could hear the conversation since a speaker telephone was used. Isom or Vanderslice will provide a copy of the conversation at a later time. In the conversation, Koerber indicated that Isom and others should try to pay one percent a month to investors from their own money since Koerber would be able to make payments in a short period of time and be back on top of things in a short period of

FD-302a (Rev. 10-6-95)

318E-SU-63343

Continuation of FD-302 of __Michael Isom__, On __06/17/09__, Page __3__

time. In order to make one percent interest payments, Isom leveraged his home, used personal monies based upon Koerber's continual promises that Koerber would be making interest payments to Isom again soon.

The government should talk to Cody Moore (███-7170) who was Koerber's and Les McGuire's assistant, McGuire's first and then Koerber's. Cody Moore ("Moore") was involved in raising money for investments for Koerber in the Fall of 2007 after Koerber stopped making interest payments. Moore went out with some other insurance agent to raise more investment money.

Koerber used to talk about study groups and meetings with Cleon Skousen. Koerber has pictures with Koerber and Cleon Skousen. Russ Skousen was Koerber's in-house attorney. The government should talk to Russ Skousen.

Isom thinks that Isom's first investment was made with FranklinSquires Companies, LLC. In this investment a specific property was listed. Isom showed, but did not provide, SA Saxey a one-page document which listed a property on Pffhierhorn Street in Alpine, Utah that pertained to one of Isom's first investments with Koerber. Isom's first Promissory Note with FranklinSquires is dated December 2004, the second February 7, 2005 and the third April 2005. Sometime after April 2005, Koerber issued a Founders Capital Promissory Note to Isom that was dated January 5, 2005. Isom believes that Koerber backdated the Founders Capital Promissory Note a number of months after issuing the FranklinSquires Promissory Notes. Isom will provide photocopies of these Promissory Notes to the government at a later time. Isom showed SA Saxey the Promissory Notes.

Isom has some original pay stubs that were issued by FranklinSquires in regard to interest payments. Isom showed SA Saxey the pay stubs.

Isom has wiring instructions that he will provide the government at a later time.

Isom has an e-mail, dated December 30, 2004, to: Isom, from: Koerber, where Koerber is giving Isom the verbage to use in Isom's investors' Promissory Notes. Isom showed the e-mail to SA Saxey and will provide it at a later time.

318E-SU-63343

Continuation of FD-302 of  Michael Isom  , On 06/17/09 , Page  4

       In about the Fall of 2007, Koerber issued Amended Founders Promissory Notes to Isom that showed the accrued (unpaid) monthly interest. A few of these notes were shown to SA Saxey. Isom will provide at a later date. Isom is in the process of looking for the amended Founders Promissory Notes that are dated November and December 2007. Each month the accrued interest was about one million dollars. The Amended Promissory Notes were mailed to Isom in October and November 2007.

       In 2007, Koerber tried to talk Isom into a Recission Offering involving Isom agreeing to substitute Founders Promissory Notes for units (equity position) in Founders Capital. When Isom would not agree to accept Founders units in exchange and sign documents, Koerber would not allow Isom to attend some meetings.

       In late 2007 and early 2008, Isom and some of Isom's Saint George associates frequently traveled up to talk to Koerber about where their money was and when interest payments would start again. David Kirby ("Kirby") and others, including Isom, took notes. Before a new meeting started, Kirby would hand out notes from the previous meeting. Isom showed SA Saxey some of the typed notes and promised to make the government a copy.

       Isom never had access to FranklinSquires' financial records. In 2007 and 2008, Koerber always assured Isom and others that Koerber had enough equity in properties to pay investors back. Isom asked Koerber to give Isom some of the properties so Isom could sell the properties and pay Isom's investors back. When asked, Koerber would agree but would never follow through with his promise to give some properties to Isom.
Koerber would not allow Isom detailed information about the properties.

       Isom was a Preferred Buyer on three properties with FranklinSquires. All three properties have gone back to banks. Some time after purchasing the three properties, Isom learned that FranklinSquires had over appraised and over encumbered the properties that they sold to Isom and Isom could not sell the properties for what the outstanding loans were. Isom suspects that Koerber's properties were also over appraised and over encumbered since Koerber has not been able to sell them and return investors money to them. For a long while, Isom was under the impression that many of Koerber's properties were free and clear.

318E-SU-63343

Continuation of FD-302 of __Michael Isom__ , On __06/17/09__ , Page __5__

Koerber recently told the media that Koerber has paid back a large amount of money to investors. Isom thinks Koerber is not telling the truth and only exchanged paper notes for units in one of Koerber's LLCs.

In early 2008, Isom was present when Koerber paid one of Koerber's assistants with a bag full of about $900.00 in quarters.

Koerber has a weird view about the practice of polygamy but did not confide too much about his beliefs to Isom.

Kirsten Jepson ("Jepson") was once Koerber's assistant. Jepson's husband once threatened to kill Koerber over dealings with Koerber and Jepson together. Isom remembers one FranklinSquires seminar that Koerber had extra security because Koerber was worried about Jepson's husband coming and trying to kill Koerber.

Isom started carrying a recorder with Isom during late 2007 or early 2008 and recorded a conversation between Koerber and Isom in Koerber's vehicle. In the conversation, Koerber indicates that Koerber is only doing the recission offering to buy time. Up until this point, Isom thought that the recission offering was a way to get money back. Isom will provide the government with a copy of the recording.

Isom showed interviewing agent Isom's notes from a meeting with Koerber that was held on February 12, 2008. In the meeting, in response to where the investor's money had been spent, Koerber drew a pie chart that showed where the $100 million dollars had been spent. The largest expenditure was $40 million dollars that had been spent to pay interest to investors. Although Vanderslice later told Isom that Vanderslice was very alarmed that $40 million dollars had been spent on interest payments, Isom was focused on Koerber continually indicating that Koerber had millions of dollars in equity in real property that would be used to pay investors back. Curtis Niederhauser ("Niederhauser") was also present and has an excellent recall of Koerber's pie chart. These meetings would sometimes last until 3:00am in the morning.

Isom once heard Koerber say that Koerber had gone from zero to a billion dollars in five years.

FD-302a (Rev. 10-6-95)

318E-SU-63343

Continuation of FD-302 of  Michael Isom  , On 06/17/09 , Page 6

    Isom believes that Koerber was paying $25,000 a month to keep Koerber's option to purchase a cabin so Koerber could keep the cabin in Koerber's books at 19 million dollars.

    While Isom was trying to get investor money back from Koerber, Isom sucked up to Koerber as much as possible in the hopes that Koerber would give something back to pay Isom's investors back with.

    No question, Koerber knew where Isom was obtaining investment funds that were sent to Koerber. Why else would Koerber come and talk to Isom's investors in September 2007?

    Isom was present when Koerber spent evenings explaining securities laws to those in attendance and what we needed to do.

    At public events, Koerber would point out Isom and say that Isom was making $30,000 a month.

At event after event, Koerber talked about making ten percent per month on his cash.

    Isom has two three ring Rayhar binders. Isom brought and showed interviewing agents one of the binders. Inside of the large binder was investor information including the investor checks. Some of the information contained in the binders was submitted to the state. Joe Olivas kept the binders organized and was paid $5,000 month for his work.

    When Rayhar Legacy ("Rayhar") received investment funds from investors, the funds were deposited into a Rayhar bank account and then transferred to a MIWE bank account. Once the funds were deposited into the MIWE bank account, the funds were sent to Founders Capital. Koerber would not accept funds from Rayhar and only wanted to accept funds from MIWE. In general, when an old investor asked for their principal back and a new investor was making an investment at the same time, Isom would use the new investor's money to pay back the old investor. This method was quicker than asking for funds back from Founders Capital.

    Isom needed to receive some advice from his attorney (J.C. Bradshaw) before turning over his Quickbooks and other financial information to the government. Isom asked interviewing agent what his status was with the government. In an effort to resolve Isom's question, AUSA Stewart Walz ("Walz") was telephoned

FD-302a (Rev. 10-6-95)

318E-SU-63343

Continuation of FD-302 of  Michael Isom  , On 06/17/09  , Page 7

and put on speaker phone. After SAs Saxey and Marker explained the situation to Walz, Walz indicated that Isom needed to obtain legal advice from Isom's attorney. The interview was then concluded.