# Exhibit 3

# Internal Revenue Service
# Criminal Investigation




# Memorandum of Interview

**In Re:** CLAUD RODERICK KOERBER

**Location:** Federal Bureau of Investigation
257 E. 200 S.
Salt Lake City, UT 84111

**Investigation #:** 880620094
**Date:** July 16, 2008
**Time:** Approximately 1:10 PM – 3:10 PM
**Participant(s):** Adam Sessions, Former Employee, Engenuity
Cameron Saxey, FBI Special Agent
Ronald A. Marker, Jr., IRS Special Agent

On the above date and time, Special Agent (SA) Cameron Saxey (Saxey) and SA Ronald A. Marker, Jr. (Marker) introduced themselves to Adam Sessions (Sessions) and displayed their credentials. SA Saxey thanked Sessions for his time, told him that his appearance was voluntary, that he was free to leave at any time, and that he didn't have to answer any questions if he didn't want to. Saxey told Sessions that he and SA Marker had some questions for him regarding his association with Franklin Squires. Sessions provided the following information:

1. Sessions' full name is Adam William Sessions. His social security number is [REDACTED]8483. His date of birth is [REDACTED], 1983.

2. Family friends initially introduced Sessions to Franklin Squires via a free seminar in January 2005. Sessions was introduced to Les McGuire (McGuire) at this seminar. McGuire referred Sessions to Marty Wilkinson (Wilkinson).

3. Sessions' father paid $15,000 to sign up for classes at Franklin Squires, but he quickly lost interest. Sessions eventually became an Acquisition Representative in the spring of 2006. Sessions submitted approximately 20-25 properties to the Equity Mill. None of the properties were accepted by the Equity Mill, and Sessions never received any feedback from anyone at the Equity Mill regarding his submissions. Sessions believes that Kurt Neiderhouser also submitted several properties to the Equity Mill and never received any feedback either. Sessions believes that David and Sandra Peterson, and Bill and Louis Seger may have successfully submitted properties to the Equity Mill. Sessions was never a Preferred Buyer and his credit was never used to purchase real estate for Franklin Squires.

4. In June or July 2006 McGuire and Ray Hooper (Hooper) were killed in a plane crash. Rick Koerber (Koerber) held what he called a Legacy Event for Hooper and McGuire where he spoke to Engenuity clients. Sessions spoke to Michael Isom (Isom) at this Legacy Event and asked Isom for Wilkinson's contact information. Session telephoned Wilkinson and told him that he wanted to work for him. Wilkinson called Sessions in August 2006 and told Sessions that he was looking for a personal assistant. Sessions accepted the job and began working at Engenuity in September 2006.

5. Sessions' duties at Engenuity included taking notes during meetings with clients, prepping client files, and filling out Protection Savings and Growth (PSG) files with clients (PSG is basically a snapshot of a client's entire financial situation). Sessions also received a 12% commission on each tuition fee paid by his clients, and a 9% commission on any life insurance he sold.

6. A client's first appointment with Engenuity was referred to as Your Someday Is Today. During this appointment, the client would: (1) fill out a Dream List (what the clients wanted); (2) identify their Dream Model (what was possible and how to get it); (3) learn to think like a bank and mitigate risk; and (4) learn the differences between being a producer and a consumer. Fees were also discussed during this initial meeting. For a $7,500 tuition fee, clients gained access to: investing with Koerber; their own holding companies; the right to purchase whole and term life insurance; and other materials. Clients were also referred to an attorney during this appointment. Sessions referred his clients directly to his father. Another attorney leased space at Engenuity for other clients.

7. Protection (insurance, wills, trusts, etc…) was pushed as the #1 priority at Engenuity, but ultimately it was all about investing to get the 3% monthly return. Each Engenuity advisor was a little different, but return on investment was always touted at 3% per month. The Franklin Squires model was diagramed for clients and used as the pitch to get them to invest. This was the carrot that got them in the door and it was always understood that their money would be going to Koerber.

8. Isom told Sessions that he had regular contact with Koerber and that he could invest as much as he could get a hold of with Koerber. Clients would cut a check to MIWE and MIWE would transfer the funds to Franklin Squires. In Sessions' mind, there was no difference between MIWE and Engenuity until Isom came out and said MIWE had nothing to do with Engenuity. Isom wanted to take MIWE and switch everything over to Rayhar because he had to present a prospectus and do some other things to comply with regulators. Isom said that it wasn't about what you're investing in, it's about who you're investing with.

9. Koerber held a free Prosperity Quest event at the Dixie Events Center in St. George, Utah in May or June 2007. Approximately 1000 people were in attendance at this event. During this event, Koerber said that Franklin Squires Companies made $2 ½ billion over the last 2-3 years.

10. Sessions attempted to invest money with Koerber through Wilkinson and Kurt Vanderslice (Vanderslice) in one of their holding companies named Value Capital. In May 2007, Vanderslice told Sessions that he couldn't invest in Value Capital due to security laws. However, Vanderslice told Sessions that he could still invest in Vanderslice Holdings as it already held a PPM slot with MIWE and Isom wanted to leave other PPM slots open for people with more funds to invest. Sessions agreed and subsequently borrowed money from his family in June 2007. Sessions invested approximately $175,000 in Vanderslice holdings in July 2007 at 3% interest per month. Sessions received the promised pro-rated 3% return for July 2007. However, Vanderslice subsequently told Sessions that the August interest payment was going to be made at 1%. Sessions asked Vanderslice why he would only be receiving a 1% return instead of the traditional 3% return. Vanderslice told Sessions that Koerber wanted to keep more of the money to reinvest.

11. Koerber held a meeting for Rayhar and Value Capital investors at the Holiday Inn in St. George, Utah on September 15, 2007. Koerber said that they were having cash flow problems and recommended that Isom and Vanderslice begin paying their investors 1% per month instead of 3% per month in order to maintain a buffer. Koerber came into the office and spoke to Isom, Vanderslice and Wilkinson the day before the September interest payment was due.

12. Koerber held a client appreciation dinner in late October or early November 2007. The real goal of the dinner was to solicit new referrals (investors), but by this point no one wanted to refer anyone else. This was the last group meeting Koerber held, but Koerber still spoke to Isom, Vanderslice and Wilkinson on a regular basis.

13. In November or December 2007, Sessions heard that someone named Adam, one of Garret Gunderson's (Gunderson) advisors, called the Securities and Exchange Commission (SEC) on Koerber after Koerber missed an interest payment to Gunderson. Gunderson apparently told Adam to leave Engenuity as a result. Sessions and his father have also contacted the SEC.

14. January 25, 2008 was Sessions' last day at Engenuity. Sessions spoke to Johnny Stewart at the Utah Division of Securities about a week after he left Engenuity. Sessions asked Vanderslice about $12,000 in insurance commissions that Vanderslice still owed him. Vanderslice simply told Sessions that he needed to be a better steward of his money. Other people were not getting paid by this point and some were even threatening Vanderslice.

15. Vanderslice approached Sessions one day and told him that he had made a mistake. Vanderslice told Sessions that he had used the $175,000 Sessions gave him to pay other investors. Vanderslice told Sessions that he knew it was wrong and that he'd make it up to Sessions.

16. Sessions does not believe that anyone at Engenuity actually coached anyone to obtain a false appraisal or falsify a loan application, but advisors would ask clients who they knew or who they could get to do an appraisal for them.

17. A company named Sun Capital Mortgage (Sun Capital) opened an office at Engenuity at one point, but Sessions didn't think that anything came of it. Jimmy Hughes (Hughes) and Paul Aldridge (Aldridge) worked with Sun Capital at Engenuity. Sessions initiated a loan application with Sun Capital. Aldridge asked Sessions to ballpark his future income to use in his loan application. Aldridge never verified Sessions' income or assets. Sessions didn't go through with the loan because he wasn't comfortable with how it was being handled.

18. Investing in Franklin Squires was like a religious experience for a lot of people. Koerber quoted scripture and people like Harmon Rector and Cleon Skousen attended meetings.

19. Koerber talked about having a gold mine and brought gold with him to some of his seminars. Koerber also talked about owning a bunch of Iceberg restaurants. Session believes that things like this led people to believe that there was more going on with Franklin Squires than there really was, and that Koerber was involved in more than just real estate.

20. Sessions heard that Koerber's philosophy regarding lawsuits is that if someone is going to sue you, don't pay them back.

21. Sessions believes that Wilkinson has left Engenuity. Sessions believes that Vanderslice is still working at Engenuity.

22. Vanderslice's telephone number is [REDACTED]-1661. Wilkinson's telephone number is [REDACTED]-3266.

23. Session believes that Vanderslice currently owns 2 houses. One in Laverkin, Utah and another $1.5 million house located in Washington, Utah just outside St. George in the new subdivision by the golf course.

24. Vanderslice started a new company named Libor Property (Libor) and continued to solicit money for it after Rayhar and Value Capital stopped paying. Sessions heard that Vanderslice is aggressively calling people to invest in Libor and that he is promising a return of 1% per month. Sessions heard that once an investor invested in Libor, the investment would be placed in a piece of property and the investor would be placed on a lien or the title to that property. The investor would then be able to borrow against the house once he was on the lien or title. Sessions didn't know if Libor was registered. Sessions believes that Craig and Barb Smith, and Kyle and Donna White have invested in Libor.

25. Sessions heard from Joe Olivas, Isom's assistant, that Isom was holding an Engenuity event at the St. George library on Thursday, July 17 2008.

26. Sessions started a new insurance company specializing in life and automobile insurance named Prosperity Capital Insurance. Sessions is still trying to pay back all of the money he borrowed.

Sessions provided SA Marker and SA Saxey with several documents, including: (1) Notes Sessions compiled from things KOERBER said (Exhibit 1); (2) Sessions' client lists (Exhibit 2); Notes from a January 2005 meeting with KOERBER (Exhibit 3); (4) Notes from a meeting at a tabernacle or church with Isom and McGuire (Exhibit 4); (5) Copy of an interest payment from Value Capital that Sessions wasn't supposed to receive due to securities laws (Exhibit 5); (6) A statement from Value Capital and Vanderslice (Exhibit 6); (7) A copy of the check Sessions used to invest in Vanderslice Holdings (Exhibit 7); (8) A copy of the Promissory Note issued by Vanderslice Holdings for Sessions $175,000 investment in Vanderslice Holdings (Exhibit 8); and (9) a list of Sessions' responsibilities at Engenuity (Exhibit 9),

Ronald A. Marker, Jr.
Special Agent

I prepared this memorandum on July 17, 2008, after refreshing my memory from notes made during and immediately after the interview with Adam Sessions.

Ronald A. Marker, Jr.
Special Agent