# Exhibit 4

```
318E-SU-63343
09/13/2007 Meeting
St. George, Utah
CES/mjb
```

MICHAEL ISOM:   For those of you that have ah (voice fades).

(Laughter)

ISOM:   For those of you that have listened to Rick in the past ah, he has ah some ah, self interest in ah completing ah at a certain time.

(Laughter, applause)

ISOM:   Rick there's quite a few people in the room that have heard you talked before.

(Overlapping conversations and laughter)

ISOM:   It was very positive. It was a compliment. But ah Rick Koerber is here ah representing Founders Capital, and for those of you that maybe have not heard that name before, that ah, Founders Capital is a group that ah is a company that ah we have chosen to ah do business with over the last few years. We've had a, a substantial, substantial amount of money that we have ah invested with them, and ah have had just a, a tremendous experience in working with them, and had a great ah track record and so, Rick ah I'll introduce him in just a moment, but ah, he, he will be here, or he'll be our main speaker this evening. I think all of you are aware of that. Ah, he'll be talking about ah some of the changes in the market that have taken place ah, not only on the real estate side, but on the ah money side also. He'll define that ah for us. And Joe thank you very much for standing guard at the door. We wanted to ah be very deliberate about just having this ah meeting be for those who have invested with Rayhar or Value Capital. Ah, you know it's kind of fun I wanted to ah, I don't know if everyone knows how I came up with the name Rayhar, but ah, Rayhar ah I named after ah Ray Hooper and ah Harold Les McGuire. And ah so it means a lot to me and I

1

```
318E-SU-63343
09/13/2007 Meeting
St. George, Utah
CES/mjb
```

                I do not know whether Paul's strategy was under the counsel of an attorney or not, that's his business. I do believe Paul probably never lied to anyone in his life. I don't, and he may have something that got misunderstood I personally believe that. But nevertheless there was a problem. Some of the people who had invested with him had raised money from their friends and family, and some of the people with them had raised money from their friends and family, and somewhere down the line there was a complaint to the state government. And in February, after I, just context of the story. The Department of Commerce and Rick Koerber haven't been getting along for, I was born in nineteen seventy-three so.

(Laughter)

KOERBER:    I've had a few problems with the Department of Commerce. Ah, no formal complaint, my businesses all total have done over a billion dollars of business in Utah since I moved here in two thousand two. Okay? Not one formal complaint to the state and that's not a challenge. Don't try to make my story different. I always tried to be easy enough to deal with that if we had a disagreement it was quicker to call me. And ah, so we never had any major problems, but we've had some minor problem. Let me give you some examples. The very first problem I had with the state is John Brown with the Division of Real Estate said that there was nothing illegal that he could find about how I did real estate, but he didn't like it. And he was gonna see to it that every person who had a license from his division didn't do business with me. I thought that was kind of weird. I actually said to him well what statutory authority do you have Mr. Brown to decide who gets to do business in the state of