# **Exhibit 5**

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  5/6&12/2009

Kelly Christensen ("Christensen"); President/CEO Iceberg Drive Inn Companies; Date of Birth: ███████, 1967; Social Security Account Number: ███-6881; cellular telephone number: ███-5250; work telephone number: ███-5400; fax telephone number: ███-5404; e-mail address: ███████████████; was contacted in regard to Christensen's dealing with FranklinSquires and Rick Koerber ("Koerber"). Present during interview of Christensen was IRS CID SA Ronald Marker. After being advised of the identity of the interviewing agents and nature of contact, Christensen provided the following information:

Prior to today's interview, Christensen spoke with Attorney C. Jeffrey Thompson ("Thompson"). Thompson advised Christensen, if Christensen was going to speak with the government, to tell the truth and not volunteer information.

### MET KOERBER

Christensen met Koerber through Russell C. Skousen ("Skousen") who had been acting as Christensen's attorney. Today, Skousen is not doing very much legal work for Christensen.

### ORIGIN OF ICEBERG

Christensen and others used to own Frontier Pies ("Frontier"), also know as KCJs, which was purchased by Christensen, Sherry Cropper ("Cropper") and Christensen's mother in about 1996. When purchased, the original Iceberg Drive Inn ("Iceberg") was sold with the Frontier Pies chain. The original Iceberg location was started in about 1960. In about 2001, after Christensen[1] ran Frontier for a while, Christensen ran into financial problems and had to shut down Frontier. Today, the associated Frontier debt is about $2.2 million dollars.

In about 2000, Christensen decided to try to sell Iceberg franchises to individuals. By 2002-2003, Iceberg had about two franchised Icebergs and one company owned location.

---

[1] Also owned by Cropper and Christensen's mom but operated by Christensen.

| | |
|---|---|
| Investigation on 5/6&12/2009 at | Salt Lake City, Utah |
| File # 318E-SU-63343 | Date dictated n/a |
| by SA Cameron E. Saxey/ces | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

318E-SU-63343

Continuation of FD-302 of  Kelly Christensen  , On 5/6&12/2009 , Page 2

FINANCIAL PROBLEMS

In about November 2005, Christensen was having a hard time expanding Icebergs due to the large Frontier debt. Skousen knew this and introduced Christensen to Koerber who Skousen thought might be able to financially assist Christensen. Christensen went and met with Koerber, Skousen and Thompson at 85 East Bay to discuss Koerber helping Christensen. During the hour or so meeting, Koerber told Christensen about Koerber's past ups and downs and gave the strong impression[2] that Koerber was doing very well financially. At the end of the meeting, Koerber indicated that Koerber was willing to help Christensen and his partners. From this point on, most communications with Koerber were communicated through Skousen to Koerber.

THE FINANCIAL ARRANGEMENT

Koerber agreed to make a $1.0 million dollar line of credit[3] available for Iceberg to use so Iceberg could service its debt (Frontier) and expand its business operations. In return, Rudder Holding Company, LLC[4] ("Koerber") would be 51 percent owner of Iceberg Opportunities, LLC ("Iceberg Opportunities") and Anchor Holding Company, LLC[5] (Christensen and others) would be 49 percent owner of Iceberg Opportunities. The corresponding Operating Agreement (25-pages) was written by Thompson and was not finalized until after Koerber made a line of credit available to Christensen. Until the Operating Agreement was finalized[6], Christensen draws upon the line of credit were characterized as notes.

---

[2] Koerber's posturing screamed wealth.

[3] The $1.0 million dollar line of credit was set up in the name of Rudder at Bank One/J.P. Morgan Chase.

[4] Christensen thinks that Koerber and Skousen formed this LLC.

[5] Anchor was an LLC that Christensen and his partners had used before their involvement with Koerber.

[6] In about May 2006.

FD-302a (Rev. 10-6-95)

318E-SU-63343

Continuation of FD-302 of __Kelly Christensen__ , On __5/6&12/2009__ , Page __3__

    Originally, Christensen wanted to take $400,000 from the Rudder Holding Company, LLC ("Rudder") line of credit and use the funds to completely settle the $2.2 million dollars debt. Koerber (Rudder) did not want to do that and only wanted to do monthly payments of the old Frontier debt. Koerber requested Christensen submit a FranklinSquires[7] monthly budget expense request[8] form each month to Koerber that listed how much old Frontier debt was to be paid and any Iceberg expenses that Christensen needed covered for the month. With the budget expense forms, Koerber also requested monthly profit and loss statements from Iceberg. This documentation was e-mailed to Forrest Allen ("Allen") who was Koerber's bookkeeper. Christensen was under the belief that Allen took the expense request reports and Profit and Loss statements to Koerber for review. Allen waited until Koerber approved the request before wiring any funds to Christensen.

    Christensen had an immediate need for cash so Koerber's first payment to Christensen occurred in December 2005 and was about $25,000. Koerber's last payment to Christensen occurred in June 2007. In total, Christensen received between $910,000 and $950,000 from Koerber. In return, Koerber received about $100,000 in royalty payments over the same period of time. Christensen provided two one-page spreadsheets, attached to this FD-302, which list the monthly draws Christensen made and the royalty payments made to Koerber.

    Koerber purchased some Iceberg franchise rights from Christensen as listed in the above mentioned spreadsheets, including a franchise owned by Christensen, Thompson and the franchises General Manager. Koerber paid $45,000 for this franchise - $15,000 each to Christensen, Thompson and the General Manager. Koerber paid $30,000 over six months and then $2,500 a month until the full $45,000 was paid.

DRAWS TO LINE OF CREDIT

    When Christensen made draws to the Rudder line of credit, about $28,000 - $30,000 related to Frontier debt payments. Some

---

[7] The form said something like FranklinSquires on it.

[8] Christensen had to have the request submitted by the 1st of each month to be paid by the 10th.

318E-SU-63343

Continuation of FD-302 of  Kelly Christensen  , On  5/6&12/2009  , Page  4

monthly draws were larger than others. Some big draws related to 941 and sales tax payments.

PLAN TO EXPAND ICEBERG

Koerber and Christensen's plan was to greatly expand Iceberg's corporate and franchise locations. During Koerber's involvement, Iceberg grew only about one unit. At this time, Iceberg had about 13-14 units with four of these locations being corporately owned operations. Christensen and Koerber hoped that their individual companies could come together and compliment each other. Koerber had a network of individuals that could provide training, had internet capabilities and could help Iceberg grow. Christensen could bring his knowledge of running a restaurant to the partnership. Koerber has experience in movies, the internet and teaching individuals. Christensen and Koerber's goal was to have 100 Iceberg restaurant in five years. Iceberg did not develop as well as hoped for the following reasons:

1) Franchise marketing plans did not progress as anticipated;

2) Iceberg only received funds from Koerber for a little over one year;

3) Events to attract new franchise owners did not take place as planned. For example, Koerber was supposed to speak at an event to potential franchise owners but was taken ill at the last moment and could not speak. Christensen went ahead with the event without Koerber being present;

COST TO PURCHASE AN ICEBERG FRANCHISE

In order to purchase an Iceberg franchise, an individual would need to spend $25,000 to purchase the franchise, up to $250,000 for equipment (lease improvements) and would have to purchase or lease some sort of property to locate your franchise at. Eight percent of gross sales revenue would be paid by the franchisee to Iceberg corporate each month. Two of the eight percent, in royalty fees, would be spent on advertising.

KOERBER'S WEALTH

While receiving funds from Koerber, Christensen thought Koerber was very wealthy and had millions of dollars. This belief was based upon the following:

318E-SU-63343

Continuation of FD-302 of __Kelly Christensen__ , On __5/6&12/2009__ , Page __5__

      a) Two conversations that Christensen had with Skousen where Skousen said that Koerber was doing very well;

      b) A company meeting with Koerber where Koerber told the group, including Christensen, that Koerber was the part owner of 30 companies;

      c) In two separate meetings with Koerber, Christensen heard Koerber say that Koerber had done a billion dollars in business and had a monthly cash flow of $200 million dollars;

Christensen never heard Koerber directly say that Koerber's businesses were profitable but Koerber definitely gave that impression that Koerber was making lots of money.

Christensen thought Koerber's funds came from Koerber's own money but Christensen is not sure.

Each year, Iceberg had to obtain audited financial statements and provide them to those involved in Iceberg. When Iceberg was involved with Koerber, an outside Iceberg auditor told Christensen that the auditor had found out that the $250,000 line of credit was held at Bank One/J.P. Chase and had to be zeroed out at the end of the year or the line of credit would be counted at capital on the audited financial statements.

Koerber was generally very quiet about money and where it came from. Koerber did make it clear to Christensen that Koerber and Rudder were the ones investing in Iceberg. Skousen could have been the one who told Christensen that no one in FranklinSquires was investing in Iceberg.

TAX RETURNS

Christensen filed tax returns each year for Iceberg Opportunities and Iceberg Franchising. The K-1s were issued to both Rudder and Anchor. Both of these companies are owned 51 percent by Rudder and 49 percent by Anchor. Christensen knows that Anchor issued K-1s to its members but does not know if Rudder did the same for its members. Each year that Koerber was involved with Iceberg, Iceberg claimed losses on its associated tax returns. Christensen never discussed whether or not tax returns should be filed with Koerber.

BOUNTIFUL SHAKE MAKERS

FD-302a (Rev. 10-6-95)

318E-SU-63343

Continuation of FD-302 of __Kelly Christensen__ , On __5/6&12/2009__ , Page __6__

    Skousen told Christensen that Skousen borrowed about $800,000 from Koerber to open an Iceberg in Bountiful, Utah. Koerber also told Christensen that Skousen had borrowed $800,000 from Koerber to open an Iceberg in Bountiful. Skousen's plan was to eventually open three Icebergs and name Skousen's business Bountiful Shakemakers. Part of Koerber's $800,000 loan to Skousen was used to purchase the real estate and convert a building structure into an Iceberg. The Bountiful Iceberg deal was completed in about November 2006 and opened for business in early 2007. Part of the $800,000 was used to pay the franchise fee and purchase the equipment necessary to operate an Iceberg.

    Koerber's wife is currently the general manager of the Bountiful Iceberg and Jason Vaughn is the current manager.

    Recently, the Bountiful Iceberg started to generate a small positive cash flow. In the past, the Bountiful Iceberg was not generating a positive cash flow and had to borrow money to pay its bills each month.

    Christensen is involved in the running of the Bountiful Iceberg but does not know if Skousen or Rudder actually owns the business. Christensen does not know how much Koerber is currently involved in the Bountiful Iceberg.

    In about September 2007, Christensen thinks that Skousen borrowed about $50,000 against the Bountiful Iceberg property.

SHAKEMAKERS LLC, ICEBERG DRIVE IN & OTHER NAMES ON THE SPREADSHEETS

    In regard to the above mentioned spreadsheets, Shakemakers LLC should not be confused with Bountiful Shakemakers. Shakemakers LLC was formed a number of years ago and is involved in paying Frontier's old debt. Shakemakers LLC is owned by Christensen, Christensen's wife and Sherry Cropper. Iceberg Drive In is the operations arm of Iceberg and its associated costs.

    Over a period of time, Koerber invested money in the Orem and Sandy, Utah Icebergs (see spreadsheets).

    A couple of years ago the Saint George Iceberg location was having financial problems. Christensen was going to take the location over but the deal fell through. Christensen did obtain $10,000 from Koerber to help pay monies owed in relation to bills involving an electronic Iceberg sign at the Saint George location.

FD-302a (Rev. 10-6-95)

318E-SU-63343

Continuation of FD-302 of __Kelly Christensen__ , On __5/6&12/2009__ , Page __7__

     The $11,121.13 (Money Received from Capital Hill Lodge) relates to catering an event at Koerber's Heber, Utah cabin.

     Under the category "Royalties Paid to Rudder from Shakemakers," this relates to about $100,000 in royalties paid to Koerber in relation to Iceberg operations. These payments were made through the issuing of checks. When Koerber stopped making payments to Iceberg, Iceberg stopped making royalty payments to Koerber.

OTHER KOERBER INVESTMENTS

     Christensen heard that Koerber had purchased some sort of lumber type company, possibly named American Timbercraft. Koerber met the owner of American Timbercraft at a stop light one day when Koerber was driving a fancy vehicle and the owner of American Timbercraft was driving an old truck. A conversation took place at the stoplight which led to Koerber and the owner of American Timbercraft pulling off the side of the road to talk about business. The guy told Koerber about American Timbercraft (a log home business) and money problems the business was suffering from. In response, Koerber told the individual that Koerber would help him with his money problems. Christensen heard that Koerber had invested about $1.0 million dollars with American Timbercraft. Christensen does not remember who he heard this from.

     Rudder was also involved in VIP Media and did some conceptional work with Jerel Clark.

TRIP TO LAS VEGAS, BURGER & LAMBORGHINI PURCHASE

     One day while Christensen was talking with Skousen and Koerber, Skousen complained about Iceberg's hamburgers and indicated that Iceberg's hamburgers should taste more like In-N-Out hamburgers. Koerber indicated that Koerber had never had an In-N-Out hamburger before. Consequently, Christensen booked a flight on Southwest Airlines for Koerber, Christensen and Skousen to fly to Las Vegas, Nevada and sample an In-N-Out hamburger.

     While waiting to board the flight to Las Vegas, Koerber complained about having to wait in line, that they were flying on Southwest Airlines and was really ticked that they were booked in coach seating. Upon arriving in Las Vegas, Koerber did not want to go to In-N-Out but desired to go to Lamborghini Las Vegas to look at a vehicle. At the dealership, Koerber just walked in and told the salesman that Koerber wanted a particular Spyker sports car and

FD-302a (Rev. 10-6-95)

318E-SU-63343

Continuation of FD-302 of __Kelly Christensen__ , On __5/6&12/2009__ , Page __8__

asked if a wire transfer was okay for payment. Christensen thinks the full sticker price was $317,000 for the Spyker. Koerber was wearing shorts that day and did not look like the kind of guy who would have purchased such a vehicle. Koerber did not try to negotiate the price of the Spyker. Koerber did not say why Koerber purchased the Spyker.

While the Spyker was being prepared for Koerber, Koerber, Skousen and Christensen went to In-N-Out and had a hamburger. The group then went back to the dealer to pick up the Spyker. Koerber and Skousen drove the Spyker back to Utah and Christensen flew back to Utah.

ICEBERG FRANCHISE SEMINAR AT GRAND AMERICA

During Christensen's, Koerber's and Skousen's trip to Las Vegas, the group was supposed to talk about an upcoming Iceberg franchising event at the Grand America hotel. The event was planned to attract potential individuals interested in purchasing an Iceberg franchise. About 100 individuals attended the event. Koerber was supposed to explain how to make your money work at the seminar but was taken ill[9] before the event. As mentioned above, Christensen went ahead with the seminar which resulted in a couple of Iceberg franchises being sold.

GABRIEL JOSEPH - ICEBERG

Gabriel Joseph ("Joseph") purchased the rights to open Icebergs in Las Vegas and in the entire state of Arizona. Joseph put $100,000 down and reserved 14 units but never actually opened any units. Joseph was also involved in an Iceberg in Tooele, Utah that is no longer in business.

CLAVELL ANDERSON - ICEBERG

Clavell Anderson purchased the rights to open an Iceberg.

MISCELLANEOUS ITEMS

The Merrill brothers purchased two Iceberg units.

---

[9] Koerber was hospitalized for something to do with his esophagus.

FD-302a (Rev. 10-6-95)

318E-SU-63343

Continuation of FD-302 of  Kelly Christensen  , On 5/6&12/2009 , Page 9

    Christensen submitted Koerber's name to be a member of the Salt Lake City FBI Citizens Academy but Koerber never followed through in becoming a member.

    Christensen was told when Koerber was planning on meeting with the FBI. When Koerber met with the FBI, Skousen called Christensen and told Christensen that Koerber's wife was worried about her husband because Koerber was not answering his cellular telephone. Christensen told Skousen that the FBI does not allow individuals to bring their cellular telephones inside of FBI office space. After Koerber met with the FBI, Koerber mentioned SA Saxey's name and indicated that Koerber thought the meeting had gone well.

    In about March 2009, since Koerber was ill and did not have medical insurance, Christensen helped Koerber obtain medical health insurance through the Bountiful Iceberg. This location, as part of their expenses, is now paying for Koerber's health coverage. Although Koerber has mentioned wanting to some day work at an Iceberg, to date, Koerber has not.

    A couple of months ago, Koerber asked Christensen if the Bountiful Iceberg could pay Koerber some rent since Koerber had financed the Bountiful Iceberg. Christensen and Koerber agreed upon a figure of $2,500 a month with the first payment being made in April 2009. Christensen is going to try to send Koerber $2,500 a month in the future.

    Christensen is not sure but might have e-mails between himself and Koerber. Christensen will look for the e-mails and forward them to interviewing agents if Christensen can locate them. Christensen provided interviewing agents the following documents[10]:

    1) 25-page Operating Agreement, dated March 15, 2006, pertaining to Iceberg Opportunities, LLC;

    2) Five-page Member Commitment[11], Iceberg Opportunities and Shakemakers;

---

[10] Attached and made part of this FD-302.

[11] The Member Commitment Agreements were written by Thompson and wiped out the notes once the Operating Agreement was completed.

FD-302a (Rev. 10-6-95)

318E-SU-63343

Continuation of FD-302 of  Kelly Christensen  , On 5/6&12/2009 , Page  10

    3) Five-page Member Commitment Agreement, dated May 24, 2006, between Rudder, Anchor and Iceberg Opportunities.

    Iceberg performs its own bookkeeping.

    Koerber has been raising money through the selling of chairs and computers from storage units. Christensen thinks that Koerber paid individuals to sell the goods and paid the individuals a portion of the gross proceeds obtained. In the fall of 2008, Christensen purchased about $2,000 in items from Koerber from one of Koerber's storage locations.

    Christensen catered an event at Koerber's Heber, Utah cabin. The invoice amount was $11,121.123 and is listed on the above mentioned spreadsheets.

    While Koerber was paying Christensen funds, Christensen does not think Iceberg was making a profit but is not sure.

    While Koerber was financially involved with Christensen, Iceberg had five corporate employees. Today, Iceberg has three corporate employees.

    A few months before Koerber's payments to Iceberg stopped, payments began to be late. In about May 2007, Skousen told Christensen that Koerber was having financial problems. Christensen made an Iceberg July 2007 expense request but the request was not paid.

    Christensen never quite understood all of Koerber's business ventures.

    Christensen is unclear what Koerber's current status is in relation to Koerber's business dealing with Christensen.

    Without Koerber's infusion of cash, Iceberg has stayed in business.

    Christensen has not given Koerber any Iceberg royalty payments since June 2007.

    Koerber once told Christensen that Koerber was investing in Christensen as a person and that people were assets. Christensen thinks that Koerber felt that Iceberg was being held back by the Frontier debt and by Koerber helping with the Frontier debt, Iceberg would prosper.

FD-302a (Rev. 10-6-95)

318E-SU-63343

Continuation of FD-302 of  Kelly Christensen  , On 5/6&12/2009 , Page 11

    Christensen did not have any other dealings with Koerber outside of Iceberg and the Free Capitalist Project. Christensen signed up for the Free Capitalist Project and pays $29.00 a month to be a member. Christensen wants to stop the automatic $29.00 a month charges and no longer wants to be a member of the Free Capitalist Project.

    On May 12, 2009, Christensen e-mailed a one-page e-mail to interviewing agent along with a one-page Iceberg Drive In Reimbursement Request form, dated June 1, 2006, in the amount of $45,345. The e-mail and attachment are attached and made part of this FD-302.

FBI302-028-0011