# Exhibit 6

# Internal Revenue Service
# Criminal Investigation

# Memorandum of Interview

| | | | |
|---|---|---|---|
| **In Re:** | CLAUD RODERICK KOERBER | **Location:** | Windham Hotel<br>Conference Room<br>144 W. Bingham Rd.<br>St. George, UT 84790 |

**Investigation #:** 880620094
**Date:** June 16, 2009
**Time:** Approximately 2:25 PM - 4:35 PM
**Participant(s):** James Speth, Witness
Ron Marker, IRS Special Agent
Cameron Saxey, FBI Special Agent

On the above date and time, Special Agent (SA) Ron Marker (Marker) and SA Cameron Saxey (Saxey) introduced themselves to James Speth (Speth) and displayed their credentials. SA Saxey told Speth that he and SA Marker had a few questions for him regarding his association with Mike Isom, RICK KOERBER, FRANKLIN SQUIRES and FOUNDERS CAPITAL. Speth provided the following information:

1. Speth's full name is James Ryan Speth. His date of birth is ▇▇▇▇ 1978. He has an associate's degree and worked for the county as a network administrator. He currently works as a freelance photographer. His mailing address is ▇▇▇▇ St. George, Utah, 84771-0277. His telephone number is ▇▇▇-5344. His e-mail address is ▇▇▇▇.

2. Speth initially met Mike Isom (Isom) at an event hosted by Redline Strategies in Las Vegas, Nevada. Redline Strategies would meet monthly to play a game called Cashflow created by Robert Kyosaki. Bill Seger, Speth's father-in-law, introduced him to the game. Isom was a speaker at one of these events. RICK KOERBER (KOERBER) and Les McGuire (McGuire) advertised an event they were holding at Caesars Palace in Las Vegas, Nevada through Redline Strategies.

3. Speth eventually met with Isom regarding his financial portfolio sometime in 2002 or 2003. Speth purchased some term life insurance from Isom and built a relationship with him. Speth and Isom attended as many financial education presentations as they could together. Speth started sending a lot of business to Isom and Engenuity. Speth eventually started working for Isom and Engenuity.

4. In the winter of 2004 McGuire and Ray Hooper (Hooper) called Speth up to the front at an Engenuity meeting with at least 200 people in attendance and handed Speth the keys to a brand new Porsche Boxster. Speth initially believed that the car was a reward for bringing so much business to Engenuity and that's how it was sold to the audience. However, Speth was later told that the Porsche was part of his compensation package and that Engenuity was simply making lease payments to the Porsche's owner, Garret Gunderson's (Gunderson) wife. Engenuity eventually stopped making the lease payments and Speth made the approximately $550 monthly payment himself for a while. Speth ultimately gave the Porsche back to Gunderson a year or two ago.

5. Speth eventually began working as Isom's personal assistant. His duties included: registering Isom's vehicles, watching Isom's house and feeding Isom's cats when Isom was out of town, picking up Isom's kids, fixing Isom's computers, and getting lunch for Isom and KOERBER when KOERBER was in town. Speth made approximately $52,000 per year the entire time he was employed as Isom's personal assistant.

6. Speth attended meetings with Isom's investors. Speth was involved in making and verifying deposits for Isom. Speth maintained a three ring binder with investor information, including: investor info, date invested, amount invested, and copies of any checks issued or received. Isom did his banking at Village Bank.

7. Speth didn't know how Isom got the investor money to KOERBER. Speth believes that Isom wired the money to KOERBER, but couldn't be certain. Speth believes that a program called Short Stack would rout all the payments to investors. Speth couldn't get any information from KOERBER or KOERBER'S bookkeeper, Forrest Allen (Allen), and was always told that Isom had to request the information due to confidentiality.

8. Speth invested some of his own money with Isom, including the following: (1) approximately $22,000 with MIWE around June 1, 2006; (2) approximately $107,000 with MIWE around August 15, 2006; (3) approximately $70,000 four to six months after the $107,000 investment; and (4) approximately $150,000 later on. Speth's investments came from profits in different real estate transactions except for the final $150,000 which came from his grandparents. Isom told Speth from the beginning that the money Speth invested had to be his own and that Speth couldn't solicit others for investment money. Speth currently has a $305,000 note with Rayhar.

9. Speth initially earned a 5% per month return on the money he invested. The interest payments eventually went down to 3% and then ultimately to 1% when KOERBER stopped making the interest payments and Isom started making the interest payments himself. The interest Speth received went to make his house payments and he didn't re-invest the interest payments. There was no compounding allowed and an interest check had to be cut every month. Speth was issued Forms 1099 and paid taxes on the interest he received.

10. Speth knew that technically he was investing with Isom, but in reality his investment was going to KOERBER and his Equity Mill program. Speth understood that 100% of his investment with Isom went to KOERBER because Isom didn't invest in anything else. Speth understood that his money was always being invested in real estate. Speth knew that his investment was 100% backed by real estate because KOERBER said so at one of his events. Speth had inklings that his money may have been invested in other things but always assumed that it was all going to purchase real estate via the Equity Mill.

11. Speth had heard that KOERBER was involved in making movies, but Speth thought that KOERBER was doing this with his own profits. No one ever told Speth that investor funds were being used to invest in movies. Speth didn't know that KOERBER was involved with Iceberg Restaurants.

12. Speth always thought that his interest payments were being made from profits in real estate investing. Speth always thought that FRANKLIN SQUIRES' operating expenses were being paid from profits in real estate investing, not with other investor's money.

13. Speth doesn't remember ever having any conversations with anyone about using money from new investors to make interest payments to old investors. There was talk about using funds from new investors to pay off old investors when an old investor wanted out and a new investor wanted in, but not about making interest payments to old investors with new investor's money. Speth would have never invested if he knew that money from new investors was being used to make interest payments to old investors.

14. KOERBER knew that the money he received from Isom came from other investors. KOERBER knew that Speth had invested money with him through Isom. KOERBER'S whole purpose of coming to St. George once he stopped making interest payments in the Fall of 2007 was to talk to Isom's investor's, which KOERBER knew were really investing with KOERBER through Isom. KOERBER told investors that if the government throws him in jail, they'll never get their money back. Speth received permission from KOERBER to record this meeting.

15. Speth attended a meeting with KOERBER, Isom, McGuire, Ray Hooper (Hooper), and maybe Cody Moore (Moore). This meeting took place approximately 2 months before the plane crash that killed McGuire and was held in the conference room at the Engenuity offices in St. George, Utah. KOERBER basically went through the requirements from the state on what was a security and what was not. The big issue was that KOERBER had a lot of unaccredited investors. KOERBER was concerned because the five people that had invested directly with him were accredited, but the lower investors that flowed through to KOERBER weren't accredited. KOERBER was going to contact Phil Manning to do a Private Placement Memorandum. Speth believes that he may have notes from this meeting somewhere.

16. KOERBER gave a lot of excuses when the interest payments stopped. KOERBER said that it was bad timing and several transactions hadn't been completed yet. KOERBER was also upset that he wasn't able to sell some cabin. KOERBER kept saying that the money was coming. There was never any indication from KOERBER that there was no money left.

17. Speth didn't know that KOERBER'S businesses weren't profitable. Speth would not have invested if he knew that KOERBER'S businesses weren't profitable. On the contrary, Speth thought that KOERBER'S businesses were making money. Specifically, Speth took a car ride to St. George sometime after October 2006 with KOERBER, Ryan Bradshaw (Bradshaw) and Jonathan Bond (Bond). During this trip, KOERBER said that his business had done a billion dollars in profit or something to that effect.

18. KOERBER also stated the following during the trip referenced in paragraph 14 above: (1) that he wanted to write two books titled God is a Capitalist, and How to Make a Billion Dollars in Two Years; (2) that he wanted to write a letter to the first presidency of the Latter Day Saints (LDS) church and tell him that in some cases, polygamy is okay. KOERBER relayed the background on the mother of his adopted kids and said that he would like to marry her and take care of her financially; and (3) that he wanted to put on a big event featuring the Cashflow game and award a Maserati to whoever could beat him because no one could. KOERBER said that he was trying to think of a way to come up with more capital, and that he would let whoever beat him invest in FRANKLIN SQUIRES via their own holding company. Speth found this interesting because it was the opposite of what KOERBER had previously told him which was that only something like five people could invest in FRANKLIN SQUIRES and it couldn't accept any outside investments. KOERBER also later claimed on his radio show that he had never even thought about soliciting investments.

19. Speth attended a FRANKLIN SQUIRES event at the Marriott in Provo, Utah that had thousands in attendance. Speth didn't remember the exact date, but believes that it took place before the plane crash that killed McGuire. There were a stack of magazines at this event with Gabriel Joseph (Joseph) on the cover. KOERBER brought Joseph up on stage to talk about his success with FRANKLIN SQUIRES. Speth also believes that the Equity Mill was discussed at this event.

20. No one ever specifically told Speth that KOERBER controlled the magazine referenced in paragraph 19 above, but KOERBER introduced some guy during a board meeting at the FRANKLIN SQUIRES building at 85 East Bay in Provo, Utah as his brother-in-law or something and said that he owned a media company.  Speth assumed that this guy was responsible for publishing the magazine referenced in Paragraph 19 above.  Speth remembers looking up the magazine on the internet and seeing that it charged outrageous amounts for advertising space, something like $10,000 for the back cover of the magazine.  Speth believes that charging such outrageous amounts for advertising was a way for KOERBER to control the ad content of the magazine as well as to make it look like FRANKLIN SQUIRES spent a lot of money on advertising.  KOERBER maintained pallets and pallets of different versions of this magazine at the 85 East Bay building, some of which featured KOERBER, Joseph, or Cleon Skousen on the cover.  Speth believes that the magazine was nothing more than a posturing tool used by KOERBER.

21. Speth attended a meeting with KOERBER, Isom, Moore, and Garrett Gunderson (Gunderson) after the plane crash that killed McGuire.  KOERBER asked Speth if he wanted to be a part of The Producer Revolution, which KOERBER touted as a big, international organization.  The Producer Revolution was supposed to be a movement to teach people how to be a better person and create more value in the world by being a producer rather than a consumer.  Speth moved to Provo, Utah around October 2006 to be part of The Producer Revolution. Joe Olivas took over as Isom's personal assistant when Speth moved to Provo. Wade Sleater (Sleater) was also brought in to serve as the Chief Executive Officer (CEO) of The Produce Revolution.  Eventually, Speth and Bradshaw ended up being the only employees.  The details surrounding The Producer Revolution were very ambiguous.  Isom, Gunderson, McGuire and Hooper were the original members.  Gunderson, Isom and KOERBER were supposed to provide the capital.  KOERBER also talked about merging it with the Free Capitalist Project.  Speth believes that while the purpose of The Producer Revolution was to make people self-sufficient, whereas the goal of the Free Capitalist Project was to persuade governments.  Speth believes that Gunderson may have covered the payroll, although Speth may have received some checks from KOERBER or Allen.  Gunderson's mother, Jocelyn, wrote the checks for The Producer Revolution and handled all of Gunderson's finances.  Speth doesn't know if KOERBER ever officially bought into The Producer Revolution, but KOERBER tried to control it and ultimately nothing was ever done with it. Speth left the Producer Revolution around July 2007.

22. In 2007, KOERBER routinely had what Jewel Kimber (Kimber) termed as Red Days.  Red Days were monthly cycles that coincided with the days that interest payments were due from KOERBER.  KOERBER wouldn't leave the house on Red Days and everyone knew to stay away from KOERBER on these days.

23. KOERBER likes to tell a story about how he and McGuire were exercising on a treadmill one day and started talking to the lady next to them about hard money loans. KOERBER reportedly utilized her for several real estate transactions. KOERBER and McGuire quickly discovered that they could easily earn 10% per transaction using their own money for bridge loans. KOERBER and McGuire combined their money and started their own holding company.

24. Speth felt that the story KOERBER told about selling the Spyker for a profit during his Take Two interview was inaccurate. KOERBER sold the Spyker to Isom with the promise that KOERBER would continue to make the payments, which KOERBER never did. KOERBER basically conned Isom into buying the car and it got repossessed.

25. Speth started the training to become both a Preferred Buyer and Acquisition Representative. However, Speth didn't enjoy the training and felt that it was extremely ambiguous. Speth never ended up buying any properties. Speth felt that the training helped give plausibility to the whole program but he never really questioned it.

26. Speth heard that one of KOERBER'S former employees sued KOERBER over what Speth termed an emotional affair. There were rumors that KOERBER was having some type of affair with Kimber as well. Isom eventually asked KOERBER about theses rumors and KOERBER went ballistic. KOERBER confronted Speth and told Speth that if he didn't tell KOERBER who was spreading the rumor, Speth would be out of KOERBER'S circle of influence. Speth really didn't care about being in KOERBER'S circle of influence and didn't tell KOERBER anything.

Speth provided SA Marker with a DVD-R labeled Free Capitalist Radio Podcasts and stated that it contained all of KOERBER'S radio shows that he could download. Speth stated that he may have some notes or recordings of conversations with KOERBER as well. SA Saxey asked Speth to contact him with any additional information he could find regarding KOERBER. SA Marker and SA Saxey thanked Speth for his time and provided Speth with their business cards.

*[signature]*

Ron Marker
Special Agent

I prepared this memorandum on June 24, 2009, after refreshing my memory from notes made during and immediately after the interview with James Speth.

*Ronald A. Marker jr.*

Ron Marker
Special Agent