# **Exhibit 7**

**The Official Producer Revolution™ Library**
*Published by: AFU Press*

| | |
|---|---|
| **Vol 1.** | **These are the Producers** – Book w/ CD (White) |

- "These are Producer Revolution" – by Les McGuire
- What is the Producer Revolution – by Garrett Gunderson
- Individual Prosperity and the Producer Revolution by Les McGuire
- <u>Organizing the Producers</u> (1 Choice, Two Paradigms)– by C. Rick Koerber

**Vol 2.**   **The Primer** – by C. Rick Koerber (Black)
- <u>*Introduction* (formally "What is the FC Project")</u> – by C. Rick Koerber
  Economic Freedom Consists of – At Least: Financial Opportunity, Educational Opportunity, Social Opportunity
- *Francisco's Money Speech from Atlas Shrugged* by Ayn Rand
- *"Capitalism and Freedom" Selections* from Milton Friedman
- *Use and Abuse of Blessings* by Brigham Young
- *"Positive Imaging" Selections* by Dr. Norman Vincent Peale
- *1980 Presidential Inaugural Address,* by Pres. Ronald W. Reagan
- *American Heritage of Freedom* by Ezra Taft Benson
- *Declaration of Independence of the United States of America*
- *Constitution of the United States of America*

**Vol 3.**   **The Free Capitalist** – by Rick Koerber
- <u>*What is a Free Capitalist (formally "What is the FC Project") – by C. Rick Koerber   Economic Freedom Consists of – ...*</u>
- <u>*The Eternal Cause of Liberty*</u> – By C. Rick Koerber and H. Les McGuire
- *We are at War – by C. Rick Koerber*
- *The Brain*-Off Conspiracy – by C. Rick Koerber
- *Laying a New Foundation for Education: AFU* (AFA Talk)
- *Our Temporal Work*
- *My Premise* (2007 Goals Talk)

**Vol 4.**   **Bankrupt to Billionaire in Under 5 Years** – **by Rick Koerber**
- <u>*How I became a Billionaire from Scratch in under 5 years*</u>
- *Walking Through the Looking Glass*
- *The Pathway to Prosperity* (Primer Preview Account)
- *Learning to Fly Like a Hero*
- *The Power of Deliberateness*