# Exhibit 8

**Please select one or more seminars you would like to attend.**

☑ **Real Estate Equity Milling**
07:00 PM - 10:00 PM  Mar. 16    Location: Provo Marriott

Cost: **FREE**
This event covers the first new approach to Real Estate Investing in over 20 years. Learn t "American Dream" and how the Founding Fathers, the Declaration of Independence, and tl States can help you live a prosperous life. Specifically, during this preview you will learn h

1) Buy High, Sell Low and Profit Every Time
2) Sell Any House, in Any Condition, for a Profit in 21 days or less.
3) Use Our Cash (regardless of your credit) to Profit in Real Estate.
4) How to Turn a 680 (or higher) credit score into $1 Million dollars.
5) How to GET PAID to live in a Luxury Home!
6) Earn 12-60% Annually on your Cash.
7) Use the REAL ESTATE EQUITY MILLING model, to dramatically improve your ability to industry and start putting cash in your pocket from real estate in less than 45 days!

This seminar is all about PROSPERITY ECONOMICS and what we call the Abundance (or impossible for people who understand and live this paradigm and philosophy to EVER I presented here is the "Holy Grail" of all investing and entrepreneurship.
**TOPICS COVERED INCLUDE:** Real Estate Equity Milling, "The Abundance Paradigm" an

This seminar also lays the foundation for everything else that will follow if you decided to pɑ FranklinSquires University.

**This event is where the power is. Don't miss it!**

 

Copyright © FranklinSquires        All Rights Reserved        Terms of Use ɛ



*1st contact with Rich Koerber*

http://www.franklinsquires.net/Seminar/Seminarlist.aspx



GOVERNMENT EXHIBIT 1
2:17-CR-00037 (RJS)

3/16/2006

FBI302-018-0149