# Exhibit 9







SUBSCRIBE NOW

Let us show

TURN A ~~700~~ 680 C
INTO $1 MILLION

FOR MORE INFORMATION

14



SUBSCRIBE NOW

*Let us show you how to*

# SELL ANY HOME FOR A PROFIT IN 21 DAYS OR LESS. GUARANTEED!

- How to profit from the sale of any house, in any city.

- Why most people think that price is the number one factor in earning a profit and why it's not.

FOR MORE INFORMATION CALL 1-800-806-7027

FRANKLINSQUIRES

FREE SUBSCRIPTION TO CREATIVE REAL ESTATE LIFESTYLES MAGAZINE — SUBSCRIBE NOW

# FranklinSquires invites you to get started **making money** in real estate today!

- Get started finding property using our proven methods.
- Learn how to analyze properties for maximum profit.
- Plus, receive your free subscription to Creative Real Estate Lifestyles Magazine. A $89.95 value.

Simply fill out the form below and send in your course tuition of 295.00 plus your monthly membership fee.

## CALL FOR DETAILS 1-800-806-7027



**Applicant Information**

| Last Name | First Name | Middle Initial | Home Phone ( ) | Cell Phone ( ) |
|---|---|---|---|---|
| Company Name (if applicable) | Tax ID# | E-Mail Address | | Referred By: |

**Mailing Address (No P.O. Boxes Please)**

| Street | City | State | Zip Code |
|---|---|---|---|

**Courses (Please initial all courses applied for)**

| | Initial | Tuition Amount: |
|---|---|---|
| FranklinSquires Student Membership | | |

**Method of Payment**

Credit Card A

☐ MC ☐ V ☐ Dis

| Name as it appears on card: | Credit card #: | Exp. Date: | CVS Code: |
|---|---|---|---|
| Billing Address-Street: | City: | State: | Zip: | Initial | Total Authorized Amount $ |

Credit Card (Monthly Membership) _____ Initial if using same card as listed above for monthly membership fees. If different, complete below.

☐ MC ☐ V ☐ Dis

| Name as it appears on card: | Credit card #: | Exp. Date: | CVS Code: |
|---|---|---|---|
| Billing Address-Street: | City: | State: | Zip: | Initial | Total Authorized Monthly Amount $ 29.99 |

I hereby submit my application and request for training and membership to FranklinSquires Companies, LLC in accordance with the terms and conditions set forth on the reverse side of this Agreement and the FranklinSquires Companies, LLC Policies and Procedures which are incorporated herein by reference.

| | Total Amount Authorized today $ | Total Tuition Amount $ |
|---|---|---|
| SIGNATURE: | | DATE: |

Mail to: THE FRANKLINSQUIRES COMPANIES, LLC • 85 EastBay Blvd. • Provo, UT 84606

99

CREL-01-00103

SUBSCRIBE NOW

Let us show you how to

# SELL ANY HOME FOR A PROFIT IN 21 DAYS OR LESS.

# GUARANTEED!

- How to profit from the sale of any house, in any city.

- Why most people think that price is the number one factor in earning a profit and why it's not.

FRANKLINSQUIRES

FOR MORE INFORMATION CALL 1-800-806-7027

CREL-01-00104