# Exhibit 11

# REAL ESTATE EQUITY MILLING
## The First New Approach to Real Estate in Over 20 years



**REAL ESTATE EQUITY MILLING** will dramatically change the face of the entire real estate marketplace over the next decade. The real estate industry, plagued with what seems to be an interminable increase in fraud and ever sophisticated scamming and illegal profiteering despite that mountain of federal and state regulation, is ripe for change – even revolution.

Real Estate Equity Milling is a new real estate investment concept that relies upon the power of personal, private real estate banking strategies. The concept, the first new approach to real estate investing in over 20 years, was invented and the term coined, by the founder and director of a small, Utah based company, C. Rick Koerber.

**ABOUT RICK KOERBER** - In little more than four years, Rick Koerber acquired tens of millions of dollars in real estate. In this same time, Rick built the FranklinSquires Companies into a nationally recognized organization, helping thousands achieve success in real estate by learning the important principles he discovered. Under the FranklinSquires umbrella, Rick created real estate acquisition, mortgage, title, educational institution and liquidation companies as well as precious metals milling, multimedia, newsmagazine publishing and marketing organizations.

Rick has a diverse background which he credits for the passion and drive he has for furthering the core values of Self-Reliance, Economic Independence and Financial Freedom. These are the principles that FranklinSquires is built upon.

## TOPICS COVERED INCLUDE:

### "The Abundance Mentality and the Master Key to Riches"

This seminar also lays the foundation for everything else that will follow for the rest of your financial life.

1. How to Buy High and Sell Low and **PROFIT** Every time! (**$450K/$350K=PROFIT**)
2. How to **BUY** a **LUXURY HOUSE** and **GET PAID TO LIVE IN IT!**
3. How to Sell any House in Any Area in 21 Days or Less, for a Profit, **GUARANTEED!**
4. How to turn a **720 CREDIT SCORE** into **$1,000,000 CASH!**
5. How to Cash Flow Real Estate **WITHOUT EVER BEING A LANDLORD!**
6. How to Earn 24-120% Interest on Your CASH with little to NO risk!
7. How to Use **OUR MONEY, OUR CREDIT,** and **OUR STAFF** to do Real Estate!

### Event Itinerary

| | |
|---|---|
| :30 Min. | Introduction and Background |
| :45 Min. | "Paradigm Shift: Real Estate from a New Point of View" |
| :15 Min. | Break |
| :90 Min. | "Equity Milling: The First New Approach to Real Estate in 20 Years" |

**FOR MORE INFORMATION CALL – 1-800-806-7027**



GOVERNMENT EXHIBIT 36 — 2:17-CR-00037 (RJS)

# INSTITUTE COURSES & CERTIFICATIONS

## 1

**$7,285.00**
*Plus $29.99 per month Membership fee*

### THE FREE CAPITALIST PROJECT™

**365 days to Freedom**

- Acquire more passive income than you need to live in 365 days, **Guaranteed!**
- Acquisition Rep. – How to acquire $3.7 million in real estate in 90 days. Double your tuition or we will give your money back, **Guaranteed!**.
- 21 Day Sale Rep. – How to sell any home for a profit in 21 days or less or we will buy it, **Guaranteed!**
- Preferred Buyer – How to turn a 720 FICO score into $1 million dollars cash!
- Holding Company – Learn how to think and act like a bank and obtain economic independence in less than a year!

## 2

**$1,995.00**
*Plus $29.99 per month Membership fee*

### INDIVIDUAL COURSES

**Choose any *One of the First Three* certifications.**

*Out of the "Rat Race" in two years plus*

- Acquisition Rep. – How to acquire $3.7 million in real estate in 90 days. Double your tuition or we will give your money back, **Guaranteed!**.
- 21 Day Sale Rep. – How to sell any home for a profit in 21 days or less, **Guaranteed!**
- Preferred Buyer – How to turn a 720 FICO score into $1 million dollars cash!
- *Holding Company – Learn how to think and act like a bank. Earn 12-100% APR on cash invested!
  (*Holding company certification can be purchased separately for $4,295.00)

## 3

**Ask For Details**

### FRANKLINSQUIRES ASSOCIATE PROGRAM
*(Work Study Course)*

**Work Directly for The FranklinSquires Companies, LLC**

- Get trained to find property using our proven methods.
- Work at home or at FranklinSquires.



MB 11-24-09

**ABOUT THE INSTITUTE** - The FranklinSquires Institute is a private organization dedicated to teaching individuals, families and small businesses the principles and values related to prosperity economics.

The Institute offers live workshops, self-paced home study courses, and live interactive web-based classes via distance learning. The primary objective of the Institute is to provide transformative educational experiences by actually working directly with students to realize the goals of Self-Reliance, Economic Independence and Financial Freedom for themselves, their families, and their businesses.



## FOR MORE INFORMATION CALL – 1-800-806-7027

FBI302-012-0085