# Exhibit 12



# Session 4

**Session 4** 365 Days to Freedom: Thinking Like a Bank and Economic Independence in Less than a Year!!

**Marketplace exclusive!!! Rick Koerber & Les McGuire are actually willing to guarantee that by following their course you can be out of the rat race (defined as having more passive monthly income than living expenses) in 365 days or less. Guaranteed!**

**Session 4** (Saturday, all day):  Out of the Rat Race in 90-365 Days – Guaranteed!"

**This is a day no one should miss!**  Numerous organizations and gurus in the last few decades have sold "financial independence" and "financial freedom" plans.  While valuable, none of these that we know of actually guarantee the outcome of true economic independence in less than a year!!

FranklinSquires and Engenuity have a unique approach to "getting out of the Rat Race."  By focusing on the macro-economic perspective, workshop participants will learn how to use real estate and other tools as vehicles to get out of the "rat race" within 365 days.  And the results of this course are GUARANTEED, or your money back PLUS interest!!

**Topics Covered:**

- How to safely earn 2-5% per month on your cash!!
- Why being a LANDLORD is the WORST and RISKIEST way to invest in real estate.
- What is Personal Macro-economics, and why you should care.
- Why people are real assets and property is not.
- How to turn a 720 FICO score into $1 million cash.
- How to make GREAT MONEY fast in real estate without EVER buying property!
- Why most people never get "out of the rat race."
- How to actually "Do It" and be able to retire in less than 365 days, and possibly less than 90.
- How to make more money up front on one real estate transaction than most retirees make in a year.
- What to do with Cash – and What not to do with Cash!
- How the Velocity of Money Multiplier creates HUGE monthly returns.
- Why helping other people is the guaranteed road to wealth, and how to do it best.
- What the Financial institutions know that you probably don't! (And what it's costing you!!)

- Why Financial Planning was created for Consumers NOT Investors.
- Myths and Misunderstandings created by Financial Planning and Asset Management.
- Risk Tolerance (Consumers) vs. Risk Management (Investors).
- How to think like a bank.
- How to develop and put into place a process (through Real Estate investing).
- The EXPLOSIVE profit synergy between Permanent Life Insurance and Real Estate.
- How to spend all of your life insurance death benefit BEFORE you die!
- The Compounding Interest Fraud and other "Main Stream" failure strategies.
- How to Leverage $1 Million with No Cash, No Credit, and almost NO RISK!
- How to manage financial risk to near zero while actively investing for huge returns.
- Why the highest returns are the result of investing with SAFETY, not risk.
- How to think like a value-producing investor rather than a fear-motivated consumer.

And much, much more…

**Exclusive, "Better-than-money-back" Course Guarantee**
This course has an unprecedented guarantee.  The tuition for the 365 day curriculum carries with it the following guarantee to participants: If you take the course and successfully follow the prescribed course of action (through real estate-related investing) for 365 days and are not out of the rat race (having more passive income than living expenses) by the 365th day – FranklinSquires and Engenuity will gladly refund the entire tuition paid, plus interest!

## Thinking Like a Bank and Economic Independence in Less than a Year!!

| | |
|---|---|
| **Date:** | Saturday—February 12th, 2005 |
| **Location:** | Westin Kierland Resort, Spa, & Villas, Scottsdale, Arizona |
| **Check in:** | 8:45 a.m. |
| **Seminar Time:** | 9:00 a.m.—6:00 p.m. |
| **Tuition:** | $4,295 |

The FranklinSquires Companies, LLC
& Engenuity, Innovative Estate Engineering
8E Eastbay Blvd. Provo, UT 84606
Phone (801) 375-4474
Web: www.FranklinSquires.com

**GOVERNMENT EXHIBIT**

**89**

2:17-CR-00037 (RJS)

PENGAD 800-631-6989

FBI-09-00273

FBI-09-00273