# **Exhibit 13**

Case 2:17-cr-00037-FB-PMW Document 559-13 Filed 04/24/19 Page 2 of 15

THE FRANKLINSQUIRES COMPANIES, LLC

85 EastBay Blvd. • Provo, UT 84606 • Phone: 801.375.4474

**Date:** March 14, 2005

group hand out. 3-15-05

**To:** All Key Personnel and Staff of FranklinSquires Investments, The FranklinSquires Companies, LLC and related Subsidiaries

**RE:** *Strategic Alignment 2006* (Dist. All)

It has become increasingly apparent that we need to make a number of improvements, adjustments, and re-calculations to ensure that this organization reaches its potential and successfully accomplishes its mission. This document will outline the first stage of these changes to take effect immediately. In order to provide some context for the mission ahead of our organization I have including a quote below from "The Master Plan for The FranklinSquires Companies" which I published in December of 2004. I share this very personal summary with you in the interests of unity and motivation. If we are united in this effort my friends, "we all things can do."

> We have entered into a cause… We have dedicated our enterprise and venture to doing good and serving our fellow man with our knowledge and our stewardships. We have dedicated our temporal enterprise to a serious and poignant cause. We have chosen a tough road. Will we have the courage to stay the course?
>
> Some may wonder how direct is the relationship between our "economic" mission and the cause to save our Constitution and our way of life. "How directly," you might ask, "is our cause related to the universal cause of freedom?" "How, can economic ignorance be related to the all out war for liberty vs. captivity and bondage, debt vs. self-reliance, freedom vs. temporal captivity?"
>
> *"Freedom can be killed by neglect as well as by direct attack. Too long have people of the free world, generally stood by as silent accessories to the crimes of assault against freedom – assault against basic economic and spiritual principles and traditions that have made nations strong. (Ezra Taft Benson. God, Family, Country, pg 361.)*
>
> The principle contained in the expression "self-reliance" is at the core of the word's grand conflict. To all who have discerning eyes, it is apparent that the foundation setup for our prosperity and preservation at the beginning of this dispensation can not long endure once this fundamental principle is abandoned.
>
> *"Momentum is gathering for another conflict – a repetition of the crisis of two hundred years ago. This collision of ideas is world-wide. The issue is the same the precipitated the great premortal conflict – will men be free to determine their own course of action or must they be coerced." (Benson, 1940).*
>
> Here is the cause, as it stands today, for our opportunity related to building FranklinSquires. We have the opportunity to use our stewardships and all with which we have been blessed, to build a profitable commercial enterprise that competes freely in the marketplace. In our enterprise we will seek to further the true principles of prosperity. We can conduct our battle, simultaneously, on two fronts.

GOVERNMENT EXHIBIT 61 2:17-CR-00037 (RJS)



THE FRANKLINSQUIRES COMPANIES, LLC

85 EastBay Blvd. • Provo, UT 84606 • Phone: 801.375.4474

First, we must live these true principles. This means:

1) We must commit individually and collectively to support and sustain each other in our efforts to live by these true principles.

2) We must conduct our financial affairs individually, as families, and collectively according to a prepared plan leading to and sustaining a continual path of self-reliance and independence.

3) We must follow the order individually and as a business that we prescribe to our clients and students, namely:

   a. Accepting our stewardship by keeping appropriate records.
   b. Follow a deliberate financial plan using a budget as the primary tool.
   c. Mastering the five pillars of wealth by starting first with a comprehensive strategy dedicated to real estate investing.

Secondly, we must put into place an arrangement of key processes that will enable us to teach as many individuals, families, and small business as we can responsibly reach – how to live by these same principles using our same plan.

If we commit to do this, within 12-months from tapping into these key processes any honest and driven person will find the fruit of being self-reliant and living independently.

If we commit to do this, as we carry out our own individual responsibilities, we will be blessed with an abundant number of students and clients who desire and even require our services. If we commit to do this, and keep our commitments, we will be prospered in our endeavors to:

1) Pursue a righteous vocation to meet the needs and wants of our families,

2) Serve those willing to learn in order to dispel the common ignorance to true financial principles; and,

3) Liberate the captive who have already fallen into a pattern of debt based living, and the casual acceptance of false social principles.

In the course of every great cause there are defining moments that "make" men, and families, and nations. These moments are not defined by coincidence or happenstance. In the future gentlemen, our posterity will be reading of our generation, and of our day. Will they be reading about us? Or will they be reading about some others who picked up the gauntlet when we were found wanting? Heaven forbid! Let us go onward in this cause, doing our utmost to bring to pass the best possible lives of freedom and prosperity and peace for our wives, our children, our neighbors, and our communities. I know we can do it; the path is laid out before us.

The following clarifications and changes are effective April 16, 2005. Some changes will be started immediately with formal effectiveness being April 16, 2005



THE FRANKLINSQUIRES COMPANIES, LLC

85 EastBay Blvd. • Provo, UT 84606 • Phone: 801.375.4474

1. **FranklinSquires Investments, LLC**

FranklinSquires Investments is the parent company, majority owner, and managing member of The FranklinSquires Companies, LLC. The company name FranklinSquires Investments, LLC is not used by any employee, subsidiary, or related party in any business transaction without the express, advanced, written consent of FranklinSquires Investments, LLC as evidenced by the company seal or authorized signature of C. Rick Koerber (Manager) on such written document.

Employees:

*See "Employees Clarification" at the end of this document.

- C. Rick Koerber, Executive Director
- Jonathan Lowry, Asst. Exec Dir. (Sales & Marketing)
- Clavell T. Anderson, Asst. Exec. Dir. (Construction & Development)
- Stephen A. Freestone, Asst. Exec. Dir. (Education)
- Rae Hartsell, Personal Executive Assistant to C. Rick Koerber

To Do / Action Items:

- File New Articles / Amended. (Executive Staff)
- Establish Separate Accounting as of 04/15/2005 (Forrest Allen)


THE FRANKLINSQUIRES COMPANIES, LLC

85 EastBay Blvd. • Provo, UT 84606 • Phone: 801.375.4474

2. The FranklinSquires Companies, LLC - Forrest - Alishia

The FranklinSquires Companies is the name of the holding and management entity for FranklinSquires related companies, subsidiaries, and other similar entities. FranklinSquires Investments is the parent company, majority owner, and managing member of The FranklinSquires Companies, LLC.

Mission:
It shall be the official mission and policy of The FranklinSquires Companies, LLC and all whole or partially owned subsidiaries to work together in order to put into place and effectively operate key processes that will enable as many individuals, families, and small business as can responsibly be reached – to live by the three core values of self-reliance, economic independence and financial freedom.

Board of Directors:

- C. Rick Koerber
- Jonathan Lowry
- Clavell Anderson
- Stephen Freestone*
- Les McGuire
- Mark Craner
- Matson Magleby*
- Jason Vaughn
- Troy Dollar*
- Pat Poyfair*
- Gabriel Joseph
- Forrest Allen*

* Non-Voting Board Members

Employees:
*See "Employees Clarification" at the end of this document.

- Forrest Allen, Internal Financial Analyst & AP/AR Manager.
- Alicia Johnson , AP/AR Staff

To Do / Action Items:

- Monthly Board Meetings Scheduled – WebEx. (Rae Hartsell)
- Annual and Semi Annual Meetings – In Person (Rae Hartsell) 6 months
- Former Board Notes and Actions Compiled (Hartsell & Vaughn)
- Draw-up one page document regarding SA2006 (Hartsell)
- Weekly Senior Management Meetings Scheduled – (Rae Hartsell) Clavell, Steve, Jon
- Draft Operating Agreement (Executive Staff)



THE FRANKLINSQUIRES COMPANIES, LLC

85 EastBay Blvd. • Provo, UT 84606 • Phone: 801.375.4474

3. **The FranklinSquires Institute, LLC**

The FranklinSquires Institute is a training and educational organization committed to serving individuals and families in an effort to live by sound constitutional principles with special emphasis on the principles of temporal welfare and economic prosperity.

Employees:

*See "Employees Clarification" at the end of this document.

- Troy Dollar, Assistant Business Manager & Personal RE Coach
- Pat Poyfair, Assistant Business Manager & Dean of Students
- Jason Vaughn, Personal Real Estate Coach & Curriculum Asst.
- Stephen Freestone, Personal Real Estate Coach
- Sonny Jensen, Personal Real Estate Coach

To Do / Action Items:

- WebEx Strategy & First Classes (Dollar)
- Student Support Process & Scheduling of Classes(Dollar & Poyfair)
- Membership Management (Jon Lowry & Forrest Allen)



THE FRANKLINSQUIRES COMPANIES, LLC

85 EastBay Blvd. • Provo, UT 84606 • Phone: 801.375.4474

4. **Lucent Prime Marketing, LLC**

Lucent Prime Marketing is the primary vehicle for building the business and business interests of The FranklinSquires Companies and its subsidiaries. Lucent Prime operates a highly reputable and effective marketing call center in Provo, UT and also operates the FranklinSquires network of real estate professionals" as simply Lucent Prime.

Lucent Prime Marketing – Call Center
Lucent Prime Marketing – Seminars
Lucent Prime – Real Estate Network

- Associates
- Real Estate Professionals (REPS)
- Training REPS(**All Former Students)
- Branch Manager

Employees:

*See "Employees Clarification" at the end of this document.

- Jon Lowry, Managing Partner
- Emily Anderson, Call Center Executive Assistant
- Randy Bradley, Call Center Manager
- Jerem Eyre, Chapter President (Utah County, UT)
- Stephen Anderson, Manager of The Free Capitalist (Print & .com)
- Stephen Freestone, Seminar & Event Coordinator
- Sonny Jensen, Asst. Seminar & Event Coordinator

To Do / Action Items:

- Implement New System and Protocol by Friday (Craner)
- Develop and Publish Website (Lowry & Anderson)
- Monthly Investors Forum (Lowry, Eyre, Poyfair, Dollar)

THE FRANKLINSQUIRES COMPANIES, LLC

85 EastBay Blvd. • Provo, UT 84606 • Phone: 801.375.4474

SELF-RELIANCE • FINANCIAL FREEDOM • ECONOMIC INDEPENDENCE

FS096908

7

5. **Eastbay Properties, LLC**

Eastbay Properties buys real estate at wholesale prices and sells at retail. Eastbay Properties, LLC represents a corporate prototype that demonstrates how FranklinSquires Institute students who wish to become certified Associates, Real Estate Professionals, and Branch Managers can profit as individual wholesale real estate businesses.

Lucent Prime REPs can assign their cash purchase contracts to Eastbay Properties for a fee (roughly 3% of the appraised value.) Eastbay then locates a buyer (usually among the database of FranklinSquires preferred buyers through Quail Run Partners, LLC).

Employees:

*See "Employees Clarification" at the end of this document.

- Mark Craner, Managing Partner
- Lindsey Dayton, Assistant Business Manager
- Robert Switzenberg, Assistant Business Manager

**To Do / Action Items:**

- Implement New System and Protocol by Friday (Craner)
- Develop and Publish Website (Eastbay & Anderson)

Was
buy prop | get Loan | man. prop

Now
buys real estate at wholesale prices & sells at retail.

Example
Gabe (as Reb) sales to EastBay at 3% of apprasale value. EastBay - can sale to preferred buyer of their choice

THE FRANKLINSQUIRES COMPANIES, LLC

85 EastBay Blvd. • Provo, UT 84606 • Phone: 801.375.4474

6. **Greystone Federal Buyers Advocate, LLC**

Greystone Federal Buyers Advocate, LLC helps real estate buyers coordinate their purchases including coordination with escrow agents, title officers, real estate agents, mortgage officers and lenders.

Greystone charges a 1% processing fee which buyers agree to pay in advance.

Employees:

*See "Employees Clarification" at the end of this document.

- Gabriel Joseph, Managing Partner & Buyer's Advocate
- ____________________, Buyer's Advocate
- ____________________, Buyer's Advocate
- Jared Hone, Level 1 Processor

To Do - Action Items:

- Implement New System and Protocol (Joseph)
- Develop and Publish Website (Joseph & S. Anderson)

THE FRANKLINSQUIRES COMPANIES, LLC

85 EastBay Blvd. • Provo, UT 84606 • Phone: 801.375.4474

7. **Quail Run Partners, LLC**

Quail Run Partners buys retail real estate via seller finance or lease option agreements. Quail Run then finds the end "buyer" via 21-day sale or other option and executes Lease Option contracts with the end "buyer."

Quail Run pays 0-5% down and seeks to earn substantial monthly cash flow on each property. Quail Run Partners intends to hold the cash flow contract for as long as is possible and healthy.

Employees:

*See "Employees Clarification" at the end of this document.

- Clavell Anderson, Managing Partner
- Sonny Jensen, Assistant Business Manager (Property Management)
- Wayne Adreason, Assistant Business Manager (Liquidation)

need to talk to him

**To Do / Action Items:**

- Implement New System and Protocol by Friday (Craner)
- Develop and Publish Website (QRP Staff & S. Anderson)

Case 2:17-cr-00037-FB-PMW   Document 559-13   Filed 04/24/19   Page 12 of 15



# THE FRANKLINSQUIRES COMPANIES, LLC

85 EastBay Blvd.   •   Provo, UT 84606   •   Phone: 801.375.4474

8. The Phoenix Project, LLC

The Phoenix Project helps individuals and families free themselves from the Scarcity paradigm by working with them to rebuild their financial basis. This includes training and consulting related to personal financial activities.

Employees:
*See "Employees Clarification" at the end of this document.
- Jason Vaughn, Managing Partner

[redacted heading]
- Develop Business Model (Vaughn & Koerber)

10

SELF-RELIANCE • FINANCIAL FREEDOM • ECONOMIC INDEPENDENCE

FS096912

11



FRANKLINSQUIRES

THE FRANKLINSQUIRES COMPANIES, LLC

85 EastBay Blvd. • Provo, UT 84606 • Phone: 801.375.4474

9. **Founders Capital, LLC**

Founders Capital is a hard money lender for real estate transactions.

Employees:
*See "Employees Clarification" at the end of this document.

To Do/Action Items:
- Develop Business Model (Koerber & McGuire)

11

SELF RELIANCE • FINANCIAL FREEDOM • ECONOMIC INDEPENDENCE

FS096913

12



Case 2:17-cr-00037-FB-PMW Document 559-13 Filed 04/24/19 Page 14 of 15

FRANKLINSQUIRES

THE FRANKLINSQUIRES COMPANIES, LLC

85 EastBay Blvd. • Provo, UT 84606 • Phone: 801.375.4474

**10. The Free Capitalist Project, LLC**

The Free Capitalist Project is joint venture between FranklinSquires founder C. Rick Koerber and Engenuity founder Les McGuire to help individuals "get out of the rat race" in 365-days or less.

Employees:
*See "Employees Clarification" at the end of this document.

To Do / Achievements

- Develop Business Model (Koerber & McGuire)

12

SELF-RELIANCE • FINANCIAL FREEDOM • ECONOMIC INDEPENDENCE

FS096914

13



THE FRANKLINSQUIRES COMPANIES, LLC

85 EastBay Blvd. • Provo, UT 84606 • Phone: 801.375.4474

Other Employees:

*No company in the FranklinSquires family of companies currently has any independent employees. FranklinSquires Investments has assigned the following employees to carry out the management and operation of The FranklinSquires Companies, LLC and it's subsidiaries:*

1. C. Rick Koerber, Executive Director
2. Jonathan Lowry
   - Asst. Exec Dir.: in charge of Sales & Marketing
   - Managing Partner (Lucent Prime)
3. Clavell T. Anderson
   - Asst. Exec. Dir.: in charge of Construction & RE Development
   - Managing Partner (Quail Run Partners)
4. Stephen A. Freestone
   - Asst. Exec. Dir.: in charge of Education
   - Personal Real Estate Coach (Institute)
5. Rae Hartsell, Personal Executive Assistant to C. Rick Koerber
6. Forrest Allen, Internal Financial Analyst & AP/AR Manager.
7. Alicia Johnson , AP/AR Staff
8. Troy Dollar, Assistant Business Manager & Personal RE Coach
9. Pat Poyfair, Assistant Business Manager & Dean of Students
10. Jason Vaughn
    - Jason Vaughn, Personal RE Coach & Curriculum Asst. (Institute)
    - Jason Vaughn, Managing Partner (Phoenix Project)
11. Emily Anderson, Call Center Executive Assistant
12. Randy Bradley, Call Center Manager
13. Jerem Eyre, Chapter President (Utah County, UT)
14. Stephen Anderson, Manager of The Free Capitalist (Print & .com)
15. Mark Craner, Managing Partner (Eastbay Properites)
16. Lindsey Dayton, Assistant Business Manager
17. Robert Switzenberg, Assistant Business Manager
18. Gabriel Joseph, Managing Partner (Greystone)
19. Jared Hone, Level 1 Processor
20. Sonny Jensen, Assistant Business Manager (Property Management)
21. Wayne Adreason, Assistant Business Manager (Liquidation)