# Exhibit 14

```
318E-SU-63343
09/13/2007 Meeting
St. George, Utah
CES/mjb
```

| | |
|---|---|
| MICHAEL ISOM: | For those of you that have ah (voice fades). |
| | (Laughter) |
| ISOM: | For those of you that have listened to Rick in the past ah, he has ah some ah, self interest in ah completing ah at a certain time. |
| | (Laughter, applause) |
| ISOM: | Rick there's quite a few people in the room that have heard you talked before. |
| | (Overlapping conversations and laughter) |
| ISOM: | It was very positive. It was a compliment. But ah Rick Koerber is here ah representing Founders Capital, and for those of you that maybe have not heard that name before, that ah, Founders Capital is a group that ah is a company that ah we have chosen to ah do business with over the last few years. We've had a, a substantial, substantial amount of money that we have ah invested with them, and ah have had just a, a tremendous experience in working with them, and had a great ah track record and so, Rick ah I'll introduce him in just a moment, but ah, he, he will be here, or he'll be our main speaker this evening. I think all of you are aware of that. Ah, he'll be talking about ah some of the changes in the market that have taken place ah, not only on the real estate side, but on the ah money side also. He'll define that ah for us. And Joe thank you very much for standing guard at the door. We wanted to ah be very deliberate about just having this ah meeting be for those who have invested with Rayhar or Value Capital. Ah, you know it's kind of fun I wanted to ah, I don't know if everyone knows how I came up with the name Rayhar, but ah, Rayhar ah I named after ah Ray Hooper and ah Harold Les McGuire. And ah so it means a lot to me and I |

1

318E-SU-63343
09/13/2007 Meeting
St. George, Utah
CES/mjb

> with ya anymore.  Sorry.  Was a good friend of mine that said every time I meet with you, you lower your interest rate.  I'm not meeting with my anymore.  Ahh.  This business blessed the lives of so many people.  If there was one of the reasons I got into business.  It was one of the ways where I could show people look if you're just willing to learn a little bit, and just be involved, and be willing to be responsible for what you're doing, then there are opportunities out there that aren't available down at the corner grocery store you know or at the corner bank, or, or.  And, and, and certainly there's risk involved.  Certainly there's risk involved.  That's why we wanted people to take classes so that if somethin' were to happen either A they could help us out, or B they could go out and do things on their own.  And you know one of the things I've taught and the Petersons can tell you 'cause they came to the very first seminar I taught publically on the outside of Utah County.  The very first core value of mine is self reliance.  And the whole purpose of Founders Capital wasn't to eliminate self reliance.  It was to be kind of like Miracle Gro, that if you were willing to live by these principles, and you were to network with other people who are committed to live by these principles, exchange creates wealth.  And so from that day to this it went very well.  And ah, again we've had our challenges, but it's gone really well.  Now ah, I will tell you that then ah after the plane accident we had some ah problems.  And at the plane accident that most of you are familiar with created some uncertainty in our network.  People wondered what was going to happen.  And about that time some people (static rustling) government and asked are these businesses legitimate.  Which is fine right, ever citizen has a right to do that.  But you have to understand that when you call the government and you say things like is this business legitimate,