# **Exhibit 15**





## Earth Camp
## The Brain-Off Conspiracy

difficult to convert. The "Care Free Sheep" are easily distracted and very difficult to organize. The "Concerned Sheep" on the other hand are easy to organize, but they wait around for someone to tell them just what to do. The problem with this is they'll take orders from just about anyone, principled or not. The "Patriotic Sheep" are often the most difficult to work with because they won't take a minute to consider that which they do not know. Without knowing, understanding, and using the "natural principles" of prosperity as described by Jefferson and Franklin, these folks are so busy defending the Constitution that they are often the last to consider the damage they are inflicting. Finally, the "Blind Sheep" are too concerned with "being right" to stop and consider what they don't know about what they think they know.

This is the challenge I see before us as we work to advance true principles and defend the cause of freedom and liberty. Fortunately for America, there exists a group advancing this cause. They are the "Free Capitalists." The Free Capitalists shoulder the burden and weight of the world. They each wake up every day



# Rick Koerber

Rick Koerber is a freedom-loving entrepreneur who values self-reliance, economic independence, and financial freedom. Utilizing these principles, Rick founded his parent company, FranklinSquires, in 2000 and has turned it into a nationally recognized business dedicated to help thousands achieve success by teaching them how to apply principles of prosperity into daily life. Under the FranklinSquires umbrella, Rick has acquired over $100 million in real estate and has created real estate acquisition, mortgage, title, and liquidation companies. Rick can be contacted at rick@franklinsquires.com

with a commitment to turn their "brain-on" and fearlessly but strategically battle the enemy while simultaneously working to convert the BOC.

The battle is waging; the lines are drawn; is your brain on?

r



88

Copyright 2005/2006 www.jthpublishing.com

90