# Exhibit 17



A FreeCapitalist Project Publication
85 Eastbay Blvd., Provo, Utah 84606
FreeCapitalist.com

Copyright © 2007

All rights reserved, including the right to reproduce this book or portions thereof in any form whatsoever.

Cover design by Trevor Howard and Jonathan Bond

Printed in the U.S.A.

# TABLE OF CONTENTS

## BY THE FREE CAPITALIST

*The Free Capitalist Project* by Rick Koerber  5

*Walking Through the Looking Glass* by Rick Koerber  17

*Brain-Off Conspiracy* by Rick Koerber  28

*Hero's Life* by Rick Koerber  31

*Words & the Language of the Revolution* by Rick Koerber  39

*Organizing the Revolution* by Rick Koerber  43

*Earth Camp* by Rick Koerber  51

*Individual Prosperity* by Rick Koerber  55

## FREECAPITALIST RESOURCES

*Capitalism and Freedom* by Milton Friedman  96

*Use and Abuse of Blessings* by Brigham Young  109

*Positive Imaging* by Norman Vincent Peale  121

*Wealth of Nations (excerpts)* by Adam Smith  129

*1980 Presidential Inaugural Address* by Ronald Reagan  137

*The American Heritage of Freedom* by Ezra Taft Benson  143

The Declaration of Independence  154

Constitution of the United States of America  158