# **Exhibit 19**

## VICTIM IMPACT STATEMENT

Victim: ▮▮▮▮▮▮▮
USAO Number: 2016R00950
Court Docket Number: 17-CR-00037

RECEIVED
2019 JAN -2 PM 3:17

### Financial Impact
Nampa, ID Home: Lost investment of: $113,276.19
Kure Beach, NC condo: Lost investment of: $146.768.20
*Vonco Holdings: Lost investment of: $82,884.30
**Paid NewCastle Holdings (To maintain Nampa, ID home): $1,552.50
***Paid for repairs/maintenance on Kure Beach, NC condo: $1,396.75
Mortgage interest (as of 12.01.18 – still have 23 payments): $55,023.20

**Total Financial Impact: $400,901.14 +**

*Vonco Holdings loss due to Bill Hoopes not receiving his payments from Founders Capital, making it impossible for him to pay his investors.

I had real estate agents actively trying to sell both of my preferred buyer properties in order to recoup losses and maintain my credit.

**Nampa, ID home: Newcastle Holdings' contract included a maintenance fee I paid to them monthly. They were responsible for the outside and inside maintenance, down to changing the light bulbs. Nothing was ever done by Newcastle. The real estate agent working with me felt bad about the situation and recruited family members to help and make sure the interior was clean and the lawns mowed to increase the chance of a sale.

***Kure Beach, NC condo: Again, maintenance was not taken care of. Finish work was not completed, the roof leaked causing damage. The elevator machinery needed to be painted to protect it from rust, and the exterior of the condo needed a mandatory power wash to protect it from the exposure to the salt air. Repairs, appliance installation and finish work had to be done before the property was even fit to be shown.

Both agents tried to help me as best they could, personally doing some of the maintenance, but in the end I lost the home in Nampa, ID and I lost the condo in Kure Beach, NC.

### Personal Impact
Before becoming a "Preferred Buyer":
I had an "Exceptional" credit rating
My home was completely paid off
I had over $70,000 in savings

### After the experience with Rick Koerber's companies:
I had to rely on my church for assistance to pay utilities, medical and food expenses.
I had 2 foreclosures on my credit record
I had bad credit
I had no savings left
I had a large mortgage on my home

### Observations of family members:

### Inability to recover financially
Offhand remark made by a Koerber supporter overheard by family member: "What's the problem? These people can re-invest and recover their losses and be fine." Maybe if one is young with a good income and the benefit of time to rebuild. But not if you are older, retired, and lost everything you had because on top of the investment losses, you were trying to be honorable and pay the unexpected debts which landed in your lap while waiting for promises, contracts, promissory notes, etc., to be honored. Unless there is recompense, Dad will never recover financially.

### Physical Health and Emotional Impact
We know that Dad observed Rick Koerber's program for a period of time before signing up, and spoke with and listened to experiences and opinions from other preferred buyers who were receiving their payments regularly, as well as those who were living rent free in what was assumed to be preferred buyer houses.

Many of these individuals, (Koerber included), were members of the predominant religious organization in the area, noted for a standard of honesty and trustworthiness. Some held high positions. Whether intentional or not, this association lent confidence in and validity to Koerber's programs. Our Dad does not deal deceitfully and doesn't expect it in others. This experience has taken the wind out of his sails.

As Dad juggled what remained of their resources to try to stay afloat in the aftermath of the "delayed" payments, then no payments, broken promises, default on promissory notes, etc., as well as no answers from anyone in any of the companies, the loss of financial security / stability, coupled with the need to receive assistance shook Mom to the core. This caused tension in the home, loss of confidence and extreme concern for their physical wellbeing to the point of her becoming angry, reclusive, and depressed.

The worst emotional blow from this bad experience was when Mom took a fall, breaking a femur which required surgery and ended up with complications. As the medical costs rose, she started saying things such as, "we don't have money for this", "this is another financial burden", etc. We believe as a direct result of the events that ruined them financially, Mom, an otherwise extremely healthy, strong woman, and a fighter gave up, not fighting to regain her health as she normally would have, because, as she said, she did not want to add any more financial burden on Dad. Sadly, less than eight weeks after the surgery to repair her injury, Mom passed away.

Whether the ultimate outcome of Rick Koerber's programs was intentional or not, the fact of the matter is that harm has been done. The victims deserve recompense.