# Exhibit 20

29 May 2010


RECEIVED
2010 JUN -2  AM 11: 16
ATTORNEY'S
DISTRICT OF

Cecelia Swainston
U.S. Department of Justice
United States Attorney's Office
District of Utah
Victim Witness Program
185 South State Street
Suite 300
Salt Lake City, UT 84111

Dear Cecelia Swainston,

Victim Impact Statement

Name: ███████
Case: United States vs Claud Koerber

1. How have you and member of your family and / or business been affected by this crime? Use additional paper if you wish. For example: Emotional, physical, mistrust of others, divorce, etc.

   My dealing with Claud Rick Koerber (Rick) and his partners has caused me great financial loss. In addition to the financial loss, these events have caused friendships to be strained and in some cases to be lost. Rick recruited neighborhood people to request money. When the fraud was discovered, it was the neighbors that had to justify Rick's actions to their friends. My trust of people has permanently destroyed. I will never loan money again.

   Rick used neighborhood friends, political figures and religious leaders to gain other people's trust. Rick used these people to validate that he was a honest person and a good person. Rick also emphasized his positions within the church as validation that he was a trustworthy and sincere person. Rick created an elaborate scam based on the religious associations and apparently sound business practices, and a desire to help his fellow man to be financially independent.

   Through seminars, Rick befriended and recruited his associates in my neighborhood. Many of them had respectable positions in the church and had the reputation of good neighbors. They are the ones that solicited the money. At all times during his seminars, Rick emphasized his business was doing well. He assured that he had real estate as collateral. He even went so far to state publicly during a TV and radio interview, he had the means to pay the money back.

   From the information I have obtained, his business was never profitable. When Rick's lies finally caught up to him, he used his associates as a buffer between him and the people whose money could not return. Rick didn't seem to care about the effects the loss of money had on people. In Rick's mind, this was part of doing business. These associates had to deal with their neighbors they took money from. Rick believed he had no moral or legal obligation to the people his associates borrowed money from even though the money was passed on this him. Rick was only concerned about Rick. Rick has used legal posturing and layers of business LLCs to shield himself. In my opinion, Rick deliberately set up this structure knowing this business was

fraudulent. His previous securities violations lend support to this theory. In my opinion, if Rick doesn't receive a harsh penalty for his actions, he will do this same crime again.

2. How has your experience with the defendant affected you <u>financially</u>? Include, if you wish a description of your financial status before this occurred and any hardship caused by your losses.

   I lost $100,000 dollars that I loaned to David Ridge. David Ridge loaned the money to Rick's Founders Capitol. This was about 33% of my savings at the time.

3. Please provide an itemized list of your financial losses from this crime. List only those items which you have not been or do not expect to be repaid. Please attach records and / or receipts documenting your loss.

   See enclosed copies of the promissory notes.

4. If income was lost as a result of the crime, state reason(s) for the loss and the estimate the total dollar amount lost. Indicate how your loss was calculated.

   This question doesn't apply to me.

Sincerely,

