# **Exhibit 21**

**From:** Richard Dutcher
**To:** rick rick_koerber
**Sent:** 5/1/2006 10:49:11 AM
**Subject:** Hopefully Minor Crisis

Rick, Two matters: One quote of yours stands out for me. I like it. I hope that it really sinks in and becomes part of my thinking: "If it can be solved by money, it's not a problem." I like that. And it sprang to mind this weekend when I had a potentially very stressfull "money problem." Two years ago, during yet another round of fundraising for THE PROPHET, I made an unwise decision that has come back to bite me. I had a couple of "fundraisers" working for me, beating the bushes, trying to raise capital for the film. Rather quickly, they raised $100,000 from a few different sources. This is while I was in pre-production and production on STATES OF GRACE. Over the next year, I allowed this first flush of money to be spent on salaries, travel expenses, and office expenses for the fundraisers. It proved to be a stupid, and probably illegal, decision. Despite their assurances that full financing was, continually, right around the corner, they failed to raise any more money and then, when the $100,000 was gone, they just faded away with "sorry" and "we just don't understand it," etc. I found myself in a bad situation. According to the mini-maxi offering documents, I was not to spend any of the money until the minimum funds of 7.5 million was raised. Since I had failed to raise the minimum, I was supposed to return the investments with bank interest. Fortunately, the investors believed in the project and wanted to stick with it after the expiration date on the offering documents. However, one of the investors (who put in $25,000.00) has now come knocking. Actually, she kind of freaked out this weekend. My relationship with her had always been good, but she must be having some serious money issues on other fronts because she suddenly had an anxiety attack, started calling my cell phone and, when I didn't answer, got in her car in Ogden and started driving down to Mapleton determined to "find your house and get my money." Fortunately, I checked my messages. I calmed her down. She heard about my recent misfortunes (the fire, the poor performance of STATES OF GRACE and the other dvds) and suddenly became convinced that I was going bankrupt and that she had to get her money out now. A "run on the bank" mentality. Anyway, I assured her that I would do as I had committed in our contract to do, and that I would return her investment, this week, with the interest that the money would have accrued in a holding account at the bank. So now I just have to figure out how to do that. I had intended to get rid of these obligations using profits from STATES OF GRACE. Obviously, I can't do that. My two current options are to take out a second mortgage on my house as quickly as I can or borrow the money in some other way or start over with another offering on THE PROPHET, raise some capital and pay off these original investors in order to start fresh. Anyway, since you've decided to join me on THE PROPHET, and since you are pretty much the only person I can think of who may be able to help me out of this mess I've created, I'm bringing this to your attention now. Do you have time to talk about this today? I've spent quite a bit less on our April budget than we had planned. If you agree, I could use the unused funds to get this investor out of my hair, and we can talk about how to handle the others should they, also, make a run on the bank. Honestly, I'd love to get them all taken care of so that the only people who will have an interest in THE PROPHET will be you and I. One other matter that I need some feedback on: my office dilemma. Would it be wise to find and buy a suitable house near downtown Provo or maybe in Springville that would suit Main Street's needs? Using your real estate and milling systems, which I don't adequately understand at present, this could be a way of having a good facility without a high pay-out. You know about this. I don't. Let's talk about that, too. Anyway, a lot to talk about. I hope you can find an hour or so in your schedule today. Thanks, Richard ▮▮▮-5354 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Don't just search. Find. Check out the new MSN Search! http://search.msn.click-url.com/go/onm00200636ave/direct/01/