# **Exhibit 22**

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                        DISTRICT OF UTAH
 3                        CENTRAL DIVISION
 4
 5  UNITED STATES OF AMERICA,    )
 6           Plaintiff,          )
 7      vs.                      ) Case No. 2:17-CR-37-RJS
 8  CLAUD R. KOERBER,            )
 9           Defendant.          )
10  _____ )
11
12           BEFORE THE HONORABLE ROBERT J. SHELBY
13       ----------------------------------------
14                      September 6, 2017
15                         Jury Trial
16
17
18
19
20
21
22
23
24  REPORTED BY: Patti Walker, CSR, RPR, CP    801-364-5440
25  351 South West Temple, #8.431, Salt Lake City, Utah  84101
```

1           MR. MUMFORD: Objection, Your Honor, relevance,
2   foundation.
3           THE COURT: Overruled.
4           Go ahead, Mr. Christensen.
5           THE WITNESS: Posturing is how you present
6   yourself. A specific example would be for people to believe
7   you're successful, you have to look successful.
8   BY MR. WALZ:
9   Q    All right. And was there any posturing relative to
10  your particular salary from Iceberg?
11          MR. MUMFORD: Objection, Your Honor, relevance.
12          THE COURT: Overruled.
13          THE WITNESS: Yes.
14  BY MR. WALZ:
15  Q    In what way?
16  A    When we were negotiating the company -- the merger
17  between the two companies -- or the formation of the
18  companies, Rick wanted me to make $120,000 a year, which is
19  more than I had ever made. And he said that a president of
20  a company couldn't make what I was making previously and be
21  taken seriously.
22  Q    Did you need that 120,000 a year?
23  A    No.
24  Q    Did you ever travel out of state with Mr. Koerber
25  during your association with him?

1      C E R T I F I C A T E

2

3

4         I hereby certify that the foregoing matter is

5   transcribed from the stenographic notes taken by me and is a

6   true and accurate transcription of the same.

7

8

9

10

11

12

13

14

15

16  PATTI WALKER, CSR-RPR-CP      DATED: 12-29-17
    Official Court Reporter
17  351 South West Temple, #8.431
    Salt Lake City, Utah  84101
18  801-364-5440

19

20

21

22

23

24

25