# Exhibit 24

Investment
Equity Mill
Investors
Invest
Interest
(2005)
Invest
(2005)
Franklin Squires
Repayment + Interest
Loan
Hill Erickson
Property Sales Income
Purchases
Repayment + Interest
House
Invest
(2005-2007)
Founders Capital
Loan
New Castle
Rehab Cost/ Finders Fees
Rental Income
Interest
(2005-2007)
Repayment + Interest
GOVERNMENT EXHIBIT
142
2:17-CR-00037
PENGAD 800-631-6989

Source: Exhibit 105 p.3 (Note 1), Defense Exhibit 516 (6.1 Formation) Note: Franklin Squires = Franklin Squires Investments + Franklin Squires Companies, Founders Capital = Founders Capital + Founders Capital Investments

1



Exhibits 19a,20a,22a,23a,24a,166a (FSC,FSI,FC,FCI,HE & NC Balance Sheets, Receivables Ledgers and Cash Registers), Exhibit 105 p.2,6-9,
Note: the dotted lines "Returns" represent minimal repayment of loans and interest paid back to Founders Capital

# Interest Receivable – Collectability History

As of July 2007

Founders Capital
Interest Charged $42.46 M
(72% interest annually)
Interest Actually Paid $20,370
Hill Erickson
New Castle
Franklin Squires
85%
Other Entities
(15%)
Interest Due:$42.4 M
0.048% was paid

Exhibits 19a p.13-16,22a p.15-17 (FCI and FC Interest Receivable Ledgers (Jan 05-Jul07))

# Loan Receivable – Collectability History

As of July 2007

Founders Capital
Loan Receivable/Cash Out $102.3 M
Loan Payoffs/Note Reduction $21.1 M
Hill Erickson
New Castle
Franklin Squires
85%
Other Entities (15%)
Principal due $81.2 M

Exhibits 19a p.11-12,30-35, Exhibit 22a p.1-6,24 (FCI: Note Receivable, Capital Loans, FranklinSquires Loan Receivable; FC: Note Receivable, FranklinSquires Receivable (Jan05-Jul07))



# Investment- Timeline

# Deposit Location

Franklin Squires Investments
Apr-04 to Nov-05
Investor Deposits
2004
2005
2006
2007
2008
9/5/05 Transfer of Promissory Notes
Founders Capital
Apr-05 to Jan-07
Investor Deposits
2004
2005
2006
2007
2008
1/1/07 Transfer of Promissory Notes
Founders Capital Investments
Rick Koerber LLC
Jan-07 to Oct-07
Inv. Deposits
2004
2005
2006
2007
2008

*Chase x9118*

$6.2 M

*Chase x1815,x8587*

$69.8 M

*Zions X2333 (FCI)*
*Key Bank X4769 (RK LLC)*

$22.6 M

Exhibits 19,20,22,170 (FSI, FC, FCI, RK Chart of Accounts, Cash Registers, Promissory Notes), Exhibits 128,131,134,135,136,138,141 (FSI Chase X9118, FC Chase X1815,X3297,X8587, RK LLC Key X4769, FCI Zions X2333, X0235), Notes: All 2004 Promissory Notes included in FSI, 4/25/05 marks first deposit into Chase x1815, 9/5/05 marks the FSI to FC Pnote transfer, 1/1/07 is FC to FCI Pnote transfer, 1/4/07 marks first deposits into Zions x2333, Key x4769

# Investment Proceeds – Where were they deposited?

## Apr-04 to Oct-07

| Entity | Investment Proceeds |
|---|---|
| Founders Capital | $69.8 M |
| Founders Capital Invest | $20.6 M |
| Franklin Squires | $6.2 M |
| Rick Koerber LLC | $2.0 M |
| Total: | $98.6 M |

Exhibits 19,20,22,170 (FSI, FC, FCI, RK Chart of Accounts, Cash Registers, Promissory Notes), Exhibits 128,131,134,135,136,138,141 (FSI Chase X9118, FC Chase X1815,X3297,X8587, RK LLC Key X4769, FCI Zions X2333, X0235)

# 2005-2006 Founders Capital Deposits

## Chase Bank Accounts (Apr-05 to Dec-06)

All Other
3%
Loan Payoff
10%
Investment
87%
$0.87 of every $1 in Founders Capital was funded by Investors

Founders Capital Only. Exhibits 131,135,138 (FC Chase X1815,X3297,X8587) Exhibit 19,19a p.17-29 (FC Cash Register, Promissory Notes)
Note: FC X1815 opened Apr-05, investor deposits changed from FC to FCI (Zions Bank) in Jan-07, Intracompany transfers removed to avoid duplication

# Founders Capital Chase 1815 – September 2006

## Beginning Balance: $427,395.82




$4,474,379.80

100% Investor Funds




| Type | Outgoing | Percent |
|---|---|---|
| Investor Payments | $2,915,987.18 | 65.2% |
| Franklin | $1,200,000.00 | 26.8% |
| New Castle | $319,000.00 | 7.1% |
| Other | $36,000.00 | 0.9% |
| Grand Total | $4,470,987.18 | 100% |

## Ending Balance: $430,788.44

Sample Month, Exhibit 131, p 62-64 (FC Chase 1815),Exhibit 19 (FC Cash Register)
Note: Intracompany Transfers between FC main x1815 and FC Savings x3297 netted $0.00

# 2007 Founders Capital Investments and Rick Koerber LLC Deposits
## Zions and Key Bank Accounts (Jan-07 to Oct-07)



All Other
2%

Loan Payoff
29%

Investment
69%

$0.69 of every $1 in Founders Capital was funded by Investors

Exhibits 128,134,136 (RK LLC Key X4769, FCI Zions X2333, X0235), Exhibit 22,22a p.19-23, Exhibit 170,170a p.1 (FCI/RK LLC Cash Register, Promissory Notes), Note: FCI (Zions) and RK LLC (Key Bank) started in Jan-07, last Pnote in Oct-07, Intracompany Transfers were removed to avoid duplication

# Founders Capital Investments Zions 2333 - February 2007

## Beginning Balance: $1,314,603.48

| Type | Incoming | Percent |
|---|---|---|
| Investment | $4,680,500.00 | 82.0% |
| Loan Payoff | $1,026,510.23 | 18.0% |
| Total: | $5,707,010.23 | |

| Type | Outgoing | Percent |
|---|---|---|
| Investor Payments | $3,518,486.95 | 51.5% |
| FCI Savings X0235 | $1,200,000.00 | 17.5% |
| Franklin | $963,558.35 | 14.1% |
| New Castle | $531,000.00 | 7.8% |
| Other | $625,325.54 | 9.1% |
| Total: | $6,838,370.84 | 100% |

**In Mar07, funds were returned to FCI or transferred to Franklin Squires**

## Ending Balance: $183,242.87

Sample Month, Exhibit 134 p.10-12 (FCI Zions 2333), Exhibit 22 (FCI Cash Register)
Note: Reversal of $140,000 removed, Net $0.00 (Return Check dated 2/21)

Where did the Money Go?
Apr-05 to Oct-07
Other Lending 5%
Other 3%
Education 1%
New Castle 8%
Hill Erickson 13%
$53.3M
Investor Payments 47%
$25.6M
Franklin 23%
Includes All Withdrawals for: Founders Capital, Founders Capital Investments, Rick Koerber LLC

Exhibits 131,135,138 (FC Chase X1815,X3297,X8587), Exhibits 128,134,136 (RK LLC Key X4769, FCI Zions X2333, X0235), Exhibits 19,22,170 (FC/FCI/RK LLC Cash Register), Note: Intracompany Transfers were removed to avoid duplication

11

# Investment with Founders Capital
## Apr-05 to Oct-07



Figures derived from previous slide, Over 80% of FC and FCI are funded directly by investors



2005-2006 Outflows
Other Lending 2%
Education 2%
Other 3%
Equity Mill 22%
New Castle 7%
Hill Erickson 15%
Investor Payments 46%
Franklin 25%
2007 - Outflows
Education 2%
Other 1%
Equity Mill 18%
Hill Erickson 7%
New Castle 11%
Other Lending 12%
Investor Payments 50%
Franklin 17%

Exhibits 131,135,138 (FC Chase X1815,X3297,X8587), Exhibits 128,134,136 (RK LLC Key X4769, FCI Zions X2333, X0235), Exhibits 19,22,170 (FC/FCI/RK LLC Cash Register), Note: Intracompany Transfers were removed to avoid duplication

Franklin Squires
Jan-05 to Oct-07
Where did the Money Go?
Main Street Movie $5.2 M
Adoption $87,957
Dental Work $47,465
Franklin Squires
Life Insurance $503,404
Free Capitalist $782,557
Coins/ Precious Metals $680,713
Iceberg $1.8M
Investor Payments $2.1 M
Other Equity Draws $1.5 M
American Timbercraft $1.9 M
Automobiles $1.2 M

Exhibits 20a p.1-6,39-44,46,76-81,Exhibit 166a (FSI and FSC Cash Registers, Expense Reports, Asset Ledgers (Jan-Oct07)), Exhibit 141 FSI Chase X9118, Exhibit 126 FSC Zions X2317, Note: This exhibit highlights specific categories of monetary outlays, it does encompass all monetary outlays for FSI and FSC

Franklin Squires and Iceberg
Jan-05 to Oct-07
Iceberg
LOC
Balance due to Franklin Squires
X
Rudder Holdings
$1,038,561
$1,038,561
Franklin Squires
$800,000
$800,000
Skousen Note+Interest
$623,871
$250,000

Exhibit 20a p.80-81 (FSI Cash Register and Loans Receivable(Skousen Note 10-16-06, Rudder Holdings)), Exhibit 166a (FSC Cash Register and Loan Receivable (Rudder Holdings), Rudder Holdings Balance Sheet, 10/16/16 Journal Entries)

15

# Founders Capital – Other Investing Activities

| Investing Activities | Start Date |
|---|---|
| Precious Metals and Coins | 1/24/2005 |
| Kimber Academy | 4/20/2005 |
| JTH Publishing | 10/6/2005 |
| Iceberg (Rudder Holdings) | 12/15/2005 |
| Main Street Movie Group | 3/21/2006 |
| American Timbercraft (Investors Collaborative) | 8/7/2006 |
| American Founders University | 10/9/2006 |

Exhibits 152 – Promissory Notes for Kimber Academy, JTH Publishing, Main Street Movie Group, Investors Collaborative, American Founders University, Exhibit 19 FSI Cash Register, Exhibit 19 FC Cash Register

# 2005 - Portfolio Revenue

## Magazine Statement

- $111M in Revenue (2005)

| Company | Revenue (2005) |
|---|---|
| AFA | $0.00 |
| AFU | $0.00 |
| CRK | $0.00 |
| Equity Mill LLC | $0.00 |
| Founders Capital | $4,131,055.10 |
| Founders Capital Investments | $0.00 |
| Franklin Chocolates | $0.00 |
| Franklin Squires Companies | $0.00 |
| Franklin Squires Investments | $3,702,797.06 |
| Free Capitalist | $0.00 |
| Global Central Management | $0.00 |
| Greystone Acquisitions | $0.00 |
| Hetzrony Properties LLC | $0.00 |
| Hill Erickson | $540,995.63 |
| Iceberg Franchising | $0.00 |
| Iceberg Opportunities | $0.00 |
| Investors Collaborative | $0.00 |
| Lucent | $115,820.00 |
| Main Street Movie Group | $0.00 |
| McGuire Group | $0.00 |
| Modular Manufacturing | $0.00 |
| New Castle | $70,198.89 |
| Rick Koerber LLC | $0.00 |
| RR Koerhoff | $0.00 |
| Rudder Holding | $0.00 |
| VIP Media | $0.00 |
| **Total Revenue:** | **$8,560,866.68** |

Exhibit 157f (December 2005 Management Reports), Exhibit 32 p 53, (Magazine), Exhibits 19-24,161-171 (Quickbooks), Various Accounts

Note: If investor funds are included as "Revenue" then the 2005 Figure would be **$33.4 M**; Note: If Company did not have Quickbooks, revenue is drawn from any funds deposits that were not loaned by FC, FCI or FSI.

# 2006 - Portfolio Revenue

## Magazine Statement

- Generated revenues in excess of $500M (2006)

| Company | Revenue (2006) |
|---|---|
| AFA | $0.00 |
| AFU | $0.00 |
| CRK | $0.00 |
| Equity Mill LLC | $0.00 |
| Founders Capital | $17,228,853.36 |
| Founders Capital Investments | $1,889,298.23 |
| Franklin Chocolates | $710.16 |
| Franklin Squires Companies | $0.00 |
| Franklin Squires Investments | $1,879,404.63 |
| Free Capitalist | $0.00 |
| Global Central Management | $0.00 |
| Greystone Acquisitions | $0.00 |
| Hetzrony Properties LLC | $0.00 |
| Hill Erickson | $6,628,647.05 |
| Iceberg Franchising | $0.00 |
| Iceberg Opportunities | $0.00 |
| Investors Collaborative | $0.00 |
| Lucent | $136,892.58 |
| Main Street Movie Group | $7,786.83 |
| McGuire Group | $920,424.81 |
| Modular Manufacturing | $0.00 |
| New Castle | $503,884.26 |
| Rick Koerber LLC | $113,700.00 |
| RR Koerhoff | $418,150.00 |
| Rudder Holding | $102,294.83 |
| VIP Media | $53,000.00 |
| **Revenue** | **$29,883,046.74** |

Exhibit 32 p 53, (Magazine), Exhibits 19-24,161-171 (Quickbooks), Various Accounts, Note: If investor funds are included as "Revenue" then the 2005 Figure would be **$80.7 M;** Note: If Company did not have Quickbooks, revenue is drawn from any funds deposits that were not loaned by FC, FCI or FSI

# Summary of Net Losses

| Profit Loss | Dates | Net Losses |
|---|---|---|
| Franklin Squires Investments | *Jan05-Dec06* | **$-9.5 M** |
| Franklin Squires Companies | *Jan07-Jul07* | **$-2.7 M** |
| | | |
| Founders Capital | *Jan05-Dec06* | **$-7.1 M** |
| Founders Capital Investments | *Jan07-Jul07* | **$-28.8 M** |
| | | |
| Hill Erickson | *Jan05-Jul07* | **$-3.7 M** |
| New Castle | *Jan05-Jul07* | **$-13.7 M** |
| | **Total:** | **$-65.5 M** |

Ex19a p.36-37,Ex20a p.47-54,Ex22a p.26,Ex23a p.23-24,Ex24a p.14-15,Ex166a p.6-8 (FSC, FSI, FC, FCI, HE & NC Profit/Loss), Notes: Profit/Loss Figures cover operational periods through July 2007 (date of compilation). In January 2007, there was a shift in operations from FC to FCI and from FSI to FSC. Specifically, FCI assumed FC's prior role in receiving investor funds and making investor payments. FC continued to accrue interest on loans, recording it as Interest Income in Quickbooks through 2007; however, the interest income was never collected. If the uncollected interest income for FC is included as of July 2007, the overall loss would be **-47.4** Million

# Comparison of Deposits and Payments back to Investors
## (Apr-05 to Oct-07)

| Deposit Type | Deposits |
|---|---|
| Investment | $92,425,742.62 |
| Loan Payoff | $17,245,717.90 |
| All Other | $3,034,167.92 |
| **Grand Total** | **$112,705,628.44** |

$20.3 M is insufficient to cover investor payments

## Payments back to Investors

- $53.3 M

*Includes:*
*Founders Capital, Founders Capital Investments, Rick Koerber LLC*

Exhibits 131,135,138 (FC Chase X1815,X3297,X8587), Exhibits 128,134,136 (RK LLC Key X4769, FCI Zions X2333, X0235), Exhibits 19,22,170 (FC/FCI/RK LLC Cash Register), Note: Intracompany Transfers were removed to avoid duplication, *Note: Franklin Squires Investment Funds = $6.2 Million (to total $98.6 Million Total,) FSI Investor Payment=$2.1*

# Growth of Principal Owed to Investors

## Franklin Squires/Founders Capital

| As of | Entity | Principal due to Investors |
|---|---|---|
| Sep-05 | Franklin Squires Investments | $5.4M |
| Dec-06 | Founders Capital | $67.5M |
| Jul-07 | Founders Capital Investments | $89.4M |

Exhibit 20a FSI Balance Sheet as of September 4, 2005, Exhibit 19a FC Balance Sheet as of December 31, 2006, Exhibit 105 Balance Sheet as of July 31, 2007

# Principal and Unpaid Interest owed to Investors

## Founders Capital, LLC
## Balance Sheet
## July 31, 2007

### Liabilities and Members' Equity

| | | |
|---|---|---|
| Current Liabilities | | |
| Accounts Payable | $ | 22,000 |
| Interest Payable | | 14,652,156 |
| Short-Term Notes Payable | | 89,398,684 |
| Total Current Liabilities | | 104,072,840 |
| Equity | | |
| Member Contributions | | 52,122 |
| Members' Equity (See Note 5 - Notes Receivable) | | 20,373,371 |
| Total Equity | | 20,425,492 |
| Total Liabilities and Members' Equity | $ | 124,498,332 |

Owed to

Investors

Exhibit 105p.2 (Balance Sheet),p.8-9 (Note 6 for Payables)

# Real Estate Equity as of July 2007

**Book Value**

| Entity | Assets | Liabilities | Equity |
|---|---|---|---|
| New Castle | $21.3M | $35.0M | $-13.7 M |
| Hill Erickson | $31.8M | $35.4M | $-3.6 M |
| | | Total Equity: | $-17.3 M |

**Rick Koerber's Valuation (RKV)**

| Entity | Assets | Liabilities | Equity |
|---|---|---|---|
| All | $128 M | $94.3M | $31.9 M |

Exhibit 23a p.1-6,Ex24a p.1-4 (HE and NC Balance Sheets), Rescission Offering Note 4 Schedule 3 (Real Estate Interests), Notes: HE and NC recorded properties at book value (e.g., purchase cost), NC Total Properties: $20.2 (95% of Total Assets), HE Total Properties: $31.5 M (99% of Total Assets)

# Promissory Notes vs. Real Estate Equity

$100,000,000
$80,000,000
$60,000,000
$40,000,000
$20,000,000
$0
-$20,000,000
-$40,000,000
Dollars
Dec-2006
Jan-2007
Feb-2007
Mar-2007
Apr-2007
May-2007
Jun-2007
Jul-2007
Owed to Investors
$89.4 M
Unsecured
$57.5 M (Jul07)
RKV
$31.9 M
Book Value Equity-
$17.3 M

Exhibits 19a p.2-5,Ex 22a p.10-11,Ex 23a p.7-10,24a p.5-7 (Monthly Balance Sheets for FC,FCI, NC, HE (Dec06-Jul07)), Defense Exhibit 516 (Rescission Offering Note 4 Schedule 3 (Real Estate Interests))

24

# Amounts Owed to Investors vs. Rick Koerber Valuation

Interest Payments Stop: May 22, 2007

Unpaid Interest Due (July 2007):

$14.7 M

Principal Owed (July 2007):

$89.4 M

RKV: $31,850,372

Less:
Properties NOT owned by Hill Erickson/New Castle

Heber Cabin (133): $11,881,582
Gardner (72): $141,979
Isom (128): $488,955
Additional Lease Options: $4,607,513

Adjusted RKV: $ 14,730,343

Exhibit 105 p.2 Payables from Balance Sheet, Defense Exhibit 516 (Rescission Offering Note 4 Schedule 3 for Real Estate Interests and Schedule 3B for Lease Options)

# Founders Capital, LLC
## Balance Sheet
## July 31, 2007

### Assets

| | | |
|---|---|---|
| Current Assets | | |
| Cash | $ | 405,981 |
| Accounts Receivable | | 55,603 |
| Interest Receivable | | 42,484,836 |
| Short-term Notes Receivable | | 81,099,552 |
| Total Current Assets | | 124,045,972 |
| Property and Equipment | | |
| Real Estate | | 375,000 |
| Other Assets | | |
| Long-term Notes Receivable | | 77,360 |
| Total Assets | $ | 124,498,332 |

**$123.7 M Uncollected Loans and Accrued Interest**

$105 M (85%) Franklin Squires, New Castle, Hill Erickson

$18.7 (15%) Hetzrony, Kimber Academy, Medley, Rick Koerber LLC, Rudder Holdings, AFA, Beit Lehi, Free Capitalist Enterprises,Main Street Movie, VIP Media, JTH Publishing, Investors Collaborative, CRK Central Mngt, Global Central, etc

Exhibit 105 p.2,p. 5-8 – Balance Sheet and Note 5 (Notes Receivable)

Investment
Equity Mill
Principal and Interest owed to FC $105 M
July 2007
Franklin Squires
$55.7M
Owes to FC
Hill Erickson
$30.1M
Owes to FC
Invest
Returns
Loan
Loan
Returns
Invest
Founders Capital
$19.2M
Owes to FC
Loan
New Castle
Returns

Exhibit 105 p.2, 5-8 – Balance Sheet and Note 5 (Notes Receivable) Notes: the dotted lines “Returns” represent minimal repayment of loans and interest paid back to Founders Capital; Franklin Squires = Franklin Squires Investments + Franklin Squires Companies, Founders Capital = Founders Capital + Founders Capital Investments

# American Timbercraft

| Company | Owed to FC | Cash Available (Jul-07) | Notes |
|---|---|---|---|
| Investors Collaborative | $2,635,962.00 | $3.95 | ATC claimed insolvent (Press release June 2007) |
| Modular Manufacturing | | $0.00 | Write-off posted, bank account closed June 2007 |
| RR Koerhoff | $12,690.00 | $0.00 | Limited Banking Activity |
| Total: | $2,648,652.00 | | |

Exhibit 105 p 6-8 (Receivables), Chase X4558 Investors Collaborative, Chase X4541 RR Koerhoff, Chase X8934 Modular Manufacturing, Exhibit 157r (July 31, 2007 Management Report)

# Education

| Company | Owed to FC | Cash Available (Jul-07) |
|---|---|---|
| American Founders Academy (AFA) | $442,516.00 | $899.44 |
| American Founders University (AFU) | $799,737.00 | $130,338.23 |
| Kimber Academy | $2,011,189.00 | *Most reimbursements were related to payroll, utility, rent, and other operating costs* |
| Total: | $3,253,442.00 | |

Exhibit 105 p 6-8 (Receivables), Exhibit 157r (July 31, 2007 Management Report), Exhibit 161a (AFA Balance Sheet/Profit Loss), Exhbit 162a (AFU Balance Sheet/Profit Loss), Wells Fargo X6540, X9199 AFU, Ex 58 Kimber Academy Reimbursement Requests

# Media

| Company | Owed to FC | Net Income (Jul-07) | Output/Fixed Assets (Jul-07) | Cash Available (Jul-07) |
|---|---|---|---|---|
| Free Capitalist Enterprises | $126,148.00 | (-$126,988.99) | *No Fixed Assets, No Revenue* | $159.34 |
| JTH Publishing | $766,501.00 | | *minimal advertising revenue* | $0.00 |
| VIP Media | $1,430,704.00 | | *Electronics Equipment Purchases identified in bank statements* | $2,332.43 |
| Total: | $2,323,353.00 | | | |

Exhibit 105 p 6-8 (Receivables), Exhibit 165a (Free Capitalist Balance Sheet, Profit/Loss), Key Bank X4777 & Chase X8637 Free Capitalist Enterprises, Ex 37 JTH Publishing Reimbursement Request, Chase X0335 VIP Media

# Other Ventures

| Company | Owed to FC/FS | Net Income | Output/Fixed Assets (Jul-07) | Cash Available (Jul-07) |
|---|---|---|---|---|
| Franklin Chocolates | $660.00 (FS) | $-1,577.84<br>Jul-06 | *None* | $1,486.16 |
| Main Street Movie | $8,632,499.00 (FC) | | *Horror Film* | $287,296.24 |
| Rudder Holdings | $1,028,560.98 (FS)<br>$618,370.97 (FC) | $46,636.45<br>Jul-07 | *Iceberg Franchise*<br>*Bountiful Property* | $1,090,922.39 |
| CRK Central Management | $118,785.00 (FC) | $8,369.64<br>Jul-07 | *None* | $897.93 |
| Total: | $10,064,536.98 | | | |

Exhibit 105 p.6-8 (Receivables), Ex 20a (FSI Balance Sheet, Skousen Note Entries through Jul-07), Exhibit 164a Franklin Chocolates Profit/Loss, Exhibit 171a (Rudder Holdings Balance Sheet & Profit/Loss), Exhibit 163a (CRK Balance Sheet & Profit/Loss), Exhibit 157r (July 31, 2007 Management Report), Chase X0525 Franklin Chocolates, Chase X0756,X4090 Main Street Movie Group, Chase X0277,X4314,X1809 Rudder Holdings,

# Real Estate

## *(other than New Castle and Hill Erickson)*

| Company | Total Owed to FC/FS | Net Income (Jul-07) | Notes | Cash Available (Jul-07) |
|---|---|---|---|---|
| Hetzrony Properties | $502,488.00 | | *Funded by FC entirely, minimal bank activity, no known fixed assets* | $82,100.00 |
| Lucent Real Estate | $16,320.00FS<br>$34,475.00 | $63,664.17 | *No Fixed Assets* | $425.89 |
| Equity Mill LLC | | | *Opening deposit of $100 was the sole deposit, only bank fees were incurred* | $0.00 |
| Eastbay Properties | $3,000 FS | | *Entity became Hill Erickson* | $928.16<br>Mar-07 |
| Greystone Acquisitions | | | *Opening deposit of $100 (from FSI) was sole deposit, no activity* | $100.00 |
| Total: | $556,283.00 | | | |

Exhibit 105 p 6-8 (Receivables), Chase X0376 Hetzrony Properties, Chase X8124 Lucent Real Estate, Chase X8645 Equity Mill LLC, UCCU X6446 Eastbay Properties, Chase X4012 Greystone Acquisitions

# Founders Capital x1815:

11/3/05 Account Balance: $2,876,015.86

**Counts 2,5**

## 11/4/05-11/10/05 Incoming Funds

Included in Investment:

11/4/05 Miwe Holdings $850,000.00

| Type | Incoming |
|---|---|
| Investment | $1,751,100.77 |
| Franklin | $65,000.00 |
| Transfer Savings | $48,000.00 |
| Income | $1,625.00 |
| Grand Total | $1,865,725.77 |

## 11/4/05-11/10/05 Outgoing Funds

Included in Investor Payment:

11/8/05 Miwe Holdings $147,500.00

| Type | Outgoing |
|---|---|
| Investor Payment | $813,179.32 |
| New Castle | $170,000.00 |
| Kimber | $116,000.00 |
| Grand Total | $1,099,179.32 |

Prior Investors
Equity Mill (15%)
Kimber Academy

11/10/05 Ending Balance: $3,642,562.31

Exhibits 2,5,131 p. 31-33,135,138
FC Chase X1815

# Founders Capital x1815:

## 7/5/06 Account Balance: $586,890.40

**Counts 3,8**

### 7/6/06 Incoming Funds

| Type | Incoming |
|---|---|
| Miwe Holdings | $500,000.00 |
| HIJ Investments | $94,000.00 |
| Transfer Savings | $2,517,000.00 |
| Total | $3,111,000.00 |

### 7/6/06 Outgoing Funds

| Type | Outgoing |
|---|---|
| Franklin Squires | $500,000.00 |
| Miwe Holdings | $415,400.00 |
| TSS Investments | $277,519.58 |
| Hunters Capital | $201,331.95 |
| Annuit Coeptis | $150,217.02 |
| Atlas Capital LLC | $89,190.97 |
| Kathryn Bowen | $8,250.00 |
| Randall Hyde | $6,655.50 |
| Grand Total | $1,648,565.02 |

$1.15 M Prior Investors

## 7/6/06 Ending Balance: $2,049,325.38

Exhibits 3,8,131 p.56-58,135,138
FC Chase X1815

# Founders Capital Investments x2333:
## 5/21/07 Balance: $246.59

**Counts 4,11,12,13**

| Date | Type | Description | Incoming |
|---|---|---|---|
| 5/22/07 | Investment | Miwe Holdings | $1,000,000.00 |
| 5/22/07 | Investment | Rick Koerber LLC | $160,000.00 |

$1.16 M Investor Funds

## 5/22/07 Outgoing Funds

| Description | Outgoing |
|---|---|
| HIJ Investments | $167,755.00 |
| Magleby/Provident | $126,536.47 |
| Miwe Holdings | $125,000.00 |
| Five Pillars Investments | $116,973.07 |
| Clyne Long | $113,144.90 |
| Atlas Capital LLC | $109,226.45 |
| Freestyle Holdings | $101,025.00 |
| Capital Enterprises LLC | $96,470.00 |
| Hill Erickson | $11,000.00 |
| Grand Total | $967,130.89 |

$956,130.89 Prior Investors

Equity Mill (1%)

## 5/22/07 Ending Balance: $193,115.70

Exhibits 4,11,12,13,128,134 p.19-21
FCI Zions X2333

# Chase X9118 Franklin Squires Investment

**Count 6**

| Date | Type | Description | Outgoing | Incoming | Balance |
|---|---|---|---|---|---|
| 1/12/2006 | DebitCrd | Balance | | | $195,200.54 |
| 1/13/2006 | TXFR | Franklin Squires Investments | | $14,714.00 | $209,914.54 |
| 1/13/2006 | DEP | Founders Capital X1815 | | $450,000.00 | $659,914.54 |
| 1/13/2006 | DEP | Merchant Account | | $12,355.07 | $672,269.61 |
| 1/13/2006 | DEP | Merchant Account | | $29.99 | $672,299.60 |
| 1/13/2006 | DebitCrd | Apple Computer | $1,485.39 | | $670,814.21 |
| 1/13/2006 | DebitCrd | Fed Ex | $49.06 | | $670,765.15 |
| 1/13/2006 | DebitCrd | Week Makeover Amer | $19.99 | | $670,745.16 |
| 1/13/2006 | DebitCrd | HMS Host | $8.60 | | $670,736.56 |
| 1/13/2006 | Wire | Bex Engraving CO Inc | $428,350.00 | | $242,386.56 |
| 1/13/2006 | 5029 | BMW Payment | $1,047.01 | | $241,339.55 |
| 1/13/2006 | 5042 | Alsco | $54.92 | | $241,284.63 |
| 1/13/2006 | 5049 | East Bay Business Center | $874.12 | | $240,410.51 |
| 1/13/2006 | 5059 | Kelly Services Inc | $3,177.50 | | $237,233.01 |
| 1/13/2006 | 5062 | Provo City Utilities | $2,032.65 | | $235,200.36 |
| 1/13/2006 | 5063 | Qwest | $19.23 | | $235,181.13 |
| 1/13/2006 | 5064 | Ray, Quinney & Nebeker | $4,242.25 | | $230,938.88 |
| 1/13/2006 | 5070 | Simmons Outdoor Media | $6,500.00 | | $224,438.88 |

Exhibits 6,19,141
FSI Chase X9118

# Founders Capital X1815

6/4/06 Balance: $393,853.93

Count 7

## 6/5/06-6/6/06 Incoming Funds

| Type | Incoming |
|---|---|
| Transfer Savings | $2,500,000.00 |
| Investment | $148,000.00 |
| Grand Total | $2,648,000.00 |

Hunters Capital

## 6/5/06-6/6/06 Outgoing Funds

| Description | Outgoing |
|---|---|
| Franklin Squires | $500,000.00 |
| Miwe Holdings | $415,400.00 |
| TSS Investments | $248,186.25 |
| Hunters Capital | $146,085.88 |
| Annuit Coeptis | $141,657.02 |
| Five Pillars Investments | $93,350.00 |
| Atlas Capital LLC | $89,190.97 |
| Capital Enterprises LLC | $23,021.12 |
| Freestyle Holdings | $16,669.35 |
| Kathryn Bowen | $8,250.00 |
| Grand Total | $1,681,810.59 |

$1.18 M Prior Investors

6/6/06 Ending Balance: $1,360,043.34

Exhibits 7,131 p.53-55,135,138
FC Chase X1815,X329,X8587

# Founders Capital X1815

Count 9

## 9/5/06 Account Balance: $107,015.62

## 9/6/06 Incoming Funds

| Type | Incoming |
|---|---|
| Investment | $201,200.00 |
| Transfer Savings | $2,000,000.00 |
| Total | $2,201,200.00 |

## 9/6/06 Outgoing Funds

| Date | Description | Outgoing |
|---|---|---|
| 9/6/2006 | Miwe Holdings | $443,303.23 |
| 9/6/2006 | TSS Investments | $333,516.90 |
| 9/6/2006 | Hunters Capital | $288,805.80 |
| 9/6/2006 | Annuit Coeptis | $141,657.02 |
| 9/6/2006 | Five Pillars Investments | $99,285.48 |
| 9/6/2006 | Atlas Capital LLC | $89,423.23 |
| 9/6/2006 | Lyrenterprises LLC | $32,885.76 |
| 9/6/2006 | Vonco Holdings LLC | $32,366.51 |
| 9/6/2006 | Freestyle Holdings | $28,087.90 |
| 9/6/2006 | Kathryn Bowen | $8,250.00 |
| | Total | $1,497,581.83 |

Prior Investors

## 9/6/06 Balance: $810,633.79

Exhibits 9,131 p.62-64,135,138
FC Chase X1815,X3297,X8587

# Chase X9118 Franklin Squires Investment

**Count 10**

| Date | Type | Description | Outgoing | Incoming | Balance |
|---|---|---|---|---|---|
| 9/12/2006 | | Balance | | | $124,579.71 |
| 9/13/2006 | | Founders Capital 2332433297 | | $300,000.00 | $424,579.71 |
| 9/13/2006 | DebitCrd | Chevron Springville UT | $68.88 | | $424,510.83 |
| 9/13/2006 | DebitCrd | Ruby River #405 Provo UT | $30.11 | | $424,480.72 |
| 9/13/2006 | Wire | Symbolic Of Nevada Inc | $296,793.25 | | $127,687.47 |
| 9/13/2006 | Wire | Michelle Koerber | $3,774.00 | | $123,913.47 |
| 9/13/2006 | | Check | $24.95 | | $123,888.52 |
| 9/13/2006 | | Check | $10.00 | | $123,878.52 |
| 9/13/2006 | 5732 | Jaguar Credit | $1,355.13 | | $122,523.39 |
| 9/13/2006 | 5734 | Mercedes Benz Credit | $2,491.75 | | $120,031.64 |
| 9/13/2006 | 5758 | Check | $97.34 | | $119,934.30 |
| 9/13/2006 | 5761 | Check | $16.00 | | $119,918.30 |
| 9/13/2006 | 5765 | Check | $480.00 | | $119,438.30 |
| 9/13/2006 | 5777 | Check | $152.00 | | $119,286.30 |
| 9/13/2006 | 5780 | Wells Fargo Bank-Auto Finance | $1,199.99 | | $118,086.31 |
| 9/13/2006 | 5782 | Check | $916.35 | | $117,169.96 |
| 9/13/2006 | 5783 | Wells Fargo Bank-Auto Finance | $1,282.91 | | $115,887.05 |
| 9/13/2006 | 5786 | Check | $255.62 | | $115,631.43 |
| 9/13/2006 | 5790 | Check | $52.00 | | $115,579.43 |
| 9/13/2006 | 5806 | Five Pillars Investments | $13,500.00 | | $102,079.43 |

Exhibits 10,19 (FSI Cash Register),141
FSI Chase X9118

Count 10

# Purchase of Spykers
## Franklin Squires

| Date | Description | Amount |
|---|---|---|
| 9/13/06 | Purchase of Spyker #1 by Franklin Squires from Symbolic of Nevada | $296,793 |
| 6/18/07 | Purchase of Spyker #2 by Hill Erickson from Dave Woodward | $180,000 |
| | Total Purchase Cost: | $476,793 |
| 10/12/07 | Sale of 2 Spykers to Mike Isom | $400,000 |
| | Loss Realized: | $-76,793 |

Exhibit 20a p.1,p.9 (FSI Cash Register and Fixed Assets), Exhibit 23a p.25 (HE Cash Register and Fixed Assets (Spyker Journal Entries))

# Hill Erickson Quickbooks – Cash Register June 8, 2007 to June 18, 2007

| Date | Name | Memo | Classification | Inflow | Outflow | Balance |
|---|---|---|---|---|---|---|
| 06/08/2007 | | | | | | 19,548.79 |
| 06/08/2007 | Founders Capital Investments LLC | operating loan | FCI Operating loan | $300,000.00 | | 319,548.79 |
| 06/11/2007 | United Equity Funding | 4298 Vintage Dr Provo | HM Fees | | $70,948.97 | 248,599.82 |
| 06/11/2007 | New Castle Holdings LLC | 2340 E 350 N Layton Craig Ferrin | Monthly property payments | | $4,140.61 | 244,459.21 |
| 06/12/2007 | Mckinley, Ittersagen, Gunderson | 4123 Norris Terrace North Port FL | Property-Entries | | $942.73 | 243,516.48 |
| 06/12/2007 | Mckinley, Ittersagen, Gunderson | 3653 Needle Terrace North Port Fl | Property-Entries | | $1,120.04 | 242,396.44 |
| 06/13/2007 | Timothy Watson | Poquoson Title | Properties | $27,839.82 | | 270,236.26 |
| 06/13/2007 | Gary Walters | | Properties | $40,617.18 | | 310,853.44 |
| 06/18/2007 | Founders Capital Investments LLC | operating loan | FCI Operating loan | $80,000.00 | | 390,853.44 |
| 06/18/2007 | Dave Woodward | | Spyker | | $180,000.00 | 210,853.44 |
| 06/18/2007 | United Equity Funding | 3827 Bay Vista Dr #1239 Selbyville DE | HM Fees | | $17,211.53 | 193,641.91 |
| 06/18/2007 | United Equity Funding | 916 Canal #2 | HM Fees | | $18,774.54 | 174,867.37 |
| 06/18/2007 | Employer Solutions Group | 081207 | Payroll Items | | $6,617.48 | 168,249.89 |

Exhibit 23a p.1,25 (HE Cash Register and Fixed Assets (Spyker Journal Entries)) Zions X2325 Hill Erickson
Note: Total Transactions: 6/8/18 is $88,148.50 (Debits), $306,800 (Credits)

# Founders Capital X1815:

Counts 15/16

## 6/6/06 Balance $1,360,043.34

| Date | Type | Description | Incoming |
|---|---|---|---|
| 6/7/06 | Investment | Annuit Coeptis | $214,000.00 |
| 6/7/06 | Investment | Clyne Long | $10,000.00 |
| 6/7/06 | Investment | Hansen House Investments | $36,400.00 |
| 6/7/06 | Investment | Hunters Capital | $9,000.00 |
| 6/7/06 | Investment | RACE LLC | $7,000.00 |
| 6/7/06 | Investment | TSS Investments | $600,000.00 |

$876,400 Investor Funds

## 6/7/06 Outgoing

| Date | Description | Incoming |
|---|---|---|
| 6/7/06 | Ferrari | $218,896.27 |
| 6/7/06 | Ferrari | $213,459.67 |
| 6/7/06 | Anderson Graphics | $3,147.50 |
| 6/7/06 | Aspectus Capital LLC | $114,100.00 |
| 6/7/06 | Atlas Capital LLC | $64,100.00 |
| 6/7/06 | Clyne Long | $62,145.58 |
| 6/7/06 | Cody Moore | $4,320.00 |
| 6/7/06 | Lyrenterprises LLC | $23,197.85 |
| 6/7/06 | Magna Investments | $45,658.06 |
| 6/7/06 | McGuire Financial/Group | $112,943.89 |
| 6/7/06 | Vonco Holdings LLC | $12,417.25 |

$432,355.94 Asset Purchase

$442,030.13 Prior Investors

## 6/7/06 Balance $1,362,057.27

Exhibits 15,16,131 p.53-55,135,138
FC Chase X1815,X3297,X8587

# Purchase of Ferraris
## Founders Capital

**Counts 15/16**

| Date | Description | Amount |
|---|---|---|
| 6/2/06 | Purchase of Ferrari #1 by Founders Capital, (booked as Automobile Expense) | $213,460 |
| 6/6/06 | Deposit of $214,000 from Annuit Coeptis | $214,000 |
| 7/7/06 | Reversal of journal entry to Pnote, reduce Automobile Expense to $0 | |
| | Total Gain: | $540 |

| Date | Description | Amount |
|---|---|---|
| 6/2/06 | Purchase of Ferrari #2 by Founders Capital, (booked as Automobile Expense) | $218,896 |
| 8/8/06 | Deposit of $200,000 from TSS Investments | $200,000 |
| | Loss Recognized: (closing entry 12/31/06) | $-18,896 |

Exhibit 19a p.1 – FC QB Automobile Expense