# **Exhibit 26**

To the Members
Founders Capital, LLC
85 Eastbay Blvd.
Provo, UT 84606

We have compiled the accompanying balance sheet of Founders Capital, LLC (a limited liability company) as of July 31, 2007, in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants.

A compilation is limited to presenting in the form of financial statements information that is the representation of the owners. We have not audited or reviewed the accompanying balance sheet and, accordingly, do not express an opinion or any other form of assurance on it. However we did become aware of a departure from generally accepted accounting principles that is described in the following paragraph.

As disclosed in Note 5 to the financial statements, generally accepted accounting principles require that property be stated at cost. Management has informed us that two notes receivable, the $22,463,565 Hill Erickson, LLC note and the $5,440,007 New Castle Holdings, LLC note, are based on properties at the appraised value plus a factor for appreciation minus the liability therein and that, if generally accepted accounting principles are followed, notes receivable and, hence, members' equity would have decreased by $23,677,720 on the accompanying balance sheet.

Wilkinson, Cooley & Company, PC, CPAs
August 24, 2007

2

1

GOVERNMENT EXHIBIT 105 2:17-CR-00037 (RJS)

FBI-04-01067

# Founders Capital, LLC
## Balance Sheet
### July 31, 2007

## Assets

| | | |
|---|---:|---:|
| **Current Assets** | | |
| Cash | $ | 405,981 |
| Accounts Receivable | | 55,603 |
| Interest Receivable | | 42,484,836 |
| Short-term Notes Receivable | | 81,099,552 |
| Total Current Assets | | 124,045,972 |
| | | |
| **Property and Equipment** | | |
| Real Estate | | 375,000 |
| | | |
| **Other Assets** | | |
| Long-term Notes Receivable | | 77,360 |
| | | |
| Total Assets | $ | 124,498,332 |

## Liabilities and Members' Equity

| | | |
|---|---:|---:|
| **Current Liabilities** | | |
| Accounts Payable | $ | 22,000 |
| Interest Payable | | 14,652,156 |
| Short-Term Notes Payable | | 89,398,684 |
| Total Current Liabilities | | 104,072,840 |
| | | |
| **Equity** | | |
| Member Contributions | | 52,122 |
| Members' Equity (See Note 5 - Notes Receivable) | | 20,373,371 |
| Total Equity | | 20,425,492 |
| | | |
| Total Liabilities and Members' Equity | $ | 124,498,332 |

The accompanying notes are an integral part of the financial statements.

3

FBI-04-01068

# FOUNDERS CAPITAL, LLC
# NOTES TO FINANCIAL STATEMENTS

## NOTE 1 – SUMMARY OF ORGANIZATION

Founders Capital, LLC (the "Company") was formed as a limited liability company in the state of Utah on April 14, 2005. It is owned by Franklin Squires Companies, LLC, Les McGuire, LLC, Franklin Squires Investments, LLC, Hill Erickson, LLC and New Castle Holdings, LLC. The Company's sole operation is to receive funds from investors, memorialized in promissory notes payable, to disseminate funds to investment interests, memorialized in promissory notes receivable, and to receive and pay interest on these notes.

## NOTE 2 – SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

### Principles of Accounting
The accompanying financial statements have been prepared using the accrual method of accounting required by generally accepted accounting principles.

### Use of Estimates
The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect certain reported amounts and disclosures. Accordingly, actual results could differ from those estimates.

### Cash and Cash Equivalents
The Company's cash and cash equivalents are considered to be cash on hand, demand deposits and short-term investments with original maturities of three months or less from the date of acquisition.

### Revenue Recognition
The Company recognizes revenue from interest accrued on notes receivable.

### Income Taxes
The Company, with the consent of its members, is taxed as a partnership. Under these provisions the Company generally does not pay corporate taxes on its taxable income. Instead, each member reports on a personal income tax return such members' proportionate share of the Company's taxable income and tax credits.

### Accounts and Notes Receivable
Potentially uncollectible accounts and notes receivable are specifically identified and kept track of in an allowance for doubtful accounts. Notes that are past due are considered due on demand.

## NOTE 3 – AFFILIATE NOTES RECEIVABLE

Notes receivable have been made with several entities in which the members of the Company or related parties own an interest. These notes are consummated on terms equivalent to those that prevail in arm's length transactions. The affiliated entities and their note amounts are as follows: (See Note 5 – Notes Receivable and Note 7 – Related Party Transactions):

| | |
|---|---:|
| American Founders Academy, LLC | $ 349,098 |
| American Founders University LLC | 650,829 |
| Franklin Squires Companies, LLC | 4,876,595 |
| Franklin Squires Investments LLC | 24,945,718 |
| Global Central Management, LLC | 125,708 |
| Hill Erickson LLC | 25,162,256 |
| McGuire Group LLC | 11,000 |
| New Castle Holdings, LLC | 14,027,847 |
| Rick Koerber, LLC | 307,350 |
| | $ 70,456,401 |

Of the above total, $568,311 was secured by real estate deeds.

## NOTE 4 – AFFILIATE NOTES PAYABLE

Notes payable have been made with entities in which the members of the Company or related parties own an interest. These notes are consummated on terms equivalent to those that prevail in arm's length transactions. The affiliated entities and the amounts owed to each entity are as follows (See Note 6 – Notes Payable and Note 7 – Related Party Transactions):

| | |
|---|---:|
| Rick Koerber, LLC | $ 10,300,511 |

## NOTE 5 – NOTES RECEIVABLE

The Company disseminates funds to investment interests, memorialized in notes receivable. The following schedules show the terms of each note, its principal balance as of July 31, 2007, and its interest accrued through the same date.

Generally accepted accounting principles require that property be stated at cost. Two notes, the $22,463,565 Hill Erickson, LLC note and the $5,440,007 New Castle Holdings, LLC note, are based on the Company's equity in the market value of certain properties, for which the Company has not yet perfected trust deeds. Management has informed us that the equity in the market value is calculated as the appraised value of these properties plus a factor for appreciation minus the current liability therein. It may not reflect what the properties can be sold for. The difference between the equity in the purchase price and the equity in the market value of these properties is as follows:

| | |
|---|---:|
| Aggregate equity in market value | $ 27,903,572 |
| Aggregate equity in purchase price | 4,225,852 |
| Difference | $ 23,677,720 |

If generally accepted accounting principles are followed, notes receivable and, hence, members' equity would have decreased by $23,677,720 on the accompanying balance sheet.

6

5

## Short-Term Notes Receivable

### Unsecured Business Loans

| Description of Note and Terms | Note Principal | Interest Accrued to-Date |
|---|---:|---:|
| 12% loan to Franklin Squires Investments LLC, interest accrues monthly, principal and interest due at maturity, 10/16/2007 | $ 800,000 | $ 67,871 |
| 72% loan to Hetzrony Properties, LLC, interest accrues monthly, principal and interest due at maturity, 11/13/2007 | 332,000 | 170,488 |
| 72% loan to Hill Erickson LLC, interest accrues monthly, principal and interest due on demand | 1,001,815 | 2,369,430 |
| 72% loan to Timber Academy, interest accrues monthly, principal and interest due on demand | 975,902 | 934,951 |
| 80% interest-only loan to Medley Enterprises LLC, interest due monthly, principal due on demand | 50,000 | 27,500 |
| 72% loan to New Castle Holdings LLC, interest accrues monthly, principal and interest due on demand | 5,097,599 | 4,355,759 |
| 72% loan to Rick Koerber LLC, interest accrues monthly, principal and interest due at maturity, 11/15/2007 | 300,000 | 92,274 |
| 72% loan to Rudder Holdings LLC, interest accrues monthly, principal and interest due at maturity, 7/12/2008 | 250,000 | 34,032 |
| 72% loan to American Founders Academy LLC, interest accrues monthly, principal and interest due at maturity, 1/5/2008 | 262,098 | 50,220 |
| 72% loan to American Founders University LLC, interest accrues monthly, principal and interest due at maturity, 1/9/2008 | 518,920 | 77,708 |
| 72% loan to Beit Lehi Excavation, interest accrues monthly, principal and interest due at maturity, 6/21/2008 | 10,000 | 583 |
| 12% loan to Franklin Squires Investments LLC, interest accrues monthly, principal and interest due at maturity, 4/9/2008 | 60,000 | 4,110 |
| 72% loan to Free Capitalist Enterprises LLC, interest accrues monthly, principal and interest due at maturity, 1/19/2008 | 103,792 | 22,356 |
| 72% loan to Hill Erickson LLC, interest accrues monthly, principal and interest due at maturity, 1/17/2008 | 1,305,133 | 232,298 |
| 72% loan to Lucent Real Estate LLC, interest accrues monthly, principal and interest due at maturity, 3/8/2008 | 32,000 | 2,475 |
| 72% loan to Main Street Movie Group, LLC, interest accrues monthly, principal and interest due at maturity, 2/12/2008 | 291,155 | 67,224 |
| 72% loan to New Castle Holdings LLC, interest accrues monthly, principal and interest due at maturity, 1/5/2008 | 3,313,671 | 705,026 |

7

6

9

FBI-04-01072

## NOTE 5 – NOTES RECEIVABLE (Short-Term Notes Receivable, Continued)

**Unsecured Business Loans (continued)**

| Description of Note and Terms | Note Principal | Interest Accrued to-Date |
|---|---:|---:|
| 12% loan to Rick Koerber, LLC, interest accrues monthly, principal and interest due at maturity, 6/04/08 | $ 7,350 | $ 137 |
| 72% loan to VIP Media, LLC, interest accrues monthly, principal and interest due at maturity, 1/22/2008 | 349,719 | 22,570 |
| 72% loan to Franklin Squires Companies, LLC, interest accrues monthly, principal and interest due at maturity, 1/5/2008 | 4,876,595 | 1,184,819 |
| 72% loan to CRK Central Management, interest accrues monthly, principal and interest due at maturity, 7/17/2008 | 115,700 | 3,085 |
| 72% loan to Franklin Squires Investments, LLC, interest accrues monthly, principal and interest due on demand | 24,085,718 | 24,639,418 |
| 72% loan to Investors Collaborative, LLC, interest accrues monthly, principal and interest due at maturity, 1/12/2008 | 930,066 | 295,199 |
| 72% loan to JTH Publishing, LLC, interest accrues monthly, principal and interest due at maturity, 2/21/2008 | 127,523 | 35,663 |
| 72% loan to Producer Revolution, interest accrues monthly, principal and interest due at maturity, 5/8/2008 | 51,401 | 8,454 |
| 72% loan to RR Koerhoff, interest accrues monthly, principal and interest due at maturity, 03/16/2008 | 10,000 | 2,690 |
| 72% loan to American Founders Academy, LLC, interest accrues monthly, principal and interest due at maturity, 12/12/2007 | 87,000 | 43,198 |
| 72% loan to American Founders University LLC, interest accrues monthly, principal and interest due at maturity, 10/9/2007 | 131,909 | 71,200 |
| 72% loan to Beit Lehi Excavations, interest accrues monthly, principal and interest due on demand | 12,000 | 21,948 |
| 72% loan to Global Central Management, LLC, interest accrues monthly, principal and interest at maturity, 8/7/2007 | 125,708 | 171,466 |
| 72% loan to Investors Collaborative, LLC, interest accrues monthly, principal and interest due on demand | 928,000 | 482,697 |
| 72% loan to JTH Publishing, LLC, interest accrues monthly, principal and interest due on demand | 327,795 | 275,520 |
| 72% loan to Main Street Movie Group, LLC, interest accrues monthly, principal and interest due on demand | 5,173,083 | 3,101,037 |
| 72% loan to VIP Media, LLC, interest accrues monthly, principal and interest due on demand | 584,016 | 474,399 |
| Non-interest bearing note associated with subscription agreement between the Company and Hill Erickson, LLC, principal due on sale of certain properties, or 50% at July 31, 2008 and 50% at July 31, 2009 | 22,463,565 | - |
| Non-interest bearing note associated with subscription agreement between the Company and New Castle Holdings, LLC, principal due on sale of certain properties, or 50% at July 31, 2008 and 50% at July 31, 2009 | 5,440,007 | - |
| | $ 80,531,240 | $ 40,047,806 |

8

## NOTE 5 – NOTES RECEIVABLE (Short-Term Notes Receivable, Continued)

### Notes Secured by Real Estate Deeds

| | Note Principal | Interest Accrued to-Date |
|---|---|---|
| 60% interest-only loan to New Castle Holdings LLC, interest due monthly, principal due on demand, secured by real estate in Springville, Utah | $ 176,569 | $ 72,408 |
| 60% interest-only loan to Hill Erickson LLC, interest due monthly, principal due at maturity, 11/22/2007, secured by real estate in Casper, Wyoming | 48,068 | 7,870 |
| 60% interest-only loan to Hill Erickson LLC, interest due monthly, principal due at maturity, 11/30/2007, secured by real estate in Lehigh Acres, Florida | 55,187 | 10,424 |
| 60% interest-only loan to Hill Erickson LLC, interest due monthly, principal due at maturity, 11/30/2007, secured by real estate in Lehigh Acres, Florida | 55,364 | 5,536 |
| 72% loan to Hill Erickson LLC, interest accrues annually until principal is paid in full, secured real estate in Clinton, Mississippi | 233,123 | 2,296,208 |
| | $ 568,311 | $ 2,392,446 |

| | | |
|---|---|---|
| **Total Short-Term Notes Receivable** | $ 81,099,552 | $ 42,440,253 |

### Long-Term Notes Receivable

#### Unsecured Business Loans

| | Note Principal | Interest Accrued to-Date |
|---|---|---|
| 72% line of credit loan to Kimber Academy, interest accrues monthly, principal and interest due at maturity, 11/14/2008 | $ 66,360 | $ 33,976 |
| 12% loan to Mcguire Group, LLC, interest accrues monthly, principal and interest due at maturity, 9/12/2008 | 11,000 | 10,607 |
| | $ 77,360 | $ 44,583 |

## NOTE 6 – NOTES PAYABLE

The Company has received funds from investors, memorialized in promissory notes payable. The following schedule shows the terms of each note, its principal balance as of July 31, 2007, interest payable as of July 31, 2007, and total interest expense through the same date. Interest paid on the promissory notes is the difference between the total interest expense and interest payable.

FBI-04-01074

## Short-Term Notes Payable

| | Principal Balance | Interest Payable | Total Interest Expense |
|---|---:|---:|---:|
| 60% interest-only loan with AKL, LLC, a Utah company, interest due monthly, principal due on demand | $ 2,535,770 | $ 389,106 | $ 1,668,284 |
| 60% interest-only loan with Annuit Coeptis, a Utah company, interest due monthly, principal due on demand | 7,223,340 | 1,547,256 | 4,420,071 |
| 60% interest-only loan with Atlas Capital Investments, a Utah company, interest due monthly, principal due on demand | 2,070,690 | 386,199 | 1,622,953 |
| 60% interest-only loan with Capital Enterprises, LLC, a Utah company, interest due monthly, principal due on demand | 2,124,600 | 326,124 | 1,064,278 |
| 60% interest-only loan with Five Pillars Investments, a Utah company, interest due monthly, principal due on demand | 2,320,200 | 391,125 | 2,162,506 |
| 60% interest-only loan with Freestyle Holdings, LLC, a Utah company, interest due monthly, principal due on demand | 2,655,200 | 392,631 | 1,146,149 |
| 60% interest-only loan with Hansen House Investments LLC, a Utah company, interest due monthly, principal due on demand | 1,249,800 | 194,211 | 1,028,964 |
| 60% interest-only loan with H,I,J Investments, LLC, a Utah company, interest due monthly, principal due on demand | 3,355,300 | 525,979 | 1,928,767 |
| 60% interest-only loan with Hunters Capital, a Utah company, interest due monthly, principal due on demand | 12,555,438 | 1,968,261 | 7,465,661 |
| 60% interest-only loan with Matson Magleby, a Utah company, interest due monthly, principal due on demand | 2,547,731 | 460,351 | 2,428,832 |
| 49.92% interest-only loan with Mcguire Group, LLC, a Utah company, interest due monthly, principal due on demand | 5,524,735 | 472,058 | 2,815,792 |
| 60% interest-only loan with Michael Kipp, interest due monthly, principal due on demand | 495,200 | 77,256 | 382,163 |
| 60% interest-only loan with MIWE Holdings, LLC, a Utah company, interest due monthly, principal due on demand | 16,533,200 | 3,293,632 | 6,040,105 |
| 60% interest-only loan with Mountain Peaks Investment Group, LLC, a Utah company, interest due monthly, principal due on demand | 343,200 | 49,658 | 111,787 |
| 60% interest-only loan with RACE, LLC, a Utah company, interest due monthly, principal due on demand | 2,444,945 | 376,211 | 1,359,211 |
| 58.68% interest-only loan with Rick Koerber, LLC, a Utah company, interest due monthly, principal due on demand | 10,300,511 | 956,440 | 1,809,940 |
| 60% interest-only loan with Strategic Holdings, LLC, a Utah company, interest due monthly, principal due on demand | 529,200 | 82,938 | 277,338 |
| 60% interest-only loan with TSS Investments, a Utah company, interest due monthly, principal due on demand | 11,289,425 | 2,422,280 | 8,213,459 |
| 60% interest-only loan with Perpetual Ventures, LLC, a Utah company, interest due monthly, principal due on demand | 3,300,200 | 340,441 | 414,449 |
| | $ 89,398,884 | $ 14,652,156 | $ 46,360,707 |

10   7/19 end in
         ,200 ?

9

8

FBI-04-01075

## NOTE 7 – RELATED PARTY TRANSACTIONS

*American Founders Academy, LLC*
American Founders Academy LLC is a Utah limited liability company owned by Franklin Squires Companies, LLC, KF Reserve, LLC and Kimber Academy, LLC. As of July 31, 2007, American Founders Academy LLC owed the Company $442,516 in principal and interest on unsecured notes receivable. (See Note 5 – Notes Receivable)

*American Founders University LLC*
American Founders University LLC is a Utah limited liability company owned by Franklin Squires Companies, LLC and KF Reserve, LLC. As of July 31, 2007, American Founders University LLC owed the Company $799,737 in principal and interest on unsecured notes receivable. (See Note 5 – Notes Receivable)

[handwritten margin note: "Sn 3 says $650,829 +650, ? (principal only?)"]

*Franklin Squires Companies, LLC*
Franklin Squires Companies, LLC is a Utah limited liability company owned by KF Reserve, LLC, Annui Coeptis, LLC, Five Pillars, LLC, Capital Enterprises, LLC, Mountain Peaks Investments, LLC, TSS Investments, LLC, Butterfly Properties, LLC, Steven Bales, LLC and Red Line Investments, LLC. As of July 31, 2007, Franklin Squires Companies, LLC owed the Company $6,061,414 in principal and interest on an unsecured note receivable. (See Note 5 – Notes Receivable)

[handwritten margin note: "Sn 3 say $4,276,505"]

*Franklin Squires Investments LLC*
Franklin Squires Investments LLC, (now KF Reserve, LLC), is a Utah limited liability company owned by Franklin Squires Companies, LLC and CRK Central Management, LLC. As of July 31, 2007, Franklin Squires Investments LLC owed the Company $49,657,117 in principal and interest on unsecured notes receivable. (See Note 5 – Notes Receivable)

*Global Central Management, LLC*
Global Central Management, LLC is a Utah limited liability company owned by KF Reserve, LLC, CRK Central Management, LLC and Franklin Squires Companies, LLC. As of July 31, 2007, Global Central Management LLC owed the Company $297,174 in principal and interest on an unsecured note receivable. (See Note 5 – Notes Receivable)

*Hill Erickson, LLC*
Hill Erickson, LLC is a Utah limited liability company owned by Franklin Squires Companies, LLC, Capital Enterprises, LLC and Five Pillars Investments, LLC. As of July 31, 2007, Hill Erickson, LLC owed the Company $30,084,021 in principal and interest on notes receivable, of which $391,742 was secured by real estate deeds. (See Note 5 – Notes Receivable)

## NOTE 7 – RELATED PARTY TRANSACTIONS        (Continued)

*McGuire Group, LLC*
McGuire Group, LLC is a Utah limited liability company owned by Founders Capital, LLC and Les McGuire, LLC. As of July 31, 2007, McGuire Group, LLC owed the Company $21,607 in principal and interest on notes unsecured notes receivable. (See Note 5 – Notes Receivable)

*New Castle Holdings, LLC*
New Castle Holdings, LLC is a Utah limited liability company owned by Franklin Squires Companies, LLC, Capital Enterprises, LLC and Mountain Peaks Investments, LLC. As of July 31, 2007, New Castle Holdings, LLC owed the Company $19,161,040 in principal and interest on notes receivable, of which $176,569 was secured by real estate deeds. (See Note 5 – Notes Receivable)

*Rick Koerber, LLC*
Rick Koerber, LLC is a Utah limited liability company owned by KF Reserve, LLC, CRK Central Management, LLC and Franklin Squires Companies, LLC. As of July 31, 2007, Rick Koerber, LLC owed the Company $399,761 in principal and interest on unsecured notes receivable. (See Note 3 – Notes Receivable) As of the same date the Company owed Rick Koerber, LLC $11,256,951 in principal and interest on notes payable (See Note 6 – Notes Payable)

## NOTE 8 – OPERATING LEASE COMMITMENTS

The Company leases office space from Vision Real Estate Investments LLC. The current lease term is five years, expiring on November 30, 2011, with an option to extend for one additional 12 – month term. Future minimum lease payments over the next five years are as follows at July 31, 2007:

| Year | Amount |
|---|---|
| 2007 | $ 73,600.00 |
| 2008 | 220,800.00 |
| 2009 | 220,800.00 |
| 2010 | 220,800.00 |
| 2011 | 202,400.00 |
|  | $ 938,400.00 |

12

FBI-04-01077