# Exhibit 27



March 26, 2019

**U.S. Department of Justice**
District of Utah
Victim Witness Program
111 South Main Street
Suite 1800
Salt Lake City, UT 84111-2176
Phone: 1-844-527-5299
Fax: (801) 524-3399
Email: USAEO.MCAP@usdoj.gov

Re: United States v. Defendant(s) Claud Rick Koerber
Case Number 2016R00950 and Court Docket Number 17-CR-00037

Dear

The enclosed information is provided by the United States Department of Justice Victim Notification System (VNS). As a victim witness professional, my role is to assist you with information and services during the prosecution of this case. I am contacting you because you were identified by law enforcement as a victim or potential victim during the investigation of the above criminal case.

Charges have been filed against defendant(s) Claud Rick Koerber. The lead prosecutor for this case is Ryan Tenney. The main charge is categorized as Other Investment Fraud. The charges are as follows: Fraud in the Offer and Sale of Securities, Wire Fraud, Money Laundering and Tax Evasion.

Victims of all crimes under federal investigation are entitled to services under the Victims' Rights and Restitution Act (VRRA), including notification of court events. For further details, please refer to Title 34 United States Code section 20141 or the VRRA link posted at https://www.notify.usdoj.gov.

Now that charges have been filed in federal court, victims of the charges filed are, in addition, entitled to the following rights, according to the Crime Victims' Rights Act, Title 18 United States Code section 3771: (1) The right to be reasonably protected from the accused; (2) The right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused; (3) The right not to be excluded from any such public court proceeding, unless the court, after receiving clear and convincing evidence, determines that testimony by the victim would be materially altered if the victim heard other testimony at that proceeding; (4) The right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding; (5) The reasonable right to confer with the attorney for the Government in the case; (6) The right to full and timely restitution as provided in law; (7) The right to proceedings free from unreasonable delay; (8) The right to be treated with fairness and with respect for the victim's dignity and privacy; (9) The right to be informed in a timely manner of any plea bargain or deferred prosecution agreement; and (10) The right to be informed of the rights under this section and the services described in section 503(c) of the Victims' Rights and Restitution Act of 1990 (34 U.S.C. 20141(c)) and provided contact information for the Office of the Victims' Rights Ombudsman of the Department of Justice.

Please understand that these rights apply only to victims of the counts charged in federal court, and thus you may not be able to exercise all of these rights if the crime of which you are a victim was not charged. In any event, we will continue to provide you with notifications and services unless you tell us not to. We will make our best efforts to ensure you are provided the rights and services to which you are entitled. You may contact the Victim/Witness Coordinator at the office listed above if you have questions about the progress of your



Remember, VNS is an automated system and cannot answer questions. If you have other questions which involve this matter, please contact this office at the number listed above.

Sincerely,

John Huber
United States Attorney

Candelaria Bennett
Victim Witness Coordinator

Enclosures

page 1 of 2
4/17/2019
Miami, FL.

**Contact Information**

Name: [redacted]

Address: [redacted]

Phone Number: [redacted]

Email Address: [redacted]

**Investment Information**

1. Describe how you became aware of Mr. Koerber and the opportunity to invest with a company associated with Mr. Koerber.

- Gabriel Seth Joseph is [redacted]. Gabriel introduced us and teach us about Mr. Koerber. He was working with him doing real estate (buying and selling homes.)
- Gabriel and Shandi Joseph visit us in Miami to recruit us through a presentation to do real estate investments with him and Mr. Krouber's companies
- Gabriel and Shandi Joseph wanted in their presentation to get a mortgage in our home and wire the money to be invested in Mr. Krouber company.
- Promisory notes were signed for $318,000.00 and wires were send to Annuit Coeptis, LLC, to Gabriel S. Joseph. They stole our money and my brother Sergio Quintana's money. (See attached letter)

2. Identify the amount(s) you invested and the approximate dates on which you invested. (Include only out-of-pocket investments. For example, include all cash, checks, or wires you provided as an investment. Do not include rollover interest payments—in other words, additions to your principal balance for missed interest payments.)

8/01/2007 — $220,000.00 — Wire to Annuit Coeptis, LLC
                                    (Gabriel Seth Joseph)

9/04/2007 — $ 98,000.00 — Wire to Annuit Coeptis, LLC
                                    (Gabriel Seth Joseph)

        + $   2,000.00 — Personal check sent to
        ─────────────   Franklin Squires University,
        $ 320,000.00    LLC

3. Identify the entity or person to whom you sent your investment money. (For example, Founders Capital, Franklin Squires Companies, LLC, MIWE Holdings, LLC, Hunters Capital LLC., Annuit Coeptis, LLC, Freestyle Holdings, etc.)

1. Franklin Squires University, LCC. (Online Course)
2. Annuit Coeptis, LCC. (Gabriel Seth Joseph)

page 2 of 2
4/17/2019
Miami, FL.

4. **Identify the payments you received in connection with your investment and the approximate dates on which you received the payments.** (List only money you actually received, including all interest and principal payments. Do not include rollover interest payments that were added to your principal balance.)

   1) 9/11/2007   $6,600.00   Interest payment Check 3202 Annuit Coeptis, LLC.

   2) 11/20/2007  $9,540.00   Interest payment Wire credited to our personal Bank Account.

5. **Subtract the total amount you received (your answer to question 4) from the total amount you invested (your answer to question 2) and write the number below.**

   $  320,000.00
   − $  16,140.00
   = $ 303,860.00

6. **Gather any documents you have that reflect the amounts you invested and the amounts you received. Copy these documents and send the copies along with your response to this questionnaire.** (Such documents might include things like checks, bank statements showing withdrawals and/or deposits, wire transfer records, and promissory notes.)

   See attached documents (wire transfer records, promissory notes, payments)

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: [redacted]

(statement) pg. 1 of
4/17/2019
Miami, FL.

Re:

Fraud committed by Claud Rick Koerber and Gabriel Seth Joseph, through Annuit Coeptis, LLC.

From:

[redacted]

I am [redacted], my husband is [redacted] Gabriel Seth Joseph is [redacted]

Gabriel and Shandi Joseph came to visit us in our home in Miami, Florida, on February 16th and 17th, 2006. They intended to lure us into getting an equity line of credit on our home by asking us to obtain a loan and invest all the money with Claud Rick Koerber and Gabriel S. Joseph, through Annuit Coeptis, LLC.

Gabriel, [redacted] knew in advance of our meeting, that our home was paid in full and had accumulated equity. At the beginning of our meeting, Gabriel S. Joseph presented the idea to get a mortgage on our home by accessing the equity. I opposed to the idea and told them I won't risk our home, get a mortgage, and get into debt. We used to live within our means, we are a low middle – class income family. We live in a small house. I left work to join the parenting force to care for my children.
I did not oppose that my husband could learn about the business. Gabriel S. Joseph proceeded to explain how the business worked. We asked many questions as we had many doubts. I asked Gabriel S. Joseph how he was certain the money he obtains is secure? He responded absolutely because it gets invested in properties. I asked him how he knows the company owner could not steal all the money from him, how he was so sure? Gabriel S. Joseph assured us that Claud Rick Koerber has made a fortune buying and selling properties, that nothing could go wrong because they were covered by all angles. Then, he laughed out loud.

Gabriel and Shandi Joseph, were active and equally promoting their financial success story, showing us their big luxury home and cars as portrayed in a magazine "Creative Real Estate Lifestyle" issued in Fall 2005, in which Gabe appears on the cover and features articles about their family lifestyle. During our meeting Shandi went away to remove her make up. I did not have on any make up. Then, I noticed

Statement pg. 1
4/17/201
Miami, Fl

Shandi sometimes mimicked my actions and arm movements. I found this strange. Gabriel invited ▮▮▮ to go shark fishing in the Atlantic Ocean. They even planned to take my little children in the open ocean without consulting me, since I wouldn't consent to it. Shandi invited me to go to a spa with her. It was all part of their scheme to scam us of our money.

Gabriel and Shandi Joseph spoke highly about Claud Rick Koerber and his successful multi – millionaire real estate business. Gabriel S. Joseph explained how Claud R. Koerber is the founder and Chief Executive Officer of the Franklin Squires Companies, L.L.C. and how they work together. Gabriel being the Chief Executive Officer of Annuit Coeptis, L.L.C. and Brandon Adams, being his Executive Assistant. And the role of Stephen Freestone in the company. Stephen is Gabriel's brother in law, married to Meaghan, ▮▮▮. They indicated that many members of their families were either working with the company or have become investors.

They explained to us "the secret" of their success, which involves a process Claud Rick Koerber developed called "equity milling", which involves extracting equity out of real estate and putting it to work in high – return real estate investments. Gabriel introduced the idea of a promissory note to us, indicating that it is a legal document and a contract. Gabriel assured ▮▮▮ that he will personally sign it and he will secure his money.

Gabriel and Shandi returned to their home in Utah, and Gabriel started calling ▮▮▮ regularly, 2 - 3 times per week. Before they will speak occasionally but never that often. In their conversations, Gabriel S. Joseph will pressure ▮▮▮ to get the equity line on our home, to call the bank and speak to a loan officer. Then, ▮▮▮ will try to convince me to get a mortgage on our home. I stood firm and said no. This situation happened from 2/16/2006 – 8/1/2007.

My husband is self-employed and delivers saltwater to businesses and homes. He drives a truck with a water tank. The truck has no air conditioning and he drives through traffic, dust, smoke and the South Florida harsh humidity. Gabriel Joseph encouraged ▮▮▮ to sign up for an online instructional program given by Claud Rick Koerber at Franklin Squires. He will teach principles of prosperity and successful methods. He taught how to find good deals in houses for sale. ▮▮▮ did not have the time to devote to searching, calling and visiting because he was still working his seawater business. My husband

Statement page 3
4/17/2019
Miami, FL.

received through mail the magazine "Creative Real Estate Lifestyles" which featured on the cover, Claud Rick Kourber, and articles about him.

Gabriel instructed ▮ to promote the business and look for other investors ▮ told my brother, ▮ and my sister ▮ about the opportunity to work in real estate or invest money with ▮ Gabriel S. Joseph. Gabriel referred ▮ to work, too, with his Executive Assistant, Brandon Adams. Through email and regular mail Brandon provided the lender's disclosure forms and how to wire the money to Gabriel Joseph. Gabriel also instructed ▮ that all he needed to do was to concentrate in getting investors for him.

Gabriel Joseph emotionally abused ▮ he manipulated and pressured him until ▮ ▮ went to the bank and spoke to a loan officer to get a mortgage in our home. Gabriel signed a promissory note for $220,000.00 on 8/1/2007. On the same day, ▮ suddenly urged me to go to the bank with him. Once in the bank I found out he did set up an appointment with a loan officer, who presented ▮ the loan approval documents ready to sign. My husband did sign, and the loan officer presented the documents to me to sign. I did not want to sign those papers and I did not know what to do. I felt dismayed like if I was at a funeral. I felt pressure of not having an option but to sign. I could not take a stand against it and ended up signing against my will. I had no legal experience in this matter. I was expecting a baby and already 4 months pregnant!!

Gabriel continued calling ▮ 2 – 3 times per week until ▮ wired to his ▮ $98,000.00 that he collected from my ▮ ($80,000.00) and my ▮ ▮ ($18,000.00). ▮ asked my husband if he should make a check under Gabriel S. Joseph's name, but Gabriel S. Joseph instructed ▮ not to make any checks into his name, to deposit the money in our Bank of America account and wire the money to his company Annuit Coeptis, LLC. My husband did the transactions the way ▮ requested.

The legal and bank transactions with Claud Rick Koerber and Gabriel S. Joseph were done as follows:

| Date | Description |
|---|---|
| August 1st, 2007 | Promissory Note signed by Gabriel Joseph for $220,000.00 |
| August 1st, 2007 | Wire transfer to Gabriel S. Joseph. Annuit Coeptis, LLC. for $220,000.00 |
| August 7th, 2007 | ▮ sign Lender's Disclosure Statement and Supplemental Agreement for $220,000.00. |

Statement page
4/17/2019
Miami, FL.

| | |
|---|---|
| September 4th, 2007 | Promissory Note signed by Gabriel Joseph for $98,000.00 |
| September 4th, 2007 | ▮▮▮▮ sign Lender's Disclosure Statement and Supplemental Agreement for $98,000.00. |
| September 4th, 2007 | Wire transfer for $98,000.00 to Gabriel Joseph, Annuit Coeptis, LLC. |
| September 11th, 2007 | We received check from Annuit Coeptis for $6,600.00. Payment of interest. Late fee was not added, and check was issued with the date of 9/11/2007. |
| November 20th, 2007 | Wire transfer to our account from Annuit Coeptis, LLC for $9,540.00. No late fee was paid. |

Once all the money was wired to Gabriel S. Joseph, his calls to ▮▮▮ diminished to almost zero. Gabriel stopped paying ▮▮▮ or calling him. ▮▮▮ will call ▮▮▮ begging him to pay his money and Gabriel will give him all kinds of excuses.

We hired a lawyer in Miami, Florida. He assured us that it was a fraud committed by Claud Rick Koerber and Gabriel S. Joseph. He advised us to hire a lawyer in the state of Utah. A friend recommended law firms in Utah that their family used regularly for business. None of those law firms could help us because there was conflict of interest. Cloud R. Kourber did hire many of the good firms in Utah. They had already done some work for many of his companies.

We found a lawyer who hired a private investigator for us to find out Gabriel Joseph's assets, houses, cars, etc. Following the lawyer's legal counsel, my husband asked ▮▮▮ Gabriel to sell one of his cars to pay him. Gabriel refused to do it ▮▮▮ explained to Gabriel that his business was very slow, could not pay our house mortgage, and I was about to deliver our baby. Gabriel Joseph, without any compassion towards ▮▮▮ said: I cannot do it. What about my other clients ▮▮▮ They are first. My husband insisted and begged ▮▮▮ that he was ▮▮▮ Gabriel did not help him.

▮▮▮ called ▮▮▮ Gabriel Joseph, numerous times. He tried to find out if our money had gone to buy a specific property so maybe we can have a secured debt. Gabriel told him that it is hard to follow all the little companies that played a part in the investment process. It appeared that there was no tracking how "our" money was used. Gabriel contradicted himself. He always said that he knew our money was invested in a house, in a property under the company, etc. Finally, Gabriel changed his story and told ▮▮▮ that he could not tell where his money was, that some part of the money probably

Statement page 5
4/17/2019
Miami, FL.

went into office expenses.

Neither Gabriel, nor ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, ever commented to ▮▮▮▮▮ that Gabriel Joseph was already being sued for lack of payment, while he was taking the money away from us. My husband ended up very depressed.

With mu husband's job doing poorly, having to pay health insurance and a mortgage, we barely had money to eat. We were at risk to lose our home since we could not pay the mortgage. I struggled through my pregnancy and had difficulties in the delivery of my baby girl in March 2008. I nursed her 24 hours, seven days a week. She has food but my children, 10 and 11 years old, were growing up and needed more food. They felt very hungry. Up to this day, my sons remember how they figured out that if they would drink water and go to sleep, that they wouldn't feel hunger.

Due to the stress of our financial situation, and not being able to feed my children well, I could not stop crying. I was diagnosed with post-partum depression that lasted 7 months. Our mothers helped us financially to survive those harsh times.

We have not recovered economically. We have been paying interest on our loan, but nothing to the principal. We may lose our home. We paid health insurance and food out of our credit cards, we are still paying some credit cards.

My brother ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ lost all his life savings and his credit.

Statement pg. 1
4/17/2019
Miami, FL.

