# Exhibit 28

U.S. vs CLAUD RICK KOERBER

CASE # 2008R00250

RECEIVED

2010 MAY 32 PM 12: 22

U.S. ATTORNEY'S OFFICE

# VICTIM IMPACT STATEMENT

(NOTE: THIS FORM IS NOT MANDATORY. YOU MAY WRITE YOUR STATEMENT IN ANY FORMAT YOU PREFER.)

NAME: _____

UNITED STATES v        Claud Koerber

1. How have you and members of your family and/or business been affected by this crime? Use additional paper if you wish. For example: Emotional, physical, mistrust of others, divorce, etc.

Highly emotional
Mistrust of others in business

2. How has your experience with the defendant affected you <u>financially</u>? Include, if you wish, a description of your financial status before this crime occurred and any hardship caused by your losses.

Well, here is where we don't know for sure the connection. We invested $164,048.62 with Atlas Capital run by Wade Sleator. He had several "pillars" on his business one of which was real estate. We know he was directly involved with Rick & our investment we were told was in real estate & unsecured. Wade's business imploded & he has filed for business & personal bankruptcy.
We don't have records to trace our investment directly to Rick — only Wade Sleator knows that.
This was our life savings & we are both 62, upside down in two homes each with two interest only mortgages.
We see no future

3.   Please provide an itemized list of your financial losses from this crime. List only those items which you have not been or do not expect to be repaid. Please attach records and/or receipts documenting your loss.

Cash loss

4.   If income was lost as a result of the crime, state reason(s) for the loss and estimate the total dollar amount lost. Indicate how your loss was calculated.

numbers attached

BUT — as previously stated, we don't know if our investment went to Rick's real estate investments & don't know how to confirm that.

Please continue your statement on an additional sheet of paper if you wish.

USAOUT-02-00050