# **Exhibit 32**





**Russell C. Skousen, Attorney**
Telephone:     1-800-601-8148
FAX:               1-801-907-7241
rskousen@skousenlawfirm.com

**William Peterson, Attorney**
wpeterson@skousenlawfirm.com

**Ryan C. Gregerson, Attorney**
Of Counsel from Pearson Butler

**Kelli J. Larson, Attorney**
Of Counsel from Pearson Butler

**Joshua P. Eldredge, Attorney**
Of Counsel from Pearson Butler

**Gretchen Lowe, Paralegal/Mediator**
glowe@skousenlawfirm.com

**Rick Franklin, Litigation Paralegal**
crfranklin@skousenlawfirm.com

**Rachelle Olsen, Legal Secretary**
rolsen@skousenlawfirm.com

South Jordan, Utah
Skousen Law, PLLC is headquartered in South Jordan, Utah. Our address is:
10808 S. River Front Parkway
Suite 310
South Jordan, UT 84095

Toll free: 1-800-601-8148
Fax: 1-801-907-7241

Lehi, Utah
Our Lehi office is at Thanksgiving Point at the Thanksgiving Point Executive Suites Building. Meetings at this office are by appointment only.  Our address is:
2975 West Executive Pkwy
Suite 165
Lehi, Utah 84043

Toll free: 1-800-601-8148
Fax: 1-801-907-7241

Other Locations throughout Utah
Skousen Law, PLLC has of-counsel relationships with attorneys throughout Utah, including in Ogden, Utah. If you can't make it to our South Jordan or Lehi offices, call us and we will arrange to meet you at a location near you!

For more information or to set up a free initial consultation with one of our attorneys, you can fill out this form and provide us with some basic information about you and your question/problem. We will contact you shortly.

Full Name

Email Address

Phone

Respond By:

Email

Phone

Comments

Skousen Law, PLLC © 2010-2015 | Privacy Policy

This web site is designed for general information only.
The information presented at this site should not be construed to be formal legal advice nor the formation of a lawyer/client relationship.