# **<u>Exhibit 33</u>**

FD-302 (Rev. 5-8-10)



## FEDERAL BUREAU OF INVESTIGATION

Date of entry    03/04/2019

The following investigation was conducted by SA Jeffrey T. Cannon at Provo, Utah, on March 1, 2019.

An online search of the records of the Utah Department of Commerce, Corporations Division, was caused to be made. The following results ensued:

Name: CORVUS ADMINISTRATION AND MANAGEMENT, LLC

Address: 15 West South Temple, Suite 1000, Salt Lake City, Utah 84101

Registered Agent (RA):  DERRICK O ROEBUCK

RA Address: same

Registration Date: 3/5/2012

Status: Expired

Status Date: 6/27/2013

Status Description: Failure to File Renewal


Name: AMERICAN LAND RUN, LLC

Address: 15 West South Temple, Suite 1000, Salt Lake City, Utah 84101

Registered Agent (RA): DERRICK O ROEBUCK

RA Address: same

Registration Date: 3/5/2012

Status: Expired

Status Date: 6/27/2013

Status Description: Failure to File Renewal

---

Investigation on   03/01/2019   at   Provo, Utah, United States (, Other (Online))

File #   318B-SU-63343                                      Date drafted   03/04/2019

by   Jeffrey T. Cannon

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FBI302-147-0004

318B-SU-63343

Name: KYA CONSULTING, LLC

Address: 15 West South Temple, Suite 1000, Salt Lake City, Utah 84101

Registered Agent (RA): CORVUS ADMINISTRATION AND MANAGEMENT, LLC

RA Address: same

Registration Date: 3/5/2012

Status: Expired

Status Date: 6/27/2013

Status Description: Failure to File Renewal


Name: AK INDUSTRIAL MACHINE, LLC

Address: 15 West South Temple, Suite 1000, Salt Lake City, Utah 84101

Registered Agent (RA): DERRICK O ROEBUCK

RA Address: same

Registration Date: 3/5/2012

Status: Expired

Status Date: 6/27/2013

Status Description: Failure to File Renewal


Name: PREMIUM NATURAL SUPPLEMENTS, LLC

Address: 8839 N [sic] Redwood Rd, Suite B303, West Jordan, Utah 84088

Registered Agent (RA): CORVUS ADMINISTRATION AND MANAGEMENT, LLC

RA Address: 5526 West 13400 South #335, Herriman, Utah 84096

Registration Date: 7/25/2012

FD-302a (Rev. 05-08-10)

318B-SU-63343

Continuation of FD-302 of (U) Online record searches re Koerber entities _____ , On 03/01/2019 , Page 3 of 4

Status: Expired

Status Date: 10/28/2013

Status Description: Failure to File Renewal


Copies of the Articles of Organization for CORVUS ADMINISTRATION AND MANAGEMENT, LLC, AMERICAN LAND RUN, LLC, and KYA CONSULTING, LLC were obtained and printed. A brief review of the documents revealed that the wording in the documents is nearly identical with exceptions for certain business names, addresses and the like.

A Registered Principals search was caused to be conducted with the following results:

DERRICK O ROEBUCK was listed as the RA and as the Manager of each of the LLCs, CORVUS ADMININSTRATION AND MANAGEMENT, LLC and AMERICAN LAND RUN, LLC. KYA CONSULTING, LLC had listed its RA and Manager as CORVUS ADMINISTRATION AND MANAGEMENT, LLC.

DERRICK O ROEBUCK was listed as Manager and RA of AK INDUSTRIAL MACHINE, LLC.

CORVUS ADMINISTRATION AND MANAGEMENT, LLC was also listed as Manager and RA of PREMIUM NATURAL SUPPLEMENTS, LLC.


A search of the records of the Utah Department of Public Safety, Driver's License Division, for a Utah driver's license in the name of DERRICK O ROEBUCK was negative.


A search of the Accurint database for DERRICK O ROEBUCK yielded only one possibility of a similar name of DERRICK JEROME ROEBUCK in Georgia.


An internet search for the address 15 West South Temple, Suite 1000, Salt Lake City, Utah 84101 revealed that the current occupant is McKay, Burton & Thurman, PC.

318B-SU-63343

Continuation of FD-302 of  (U) Online record searches re Koerber
entities _____ , On  03/01/2019  , Page  4 of 4

      An analysis of the name of DERRICK O ROEBUCK revealed a strong similarity to the name CLAUD RODERICK KOERBER. It was observed that if the letters L-A-D-E-R are removed from KOERBER's full name and the other letters are rearranged they spell DERRICK O ROEBUCK.


      The signatures for DERRICK O ROEBUCK on the Articles of Organization noted above were visually compared to known signatures of KOERBER and a similarity of style was observed.


      A review of the webpage of RUSSEL SKOUSEN, SKOUSEN LAW, PLLC at https://www.skousenpenney.com revealed that RICK FRANKLIN (a known alias used by KOERBER) works as a Litigation Paralegal for SKOUSEN.

# CORVUS ADMINISTRATION AND MANAGEMENT, LLC

**Entity Number:** 8255354-0160
**Company Type:** LLC - Domestic
**Address:** 15 W SOUTH TEMPLE STE 1000 Salt Lake City, UT 84101
**State of Origin:**
**Registered Agent:** DERRICK O ROEBUCK
**Registered Agent Address:**
15 W SOUTH TEMPLE STE 1000
Salt Lake City, UT 84101

View Management Team

Status: Expired

**Status:** Expired ⚫ *as of 06/27/2013*
**Status Description:** Failure to File Renewal
**Employment Verification:** Not Registered with Verify Utah

History

View Filed Documents

**Registration Date:** 03/05/2012
**Last Renewed:** N/A

Additional Information

**NAICS Code:** 9999 **NAICS Title:** 9999-Nonclassifiable Establishment

<< Back to Search Results

Search by:     Business Name     Number     Executive Name     Search Hints

Business Name:

FBI302-147-0008

## AMERICAN LAND RUN, LLC

**Entity Number:** 8255349-0160
**Company Type:** LLC - Domestic
**Address:** 15 W SOUTH TEMPLE STE 1000 Salt Lake City, UT 84101
**State of Origin:**
**Registered Agent:** DERRICK O ROEBUCK
**Registered Agent Address:**
15 W SOUTH TEMPLE STE 1000       View Management Team
Salt Lake City, UT 84101

Status: Expired

**Status:** Expired ⊛ *as of 06/27/2013*
**Status Description:** Failure to File Renewal
**Employment Verification:** <u>Not</u> Registered with Verify Utah

History       View Filed Documents

**Registration Date:** 03/05/2012
**Last Renewed:** N/A

Additional Information

**NAICS Code:** 9999 **NAICS Title:** 9999-Nonclassifiable Establishment

<< Back to Search Results

Search by:    Business Name    Number    Executive Name    Search Hints

Business Name:

FBI302-147-0009

# KYA CONSULTING, LLC

**Entity Number:** 8255360-0160
**Company Type:** LLC - Domestic
**Address:** 15 W SOUTH TEMPLE STE 1000 Salt Lake City, UT 84101
**State of Origin:**
**Registered Agent:** CORVUS ADMINISTRATION AND MANAGEMENT, LLC
**Registered Agent Address:**
15 W SOUTH TEMPLE STE 100
Salt Lake City, UT 84101

View Management Team

Status: Expired

**Status:** Expired ⊗ *as of 06/27/2013*
**Status Description:** Failure to File Renewal
**Employment Verification:** <u>Not</u> Registered with Verify Utah

History

View Filed Documents

**Registration Date:** 03/05/2012
**Last Renewed:** N/A

Additional Information

**NAICS Code:** 9999 **NAICS Title:** 9999-Nonclassifiable Establishment

<< Back to Search Results

Search by: Business Name Number Executive Name Search Hints

Business Name:

FBI302-147-0010

Case 2:17-cr-00037-FB-PMW   Document 559-33   Filed 04/24/19   Page 9 of 29

## AK INDUSTRIAL MACHINE, LLC

**Entity Number:** 8255352-0160
**Company Type:** LLC - Domestic
**Address:** 15 W SOUTH TEMPLE STE 1000 Salt Lake City, UT 84101
**State of Origin:**
**Registered Agent:** DERRICK O ROEBUCK
**Registered Agent Address:**
15 W SOUTH TEMPLE STE 1000       View Management Team
Salt Lake City, UT 84101

Status: Expired

**Status: Expired** ⬤ *as of 06/27/2013*
**Status Description:** Failure to File Renewal
**Employment Verification:** <u>Not</u> Registered with Verify Utah

History              View Filed Documents

**Registration Date:** 03/05/2012
**Last Renewed:** N/A

Additional Information

**NAICS Code:** 9999 **NAICS Title:** 9999-Nonclassifiable Establishment

<< Back to Search Results

Search by:     Business Name     Number     Executive Name     Search Hints

      Business Name:

FBI302-147-0011

# PREMIUM NATURAL SUPPLEMENTS, LLC

**Entity Number:** 8390845-0160
**Company Type:** LLC - Domestic
**Address:** 8839 N REDWOOD RD STE B 303 West Jordan, UT 84088
**State of Origin:**
**Registered Agent:** CORVUS ADMINISTRATION & MANAGEMENT, LLC
**Registered Agent Address:**
5526 W 13400 S #335
Herriman, UT 84096

View Management Team

Status: Expired

**Status: Expired** ● *as of 10/28/2013*
**Status Description:** Failure to File Renewal
**Employment Verification:** <u>Not</u> Registered with Verify Utah

History

View Filed Documents

**Registration Date:** 07/25/2012
**Last Renewed:** N/A

Additional Information

**NAICS Code:** 5313 **NAICS Title:** 5313-Activities Related to Real Estate

<< Back to Search Results

Search by:　　Business Name　　　Number　　　Executive Name　　　Search Hints

　　　　　　Business Name:

FBI302-147-0012

RECEIVED
MAR 05 2012
Utah Div of Corp. & Comm. Code

# ARTICLES OF ORGANIZATION
## OF
# CORVUS ADMINISTRATION AND MANAGEMENT, LLC



**THESE ARTICLES OF ORGANIZATION OF CORVUS ADMINISTRATION AND MANAGEMENT, LLC** a Utah limited liability company, (herein sometimes referred to as the "Company"), are adopted for the purpose of forming a Utah Limited Liability Company, and made effective March 1, 2012 by the undersigned persons pursuant to the Utah Limited Liability Company Act

## ARTICLE I
### COMPANY NAME

1 1     The name of the Company is Corvus Administration and Management, LLC (herein the "Company")

## ARTICLE II
### DURATION

2 1     Having commenced operations, the duration of the Company shall be ninety-nine (99) years from the date of filing these articles with the State of Utah Department of Commerce unless sooner terminated pursuant to law or the provisions of the Company's Operating Agreement

## ARTICLE III
### GENERAL BUSINESS PURPOSE AND POWERS

3 1     The business purpose or purposes for which the Company is organized is to function as a business management and consulting entity, and to advance the general business interests of its members, including all of the protections under the law that are afforded to the Company and its Members in connection with the activities of the Company, and (a) to invest and reinvest the assets of the Company in, and to purchase or otherwise buy, acquire, hold, sell, transfer exchange, invest in, mange, finance, exchange or otherwise dispose of, or realize upon, stocks, bonds, mutual funds, partnership interest, certificates of deposit, commodities, and any other interest in business ventures and other securities and investments of all types and descriptions, (b) to purchase, own, lease, sell, exchange, develop and construct improvements upon, finance the acquisition, operation and development of, and the construction of improvements upon, to operate and maintain for any uses, and otherwise deal with and in, real property, or interest therein, wherever located, (c) to purchase, lease, sell, own, and operate, and to finance each acquisition and operation of, personal property, (d) to incur indebtedness, secured or unsecured, for any of the purposes of the Company; (e) to provide opportunities for Members to experience the operation and management of the business of the Company; (f) to pool Members' resources, (g) to provide for the orderly succession of ownership of real, personal, and other property, (h) any other purposes as are necessary to protect or enhance the assets of the Company, (i) other purposes as provided in the Operating Agreement and/or as decided by the Company management, and (j) to engage in any other lawful business activity permitted under the laws of the State of Utah and (k) to conduct business anywhere in the world

1

8255354

FBI302-147-0013

## ARTICLE IV
### REGISTERED AND DESIGNATED OFFICE AND AGENT

4 1     The designated office of the Company is located at 15 West South Temple, Suite 1000 Salt Lake City, Utah 84101   The name, street address, and signature of the Company's Registered Agent at such address are as follows

> Derrick O  Roebuck
> 15 West South Temple, Suite 1000
> Salt Lake City, Utah 84101

Signature of Registered Agent

## ARTICLE V
### MANAGEMENT

5 1     The Company shall be managed by a manager as further provided in the Company's Operating Agreement   The initial manager's name and address is

> Derrick O  Roebuck
> 15 West South Temple, Suite 1000
> Salt Lake City, Utah 84101

Signature of Registered Agent

5.2     Consistent with Utah Code §48-2c-802(2) and its subsections, the manager is an agent of the company for the purpose of its business and an act of the manager, including the signing of a document in the company name, for apparently carrying on in the ordinary course of the company business, or business of the kind carried on by the company, binds the company   The manager may, without any other authority granted, sign, acknowledge, and deliver any document transferring or affecting the company's interest in real or personal property, and such document signed shall be conclusive in favor of a person who gives value as a result of such transaction

5 3     [Intentionally left blank]
5 4     [Intentionally left blank]

## ARTICLE VI
### MEMBERS' AND MANAGERS' CONTRACTS

6 1     No contract or other transaction between the Company and any other corporation, company, partnership or individual, shall be affected by the fact that a member or manager of this Company is interested in, or is an owner, officer or director of such other entity   Any member or manager, individually or with others, may be a party to or may be interested in any transaction which this Company is interested   No contract or other transaction of this Company with any person, company, partnership or corporation shall be affected by the fact that any member or manager of this Company is in some way connected with such entity

2

FBI302-147-0014

## ARTICLE VII
### LIMITED LIABILITY

7.1     The members of the Company shall not be liable for a debt, obligation or liability of the Company and the private property of the members shall not be subject to the payment of any Company debts, obligations or liabilities to any extent, whatsoever.

7.2     Every person who now or hereafter shall be a Manager of the Company, in addition to all other rights to which such person may be entitled as a matter of law, under the Operating Agreement, shall be indemnified to the fullest extent permitted by the laws of the State of Utah against all reasonable costs, expenses and liabilities actually incurred by him or imposed upon him.

## ARTICLE VIII
### TRANSFER OF INTERESTS

8.1     After units have been issued by the Company, no transfer of said Units by any Member shall be binding upon the Company until the expiration of thirty (30) days after the Company, through its Manager, and each Member, shall have received written notice from the Member of the proposed transfer of sale. The notice shall state the number of Units proposed to be transferred, either with or without consideration, or sold, the price at which the proposed transfer or sale is to be made and the name of the prospective transferee or buyer. At any time during the thirty (30) day notice period, the remaining Members shall have the first option to purchase all of said shares at a price and terms equal to the price and terms offered by the prospective transferee or buyer. In the event two or more Members exercise their options to purchase, then each such Member so exercising his or her option shall be entitled to purchase the percentage of such remaining shares as is equal to the percentage which that particular Member's ownership in the Company bears to the total ownership of all of the Members exercising their options. This section shall be inoperative where the written consent of all of the Members at the time of such proposed transfer or sale is first had and obtained or where a gift of Units is being made by one Member to another Member of the Company or a transfer is made to an entity owned by the Member.

## ARTICLE IX
### SIGNATURE

10.1     A Manager shall sign these Articles of Organization.

## ARTICLE X
### AUTHORIZATION

11.1     These Articles of Organization were adopted, authorized, duly signed effective March 1, 2012 and filed in accordance with Utah Code §48-2c-409 on the date indicated by the official stamp of the State of Utah, Department of Commerce.

**IN WITNESS WHEREOF**, I set my hand and seal effective this 1st day of March 2012.

By: _____
Derrick O. Roebuck
MANAGER

State of Utah
Department of Commerce
Division of Corporations and Commercial ___
hereby certified that the foregoing has been file
nd approved on this ___ day of ___ 2012
In this office of this Division and hereby is___
This Certificate thereof.

Examiner ___ Date 3/9/12

Kathy Berg

3

State of Utah
Department of Commerce
Division of Corporations and Commercial Code
I hereby certified that the foregoing has been filed
and approved on this ___ day of _____ 20 __
In this office of this Division and hereby issued
This Certificate thereof.

Examiner _____ Date 3/9/12

Kathy Berg

RECEIVED

MAR 05 2012

Utah Div. of Corp. & Comm. Code

# ARTICLES OF ORGANIZATION
## OF
## AMERICAN LAND RUN, LLC

**THESE ARTICLES OF ORGANIZATION OF AMERICAN LAND RUN, LLC** a Utah limited liability company, (herein sometimes referred to as the "Company"), are adopted for the purpose of forming a Utah Limited Liability Company, and made effective March 1, 2012 by the undersigned persons pursuant to the Utah Limited Liability Company Act.

### ARTICLE I
#### COMPANY NAME

1.1    The name of the Company is American Land Run, LLC (herein the "Company").

### ARTICLE II
#### DURATION

2.1    Having commenced operations, the duration of the Company shall be ninety-nine (99) years from the date of filing these articles with the State of Utah Department of Commerce unless sooner terminated pursuant to law or the provisions of the Company's Operating Agreement.

### ARTICLE III
#### GENERAL BUSINESS PURPOSE AND POWERS

3.1    The business purpose or purposes for which the Company is organized is to function as a business management and consulting entity, and to advance the general business interests of its members, including all of the protections under the law that are afforded to the Company and its Members in connection with the activities of the Company, and (a) to invest and reinvest the assets of the Company in, and to purchase or otherwise buy, acquire, hold, sell, transfer exchange, invest in, mange, finance, exchange or otherwise dispose of, or realize upon, stocks, bonds, mutual funds, partnership interest, certificates of deposit, commodities, and any other interest in business ventures and other securities and investments of all types and descriptions; (b) to purchase, own, lease, sell, exchange, develop and construct improvements upon, finance the acquisition, operation and development of, and the construction of improvements upon, to operate and maintain for any uses, and otherwise deal with and in, real property , or interest therein, wherever located; (c) to purchase, lease, sell, own, and operate, and to finance each acquisition and operation of, personal property; (d) to incur indebtedness, secured or unsecured, for any of the purposes of the Company; (e) to provide opportunities for Members to experience the operation and management of the business of the Company; (f) to pool Members' resources; (g) to provide for the orderly succession of ownership of real, personal, and other property; (h) any other purposes as are necessary to protect or enhance the assets of the Company; (i) other purposes as provided in the Operating Agreement and/or as decided by the Company management; and (j) to engage in any other lawful business activity permitted under the laws of the State of Utah and (k) to conduct business anywhere in the world.

8255349

1

## ARTICLE IV
### REGISTERED AND DESIGNATED OFFICE AND AGENT

4 1    The designated office of the Company is located at 15 West South Temple. Suite 1000 Salt Lake City. Utah 84101   The name, street address. and signature of the Company's Registered Agent at such address are as follows

> Derrick O  Roebuck
> 15 West South Temple. Suite 1000
> Salt Lake City, Utah 84101
>
> Signature of Registered Agent

## ARTICLE V
### MANAGEMENT

5 1    The Company shall be managed by a manager as further provided in the Company's Operating Agreement   The initial manager's name and address is

> Derrick O  Roebuck
> 15 West South Temple, Suite 1000
> Salt Lake City. Utah 84101

5 2    Consistent with Utah Code §48-2c-802(2) and its subsections. the manager is an agent of the company for the purpose of its business and an act of the manager. including the signing of a document in the company name, for apparently carrying on in the ordinary course of the company business, or business of the kind carried on by the company, binds the company   The manager may. without any other authority granted. sign. acknowledge, and deliver any document transferring or affecting the company's interest in real or personal property. and such document signed shall be conclusive in favor of a person who gives value as a result of such transaction

5 3    [Intentionally left blank]

5 4    [Intentionally left blank]

## ARTICLE VI
### MEMBERS' AND MANAGERS' CONTRACTS

6 1    No contract or other transaction between the Company and any other corporation. company. partnership or individual. shall be affected by the fact that a member or manager of this Company is interested in. or is an owner. officer or director of such other entity   Any member or manager, individually or with others, may be a party to or may be interested in any transaction which this Company is interested   No contract or other transaction of this Company with any person, company. partnership or corporation shall be affected by the fact that any member or manager of this Company is in some way connected with such entity

2

FBI302-147-0017

## ARTICLE VII
### LIMITED LIABILITY

7 1      The members of the Company shall not be liable for a debt, obligation or liability of the Company and the private property of the members shall not be subject to the payment of any Company debts, obligations or liabilities to any extent, whatsoever

7 2      Every person who now or hereafter shall be a Manager of the Company, in addition to all other rights to which such person may be entitled as a matter of law, under the Operating Agreement, shall be indemnified to the fullest extent permitted by the laws of the State of Utah against all reasonable costs, expenses and liabilities actually incurred by him or imposed upon him

## ARTICLE VIII
### TRANSFER OF INTERESTS

8 1      After units have been issued by the Company, no transfer of said Units by any Member shall be binding upon the Company until the expiration of thirty (30) days after the Company, through its Manager, and each Member, shall have received written notice from the Member of the proposed transfer of sale  The notice shall state the number of Units proposed to be transferred, either with or without consideration, or sold, the price at which the proposed transfer or sale is to be made and the name of the prospective transferee or buyer  At any time during the thirty (30) day notice period, the remaining Members shall have the first option to purchase all of said shares at a price and terms equal to the price and terms offered by the prospective transferee or buyer  In the event two or more Members exercise their options to purchase, then each such Member so exercising his or her option shall be entitled to purchase the percentage of such remaining shares as is equal to the percentage which that particular Member's ownership in the Company bears to the total ownership of all of the Members exercising their options  This section shall be inoperative where the written consent of all of the Members at the time of such proposed transfer or sale is first had and obtained or where a gift of Units is being made by one Member to another Member of the Company or a transfer is made to an entity owned by the Member

## ARTICLE IX
### SIGNATURE

10 1    A Manager shall sign these Articles of Organization

## ARTICLE X
### AUTHORIZATION

11 1    These Articles of Organization were adopted, authorized, duly signed effective March 1, 2012 and filed in accordance with Utah Code §48-2c-409 on the date indicated by the official stamp of the State of Utah, Department of Commerce

**IN WITNESS WHEREOF,** I set my hand and seal effective this 1st day of March 2012

By       _Derrick O' Roebuck_
            MANAGER

3

FBI302-147-0018

Date        03-05-2012
Recept Number 5270-98
Amount Paid   $330 00

# ARTICLES OF ORGANIZATION
## OF
## KYA CONSULTING, LLC

RECEIVED
MAR 05 2012
Utah Div of Corp & Comm Code



**THESE ARTICLES OF ORGANIZATION OF KYA CONSULTING, LLC** a Utah limited liability company, (herein sometimes referred to as the "Company"), are adopted for the purpose of forming a Utah Limited Liability Company, and made effective March 1, 2012 by the undersigned persons pursuant to the Utah Limited Liability Company Act

### ARTICLE I
#### COMPANY NAME

1 1      The name of the Company is Kya Consulting, LLC (herein the "Company")

### ARTICLE II
#### DURATION

2 1      Having commenced operations, the duration of the Company shall be ninety-nine (99) years from the date of filing these articles with the State of Utah Department of Commerce unless sooner terminated pursuant to law or the provisions of the Company's Operating Agreement

### ARTICLE III
#### GENERAL BUSINESS PURPOSE AND POWERS

3 1      The business purpose or purposes for which the Company is organized is to function as a business management and consulting entity, and to advance the general business interests of its members, including all of the protections under the law that are afforded to the Company and its Members in connection with the activities of the Company, and (a) to invest and reinvest the assets of the Company in, and to purchase or otherwise buy, acquire, hold, sell, transfer exchange, invest in, mange, finance, exchange or otherwise dispose of, or realize upon, stocks, bonds, mutual funds, partnership interest, certificates of deposit, commodities, and any other interest in business ventures and other securities and investments of all types and descriptions, (b) to purchase, own, lease, sell, exchange, develop and construct improvements upon, finance the acquisition, operation and development of, and the construction of improvements upon, to operate and maintain for any uses, and otherwise deal with and in, real property, or interest therein, wherever located, (c) to purchase, lease, sell, own, and operate, and to finance each acquisition and operation of, personal property, (d) to incur indebtedness, secured or unsecured, for any of the purposes of the Company, (e) to provide opportunities for Members to experience the operation and management of the business of the Company, (f) to pool Members' resources, (g) to provide for the orderly succession of ownership of real, personal, and other property, (h) any other purposes as are necessary to protect or enhance the assets of the Company, (i) other purposes as provided in the Operating Agreement and/or as decided by the Company management, and (j) to engage in any other lawful business activity permitted under the laws of the State of Utah and (k) to conduct business anywhere in the world

8255360

1

FBI302-147-0019

## ARTICLE IV
### REGISTERED AND DESIGNATED OFFICE AND AGENT

4 1     The designated office of the Company is located at 15 West South Temple, Suite 1000 Salt Lake City. Utah 84101   The name  street address  and signature of the Company's Registered Agent at such address are as follows

> Corvus Administration and Management
> 15 West South Temple. Suite 1000
> Salt Lake City  Utah 84101
>
> Signature of Registered Agent

## ARTICLE V
### MANAGEMENT

5 1     The Company shall be managed by a manager as further provided in the Company's Operating Agreement   The initial manager's name and address is

> Corvus Administration and Management
> 15 West South Temple. Suite 1000
> Salt Lake City, Utah 84101
>
> Signature of Registered Agent

5 2     Consistent with Utah Code §48-2c-802(2) and its subsections  the manager is an agent of the company for the purpose of its business and an act of the manager. including the signing of a document in the company name. for apparently carrying on in the ordinary course of the company business, or business of the kind carried on by the company. binds the company   The manager may. without any other authority granted, sign. acknowledge, and deliver any document transferring or affecting the company's interest in real or personal property. and such document signed shall be conclusive in favor of a person who gives value as a result of such transaction

5 3     [Intentionally left blank]
5 4     [Intentionally left blank]

## ARTICLE VI
### MEMBERS' AND MANAGERS' CONTRACTS

6 1     No contract or other transaction between the Company and any other corporation, company  partnership or individual, shall be affected by the fact that a member or manager of this Company is interested in  or is an owner. officer or director of such other entity   Any member or manager. individually or with others. may be a party to or may be interested in any transaction which this Company is interested   No contract or other transaction of this Company with any person. company  partnership or corporation shall be affected by the fact that any member or manager of this Company is in some way connected with such entity

2

FBI302-147-0020

## ARTICLE VII
### LIMITED LIABILITY

7.1     The members of the Company shall not be liable for a debt, obligation or liability of the Company and the private property of the members shall not be subject to the payment of any Company debts, obligations or liabilities to any extent, whatsoever.

7.2     Every person who now or hereafter shall be a Manager of the Company, in addition to all other rights to which such person may be entitled as a matter of law, under the Operating Agreement, shall be indemnified to the fullest extent permitted by the laws of the State of Utah against all reasonable costs, expenses and liabilities actually incurred by him or imposed upon him.

## ARTICLE VIII
### TRANSFER OF INTERESTS

8.1     After units have been issued by the Company, no transfer of said Units by any Member shall be binding upon the Company until the expiration of thirty (30) days after the Company, through its Manager, and each Member, shall have received written notice from the Member of the proposed transfer of sale. The notice shall state the number of Units proposed to be transferred, either with or without consideration, or sold, the price at which the proposed transfer or sale is to be made and the name of the prospective transferee or buyer. At any time during the thirty (30) day notice period, the remaining Members shall have the first option to purchase all of said shares at a price and terms equal to the price and terms offered by the prospective transferee or buyer. In the event two or more Members exercise their options to purchase, then each such Member so exercising his or her option shall be entitled to purchase the percentage of such remaining shares as is equal to the percentage which that particular Member's ownership in the Company bears to the total ownership of all of the Members exercising their options. This section shall be inoperative where the written consent of all of the Members at the time of such proposed transfer or sale is first had and obtained or where a gift of Units is being made by one Member to another Member of the Company or a transfer is made to an entity owned by the Member.

## ARTICLE IX
### SIGNATURE

10.1    A Manager shall sign these Articles of Organization.

## ARTICLE X
### AUTHORIZATION

11.1    These Articles of Organization were adopted, authorized, duly signed effective March 1, 2012 and filed in accordance with Utah Code §48-2c-409 on the date indicated by the official stamp of the State of Utah, Department of Commerce.

**IN WITNESS WHEREOF**, I set my hand and seal effective this 1st day of March 2012.

State of Utah
Department of Commerce
...ivision of Corporations and Commercial Doc.
hereby certifies that the foregoing has been filed
nd approved on this 5 day of Juuy 20 12
in this office of this Division and hereby issue~
This Certificate thereof.

:aminer_____ kA _Date 3|9|12

Kathy Berg
Kathy Berg

By: _____
Corvus Administration and Management
MANAGER

3

## Registered Principal Search

Search results for "derrick roebuck"

| Name | Address | Name of Entity | Entity Type | Position | |
|------|---------|----------------|-------------|----------|---|
| DERRICK O ROEBUCK | 15 W SOUTH TEMPLE STE 1000 Salt Lake City UT 84101 | CORVUS ADMINISTRATION AND MANAGEMENT, LLC | Limited Liability Company | Manager | Details |
| DERRICK O ROEBUCK | 15 W SOUTH TEMPLE STE 1000 Salt Lake City UT 84101 | CORVUS ADMINISTRATION AND MANAGEMENT, LLC | Limited Liability Company | Registered Agent | Details |
| DERRICK O ROEBUCK | 15 W SOUTH TEMPLE STE 1000 Salt Lake City UT 84101 | AK INDUSTRIAL MACHINE, LLC | Limited Liability Company | Registered Agent | Details |
| DERRICK O ROEBUCK | 15 W SOUTH TEMPLE STE 1000 Salt Lake City UT 84101 | AMERICAN LAND RUN, LLC | Limited Liability Company | Manager | Details |
| DERRICK O ROEBUCK | 15 W SOUTH TEMPLE STE 1000 Salt Lake City UT 84101 | AMERICAN LAND RUN, LLC | Limited Liability Company | Registered Agent | Details |
| DERRICK O ROEBUCK | 15 W SOUTH TEMPLE STE 1000 Salt Lake City UT 84101 | AK INDUSTRIAL MACHINE, LLC | Limited Liability Company | Manager | Details |

Total Results:6, page 1 of 1

of 1

3/1/2019 12:34 PM

FBI302-147-0022

## Registered Principal Search

Search results for "corvus"

| Name | Address | Name of Entity | Entity Type | Position | |
|------|---------|----------------|-------------|----------|---|
| CORVUS ADMINISTRATION & MANAGEMENT, LLC | 5526 W 13400 S #335 Herriman UT 84096 | PREMIUM NATURAL SUPPLEMENTS, LLC | Limited Liability Company | Manager | Details |
| CORVUS ADMINISTRATION & MANAGEMENT, LLC | 5526 W 13400 S #335 Herriman UT 84096 | PREMIUM NATURAL SUPPLEMENTS, LLC | Limited Liability Company | Registered Agent | Details |
| CORVUS ADMINISTRATION AND MANAGEMENT, LLC | 15 W SOUTH TEMPLE STE 100 Salt Lake City UT 84101 | KYA CONSULTING, LLC | Limited Liability Company | Registered Agent | Details |
| CORVUS ADMINISTRATION AND MANAGEMENT, LLC | 15 W SOUTH TEMPLE STE 100 Salt Lake City UT 84101 | KYA CONSULTING, LLC | Limited Liability Company | Manager | Details |
| CORVUS INTERNATIONAL INC. | 12162 S ANDREW VIEW CIR DRAPER UT 84020 | INFUSE MEDIA GROUP, LLC | Limited Liability Company | Member | Details |

Total Results:5, page 1 of 1

3/1/2019 12:36 PM

FBI302-147-0023

Case 2:17-cr-00037-FB-PMW    Document 559-33    Filed 04/24/19    Page 22 of 29

## Registered Principals

| Name | Type | City | Status |
|------|------|------|--------|
| CORVUS ADMINISTRATION AND MANAGEMENT, LLC | Limited Liability Company | Salt Lake City | Expired |

| Position | Name | Address | |
|----------|------|---------|--|
| Manager | DERRICK O ROEBUCK | 15 W SOUTH TEMPLE STE 1000 | Salt Lake City UT 84101 |
| Registered Agent | DERRICK O ROEBUCK | 15 W SOUTH TEMPLE STE 1000 | Salt Lake City UT 84101 |

If you believe there may be more principals, click here to View Filed Documents

Search by:    Business Name    Number    Executive Name    Search Hints

Business Name:

FBI302-147-0024

## Registered Principals

| Name | Type | City | Status |
|------|------|------|--------|
| AMERICAN LAND RUN, LLC | Limited Liability Company | Salt Lake City | Expired |

| Position | Name | Address | |
|----------|------|---------|---|
| Manager | DERRICK O ROEBUCK | 15 W SOUTH TEMPLE STE 1000 | Salt Lake City UT 84101 |
| Registered Agent | DERRICK O ROEBUCK | 15 W SOUTH TEMPLE STE 1000 | Salt Lake City UT 84101 |

If you believe there may be more principals, click here to View Filed Documents

Search by:    Business Name    Number    Executive Name    Search Hints

Business Name:

FBI302-147-0025

# Registered Principals

| Name | Type | City | Status |
|------|------|------|--------|
| KYA CONSULTING, LLC | Limited Liability Company | Salt Lake City | Expired |

| Position | Name | Address | |
|----------|------|---------|---|
| Registered Agent | CORVUS ADMINISTRATION AND MANAGEMENT, LLC | 15 W SOUTH TEMPLE STE 100 | Salt Lake City UT 84101 |
| Manager | CORVUS ADMINISTRATION AND MANAGEMENT, LLC | 15 W SOUTH TEMPLE STE 100 | Salt Lake City UT 84101 |

If you believe there may be more principals, click here to View Filed Documents

Search by:     Business Name     Number     Executive Name     Search Hints

Business Name:

FBI302-147-0026

# SKOUSEN

CALL NOW  800-601-8148

HOME        ABOUT OUR FIRM        LEGAL RESOURCES        PRACTICE AREAS        OFFICES

Telephone:    1-800-601-8148
FAX:            1-801-907-7241
rskousen@skousenlawfirm.com

wpeterson@skousenlawfirm.com

Of Counsel from Pearson Butler

Of Counsel from Pearson Butler

Of Counsel from Pearson Butler

glowe@skousenlawfirm.com

crfranklin@skousenlawfirm.com

rolsen@skousenlawfirm.com

Skousen Law, PLLC is headquartered in South Jordan, Utah. Our address is:
10808 S. River Front Parkway
Suite 310
South Jordan, UT 84095

Toll free: 1-800-601-8148
Fax: 1-801-907-7241

Our Lehi office is at Thanksgiving Point at the Thanksgiving Point Executive Suites Building. Meetings at this office are by appointment only.  Our address is:
2975 West Executive Pkwy
Suite 165
Lehi, Utah 84043

Toll free: 1-800-601-8148
Fax: 1-801-907-7241

Skousen Law, PLLC has of-counsel relationships with attorneys throughout Utah, including in Ogden, Utah. If you can't make it to our South Jordan or Lehi offices, call us and we will arrange to meet you at a location near you!

For more information or to set up a free initial consultation with one of our attorneys, you can fill out this form and provide us with some basic information about you and your question/problem. We will contact you shortly.

Full Name

Email Address

Phone

Respond By:

FBI302-147-0027

Skousen Law PLLC - Contact Us

Email

Phone

Comments

Skousen Law, PLLC © 2010-2015 |

This web site is designed for general information only.
The information presented at this site should not be construed to be formal legal advice nor the formation of a lawyer/client relationship.

FBI302-147-0028

# SKOUSEN

CALL 24/7 800-601-8148

HOME       LEGAL RESOURCES       PRACTICE AREAS       OFFICES

CONTACTS



Whether you are an individual or a large corporation, Skousen Law, PLLC has the experience and resources to help you solve your legal problem. The friendly and knowledgeable attorneys at our firm can help you with a full range of services. Whether you reside in Utah or California, we can assist you with your legal matters. We have assembled a team of attorneys, both regionally and nationally, so that no matter where you reside or conduct business, we can help you with all your legal issues. Call for your free, no obligation, initial consultation, twenty four hours a day at 1-800-601-8148. We welcome the opportunity to help you solve your legal question.



Mr. Skousen received his Juris Doctorate, *cum laude*, from the J. Reuben Clark School of Law at Brigham Young University in 1991. He is admitted to practice law in the states of Utah and California.

Mr. Skousen has had nearly twenty-five years of experience in the areas of: Commercial Transactions and Litigation, Corporate Law, Employment Law, Trademarks and Copyrights, Banking, Land Use, Zoning, Real Estate, Title Insurance, Public Policy, Government Regulation, Intellectual Property, Product Liability, Personal Injury, Wills and Trusts, and Bankruptcy.

Learn more about Mr. Skousen as well as the other attorneys currently associated with our firm, in their individual biographies. Skousen Law, PLLC is a highly qualified and expert legal team with experience in a wide range of practice areas.

FBI302-147-0029



10808 S. River Front Pkwy
Suite 310
South Jordan, UT 84095

2975 West Executive Parkway
Suite 165
Lehi, UT 84043

Phone: 800-601-8148

Skousen Law, PLLC © 2010-2015 |

This web site is designed for general information only.
The information presented at this site should not be construed to be formal legal advice nor the formation of a lawyer/client relationship.

FBI302-147-0030



FBI302-147-0031