# **Exhibit 34**

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription 10/31/2011

Attorney Sean Egan ("Egan"); work address: ▮▮▮▮▮▮▮▮ Salt Lake City, Utah 84111-2319; work telephone number: ▮▮▮▮-5181; email address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮; telephoned SA Saxey after SA Saxey had sent Egan emails[1] asking Egan for more information concerning a home that Rick Koerber had rented from Egan's client. During the telephone call (10/31/2011), Egan invited SA Saxey to Egan's office to review Egan's Koerber files. At Egan's office, Egan provided the following information and documents:

Koerber was recently charged in the Springville Justice Court, Utah County, State of Utah, in regard to seven misdemeanors involving the following: Improper Parking Nuisance; Nuisance Accumulation of Junk; Improper Storage Nuisance; Improper Accumulation; Nuisance Weeds and Unsightly Objects; Fire Hazard and Outdoor Storage and Display. A bench warrant was issued in the case. A three-page printout is attached and made part of this FD-302. The printout gives dates and details concerning the charges against Koerber.

Nancy A. Mismash ("Mishmash") is an attorney that is employed by the law firm of Robert J. Debry and Associates and can be reached at ▮▮▮▮-8915 (work). Egan represents Mishmash but grants the FBI permission to talk to Mishmash about her business dealings with Koerber.

Koerber and Jewel Skousen ("Skousen") rented ▮▮▮▮▮▮▮▮ Bluffdale, Utah from Mishmash for about one year. Mismash recently regained possession of her home from Koerber and Skousen. Egan believes that Koerber filed bogus documents and provided information to the Springville court in an effort to stay in Mismash's home. For example, after Koerber and Skousen were served with a Notice to Quit, Koerber claimed that Koerber had sent Mismash an e-mail, on July 9, 2011, that related to unresolved deficient conditions (Utah Fit Premises Action) at the subject property and that the Notice to Quit was issued in retaliation. Egan knows that Koerber did not send Mismash the July 9, 2011 email since the law offices of Robert J. Debry checked their computer

---

[1] Attached and made part of this FD-302.

Investigation on 10/31/2011 at Salt Lake City, Utah

File # 318E-SU-63343    Date dictated n/a

by Cameron E. Saxey/ces

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

318E-SU-63343

Continuation of FD-302 of __Sean Egan__ , On __10/31/2011__ , Page __2__

    system and found no evidence that Koerber had sent an email to Mismash.  The email should have showed up on Robert J. Debry's server as had previous Koerber emails to Mismash.

    A second example of Koerber's misconduct relates to utility checks that Koerber back dated to show the court that Koerber had paid utilities on or about August 12, 2011.  See exhibits "W" and "$S^2$" for proof that Koerber back dated utility checks that were not mailed until August 16, 2011.  Egan obtained an envelope from Bluffdale City that shows Koerber not mailing a check to Bluffdale City until August 16, 2011.

    A third example of Koerber's misconduct involves Koerber submitting an $3,546.52 invoice[3]; dated: July 18, 2011; from SC Construction, Inc.; to: Rick Koerber.  Koerber also provided the court with a one-page SC Construction, Inc. receipt[4] that showed that $3,546.51 in work had been performed on the subject rental property.  This receipt lists J. Belcher as the contractor and that SC Construction operated in Salt Lake City, Utah and Myrtle Beach, South Carolina.  Egan has searched various data bases and found no evidence to support that SC Construction operated in Utah or South Carolina and J. Belcher is not a licensed contractor in the greater Salt Lake City area.  Furthermore, after obtaining court permission to inspect the subject home, Egan found no evidence of work being performed as indicated on the SC Construction invoice.  During the inspection, Egan found extensive plastic piping that had been installed through walls to support two very large fish tanks and other damage to the home that was caused by abuse.  Egan obtained Koerber's bank records and found no evidence that Koerber paid for such an expense.

    After Mishmash gained possession of the subject rental home, Mismash found that she needed to repair thousands of dollars worth of repairs to include red ink that had been placed in the carpet in every room of the rental home.

---

    [2]  Attached and made part of this FD-302.

    [3]  Attached and made part of this FD-302.  The exhibits are marked as plaintiffs' Exhibit 1, page 5 of 6 and 6 of 6.  One is marked "PAID Jul 18 2011" and the other is marked "Estimate".

    [4]  Attached and made part of this FD-302.

FD-302a (Rev. 10-6-95)

318E-SU-63343

Continuation of FD-302 of   Sean Egan   , On 10/31/2011 , Page   3

       Attorney Ryan West worked with Koerber's attorney, Marcus Mumford.

       Koerber sent emails to Mismash from ▮▮▮▮▮▮▮▮▮▮

       Egan provided the following addition documents[5]:

1) Three-page Notice to Quit; dated August 1, 2011; marked Defendant's Exhibit "P". The notice lists items where Egan believes Koerber and Skousen broke the lease agreement;

2) One-page Three-Day Notice to Quit or Pay; dated September 22, 2010;

3) Two-page email involving Koerber and Mismash; dated March 4, 8 and 9, 2011. In the email, Koerber offers Mismash free and clear real estate as payment for rent. Koerber also talks about his radio revenue and money that Koerber is supposed to receive from New York Life in regard to his life insurance policy;

4) Renter Questionnaire; marked Defendant's Exhibit "D"; in the name of Claud R. Koerber and Jewel Skousen and indicates that $10,000 a month is Koerber's and Skousen's combined monthly gross income (before taxes);

5) Any Hour Electric, Plumbing receipt; unable to read the date of service; marked "Plantiffs' Exhibit 1"; listing Skousen as the customer; invoice #24904; and

6) Plaintiff's Motion to Dismiss; dated: July 22, 2011; case number: 110410475 to include a Verified Complaint (July 17, 2011) that contains the Residential Lease Agreement for the subject property and a First Amended Complaint (July 20, 2011).

---

[5] Attached and made part of this FD-302.