# Exhibit 35

FD-302 (Rev. 5-8-10)  - 1 of 4 -


**OFFICIAL RECORD**
Document participants have digitally signed.
All signatures have been verified by a certified FBI information system.

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    01/04/2013

    Tahna Leann Elwood ("Elwood"); Date of Birth: ▮▮▮▮ 1972; Social Security Account Number: ▮▮▮-▮▮-5371; home address: ▮▮▮▮▮▮▮▮▮▮, Herriman, Utah 84096 (▮▮▮▮▮▮▮▮▮▮); telephone number: ▮▮▮-▮▮▮-3471; was contacted in regard to Elwood and her husband (Steve) renting their home, located ▮▮▮▮▮▮▮▮▮▮ to Rick Koerber ("Koerber") and Jewel Skousen ("Skousen"). Prior to the interview, Elwood contacted an employee at the United States Attorney's Office and indicated that she wanted to tell law enforcement about her dealings with Koerber. By way background, in December 2012, SA Saxey was contacted by AUSA Barbara Bearson and asked to contact Elwood. SA Saxey initially contacted Elwood's husband who indicated that his wife had more information than he. After telephoning Elwood and setting up an interview time and place, Elwood provided the following information and documents:

    In February 2009, Elwood and her husband purchased ▮▮▮▮▮▮▮▮▮▮ After about two years, Elwood and her family decided to move in with her mother to save money, be able to help her mother and allow Elwood to attend college.

    In the summer of 2011, the Elwoods hired Real Property Management ("Real Property") to lease out their home. The Elwoods thought that a property management company would properly screen possible lease applicants and select a family that would take care of their home and be able to make lease payments each month. On September 1, 2011, Real Property leased out 4863 River Chase to Koerber and Skousen for two years at $2,300.00 a month. Real Property charged eight percent a month for their management services. Real Property told Elwood that Koerber had good credit but had had a prior problem with a landlord dealing with the Koerbers (Koerber and Skousen) having a new baby. The old landlord felt that with a new baby the Koerbers had too many children in the home. The Elwoods were not concerned about how many children the Koerbers had. The Elwoods did initially allow the Koerbers to have one dog. At a certain point, the Elwoods changed the rule from one dog to two dogs but never gave permission for more than two dogs.

    The Koerbers paid their rent for about the first 10 months but were late about 80 percent of the time. The Koerbers paid their rent through Real Property.

---

Investigation on  01/02/2013  at  Salt Lake City, Utah, United States (In Person)

File #  318B-SU-63343                                                          Date drafted  01/04/2013

by  SAXEY CAMERON E

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FBI302-174-0001

318B-SU-63343

Continuation of FD-302 of  Interview of Tahna Elwood                        , On   01/02/2013  , Page   2  of  4

    The Koerbers allowed Koerber's terminally ill mother to also move in with them. Over time, the Koerbers had six dogs at ▓▓▓▓▓▓▓▓▓▓▓▓. When the Koerbers moved in, the Koerbers placed two very large life sized lions in front of the home, which clearly violated HOA rules. The Elwoods spoke with the HOA and agreed that the Koerbers needed to be fined for the lion violation as well as many other violations that came after the lion violation. Some of the other violations dealt with chicken wire in the back yard, metal fencing for a dog run and piles of dog feces on the back deck of the home. These violations were in public view due to a public walking path being behind ▓▓▓▓▓▓▓▓▓▓▓▓. When leased, the Koerbers agreed to live by the HOA rules. The dog feces and dog urine smelled so bad that one neighbor told Elwood that they could not use their backyard because of the strong smell. In general, when contacted about the problems, the Koerbers would make excuses, would clean up the dog feces but then let the feces build up again.

    The neighbors and LDS Church ward members knew the Koerbers by Rick and Jewel "Franklin" and some of the children used the last name of "Fish." From neighbors, the Elwoods learned that the Koerbers did not hold LDS Church positions and only attended church services on occasion. Elwood was told that Skousen once bore her testimony in church and indicated that Koerber was innocent.

    Problems were common during the years that the Koerbers lived at 4863 River Chase. Initially, the Koerbers reimbursed the Elwoods for HOA fines but when asked to leave, the Koerbers caused thousands of dollars worth of damage to the home and would no longer pay rent and HOA fines. The Elwoods believe the Koerbers caused damages at over $21,000, which is only an estimate that does not include labor and emotional damages.

    Real Management Attorney David L. Fisher ("Fisher") handled the legal process to evict the Koerbers. Elwood will send pictures, legal documents and emails to SA Saxey to support her claims. Fisher has worked hard to evict the Koerbers. Fisher was not involved when Real Management rented ▓▓▓▓▓▓▓▓▓▓▓▓ to the Koerbers. Elwood and her husband are considering bringing suit against Real Management for not properly screening the Koerbers. At a minimum, Real Management should have performed a credit check and "Google" search in relation to the Koerbers. If they would have they would have found that the Koerbers have not been trustworthy in the past.

    In November 2012, the Elwoods finally regained possession of ▓▓▓▓▓▓ ▓▓▓▓▓▓ and found that the Koerbers had caused serious damage to their home. The following are some of the items they found damaged:

318B-SU-63343

Continuation of FD-302 of  Interview of Tahna Elwood  , On  01/02/2013  , Page  3 of 4

1) Dog urine and feces on the basement carpet as well as the master bedroom carpet, located on the main floor. When the Elwoods first entered the basement area, they had to wear masks because the smell of urine was so strong. When they pulled up the carpet, the bottom of the carpet was soaked in urine as well as covered in dog feces;

2) Holes in the main floor as well as 12" by 12" holes in the basement ceiling. Elwood believes the holes were cut so Koerber could install a large aquarium. Many plastic pipes were left in the ceiling area;

3) Holes in the drywall;

4) The Koerbers un-plugged the water softener, which caused hard water stains on appliances and other areas. The Elwoods paid for the rental of the water softener and were upset that the Koerbers did not use the water softener. Elwood has tried and tried to remove the hard water deposits but has not been successful;

5) Shower heads, keys, garage door openers and other items were not returned to the Elwoods; and

6) One hole was drilled in the outside stucco. Elwood thinks that Koerber installed a camera in the hole.

From talking with neighbors, Elwood learned that the Koerbers moved out in late October 2012 but allowed their six dogs to remain inside of ▆▆▆▆▆▆▆▆▆▆ for about a month. Neighbors indicated that Koerber often showed up at the home in November 2012 to feed the dogs but did not live in the home the last month the Koerbers had possession.

Elwood thinks that the Koerbers now live close to a Herriman high school or a Herriman middle school.

Elwood's husband used to attend Herriman city council meetings to make sure that Koerber was not elected to any type of office. Koerber used to attend the Herriman meetings and make comments. Over time, neighbors learned Koerber's true name and learned about Koerber's past.

Elwood heard rumors that Koerber's children were involved in some sort of abuse at school. Elwood does not know the nature of the abuse.

Elwood found that the Koerber's electricity bill was once over $600.00 a month. The month could have been October 2012.

At one point, Koerber threatened to file a lawsuit against the Elwoods for emotional stress they had caused the Koerbers and for almost killing

FD-302a (Rev. 05-08-10)

318B-SU-63343

Continuation of FD-302 of Interview of Tahna Elwood , On 01/02/2013 , Page 4 of 4

Koerber's mother. Koerber believed that the Elwoods caused great stress to Koerber's mother that could have caused Koerber's mother to die.

If asked by Fisher, Elwood will authorize SA Saxey to obtain any documentation involving Koerber that the management company has in their possession.

The Koerbers left behind a number of computer components. Elwood asked if SA Saxey wanted the components. SA Saxey said no.