# **Exhibit 35**

**From:** Claud Koerber
**To:** trevorhoward
**CC:** thekoerbers
**Sent:** 11/20/2007 9:54:00 PM
**Subject:** Friendship & Deception

Trevor,

I thought it best to write you via email since I fear a personal interaction might not result in me expressing my thoughts as completely as I would like. Let me start of by saying I had been hoping to speak to you soon because I have been concerned about your stress level and given what I've heard around the office what I thought you might have misunderstood about what has been happening with employees. So, I was planning on dropping you a note to let you know that I had taken the liberty to locate a retail investor for your real estate investment property which is currently in New Castle's stewardship. This will free you from that obligation soon, and eliminate the stress of that situation and financial responsibility. I anticipate this will be done before the end of the year. I also wanted to talk to you about taking over as the art director since a) Jonathan and you have not been working well together, b) I have other assignments for Jonathan to do, and c) I think the work you do is exceptional.

I learned today that Steve Freestone had talked with you yesterday, and learned that you were still interested in working here. I was glad to hear that and had been very surprised that you had not yet approached me on the subject. Nevertheless, everything changed for me today when an email was brought to my attention that you or Jen had apparently sent to an attorney seeking advice on your investment with Hunters Capital. I have to say, upon reading the message that was sent I feel hurt and deceived. I am very surprised at what was said in that email and the fact that neither you nor Jen has had the courtesy to even approach me on the topic is beyond my understanding. I feel like I've been very open and honest with you and have never deceived you. I feel however, like you have been deceiving me. Let me explain. I think its best if I go through this email – line by line – so you can understand my perspective.

In the email to Mr. Tichy –

**** You Wrote ***
My bother's law professor recommended you and so I'm wondering if you can help us.

*** My Response ***
It is odd to me that your brother (or brother in law, I guess) and his law professor seem like better contacts to approach for help than your friend and employer.

*** You Wrote ***
About 18 months ago we lent a large amount of money to an individual that paid 3% monthly ROE. The company is headed by a Mr. Paul Bouchard (Hunters Capital, LLC) and they in turn lend the money to another company – Founder's Captial, LLC (AKA. Franklin Squires).

***My Response ***
This mischaracterization seems inexcusable to me. First, I have clarified this matter at least 3 times in public company meetings where you were present, I have clarified the matter to you in personal conversation, and you have not ONE time expressed to me doubt or confusion on the subject afterwards. For you to misrepresent this matter to an attorney in the business community not only hurts my reputation and the reputation of FranklinSquires but it further complicates my efforts to solve matters with Hunters and the State Regulators. That this is not obvious to you, and so obviously not in your best interest is surprising to me to say the least.

For the record...

1. I did not every encourage you to loan money to Hunters.
2. You did not ask my advice in advance, nor tell me afterwards about your investment.
3. I repeatedly discouraged anyone who asked me between 2005 and 2007 not to invest in Hunters.
4. 100% of the money invested in Hunters did not go to Founders Capital – which I have explained publicly and to you personally.
5. Founders Capital is NOT "also known as" Franklin Squires. This is something I have clarified repeatedly and for you to suggest otherwise is deceptive and dishonest. Founders is a different company, has different owners (though

RK-EMAIL-047329

FranklinSquires is AN owner, and on a side note – if you had approached me about investing, if it would have seemed like a good idea (which I doubt that it would have) I would have suggested that you invest through a FranklinSquires partner – after having done some specific due diligence and risk management – and your investment would have been a lot more secure and redeemable).

\*\*\*You Wrote\*\*\*
The President of both of those companies is Rick Koerber.

\*\*\*My Response\*\*\*
Why does this matter? I have nothing whatsoever to do with the money you loaned to Paul. I do not know what he did with that money and have no power or decision making authority over Hunters. Secondly, if it is relevant it is because I am your employer and your friend and personally offered to do what I could to buy your note from Hunters as soon as such arrangements could be legally provided for. You have NEVER followed up with me with even a question since I suggested that. So, all this does is further tarnish my reputation in the business community which is rather dumb since its ME who you and your family have been depending upon to help you out of this situation directly or indirectly.

\*\*\*You Wrote\*\*\*
For the past 6 months they have not paid any interest and have not been able to re-pay the principle. Both individuals are being investigated by the Utah Division of Securities (Michael Hines etc.)

\*\*\*My Response\*\*\*
Three things. First, I've been honest and up front with you about this. Second, I can't believe you actually lump me into the same category as Paul Bouchard on this. Third, Michael Hines is not, to my knowledge, investigating me personally, and has said repeatedly, and I have communicated to you and the company that he has NO evidence that I have done anything against the law or in violation of any rule.

\*\*\*You Wrote\*\*\*
The money appears to be spent in real estate acquisitions, and investing in various other companies like iceberg restaurants and main street movie co. (Richard Dutcher).

\*\*\*My Response\*\*\*
Paul Bouchard and Hunters Capital have not, to my knowledge, ever invested in real estate or iceberg or main street movie co. You can try to make this seem like you invested money with me or with FranklinSquires but you did not, and that was your choice. You choose to make whatever association you want, but the facts are the facts and as I mentioned before you did not choose to involve me AT ALL in your decision. I would have been happy to help you get involved in Iceberg or in the Movie investment. But that was not the case.

\*\*\*You Write\*\*\*
I know Mr .Koerber personally but that has not helped the situation.

\*\*\*My Response\*\*\*
This is a lie. I personally took the time to help you in this situation. I told you I was looking into what it would take legally to buy your note from Paul so I could pay you out. Also, you have had constant opportunity to visit with me. But, what I think you mean in the underlying unspoken sense of this statement is that you know me but you still haven't gotten your money back. The implication is that somehow I owe you. That is not only dishonest, but I resent that you make me out to be some kind of failed investment decision on your part. If you would have done what I advise on a regular basis, if you would have taken the amount of time and energy it took to write this email you would not have been in this situation. Yet, you insult me – and I don't understand why.

\*\*\*You Wrote\*\*\*
I know that Mr .Koerber is very desperate for cash despite reportedly having more than 100 million dollars of other people's money…

\*\*\*My Response\*\*\*
Is this how a friend deals with another friend? You did not ever once have the decency to tell me you didn't believe my representation nor did you give me any reason to believe that you felt misled. Quite the opposite is true Trevor. I have never misled you. You have misled me by continuing to work here every day and by continuing to associate with me as normal, while behind my back gossiping, spreading falsehoods, and being negative. What is it that makes you think I am "desperate" for cash. For your information it has been MY PERSONAL CASH that has been paying your salary – while you've been deceiving me. You have been paid what you were owed by me personally, and the only area where any of my businesses has affected you financially in any negative way is New Castle Holdings, LLC – which we discussed and which on balance is still a profitable transaction for you. During that discussion we had about New Castle and that property, I leveled with you about the situation,

counseled you how to handle the situation and promised you I would make you whole and am in the process of doing that. But, if you want to make up stories about me so that you can get the sympathy of others – and think that is going to help your case – I can not see what your logic is.

\*\*\*You Wrote\*\*\*
…which leads me to believe that the monies are tied up in non-liquid investments and/or wasted.

\*\*\*My Response\*\*\*
You have never one time confronted me about thinking I had wasted your money. But, of course this would be because I don't have any of your money. For the record, our financials – as have been given to all of our investors and to the regulators you mention, including Paul Bouchard – speak to the contrary. You have not even asked me for this information.

\*\*\*You Wrote\*\*\*
So I would like to find a way to recover our monies and find out what our options are.

\*\*\*My Response\*\*\*
This has got to be the most ridiculous statement in the entire message. How in the world is an attorney going to help you get money from Paul if he has none? A lawsuit only costs you money and makes the attorney money. Do you plan on suing me – besides being dishonest and immoral, if my resources are "non-liquid or wasted" as you imply – how is an attorney going to magically make them liquid or unwasted? Again, all he can do is charge you money and create more distractions for me successfully running my business. And, why in the world on NOVEMBER 15th Trevor – are you talking to an attorney before even showing me the least bit of good faith or belief? What have I done that has so convinced you that I am your adversary in this situation? How do you think any of the present difficulties I face in business are going to be overcome by you creating more difficulty?

Stop and pause for a minute. Let's assume you do get an attorney. Let's assume you do pay him to sue me or threaten do sue me. Do you think an attorney can convince me to do something more than a friend can do? Do you think this is what it takes to get me to act on your behalf? Really? The fact that you think so low of me is startling and hurtful.

I have given you so much opportunity. You may not care to recognize it and you may want to make this about me and tell yourself and your wife about all my weaknesses and shortcomings, but I've never pretended to be without weakness or shortcoming. Before you were working for me you were not happy, making scrapbook related products if I remember.

You even have used your association with me and resources I provided (though unauthorized to do so) to moonlight and make money from my business associates. How I allowed myself to be so blinded by your fake pretension is embarrassing. To think you have even filed for unemployment while at the same time trying to tell Steve that you still wanted to work here – and then to think that you would say that while telling an attorney you question my integrity and the legitimacy of the very business that you've been supposedly supporting. Oh, and at the same time to be sneaking (unauthorized) into the office at the very early hours of the morning to retrieve stuff off of your workstation – as if you couldn't just ask me as your employer or as your friend – is insulting and disappointing. It certainly speaks volumes more than you could ever say about your level of trust and respect.

Well, with friends like this its no wonder things have proven so difficult in recent months. Good luck Trevor, I hope you can find a way to be happy with your life.

I will not be helping you with your situation with Paul Bouchard. Why would I continue to work hard to help a friend, who is only working to pursue his interests against mine? I will not be extending you another job opportunity. Your "open invitation" to remain employed here is closed, and I will fight your unemployment claim based upon the factual merits of the case – namely your using company resources while on the company pay, to look for other employment and your unauthorized access to the building and our computer network. I will certainly not be trusting you any time soon as someone who supports what I'm trying to accomplish and will not be paying you any more time or effort. While I have to acknowledge that deep inside there is love and friendship based upon the passed – I have no idea at present how to rectify the two. I still feel in shock at all I've learned in the past few hours.

I will however disentangle myself from your financial life where our paths still do cross. New Castle Holdings, LLC will refinance the property where you've been the preferred buyer or sell it to make sure your underlying loan is paid off in full. I expect to have this accomplished within weeks – I will certainly do everything I can to get it done before the end of the year. I will not however be the contact for anything related to this transaction. My feelings are too raw to want to interact with you in any direct way. Hurt, is too bland of a term to express the betrayal I feel. There is nothing I would not have done to try to assist you in taking care of your family – as my employee and as your friend.

I'm sure given the obvious distrust and disrespect manifest in your actions towards me that you too must feel negative and withdrawn. It all seems so ridiculous to me. Maybe time will heal this very fresh wound, but you should know – in my mind

disloyalty is one of the most difficult things to overcome.

I hope you find something useful to do with your time and amazing talent. I do hope the best for you and your family.

Surprised and Disheartened,

Rick

RK-EMAIL-047332