# **Exhibit 38**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )
)
CLAUD R. KOERBER, also ) Case No: 2:17-CR-37
known as Rick Koerber, )
)
Defendant, )
___________________________ )
)

BEFORE THE HONORABLE ROBERT J. SHELBY

SEPTEMBER 7, 2017

JURY TRIAL
PAGES 1868-2063

Reported by:
KELLY BROWN HICKEN, RPR, RMR
801-521-7238

11:15:29
11:15:37
11:16:03
11:16:22
11:16:51

individuals.

Q. Including Mr. Koerber?

A. Sure.

Q. And what did that mean to you?

MR. MUMFORD: Can we get a little more foundation on that?

THE COURT: Overruled.

Q. BY MR. WALZ: What did that mean to you, Mr. Anderson?

A. That meant that if I created an entity that was going to be a bank that just like a bank would work, there would be depositors, there would be loans made, there would be interest earned. That's essentially what it meant.

Q. And was Mountain Peaks what you considered to be like a bank, then?

A. No.

Q. Okay. Do you know whether Mr. Koerber knew that you were getting money from friends and family that Mountain Peaks put into Founders Capital?

A. I don't recall if he did or not.

Q. Do you know Paul Bouchard?

A. Yes.

Q. Who was Paul Bouchard?

A. Who was Paul Bouchard to me? I don't know what you mean.

Q. Was Paul Bouchard -- do you know where Paul Bouchard officed? Let's start there.

A. Yes.

Q. Where?

11:16:59 A. He had an office in the building at 85 East Bay in Provo.

Q. And was he running a business out of this office?

A. I believe so, yes.

Q. Do you know what the business was?

11:17:10 A. I never dealt with him, but I think it had something to do with loans. Mortgages.

Q. And did you ever have a conversation with Mr. Koerber about Mr. Bouchard putting money into Founders Capital?

11:17:34 A. I don't think I had a conversation specifically about him putting money into Founders Capital.

Q. Did you have a conversation with Mr. Koerber where that subject came up or you talked about it?

A. I think we had a conversation when Paul Bouchard 11:17:55 was -- I'm not sure what stage it was at, but where he had got into some difficulties with regard to the way that he was transacting business.

Q. And did you talk to Mr. Koerber about that?

A. Briefly.

11:18:14 Q. Do you recall when that was?

11:18:27

11:18:49

11:18:59

11:19:21

11:20:26

A. I don't.

Q. Do you recall where that conversation was?

A. It was in FranklinSquires offices.

Q. And what was said and by whom?

A. I think at that time we were talking about Paul Bouchard had been offering a finder's fee of some sort for people to bring in clients to him.

Q. Bring in clients to what?

A. Bring in clients to Paul Bouchard.

Q. All right. And what did Mr. Koerber say about that?

A. He said it was, I can't remember his exact words, but the gist of the conversation was that it was a stupid practice.

Q. Did he say anything else regarding Mr. Bouchard bringing in money and getting a finder's fee?

A. I don't recollect specifically. I think there was some conversation about the money that Paul brought in was helpful.

Q. Helpful to whom?

A. To the organization.

Q. Did he say anything about mentioning -- did he mention Founders Capital specifically in this conversation?

A. I can't remember.

MR. WALZ: May I approach, Your Honor?

THE COURT: Yes.

Q. BY MR. WALZ: Mr. Anderson, I'm handing you what purports to be an interview you had with a number of people from the United States in the presence of your lawyer on April 9th, 2009. Would you take a look at Paragraph 9 and just read it to yourself, please. And let me know when you're done reading it, please.

(Time lapse.)

Q. BY MR. WALZ: Have you finished reading that?

A. Yes.

Q. And let the record reflect that I'm taking that document back from you.

Does that refresh your recollection as to whether anything was mentioned about Founders Capital during the conversation we've been talking about with you and Mr. Koerber about Mr. Bouchard?

A. Yes.

Q. And what is your recollection?

A. That there was a conversation about Paul Bouchard and others getting money in various ways in their businesses and loaning that to Founders Capital.

Q. But you recall Mr. Koerber saying Mr. Paul Bouchard was an idiot for doing it the way he did?

A. Yeah. I can't remember if he said specifically idiot, but that's what it says so I have to go with it, I

guess.

Q. And did Mr. Koerber say anything about whether it was beneficial for Founders Capital to receive the money from Mr. Bouchard?

11:22:38 A. Like I said before, I think he said it was good. It was needed.

Q. All right.

A. Or helpful.

Q. Thank you.

11:22:46 If I may have just a moment?

(Time lapse.)

Q. BY MR. WALZ: The money that New Castle got from Founders Capital, what terms was that under?

A. I don't know that there was ever terms discussed.

11:24:01 Q. Was it -- did you as head of New Castle consider it to be a loan?

A. I don't know that we ever really had any discussion about what that money was or how it came or what the terms of it were.

11:24:23 Q. May we show the witness Exhibit 61, please, not introduced?

And this is a several-page document. If it would be more convenient for you, Mr. Anderson, there's a binder behind you that would have Exhibit 61 in it in paper form or

11:24:50 you can look at it on the screen. We'll just page through it

STATE OF UTAH )
) ss.
COUNTY OF SALT LAKE )

I, KELLY BROWN HICKEN, do hereby certify that I am a certified court reporter for the State of Utah;

That as such reporter, I attended the hearing of the foregoing matter on September 7, 2017, and thereat reported in Stenotype all of the testimony and proceedings had, and caused said notes to be transcribed into typewriting; and the foregoing pages number from 1868 through 2063 constitute a full, true and correct report of the same.

That I am not of kin to any of the parties and have no interest in the outcome of the matter;

And hereby set my hand and seal, this ____ day of _________ 2007.

______________________________________
KELLY BROWN HICKEN, CSR, RPR, RMR