# Exhibit 39

**BLOCK A: INFORMATION ABOUT YOU**

RECEIVED
JUN 1 5 2009
Utah Department of Commerce
Division of Securities

Block A(1) -- Your Name

[redacted]

Block A(2) -- Your Home Address

[redacted] Spanish Fork, Ut 84660
Street Address / City and State / Zip Code

Block A(3) -- Your Phone Numbers

Home: (   ) _____    Business: (   ) _____

Cell: [redacted] 4112 [redacted]
      7594-[redacted]

**BLOCK B: INFORMATION ABOUT YOUR INVESTMENT**

Block B(1) -- Nature of Investment. In your own words, briefly state what kind of an investment you bought or thought you were buying. For example: a stock; a bond; a note; an investment contract; a limited partnership; an oil, gas, or mining title or lease; a commodity contract or commodity option, etc. If you're not sure what kind of security (if any) you were offered, please state so. Please also state how many shares, items, units, etc., you bought or thought you were buying.

We thought we were buying an opportunity that would secure our financial future. We thought we were investing in a real-estate investment company that was very profitable and successful and by all outward appearances it was. We thought & were told that it would provide us with lifetime income. We felt very priveleged to be a part of the company

FBI302-111-0001

*Block B(2) -- Person Making Initial Contact:*  What are the name, address, and phone number(s) of the person who initially contacted you about your investment?

*He doesn't know I have contacted you!*

███████████████████████████████████

*Last Name / First Name / Middle Initial*

He has moved to his wife's aunts house in Center Creek, Heber.

*Street Address / City and State / Zip Code*

Home: (Heber City  84032   Business: (  )

Cell: ████████ 0087

SRS Investments

*Any Title And/Or Company Name Used By This Person*

*Block B(3) -- Form Of Initial Contact.*  How you were initially contacted about your investment by the person identified in Block B(2) above?  Check one of the following:

[ ] By phone  [ ] By mail  [ ] By telegram  [ ] By Fax  [X] In person  [ ] Other

If Other, explain below:

_____
_____
_____
_____
_____
_____

*Block B(4) -- Where Contact Originated:*  If you were initially contacted by phone, mail, telegram or fax about your investment, by the person identified in Block B(2), do you know from where the message originated?  If so, please give this information below.

_____

*City / State or Province / Country*

3

*Block B(5) -- Date Of Contact:* On what date did the person identified in Block B(2) initially contact you?

__about August 2006__
Month/Day/Year

*Block B(6) -- Place of Contact:* Where were you when initially contacted by the person identified in Block B(2) about your investment? Give the location below.

__Our home in Orem ████████ Orem, Ut 84043__
City / State or Province / Country

We were forced to sale this home because we were no longer able to make payments

*Block B(7) -- Payment For Investment.* How much did you pay for your investment (if anything) and in what form did you tender payment? Check one of the following.

~~2500~~   Balance
[ ] Cash  [X] Check  [ ] Money order  [X] Wire transfer  [ ] Trade  [ ] Other

Amount (in U.S. Dollars): $ __164,000__ + about 50,000 because of 164,00
Costs incurred from not being able to withdraw the
+ I continued to

*Block B(8 -- Payment was made payable to whom:* Who did you make payment to for your pay out of the investment? On what date did you make payment? Where was the payment made or sent to (if made by wire transfer or mailed)?

from my savings account until I had used all my personal funds.

__SRS Investments__

*Block B(9) -- Other Contacts:* In connection with your investment, have you been contacted by any other person or office? If so, please give specifics below.

No, But I am also not sure about the question

4

**BLOCK C: WHY YOU'VE MADE A COMPLAINT TO THE DIVISION**

*In the space provided below, please explain why you've made this complaint to the Utah Division of Securities. To help organize your thoughts, answer the following two questions: (1) What was the investment deal you made or thought you made?; and (2) If you think you have been treated unfairly as a result of this deal, why do you feel that way? Please give full details of who, what, when, where, why, and how. Try to write down the exact words of persons identified in Block B(2) and B(9). It's better to give too much detail than too little. Please feel free to continue your response on page 8 of this complaint form, if necessary.*

This is very difficult for me because it was ▓▓▓▓▓▓▓▓▓▓ who introduced us to Founders Capital, Sonny Jensen, Rick Koerber, & Franklin Squires. ▓▓▓ had worked with Sonny Jensen at Comcast before he ▓▓▓ was called to serve in Iraq for 18 months. I believe that while in Iraq, ▓▓▓ was in contact via e-mail with Sonny. Sonny informed ▓▓▓ about the money he was making with Founders Capital and so shortly after ▓▓▓ return he visited with Sonny and another former Comcast friend - Coby. (I can't remember his last name.) Both appeared to be making a considerable amount of money and sold ▓▓▓ on the opportunity. ▓▓▓ attended Franklin Squires ~~teaching~~ school and began attending their seminars and was really sucked in. ▓▓▓ finances were really deprived while in Iraq so he was very excited to make some money to get his family going again. He was also (however we did not know at the time having some serious problems created by his time in Iraq.) About this same time, my husband, ▓▓▓ began showing signs of stress and memory loss. ▓▓▓ being concerned for

pg 8

5

**BLOCK D: WITNESS(ES) TO YOUR STORY**

*Do you know of any witness(es) who can verify any of the information you've provided in Block C in regards to this complaint? If so, please provide their names, addresses, and phone numbers below. Also indicate what information they can provide to the Division and whether they were present when the person(s) identified in Blocks B(2) and B(9) spoke with you about your investment.*

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ Heber City, UT 84032 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬ was present when we met with Sonny Jensen in Sonny Jensen's office

**BLOCK E: OTHER VICTIMS:**

*Do you know of any others who have been victimized in an investment transaction involving persons identified in Blocks B(2) and B(9) of this complaint? If so, please give their names, address, and telephone numbers below.*

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ South Weber, UT 84405

▬▬▬▬▬ 9672

▬▬▬▬▬▬▬▬▬▬▬▬ Provo, UT 84604

▬▬▬ 1530

▬▬▬▬▬▬▬▬▬▬▬▬▬ Las Vegas Nevada 89135

**BLOCK F: SELF-HELP**

*Block F(1) -- Complaints To Other Agencies:* In connection with the subject matter of this complaint, have you contacted any other state or federal agency? If so, please give this information below.

___no_____
Agency Name / Person Contacted / Phone Number

*Block F(2) -- Private Legal Action.* In connection with the subject matter of this complaint, have you commenced a lawsuit against any person? If so, please give this information below.

___no_____
Defendant's Full Name / Court Where Filed / Docket Number

_____
Your Attorney's Name / Law Office Phone Number

**Certification**

BY SIGNING BELOW, I certify that the information I've provided in this complaint is true to the best of my knowledge. If the Division of Securities determines that the subject matter of this complaint is more appropriately within the jurisdiction of another agency of the State of Utah, or an agency of the U.S. Government, I hereby grant permission to the Division to forward this complaint to that agency for any action it deems appropriate.

[REDACTED]            06/09/09
Complainant's Signature / Date

*[ Continuation blocks are provided on the reverse side of this page ]*

FBI302-111-0006

Continuation Blocks

The following is a continuation of Block _____:

his health suggested we invest as well therefore allowing ▮ to retire at 62 and have enough to cover the house payment & to purchase insurance, because he would not be eligible for Medicare for three years. It was a very difficult decision for us because we have never had a lot of money, but also felt that maybe this was an answer to our prayers. ▮ was diagnosed with Early Onset Alzheimers a short time later. We were promised a 2% return on our investment and we did receive payment for nearly a year.

The following is a continuation of Block _____:

I got really nervous because we had to borrow money on our home to come up with the money originally - When I tried to get my investment back as was promised by Sonny Jensen, I could not. All payments stopped a short time later. I have contacted Rick, but he said he did not have a contract with me. I disagreed because the paper trail leads directly to Founders Capital which he owns. We have lost everything - our home & retirement. Luckily we are now on Social Security & I still work part-time. We need our money back. It will be necessary for me to quit my job in a short time as ▮ health declines and you do not live with your children, who have children of their own when your husband (our)