# Exhibit 40

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription  10/19/2009

      Garth Dee Allred ("Allred"); Date of Birth: April 1, ▮▮▮▮; home address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Mapleton, Utah; work telephone number: ▮▮▮▮▮-2002; was contacted in regard to Allred's dealings with Rick Koerber ("Koerber") and FranklinSquires. Prior to today's contact, Allred and interviewing agent spoke a few times on the telephone in order to set up an interview time. Allred also sent interviewing agent an e-mail asking if interviewing agent had time to talk to Allred. After being advised of the identity of interviewing agent and nature of contact, Allred provided the following information:

ESG & ALLRED'S BACKGROUND

      Allred has a Master of Accounting from Brigham Young University. Allred has been a controller and/or the Chief Financial Officer for two companies in the past. Allred is currently the controller for Familylink.com. In 1997, Allred and others[1] formed Employee Solutions Group ("ESG") and was based out of Provo, Utah. Craig Allred is Allred's brother and also worked at ESG. In 2007, ESG was sold. ESG provided payroll services, Human Resource consulting and benefit packages to businesses.

MET KOERBER

      In about Spring 2006, Koerber moved into Allred's Springville LDS Church ward. Koerber lived at the end of a cul-de-sac above the high school. Koerber told Allred that Koerber invested in real estate and Allred told Koerber about ESG. In response, Koerber told Allred that Koerber might have some work for ESG in the future. In about the summer of 2006, ESG and Koerber worked out an arrangement where ESG would perform the following payroll related services for Koerber's companies:

      1) Payroll through a co-employment situation. FranklinSquires related employees would be issued numerous payroll checks and W-2s from ESG and Koerber would issue one check to reimburse ESG;

---

[1] To include Craig Allred and Dee Henderson.

Investigation on  10/19/2009  at  Salt Lake City, Utah  (telephonically)

File # 318E-SU-63343  Date dictated  n/a

by  Cameron E. Saxey/ces

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FBI302-004-0001

FD-302a (Rev. 10-6-95)

318E-SU-63343

Continuation of FD-302 of  Garth Dee Allred  , On 10/19/2009 , Page 2

    2)   Administer employee benefits;

    3)   Handle payroll taxes; and

    4)   ESG charged Koerber's companies 1% to 1 1/2% of gross payroll to perform payroll services for Koerber's companies.

Koerber's companies consisted of the following entities:

    a)   American Timber Craft - The company had many problems including being mismanaged. Their bi-monthly payroll was about $120,000.

    b)   VIP Media - Pete Hansen ("Hansen") was involved with this Koerber company and spent about $20,000 in payroll expenses twice a month; and

    c)   Koerber's other companies had a bi-monthly payroll of about $150,000.

In total, at the peak, Koerber's companies payroll (a-c) was between $500,000 and $600,000 a month. When Koerber reimbursed ESG, the 1% to 1 1/2% fee was added to the amount paid.

AMERICAN TIMBER CRAFT

In about July 2007, ESG issued American Timber Craft payroll checks and received a reimbursement check for about $120,000 in exchange that bounced. Allred telephoned Koerber and Koerber told Allred to not tell anyone but Koerber would reimburse ESG the money for the bad check. Allred did eventually get the funds from Koerber to cover the bad check.

VIP MEDIA

During the fall of 2007, ESG issued VIP Media payroll checks and received a reimbursement check for about $20,000 in exchange that bounced. Allred had a difficult time getting a hold of Koerber to discuss the problem. When Allred did get a hold of Koerber, Koerber told Allred that Hansen (VIP Media) would have to handle paying Allred back on his own. Over time, VIP has paid back some of the funds owed ESG but still owes about $12,000.

FD-302a (Rev. 10-6-95)

318E-SU-63343

Continuation of FD-302 of __Garth Dee Allred__, On __10/19/2009__, Page __3__

### FRANKLINSQUIRES OWES ESG & ENDING OF RELATIONSHIP

In about December 2007, Koerber changed his payroll from a number of companies to FranklinSquires only. At that time, a FranklinSquires' payroll check for about $120,000 bounced. Allred is not sure if a check bounced or just what happened. The bottom line was ESG was out $120,000 due to Koerber not following through with money Koerber owed ESG. Shortly thereafter, Allred, Craig Allred and Koerber finally[2] met in Koerber's business office to discuss the problem. In the meeting, Koerber gave both Allreds a long history of his company and the problems that his company now faced. Koerber blamed the sub-prime market and that Koerber's equity mill had not been working since April 2007. In response, Allred asked why Koerber took Allred's $200,000[3] investment, through Bill Hoopes ("Hoopes"), in May 2007 if Koerber's equity mill was not working in April 2007. Koerber did not respond directly but indicated that as of two months ago (October 2007), Koerber was still receiving money from investors. Koerber asked for the Allreds' help in getting through the difficult time and that things would improve. Koerber told the Allreds that Koerber owned a large cabin in Heber, Utah that Koerber had purchased for $6.0 to $7.0 million dollars and was worth between $18.0 and $20.0 million dollars. Koerber was going to sell the Heber cabin and pay ESG back. Koerber also mentioned that Koerber was going to cash in a large whole life insurance policy in 10 days that Koerber had purchased from Les McGuire. Allred does not recall how much life insurance Koerber had but remembers Koerber indicating that the monthly life insurance premiums were something like $30,000 a month.

After Koerber played games with Allred for about two weeks in connection with getting paid, Koerber paid ESG about $120,000 to cover the amount Koerber owed ESG.

In January 2008, Allred told Koerber that ESG would not issue FranklinSquires payroll checks unless Koerber gave ESG a cashier's check first and paid VIP Media's outstanding debt with

---

[2] At the time, the FranklinSquires business offices were locked and it was hard to get an appointment to see Koerber.

[3] At the time (April 2007), Craig Allred had also invested $250,000 with Koerber through Hoopes' company, Vonco Holding ("Vonco").

FD-302a (Rev. 10-6-95)

318E-SU-63343

Continuation of FD-302 of  Garth Dee Allred  , On 10/19/2009 , Page 4

ESG. Koerber responded angrily and indicated that Koerber was going to sue ESG for breach of contract. Koerber hired an attorney and sent a long letter to ESG. The lawsuit never materialized and Allred and ESG have not done any business with Koerber since.

While talking with Koerber about the Heber cabin (December 2007), Craig Allred indicated that he had some money[4] and knew of some real estate investors that might be interested in purchasing the Heber cabin. Although Koerber said that he was interested, Koerber never showed Craig Allred the Heber cabin. Allred found out later that Koerber had only had an option to purchase the Heber cabin and did not have control of the Heber cabin when Koerber told the Allreds about the cabin in December 2007.

In the December 2007 meeting with Koerber, the Allreds asked if Koerber could deed over some real estate to the Allreds. This request was based upon Koerber previously telling Allred that investor's money was backed by real estate (see below for more information). Koerber indicated that he would deed some properties over to the Allreds and they should talk with Kenny Snarr ("Snarr") and Snarr would show them some properties to pick from. When Allred contacted Snarr, Snarr indicated that Snarr could not show them any properties.

PRIVATE PLACEMENT MEMORANDUM

In December 2007, Koerber issued a Private Placement Memorandum ("PPM") to Hoopes and Vonco[5]. At the time, Koerber owed about $2.8 million dollars to Vonco and its investors. Allred told Hoopes to not accept the PPM and that they should consider filing a lawsuit against Koerber. During this time period, Allred had, through a title company, located two of Koerber's Springville properties[6] that appeared to be free and clear of any liens. Allred, Hoopes and some investors pooled their money and caused a lawsuit to be filed against Koerber. Reed Lambert ("Lambert") was their attorney and thought that he could get a summary judgement against Koerber. Koerber challenged the lawsuit and after time,

---

[4] A few million from the sale of ESG.

[5] Vonco has filed bankruptcy.

[6] A residence and lot of land.

FD-302a (Rev. 10-6-95)

318E-SU-63343

Continuation of FD-302 of **Garth Dee Allred** , On 10/19/2009 , Page 5

Hoopes, Allred and other investors decided that they should not continue the lawsuit due to cost. Another factor in deciding to end the lawsuit involved a second title company doing a title search and finding liens against the two Springville properties.

ALLRED INVESTS WITH VONCO

After establishing a business relationship with Koerber, Allred as well as Craig Allred, went to a number of Koerber's seminars. Allred paid about $4,000 for some of Koerber's education products. Allred invested with Koerber through Hoopes believing that Allred's investment was secured in real estate. At the time, Allred was serving as the LDS Ward's Young Mens's President and Koerber was serving as the LDS Ward's Mission Leader. After several Priesthood Executive Committee ("PEC") meetings, Koerber and Allred talked about investing in the parking lot following the PEC meetings. In these conversations, Koerber said the following:

1) I act like a bank; I obtain money from people through loans and then use the money to purchase real estate.

2) I buy homes from people that are in trouble;

3) I obtain some funds through hard money loans;

4) After purchasing homes, I borrow the equity out of the home that I just purchased; and

5) Everyone wants me to help them with their real estate situation.

After talking to Koerber about how he made money and at the conclusion of Allred's second Koerber seminar, Allred was approached by Hoopes in the parking lot at the Provo, Marriott. Hoopes indicated that Hoopes was successfully taking investor funds and investing the money with Koerber. Hoopes indicated that some investors were borrowing against their credit cards in order to obtain investment funds. At the time, Hoopes had a business office at 85 East Bay and had a promissory note in place with Koerber. Hoopes explained that Hoopes would pay Allred 3% a month and Koerber would pay Hoopes 5% a month.

Allred would have never invested with Koerber if Allred would have been told that Koerber was going to spend the money on anything other than real estate. Allred would definitely not have invested if Allred would have been told that Allred's money was

FD-302a (Rev. 10-6-95)

318E-SU-63343

Continuation of FD-302 of  Garth Dee Allred  , On 10/19/2009 , Page 6

going to be used to make interest payments to other investors or be used to make a movie. Allred would not have invested with Koerber if Allred would have been told that Koerber's businesses were losing money in 2004, 2005, 2006 and 2007.

Allred received interest payments from Hoopes during August and September 2007. After receiving these interest payments, Allred learned that Hoopes was paying the interest payments from Hoopes' own funds. During the August/September 2007 time period, Allred asked Hoopes how things were going at Founders Capital. Hoopes indicated that everything was good. When Allred found out that things were really not good at Founders Capital, Allred confronted Hoopes with Hoopes' prior statements. Hoopes indicated that Koerber had told Hoopes that everything would be okay and Hoopes trusted Koerber. Hoopes also pointed out that prior to Koerber missing interest payments, Koerber had made interest payments for three years without missing a payment.

KOERBER SUCCESSFUL

In 2006, Allred remembers Koerber talking about how successful Koerber had been in business. Allred remembers Koerber pulling up in a fancy orange convertible once and having a conversation with Allred. In the conversation, Koerber told Allred that Koerber, through Founders Capital and the equity mill, had made $5.0 million dollars during the year so far.

Allred was once in Koerber's office and told by Koerber that Founders Capital had grown from $20 million dollars to $90 million dollars in three months. At the time, Koerber indicated that Koerber has so much money that Koerber did not know what to do with all of the money Koerber was receiving.

Allred recalls that Koerber had boxes of minted coins in Koerber's office. Some of the boxes were under Koerber's feet. Koerber used to give the coins away during promotions.

Koerber once told Allred that Koerber had tried but could find no problems with Koerber's equity mill model. Just to make sure, Koerber indicated that Koerber was going to send his equity mill model back east to have a consultant review the model.

Allred attended a Koerber seminar at the Provo Marriott where a friend of Hartman Rector Jr. was handed the microphone and told the audience that the person no longer had mortgage payments thanks to Koerber.

FD-302a (Rev. 10-6-95)

318E-SU-63343

Continuation of FD-302 of   Garth Dee Allred   , On 10/19/2009 , Page 7

### MAGAZINES

Allred remembers receiving some sort of magazine that had Gabriel Joseph ("Joseph") on the cover and portrayed Joseph as being successful. Allred saw another magazine that had Koerber on the cover. In total, Allred received two to three of these magazines through the United States Postal Service. The magazine might have been named something like Real Estate Lifestyle. One of the magazines involved Robert Kiyosaki. Allred remembers that the magazines mentioned the equity mill and Founders Capital in them. Allred was very impressed and influenced by the magazines.

### MISCELLANEOUS ITEMS

In about Spring 2007, while attending Koerber's classes, Allred attempted to find homes that Founders Capital could purchase but was not successful. Allred attributes his lack of success to starting too late in the game. Allred was going to be a Preferred Buyer but things did not work out.

When Allred first heard about Koerber's Heber cabin (December 2007), Allred first thought that Koerber might be involved in a ponzi scheme.

Allred heard a rumor that Koerber paid $200,000 in adoption expenses.

Hoopes was previously represented by Lambert in connection to Hoopes investing with Koerber and the State of Utah investigation.

Allred heard that Koerber traveled to the Nile River while working at FranklinSquires.

Once during a LDS PEC meeting, Koerber told those in attendance, including Allred, Koerber's Wyoming experience.

Allred had nothing to do with Koerber and filing tax returns for Koerber or Koerber's companies. Koerber was never issued a paycheck or W-2 through ESG. Allred did not think that this was unusual.

In a December 2007 meeting, Allred heard Koerber say if I go down this time, I'm going to survive and everyone else is going to lose their money.

FD-302a (Rev. 10-6-95)

318E-SU-63343

Continuation of FD-302 of  Garth Dee Allred  , On 10/19/2009 , Page 8

    Second hand, Allred heard that Koerber used to show up for work each day and the first thing Koerber would do is ask Forrest Allen what bank account had money in it.

FBI302-004-0008