Kathryn N. Nester (Utah Bar # 13967)
Robert Hunt (Utah Bar # 5722)
Daphne Oberg (Utah Bar # 11161)
Office of the Federal Public Defender
46 W. Broadway, Ste. 110
Salt Lake City, UT 84101
Attorneys for Claud R. Koerber

FILED
U.S. DISTRICT COURT
2019 JUN -5 A 11: 56
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLAUD R. KOERBER,<br><br>Defendant. | **Order Facilitating Attorney-Client Communication**<br><br>2:17-cr-00037-FB-PMW<br><br>District Court Judge Frederic Block<br>Chief Magistrate Judge Paul M. Warner |
|---|---|

As directed by this Court on Friday, May 31, 2019, and to facilitate attorney-client communication between out-of-state counsel, Ms. Kathryn Nester, and Mr. Koerber, the Court orders that:

    1.    Ms. Nester and Mr. Koeber shall communicate via telephone per the following schedule:

        - Thursday, June 6, 2019, between 2:00-4:00pm MDT;

        - Friday, June 7, 2019, between 2:00-4:00pm MDT;

- Saturday, June 8, 2019, between 2:00-4:00pm MDT;

- Sunday, June 9, 2019, between 2:00-4:00pm MDT;

- Monday, June 10, 2019, between 2:00-4:00pm MDT.

2. Beyond the above-stated schedule, so long as a minimum of 24 hours advance notice is provided to the facility where Mr. Koerber is detained, Mr. Koerber and Ms. Nester shall be allowed to speak over the telephone.

3. The attorney-client relationship is privileged. Any and all conversations between Mr. Koerber and his counsel, in person or via telephone, enjoy that privilege. To the extent that a detention facility staff member is present during the phone calls, that individual shall not be called as a witness or interviewed about the substance of the phone calls or in any way placed in a position in which the substance of the phone calls is at issue.

Dated this 5th day of June, 2019.

BY THE COURT:

HONORABLE PAUL M. WARNER
Chief Magistrate Judge