Kathryn N. Nester (#13967 - UT)
Federal Defenders of San Diego, Inc.
225 Broadway, Ste. 900
San Diego, CA  92101
Telephone: (619) 234-8467

Robert Hunt (#5722)
Daphne Oberg (#11161)
Jessica Stengel (#8915)
Office of the Federal Public Defender
46 W. Broadway, Ste. 110
Salt Lake City, Utah 8106
Telephone: (801) 524-4010

*Attorneys for Claud R. Koerber*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CLAUD R. KOERBER,<br><br>    *Defendant.* | **Defendant's Motion to Extend Deadline to File Objections to Detention Order**<br><br>Case No. 2:17-CR-37<br><br>District Judge Frederic Block<br><br>Magistrate Judge Paul M. Warner |
|---|---|

On May 31, 2019, this Honorable Court entered an Order of Detention following an evidentiary hearing. (Dkt. No. 593)  Pursuant to Rule 59(a) of the Federal Rules of Criminal Procedure, Mr. Koerber has 14 days following the entry of the Order onto the docket to file objections with the District Court Judge.  This deadline to file an objection with the District Court expires on June 14, 2019.

During the evidentiary hearing, this Court indicated that it would be willing to accept additional briefing from the parties after three weeks have elapsed and would be open to reconsidering the order of detention shortly thereafter.  The time frame recommended by the Court for briefing will extend beyond Mr. Koerber's deadline to file his objections to the Court's ruling with the District Court.  Therefore, Mr. Koerber is seeking a 45-day extension to file any objections to the Detention Order with the District Court, so that he will be able to pursue the briefing suggested by the Magistrate Judge and allow the Magistrate Judge time to consider same before the deadline to object expires.   This request for an extension is made in good faith to attempt to comply with the Court's requested course of action and is not made simply for the purpose of delay.  This extension will not cause any delay in the expected sentencing date this fall nor will it cause any prejudice to the parties.

    Respectfully submitted on this the 10th day of June, 2019.


*/s/ Kathryn N. Nester*