# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

# CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **ORDER** |
| Plaintiff, | |
| v. | **Case No. 2:17-cr-00037-FB-PMW** |
| **CLAUD R. KOERBER,** | **District Judge Frederic Block** |
| Defendant. | **Chief Magistrate Judge Paul M. Warner** |

This matter was referred to Chief Magistrate Judge Paul M. Warner pursuant to 28 U.S.C. § 636(b)(1)(A).[1] Before the court is Claud R. Koerber's ("Defendant") (1) motion to extend deadline to file objections to detention order[2] and (2) motion to continue evidentiary hearing.[3] The court will address the motions in turn.

## I.   Motion to Extend Deadline to File Objections to Detention Order

In this motion, Defendant seeks a 45-day extension of the deadline for filing objections to this court's May 31, 2019 detention order. For the reasons set forth in the motion, and for good cause shown, Defendant's motion is granted. Defendant shall up to and including July 29, 2019, to file objections to this court's May 31, 2019 detention order.

---

[1] *See* docket nos. 39, 362.

[2] *See* docket no. 596.

[3] *See* docket no. 597.

## II.     Defendant's Motion to Continue Evidentiary Hearing

In this motion, Defendant seeks a continuance of an evidentiary hearing currently scheduled before this court on June 17-18, 2019.  The United States of America objects to Defendant's request for a continuance.

After carefully considering the parties' arguments, the court concludes that Defendant has articulated a reasonable basis for continuing the evidentiary hearing.  Accordingly, Defendant's motion to continue the evidentiary hearing is granted.  The evidentiary hearing is hereby rescheduled for July 25-26, 2019.  The hearing will begin promptly at 9:00 a.m. on July 25, 2019.  As for the written submissions the court has ordered the parties to file in advance of the hearing, Defendant's initial filing shall be made on or before July 3, 2019, and the United States of America's responsive filing shall be made on or before July 17, 2019.

As a final matter, the court hereby notifies Defendant that no further continuances of the evidentiary hearing will be granted.  Additionally, in accordance with instructions from District Judge Frederic Block, the court hereby notifies Defendant that his sentencing is anticipated to take place in September 2019 and that no further continuances of his sentencing will be granted.

## CONCLUSION AND ORDER

In summary, IT IS HEREBY ORDERED:

1. Defendant's motion to extend deadline to file objections to detention order[4] is GRANTED.  Defendant shall have up to and including July 29, 2019, to file objections to this court's May 31, 2019 detention order.

---

[4] *See* docket no. 596.

2. Defendant's motion to continue evidentiary hearing[5] is GRANTED. The evidentiary hearing is rescheduled for July 25-26, 2019. The hearing will begin promptly at 9:00 a.m. on July 25, 2019.

3. Defendant's initial filing in advance of the evidentiary hearing shall be made on or before July 3, 2019. The United States of America's responsive filing shall be made on or before July 17, 2019.

IT IS SO ORDERED.

DATED this 12th day of June, 2019.

BY THE COURT:

PAUL M. WARNER
Chief United States Magistrate Judge

---

[5] *See* docket no. 597.