# Exhibit 1

Declaration of Jewel K. Franklin
July 2, 2019

1. My name is Jewel K. Franklin. I am an adult resident of the State of Utah and a citizen of the United States. I make this declaration based upon my personal knowledge and if asked to testify I would testify as follows:

2. On July 1 and July 2, 2019 I decided to conduct some research into the Utah Department of Commerce's policy and instructions related to the online process for re-registering a Utah limited liability company whose Articles of Organization registration had been expired for more than two years.

3. I chose to conduct this investigation because my husband, Claud R. Koerber ("Rick"), is currently incarcerated, having had his release revoked, based upon the argument that when John Belcher, my husband and I re-registered Corvus Administration and Management, LLC on March 6, 2019 (Rick was the one who actually submitted the online form), there was a misrepresentation.

4. Specifically, as I read the filings by the United States and as I heard argument in the courtroom on May 31, 2019, I understood that the government was criticizing the online submission with the argument that since Corvus had been doing business prior to March 6, 2019, including by having provided a receipt to attorney Morgan Philpot for service of documents related to an Oregon appeal on March 2, the statement on the re-registration form that Corvus would start or did start doing business on March 6, 2019 was supposedly false and misleading.

5. The argument offended me, because I knew that on March 5 and March 6, we had attempted to follow the Utah Department of Commerce's directions to the letter. I also

knew that Rick and I had been doing everything in our power since his conviction to cross every T and dot every I when issues or questions arose.

6. On March 5 and 6, we had discussed the report by Mary Schuman and her criticism of Corvus operating with an expired business registration. I know that Rick and his attorneys had discussed this matter previously, and I know that objections were submitted to the inclusion of this criticism in the PSR. I also know that the first draft PSR that my husband received and reviewed on March 4, 2019 included this criticism, and that the next day, on March 5, 2019, an email was sent between prosecutors and Ms. Schuman asking the prosecutors for more information about Corvus.

7. Because of the PSR's criticism, immediately, on March 5, 2019 and again on March 6, 2019 (which is Rick's birthday) we worked to correct this issue with the expired Corvus registration, and we followed the Department of Commerce's requirements exactly.

8. Nevertheless, after sitting in Court on May 31 and seeing the conclusions reached by the Court, and having my husband incarcerated all this time since, I have wondered what I could do to help show the Court that my husband has done what the Court has asked him, and he was being exceptionally careful and diligent in wanting to re-register Corvus and wanting to do it right.

9. So, on July 1 and again on July 2, 2019, as an experiment I went online and tried to re-register another expired business entity associated with us. I wanted to find the point in the online process where the question, "What is the date you will start or did start doing business?" is asked.

10. I wanted to see how the form worked, to refresh my memory, and to see if there was any way to provide the Court with additional, reliable information.

11. I logged in on the Department of Commerce website and in the process of re-registering another entity I located the form where the question is asked. I noticed a few important details. First, the form itself does not require any oath or affirmation before submitting answers. Second, the form does not allow the entry of the date for when the expired business actually first started. In fact, the form required the user to select from pre-programmed options that only go back to January 1, 2018.

12. I noticed that the website for the Department of Commerce shows a link to live chat support when answering these questions.  So, I clicked on the link.

13. I was immediately connected with a representative from the Utah Department of Commerce and was able to ask specific questions.  I asked the Department of Commerce about the re-registration process for an expired entity, that had expired more than two years earlier.  They confirmed that re-registration was required, rather than renewal.

14. I also directly asked about the question at issue here.  I asked, "I'm trying to re-register the business now, but the form asks me to select the date I started doing business, and it doesn't let me choose the date it started. It won't let me choose a date before January 1, 2018. What do I do for that question?"

15. The representative from the Department of Commerce replied, "it is brand new…today is the first day you can start." And she instructed, "If you answer any of those questions online referencing your old business, it will not work. Start new. Blank."

16. I then asked a follow-up question to make sure the Department of Commerce was understanding the circumstances, and I said: "Even though I have continued using that business for the past several years? That wouldn't matter? Just register it new?" The Department of Commerce responded, "Yes."

17. I saved a copy of the entire online transcript of the conversation. A true and complete copy of the transcript is attached to this declaration.

I declare under penalty of perjury, that the above statements are true and correct.

Jewel K. Franklin
/s/ Jewel K. Franklin
Box Elder County, Grouse Creek
Utah, 84313

Chat with Karen

https://newchat.livehelper.com/servlet/lhChat



utah.gov Live Help

Karen from Division of Corporations is here!
**Karen :** Hello Jewel, Welcome to the Utah Div. of Corporations & Commercial Code, this is Karen. to better serve you may I please have your entity number or business name?
**Jewel :** Hello Karen. I have two questions. First, if I have a business previously registered but has been expired for more than 2 years, what should I do?
**Karen :** You would start completely over
**Karen :** and?
**Jewel :** okay...second question - I am trying to re-register the business now but the form asks me to select the date I started doing business, and it doesn't let me chose the date it started. It won't let me choose a date before January 1, 2018. What do I do for that question?
**Karen :**  it is brand new...today is the first day you can start.
**Karen :** July 2, 2019
**Karen :** If you answer any of those questions online referencing your old business, it will not work. Start new. Blank.
**Karen :** The contact info for the Utah Tax Commission is online here: http://tax.utah.gov/contact
**Jewel :** Even though I have continued using that business for the past several years? That wouldn't matter? Just register it new?
**Karen :** The contact info for the IRS is online here: http://www.irs.gov/contact/index.html?navmenu=menu3
**Karen :** Yes. it is expired. You will get a new entity number
**Karen :** Brand new
**Jewel :** Great. Thank you for your help!
**Karen :** You are welcome. Happy 4th of July
Karen has left the session.

End

Powered by livehelper.com

Karen from Division of Corporations is here!

**Karen :** Hello Jewel, Welcome to the Utah Div. of Corporations & Commercial Code, this is Karen. to better serve you may I please have your entity number or business name?

**Jewel :** Hello Karen. I have two questions. First, if I have a business previously registered but has been expired for more than 2 years, what should I do?

**Karen :** You would start completely over

**Karen :** and?

**Jewel :** okay...second question - I am trying to re-register the business now but the form asks me to select the date I started doing business, and it doesn't let me chose the date it started. It won't let me choose a date before January 1, 2018. What do I do for that question?

**Karen :**  it is brand new...today is the first day you can start.

**Karen :** July 2, 2019

**Karen :** If you answer any of those questions online referencing your old business, it will not work. Start new. Blank.

**Karen :** The contact info for the Utah Tax Commission is online here: http://tax.utah.gov/contact

**Jewel :** Even though I have continued using that business for the past several years? That wouldn't matter? Just register it new?

**Karen :** The contact info for the IRS is online here: http://www.irs.gov/contact/index.html?navmenu=menu3

**Karen :** Yes. it is expired. You will get a new entity number

**Karen :** Brand new

**Jewel :** Great. Thank you for your help!

**Karen :** You are welcome. Happy 4th of July

Karen has left the session.