# Exhibit 3

## DECLARATION OF JEANETTE FINICUM

I, Jeanette Finicum, do hereby declare as follows:

1. For over a year Rick Koerber has worked with my attorney Morgan Philpot in our family's wrongful death lawsuit. He has written the original complaint, and the amended complaints, which were filed in a timely manner. He has worked closely with Morgan and myself, counseling, advising and researching material vital for our case.

2. Rick is very thorough in his research and preparations for his briefs.
His knowledge, understanding and ability to interpret and explain the law is invaluable.

3. Rick's involvement in our family's case is imperative to its successful outcome. Just the hundreds of hours in research of discovery materials alone would be impossible to replace, let alone the complete understanding of the family and other individuals involved.

4. Rick has always been completely open and candid with me during our meetings. I have complete trust in him and in his abilities on this team to bring a successful outcome at trial.

5. I believe that Rick has demonstrated, multiple times, his respect for the law and the court process, through his participation in the multiple trials he has personally been through. Through his work as a paralegal. Through his many donated hours helping others through their legal issues. One doesn't usually work in a field that he/she doesn't believe in.
I believe that Rick has demonstrated that he is responsible and that he has respect for the law and its process. Rick has not demonstrated any risk at all during the trials or while awaiting sentencing. My hope and prayer is that you will reconsider and allow Rick Koerber his release before sentencing.  Thank you.

I do hereby declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

Date:  June 24, 2019

/s/   Jeanette Finicum

## DECLARATION OF CHUCK HAWKINS

I, Chuck Hawkins, do hereby declare as follows:

1)About 10 years ago my retained attorney Marcus Mumford introduced me to his paralegal Rick Koerber. My observation was that as my attorney, Marcus prepared himself for the over-all process of understanding the facts, case laws and positioning to professionally defend me in an upcoming trial. My experience of Rick was an individual that would keep up to date on Marcus' developments and strategies but then played a critical and more personal role spending as much time with me as necessary to help me understand the upcoming process and brainstorming important details we hadn't yet discovered. It is my understanding that he then would propose implementing new information, motions and declarations to Marcus and upon his approval would then handle the logistics of presenting them to the court.

2)At one-point Rick shared with me that his cell phone was available to me 24/7 and was a priority call. I appreciated it and reached out to him several times always (good to his word) showing interest and sensitivity to my immediate concerns. Those calls were occasionally with emotion as I attempted to understand a system that was very foreign to me. Rick's compassion and answers to my questions always brought relief.

3)I remember two situations in my relationship with Rick that I will never forget. One was on an evening during the week of the trial, Marcus and Rick were trying to assess if I was to take the stand. After they teamed up and riveted me with the toughest questions they could imagine I may be faced with, Marcus said... "he answered each one too perfectly, his responses although true may be distracting". Rick quickly then said "exactly, Chuck has the truth on his side and needs no role playing in how to answer. His strength is in his desire to be completely truthful!" They then decided to put me on the stand and as I was mentally preparing for this experience, I shared my nervousness with Rick. To which he profoundly responded "tomorrow is one of the best days of this journey! You get to finally share your side of what really happened. Even if you were to get a conviction, you'll always know they heard Your Truth!" From that moment forward, I had a renewed confidence that couldn't be broken.

4)Rick has always helped me to better understand the court system and process. He brought out the best in me by encouraging me to respect not only the court but the opposing individuals. His advice and counsel have always been to maintain my integrity and ethics so I have never been given any reason to believe he too lived his life with the same standards.

I do hereby declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

DATE:  June 22, 2019

/s/ Chuck Hawkins

_____

Chuck Hawkins

## DECLARATION OF  CHARMAIGN EDWARDS

I, Charmaign Edwards, do hereby declare as follows:

1. I met Rick Koerber & Attorney Morgan Philpot back in the fall of 2016. During that time I, personally, had formed an opinion that they both were trustworthy and honest individuals.  When Sarah J. Fryberger filed a complaint against our family, Fryberger V Edwards, back in January 2018 we didn't hesitate to contact them and ask for their help in representing us in this ongoing complaint.  Upon our first conference call back in early 2018 with both Morgan Philpot and Rick Koerber about this matter they have both worked to ensure that our side is heard in this complaint.

2. We have had many conference calls together with both Morgan and Rick.  In the beginning of our case it was easy to assess that Rick had a very astute understanding of our situation and the law between Fryberger and us when we first explained it.  Rick's knowledge and insight was very helpful in helping Morgan Philpot and us file a counter complaint against Sarah Fryberger.  We have come to rely on his input & knowledge in order to win our case.

3. We have had to seek an appeal from the Oregon Appellate Court, because Fryberger's attorneys have been and are continuing to conduct themselves in a nefarious manner to ensure that our counter complaint will never be brought before a jury.  Fryberger's Attorneys nefarious "win at all cost" behavior  at the Harney County District Court level now seems to have carried over to the Oregon Appellate Court as well, Rick Koerber was making sure that our Appellate legal documents were hand delivered to the Oregon Appellate Court.  With their constant unethical behavior we believed that if hand delivered there would be no doubt that our appeal documents would arrive legally and on time.   We still to this date have no idea how our filing hand delivered appeal documents with the Oregon Appellate Court ended up in a court in Utah.  We can only assume it was another gross ploy to further censure our voices and counter complaint by incarnating our attorney's legal help, even though our legal documents were handled and delivered in a legal manner.

4. While working with Rick we know that we made the right decision to contract with Attorney Morgan Philpot.  He listens to us and clearly understands what we are saying and works with Morgan to help us get to the best legal resolution.

5. I know that Rick's knowledge and understanding of the law has been valuable to our counter complaint as well as in defending us against Fryberger's complaint.

6. I hope that this declaration will help to support Rick's release from Jail.  He has demonstrated to us to have great respect for the law and justice in the court.  Rick's legal knowledge and help is needed to help us to continue to maintain our family business and livelihood, his  work in valuable to winning our counter complaint against Fryberger.   We have a 3rd generation working cattle ranch and all we want is our day in court so our side can be heard.  Rick

has been working very hard with Morgan Philpot to see that gets accomplished for us.

I do hereby declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

DATE: 06/22/2019

/s/ CHARMAIGN EDWARDS

_____

Charmaign Edwards

## DECLARATION OF AMANDA FOWLER

1. My name is Amanda Fowler, I met Rick in summer 2016 soon after I separated from my husband. I hired Skousen law, which was referred to me by a family & marriage counselor, to handle my divorce.

2. Rick was immediately engaged with my case, he asked many questions to understand my situation well and I felt from the first meeting that he cared for my well being as well as my little girls lives. He retained details as if my life was his own and the documents that he drafted were well written, professional and always in support of my well being  as a client/person.

3. I get emotional just thinking about answering this question... I was in a severely abusive marriage for 11 or so years. The level of manipulation I was trapped in kept me from getting a divorce and I stayed almost 7 years longer than I should have. Frankly I was scared of my ex, he was a big guy and had a violent streak that made me fear for my life at times. He was also very vocal and negative about me and I knew he would stop at nothing to slander my name, especially with my little girls, if I left him. I firmly believe that my introduction to Rick and his support/work in my divorce was a divine appointment. I literally felt protected by the sound and rational advice that I got from Rick. He did not shy away from my ex, who can be intimidating, and helped me stand up, defend myself and get full custody of my 2 little girls.

4. Ricks integrity was never in question, in my mind, he's a real and honest guy who can laugh at himself and just be open with people. I've never thought of him as dishonest.

5. In considering my situation alone, I can only imagine the amount of people he has helped in his years as a paralegal! I was helpless and weak when I left my ex. I could see the degree of genuine concern for my life that Rick has for me and worked tirelessly to restore balance and peace into my everyday that has been missing for so long. His genuine personality has undoubtedly helped many others as I saw that helping others was important to him on a deeper level than the average person.

6. I believe and pray for Rick's release. As a defender of the people he needs to be restored to his work so he can help others as he did me.

 I do hereby declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

     DATE:  June 23, 2019


Thank you and Sincerely,


/s/ Amanda Fowler

## DECLARATION OF CAMILLE CRANDALL

I, Camille Crandall do hereby declare as follows:

1. Rick has assisted me as a paralegal, and advisor in my Child Custody case, with Morgan Philpot as my attorney. He helped prepare documents for litigation with my case.

2. The work that Rick did for me was the best quality you can get, in my opinion. It was detailed, precise, bold, and very well written.

3. The work that Rick did for me had a great impact on not only my case but my quality of life. Because he has a profound perspective and deep understanding about life, his advice brought me and my family comfort in the midst of great trial. More than even my own attorney. My case, and situation literally felt hopeless until Rick stepped on board to assist.

4. He was more than fair monetarily, and when I didn't have any more money he never let that stop him from continuing to help me fight for my children, my rights as a Mother and work on my case. I believe this is largely due to the fact that he believes that assisting with my case is fighting for a good and Godly cause. I believe that him doing this, shows how important being apart of a good cause is to Rick.

5. I always felt of Rick's sincerity and honesty while working with him. I never once had any reason to doubt his word or character, even despite the legal situation he made me aware that he was facing. I have always felt of his good spirit, good intentions, fierce loyalty and willingness to help. And his actions proved these feelings to be true time and time again.

6. Without a doubt I am sure that I am not the only one Rick has helped and worked for in the way I have spoken. Which makes him extremely valuable to the community, and the world would be a better place with more people like Rick. My legal case alone has taken a devastating turn for the worse these last few weeks, without Rick being able to work on it and be involved.

7. My case is a Family Law case, and it was so important to me to have someone working for me that was passionate about families, and the divine calling of Motherhood, and being a parent in general. Rick exemplified these qualities immediately in our first conversation and every conversation after that. I believe this is largely because he is a wonderful man of God and values his own family tremendously. He often spoke of how important it was to him to have time with them, take care of them, and protect them. I believe this was all true, and for that reason alone I believe without any hesitation that he should be released to be able to be there for his family, to provide for them, and to be involved in his children's lives.

I do hereby declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

DATE:  June 24, 2019


/s/ Camille Crandall

_____

Camille Crandall

DECLARATION OF TOM BROOME

1. Hello, my name is Tom Broome.  I own a company called Plan B Supply, LLC.  I am writing you today declaring that Rick Koerber has worked for me (Via Morgan Philpot whom my company hired of which Rick was the paralegal).  Most of my interactions through a couple of minute legal issues has been with Rick Koerber, even though it is Morgan who is my attorney.  One case(it actually involved my business partner Dan Coleman) was when we were selling used military equipment.  The state of Utah didn't like the way we were doing business, a charge was made of 31 counts of selling a vehicle with a MVED license.  Ricks comprehension of the law quickly became beneficial.  We had several court appearances, one of which we met privately with the prosecutor.  From that meeting the prosecutor dropped all charges "with Prejudice".  I can't say how grateful I am to Rick for this quality of work.  He always has treated me and others on the opposite side of the table with complete respect and dignity.  For me, Ricks personal integrity, his comprehension of the law and his ability to apply his mind to get a desired outcome is an extremely valuable asset to the legal community.   Im sure that if Rick wasn't helping on my case that the outcome would have been different.

2. I am currently involved in a second case that is before the court.  I have a customer that is suing me.  Once again, Rick has been a stellor representative for me and the legal community.  Now I don't think that the suit will go too far.  However I don't take it lightly that someone is not satisfied with that which I've sold them.  One of the reasons that I am in support of Ricks release is so that He can get back to work with my case.  It is on going and will have a negative effect for me and my business if I lose it.  However my wanting him out to help me with my case seems a little selfish.  I think that Rick offers to the attorneys that he does paralegal work for, a tremendous service.  The type of service that few attorneys can offer.  Having had personally worked with Rick, I can testify that because of Rick those attorneys offer a better product.

I do hereby declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

June 24th, 2019

/s/ Tom Broome

Tom Broome - Owner - Plan B Supply