JOHN W. HUBER, United States Attorney (#7226)
AARON CLARK, Assistant United States Attorney (#15404)
TYLER MURRAY, Assistant United States Attorney (#10308)
RUTH HACKFORD-PEER, Assistant United States Attorney (#15049)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. CLAUD R. KOERBER aka RICK KOERBER, Defendant. | Case No. 2:17-CR-00037 <br><br> UNITED STATES' NOTIFICATION REGARDING EMAIL NOTIFICATION TO THE UNITED STATES ATTORNEY'S OFFICE VICTIM/WITNESS COORDINATOR <br><br> JUDGE HOWARD C. NIELSON, JR. |
|---|---|

The United States hereby advises the Court that the United States Attorney's Office Victim/Witness Coordinator should be provided with e-mail notification of the matters occurring in the above-captioned case.

DATED this 29TH day of JULY, 2019.

JOHN W. HUBER<br>
United States Attorney<br><br>
<i>/s/ AARON CLARK</i><br>
AARON CLARK,<br>
Assistant United States Attorney

–1–