# Founders Capital Promissory Notes

| Founders Capital, LLC - Notes | Status | Responsible Ind. | Phone | Email | Balance | Monthly Payment | Interest |
|---|---|---|---|---|---|---|---|
| 1 Accelerated Capital Inv., LLC | A4,5,8 | David Kirby | 801-369-7191 | dkirby@founderscapitalinvestm | $1,275,000.00 | $ 63,750.00 | 5.00% |
| 2 AKL, LLC | A5 | Clyne Long | 801-623-2039 | annclyne@hotmail.com | $2,300,587.90 | $ 115,029.40 | 5.00% |
| 3 FranklinSquires Companies, LLC | A3,4,8 | Rick Koerber | 801-722-9295 | rkoerber@franklinsquires.com | $39,831,217.06 | $ 2,000,494.33 | 5.02% |
| 4 HIJ Investments, LLC | A3,8 | David Bartholomew | 801-360-4679 | david@apluscapital.net | $3,355,100.00 | $ 167,755.00 | 5.00% |
| 5 Hunter Capital LLC | A3,8 | Paul Bouchard | 801-687-1511 | huntcap@gmail.com | $12,555,237.50 | $ 627,761.88 | 5.00% |
| 6 Matson Magleby | A5 | Matson Magelby | 801-319-0933 | matsonm@innovatormortgage | $2,060,030.68 | $ 126,897.89 | 6.16% |
| 7 McGuire Group, LLC | A3,4,8 | Cody Moore | 801-494-7170 | moore.cody@gmail.com | $5,548,406.14 | $ 231,788.83 | 4.18% |
| 8 Michael Kipp | A5 | Michael Kipp | 801-921-9600 | mkipp@actr.com | $470,000.00 | $ 23,500.00 | 5.00% |
| 9 MIWE Holdings, LLC | A3,4,8 | Michael Isom | 435-668-5411 | michael@estateengineering.cc | $15,258,000.00 | $ 762,900.00 | 5.00% |
| 10 Strategic Holdings | A3,8 | Jamie Mooring | 801-367-8323 | jamie@apluscapital.net | $529,000.00 | $ 26,450.00 | 5.00% |
| TOTALS | | | | | $83,182,579.28 | $ 4,146,327.32 | 4.98% |

| FranklinSquires Companies, LLC - Notes | Status | Responsible Ind. | Phone | Email | Balance | Monthly Payment | Interest |
|---|---|---|---|---|---|---|---|
| 1 Annuit Coeptis, LLC | A3,4,8 | Gabe Joseph | 801-836-5892 | gjoseph@franklinsquires.com | $7,283,140.31 | $ 364,157.02 | 5.00% |
| 2 Atlas Capital Investments, LLC | A3,4 | Jerel Clark | 801-368-6911 | jclark@franklinsquires.com | $1,985,490.16 | $ 119,129.41 | 6.00% |
| 3 Capital Enterprises LLC | A3,4,8 | Lindsey Dayton | 801-427-1128 | ldayton@franklinsquires.com | $1,929,400.00 | $ 96,470.00 | 5.00% |
| 4 Five Pillars Investments, LLC | A3,4,8 | Steve Freestone | 801-722-5709 | sfreestone@franklinsquires.co | $2,320,000.00 | $ 116,000.00 | 5.00% |
| 5 Freestyle Holdings, LLC | A3,4,8 | Jason Vaughn | 801-830-9542 | jkvaughn@franklinsquires.com | $2,042,500.00 | $ 102,125.00 | 5.00% |
| 6 Hansen Home Investments | A3,4 | Pete Hansen | 801-830-3439 | epeter@vipmedia.tv | $1,206,600.00 | $ 60,330.00 | 5.00% |
| 7 Mountain Peaks Investment Group, LLC | A3,4,8 | Clavell Anderson | 801-722-5969 | canderson@franklinsquires.co | $298,000.00 | $ 14,900.00 | 5.00% |
| 8 Race, LLC | A3,4 | Randy Bradley | 801-722-5615 | rjbalb@hotmail.com | $2,194,745.00 | $ 109,737.25 | 5.00% |
| 9 Rick Koerber LLC | A3,4,8 | Rick Koerber | 801-722-9295 | rkoerber@franklinsquires.com | $9,232,116.59 | $ 450,684.40 | 4.88% |
| 10 TSS Investments, LLC | A3,4,8 | Sonny Jensen | 801-787-7550 | sjensen@franklinsquires.com | $11,339,225.00 | $ 566,961.25 | 5.00% |
| TOTALS | | | | | $39,831,217.06 | $ 2,000,494.33 | 5.02% |

| Rick Koerber, LLC - Notes | Status | Responsible Ind. | Phone | Email | Balance | Monthly Payment | Interest |
|---|---|---|---|---|---|---|---|
| 1 Vonco, LLC | A3,8 | Bill Hoopes | 801-368-9553 | bhoopes@franklinsquires.com | $1,967,533.47 | $ 96,030.24 | 5.00% |
| 2 LyrEnterprises, LLC | A3,8 | David Ridge | 801-885-0871 | egdir@sfcn.org | $1,461,973.12 | $ 70,402.23 | 5.00% |
| 3 Magna Investments, LLC | A3,8 | Wayne Andreason | 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-5 | carlwayne2@gmail.com | $1,567,268.00 | $ 78,095.54 | 5.00% |
| 4 Cody Moore | A4,5 | Cody Moore | 801-494-7170 | moore.cody@gmail.com | $1,482,500.00 | $ 74,125.00 | 5.00% |
| 5 Temuco | A3,8 | Jerem Eyre | 801-372-2355 | jeyre1@gmail.com | $1,062,145.00 | $ 51,146.54 | 5.00% |
| 6 Nexus Capital LLC | A3,8 | Steve Anderson | 801-376-8865 | stephenea@msn.com | $530,697.00 | $ 26,534.85 | 5.00% |
| 7 Hartman Rector Jr. | A5 | Hartman Rector Jr. | 801-554-4327 | | $685,000.00 | $ 34,250.00 | 5.00% |
| 9 Tin Cup | A3,8 | Dale Densley | 801-367-6633 | daled2003@comcast.net | $160,000.00 | $ 8,000.00 | 5.00% |
| 10 JTH Publishing LLC | A3,4,8 | Todd Huff | 307-262-0628 | jth@crelmagazine.com | $265,000.00 | $ 10,600.00 | 4.00% |
| 11 Haim Hetzrony | A5 | Haim Hetzrony | | hetztour@zahav.net.il | $50,000.00 | $ 1,500.00 | 3.00% |
| TOTALS | | | | | $9,232,116.59 | $ 450,684.40 | 4.88% |

| McGuire Group, LLC - Notes | Status | Responsible ind. | Phone | Email | Balance | Monthly Payment | Interest |
|---|---|---|---|---|---|---|---|
| 1 Aspectus LLC | A3,8 | Ray Hooper / Richard | 801-380-9237 | rhooper@engenuitylife.com | $2,019,730.00 | $ 100,986.50 | 5.00% |
| 2 Les Mcguire | A5 | Les McGuire / Tina | 801-492-0770 | | $1,024,875.00 | $ 51,243.75 | 5.00% |
| 3 Strategic Innovators LLC | ? | Dan Roether | 602-418-9743 | danroether@aol.com | $650,000.00 | $ 19,500.00 | 3.00% |
| 4 Maverick Alliances | A3,A8 | Bret Miller | 801-404-2570 | bmiller@timbia.com | $444,455.00 | $ 17,778.20 | 4.00% |

notes - rick 51807.xls 5/18/07 10:59 AM

1

GOVERNMENT EXHIBIT 21 2:17-CR-00037 (RJS)

1 of 2

FBI-010338

Founders Capital Promissory Notes

| # | Name | Status | Contact | Phone | Email | Amount | Interest | Rate |
|---|---|---|---|---|---|---|---|---|
| 5 | Randall Hyde | A5 | Randall Hyde | 801-785-6386 | hydedoc@aol.com | $348,850.00 | $10,465.50 | 3.00% |
| 6 | Thomas Pisciotta | ? | Thomas Pisciotta | 314-808-4651 | tt_pisciotta@yahoo.com | $265,000.00 | $7,950.00 | 3.00% |
| 7 | Carrol Investments | ? | Craig Carrol | 801-787-9558 | craig.carroll@chrysalisutah.com | $200,000.00 | $6,000.00 | 3.00% |
| 8 | Dale Clarke | ? | Dale Clark | 801-782-9260 | dclarke303@gmail.com | $234,850.00 | $7,045.50 | 3.00% |
| 9 | Premier Concepts | ? | Ron Weeks | 801-491-3043 | rondweeks@comcast.net | $155,000.00 | $4,650.00 | 3.00% |
| 10 | Brad Colovich | ? | Brad and Mary Colovich | 801-560-5415 | bcolovich@msn.com | $91,082.14 | $2,732.46 | 3.00% |
| 11 | Alan Shields | ? | Alan Shields | 435-635-3079 | shieldsfam1@msn.com | $68,000.00 | $2,040.00 | 3.00% |
| 12 | Silas Bennet | ? | Silias Bennet | 801-407-1175 | drbennett3@hotmail.com | $25,000.00 | $750.00 | 3.00% |
| 13 | Cary Valerio | ? | Cary Valerio | 801-540-5846 | caryv2@yahoo.com | $21,564.00 | $646.92 | 3.00% |
|   | TOTALS |   |   |   |   | $5,548,406.14 | $231,788.83 | 4.18% |

Status Key

Regulation D (Rule 501) A1-8

A3 - Qualified Company with $5,000,000 in Assets
A4 - Director, Executive Officer, General Partner
A5 - Natural Person with $1,000,000 Net Worth
A6 - Natural Person with $200,000 income for last 2 years
A8 - Entity in which all Equity Owners are Accredited
U - Unaccredited