**Exhibit 1**

**Rick Koerber**
**Investor Loss Summary**

| | Cash Invested | | | Return on Investment | | | | | Net | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Investor | Promissory Notes | Preferred Real Estate Buyer | Total Invested | Principal & Interest | Preferred Buyer & Acquisition Rep | Contract Labor and Other | Owner Distributions | Total Return | (Gain) Loss | Government Loss | Diff |
| Anderson, Clavell - Mountain Peaks Investment Group, LLC | $ 398,000.00 | - | $ 398,000.00 | $ 76,329.03 | $ 16,934.71 | $ 38,298.03 | $ 100,000.00 | $ 231,561.77 | $ 166,438.23 | $ 330,870.97 | $ (164,432.74) |
| Anderson, Steve - Nexus Capital, LLC | 379,300.00 | 1,000.00 | 380,300.00 | 212,124.94 | 781,766.13 | 1,200.00 | - | 995,091.07 | (614,791.07) | 452,935.88 | (1,067,726.95) |
| Andreason, Wayne - Magna Investments, LLC | 1,104,967.12 | | 1,104,967.12 | 1,102,751.40 | 54,592.48 | - | - | 1,157,343.88 | (52,376.76) | 590,041.60 | (642,418.36) |
| Bartholomew, David - HIJ Investments, LLC | 440,000.00 | 3,000.00 | 443,000.00 | 37,906.45 | 93,928.50 | - | - | 131,834.95 | 311,165.05 | 1,914,405.70 | (1,603,240.65) |
| Bouchard, Paul - Hunter Capital LLC | 12,157,137.50 | - | 12,157,137.50 | 5,618,482.99 | - | - | - | 5,618,482.99 | 6,538,654.51 | 6,587,454.51 | (48,800.00) |
| Bradley, Randy - Race, LLC | 2,800,745.00 | - | 2,800,745.00 | 1,341,000.04 | 39,407.47 | - | - | 1,380,407.51 | 1,420,337.49 | 1,459,744.96 | (39,407.47) |
| Clark, Jerel - Atlas Capital Investments, LLC | 2,570,490.16 | - | 2,570,490.16 | 1,765,270.34 | 161,348.59 | 424,142.52 | - | 2,350,761.45 | 219,728.71 | 305,219.82 | (85,491.11) |
| Dayton, Jake & Lindsey - Capital Enterprises, LLC | 1,840,900.00 | - | 1,840,900.00 | 816,153.94 | 7,975.29 | 1,000.00 | - | 825,129.23 | 1,015,770.77 | 1,324,753.25 | (308,982.48) |
| Densley, Dale - Tin Cup Investments | 190,000.00 | - | 190,000.00 | 177,483.87 | - | 18,000.00 | - | 195,483.87 | (5,483.87) | 12,516.13 | (18,000.00) |
| Eyre, Jerem - Temuco | 1,008,645.00 | 1,500.00 | 1,010,145.00 | 448,494.49 | 114,085.67 | - | - | 562,580.16 | 447,564.84 | 622,150.51 | (174,585.67) |
| Freestone, Steve - Five Pillars Investments | 2,300,000.00 | - | 2,300,000.00 | 1,977,951.10 | 193,543.12 | 66,371.59 | - | 2,237,865.81 | 62,134.19 | 444,818.92 | (382,684.73) |
| Hansen, Pete - Hansen Home Investments | 826,700.00 | - | 826,700.00 | 928,838.66 | - | 8,430.00 | - | 937,268.66 | (110,568.66) | 305,261.34 | (415,830.00) |
| Hetzrony, Haim - Haim Hetzrony | 250,000.00 | - | 250,000.00 | 9,987.50 | 300,000.00 | - | - | 309,987.50 | (59,987.50) | - | (59,987.50) |
| Hoopes, Bill - Vonco Holdings, LLC | 1,867,533.47 | - | 1,867,533.47 | 659,691.27 | - | 13,575.00 | - | 673,266.27 | 1,194,267.20 | 1,382,842.20 | (188,575.00) |
| Huff, Todd - JTH Publishing, LLC | 115,000.00 | - | 115,000.00 | 36,264.73 | - | 327,794.75 | - | 364,059.48 | (249,059.48) | 245,483.66 | (494,543.14) |
| Isom, Michael - MIWE, LLC | 16,658,000.00 | - | 16,658,000.00 | 8,632,905.97 | 263,360.05 | - | - | 8,896,266.02 | 7,761,733.98 | 8,027,602.03 | (265,868.05) |
| Jensen, Sonny - TSS Investments, LLC | 11,979,475.00 | - | 11,979,475.00 | 6,202,423.44 | 82,778.91 | 43,467.81 | - | 6,328,670.16 | 5,650,804.84 | 5,457,551.56 | 193,253.28 |
| Joseph, Gabe - Annuit Coeptis, LLC | 6,354,007.10 | - | 6,354,007.10 | 5,110,686.51 | 433,238.62 | 40,554.03 | - | 5,584,479.16 | 769,527.94 | 4,042,202.19 | (3,272,674.25) |
| Kipp, Michael - Michael Kipp | 415,000.00 | - | 415,000.00 | 337,084.91 | - | - | - | 337,084.91 | 77,915.09 | 163,592.48 | (85,677.39) |
| David Kirby - Accelerated Capital Inv., LLC | 2,900,000.00 | 1,000.00 | 2,901,000.00 | 74,008.07 | - | - | - | 74,008.07 | 2,826,991.93 | 3,260,991.93 | (434,000.00) |
| Clyne Long - AKL, LLC, Ann Long | 2,534,240.03 | 5,000.00 | 2,539,240.03 | 1,530,287.02 | 8,887.04 | - | - | 1,539,174.06 | 1,000,065.97 | 1,171,953.01 | (171,887.04) |
| Magelby, Matson - Matson Magleby | 3,524,530.68 | - | 3,524,530.68 | 2,872,481.34 | - | - | - | 2,872,481.34 | 652,049.34 | 674,790.84 | (22,741.50) |
| McGuire Group LLC | 12,637,669.00 | 5,000.00 | 12,642,669.00 | 11,899,710.42 | 525,520.11 | 556,926.79 | - | 12,982,157.32 | (339,488.32) | 2,941,112.32 | (3,280,600.64) |
| Mooring, Jamie - Strategic Holdings | 529,000.00 | 16,792.00 | 545,792.00 | 194,399.20 | 133,187.80 | - | - | 327,587.00 | 218,205.00 | 334,600.80 | (116,395.80) |
| Hartman Rector Jr. | 520,000.00 | - | 520,000.00 | 182,000.00 | - | - | - | 182,000.00 | 338,000.00 | 338,000.00 | - |
| Ridge, David - LyrEnterprises, LLC | 1,461,973.12 | - | 1,461,973.12 | 740,477.08 | 28,582.87 | 74,285.85 | - | 843,345.80 | 618,627.32 | 911,471.69 | (292,844.37) |
| Vaughn, Jason - Freestyle Holdings, LLC | 2,735,000.00 | - | 2,735,000.00 | 841,540.73 | 51,796.00 | 34,221.05 | - | 927,557.78 | 1,807,442.22 | 1,943,459.27 | (136,017.05) |
| Total | $ 90,498,313.18 | $ 33,292.00 | $ 90,531,605.18 | $ 53,826,735.44 | $ 3,290,933.36 | $ 1,648,267.42 | $ 100,000.00 | $ 58,865,936.22 | $ 31,665,668.96 | $ 45,245,827.57 | $ (13,580,158.61) |
| Bowen, Kathryn | | | | | | | | | | 13,064.52 | Not on Exhibit 21 |
| | | | | | | | | Total Government Loss | | $ 45,258,892.09 | |

Source: QuickBooks Files for Franklin Squires companies.

**Exhibit 1**

**Rick Koerber**
**Investor Loss Summary**

| Description | Notes | Amount | Government | Diff | Source | Reason for Difference with the Government |
|---|---|---|---|---|---|---|
| Loss on Notes - See Loss Summary | (1) | $ 36,671,577.74 | $ 45,258,892.09 | $ (8,587,314.35) | Loss Summary Worksheet | Government included non-tier one investors |
| Preferred Buyer and Acquisition Rep | (2) | (3,257,641.36) | | (3,257,641.36) | Loss Summary Worksheet | Government chose to exclude |
| Contract Labor | (3) | (1,648,267.42) | | (1,648,267.42) | Loss Summary Worksheet | Government chose to exclude |
| Distributions | (4) | (100,000.00) | | (100,000.00) | Loss Summary Worksheet | Government chose to exclude |
| Total per Loss Summary | | 31,665,668.96 | 45,258,892.09 | (13,593,223.13) | | |
| **Other Factors Affecting Overall Losses** | | | | | | |
| Estimated Salaries and Wages | (5) | (1,619,776.00) | | (1,619,776.00) | Salaries and Wages Worksheet | Government chose to exclude |
| Estimated Automobiles | (6) | (668,215.90) | | (668,215.90) | Automobiles Worksheet | Government chose to exclude |
| Estimated value of Deeds in Lieu/Foreclosures | (7) | | | - | Information to value is not readily available | Government chose to exclude |
| Asset Values | | | | | | |
| Movie and Other Film Rights | (8) | (15,000,000.00) | | (15,000,000.00) | Richard Dutcher's Testimony valued the movie at $15M to $20M | Government chose to exclude |
| Iceberg through Rudder | (9) | (2,500,000.00) | | (2,500,000.00) | DBH Trial Exhibit | Government chose to exclude |
| Other Real Estate - Mostly Residential | (10) | (11,000,000.00) | | (11,000,000.00) | DBH Trial Exhibit valued this at $128.0M per the 7/31/2007 rescission offering. Valuing it at $11.0M eliminates all loss. | Government chose to exclude |
| Precious Metals | (11) | (900,000.00) | | (900,000.00) | DBH Trial Exhibit | Government chose to exclude |
| | | (29,400,000.00) | - | (29,400,000.00) | | |
| Estimated (Gain)/Loss as of Last QuickBooks last cash reconciliation date - 11-6-2007 | | $ (22,322.94) | $ 45,258,892.09 | $ (45,281,215.03) | | |

**Notes**

(1) Losses calculated for Tier one investors found on Exhibit 21.
(2) Represents cash paid to Tier one investors acting as preferred buyers and real estate acquisition rep specialists. These amounts are understated due to payments from escrow in connection with property closings made to preferred buyers and acquisition rep specialists that never ran through QuickBooks.
(3) Represents consulting and other non W-2 amounts paid to Tier one investors for services.
(4) Represents a payment to a Tier one investor that was coded in QuickBooks as a distribution.
(5) Represents estimated salaries and wages for Tier one investors who were employees. Estimate was made from IRS-04-00318 which is a company prepared salary and wages listing. Actual payroll records to calculate this exactly are unavailable
(6) Represents an estimate for the value of company automobiles to key Tier one investors/employees. Estimated value of car, insurance, and operating expenses. These values may be low, because in some cases, cars were retained by these individuals at the company ceased operations.
(7) There are no records available to estimate this amount but from testimony it is believed to be substantial.
(8) Richard Dutcher testified that the movie was worth up to $30M. Franklin Squires Companies had a 50% interest in the movie. Movie never released in the US because of the pending government action against Rick Koerber.
(9) Estimated value of commercial property operated by IceBerg through Rudder Holdings.
(10) Other real estate had a costs of $94.3M and an Estimated FMV of $128.0M at the time of the recession offering in 2007. Government chose to represent in their loss calculations that the real estate had no value
(11) Valued off onlygold.com website. Shown previously in DBH Trial Exhibit.