*U.S. v. Koerber*
2:17CR00037 FB
United States Reply in Support of Evidentiary
Submission on Loss Amount

# EXHIBIT

# 11

# Where Did Founders' Money Go?

## Total $100 Million



$6 Million
**Main Street Movie Group**

**New Castle Holdings**
**$12 Million**

**Investors**
**$40 Million**

**Franklin Squires**
**$10 Million**

**Hill Erickson**
**$15 Million**

$2 Million
**American Founders University**

PENGAD 800-631-6989

**GOVERNMENT EXHIBIT**

**25c**

2:17-CR-00037

**02/12/2008**