*U.S. v. Koerber*
2:17CR00037 FB
United States Reply in Support of Evidentiary
Submission on Loss Amount

# EXHIBIT 24



FOUNDERS CAPITAL, LLC
85 EASTBAY BLVD SUITE #800
PROVO, UT 84606

## PROMISSORY NOTE

**PRINCIPAL AMOUNT: $50,000.00**                             DATE: JUNE 21, 2005

FOR VALUE RECEIVED, the undersigned, Founders Capital, LLC located at 85 Eastbay Blvd. Suite #800 Provo, UT 84606, promises to pay to the order of,

**CARROLL INVESTMENTS
3211 N MILLCREEK RD WEST
PLEASANT GROVE, UT 84062**

- The principal sum owing of **$50,000.00**
- Together with interest thereon from date hereof, at the rate of 3 **% per month**
- As follows: interest only payments of **$1,500.00** on a monthly basis due and payable on the 5th day of each calendar month.

If payment is received after the 15th of the month, payment shall be considered late and a late charge of $100.00 shall be assessed.

The entire principal shall not be required to be repaid until the principal amount is called due with 30 days advance written notice by lender or until eight months from the date hereof (if the Lender does not specify in writing prior to eight months Lender's desire to renew the note for an additional period of eight months), whichever occurs sooner. No prepayment penalty shall exist nor shall there be any provision prohibiting payment in full at any time by borrower.

In the event of any default by the undersigned in the payment of any amounts when due or in the event of the suspension of actual business, insolvency, assignment for the benefit of creditors, adjudication of bankruptcy, or appointment of a receiver, of or against the undersigned, the unpaid balance of the principal sum of this promissory note shall at the option and 30 day written notice of the holder become immediately due and payable.

Security/Collateral for this note shall be the relative portion of the total equity of real property estate holdings of borrower to be held by borrower which holdings during the normal course of operations shall in the best judgment of borrower, and as verified by independent appraisal at least semiannually, shall have substantially similar or greater market value to the principal sum owing related to this note. Lender shall be provided with details including valuations of such real property holdings of borrower with 30 days advance written request by lender but such requests shall be limited to one request per month.

This note is made and executed under, and is governed by, the laws of the State of Utah.

_____
Managing Member
Founders Capital, LLC



FBI302-026-0052


FOUNDERS CAPITAL, LLC
85 EASTBAY BLVD SUITE #400
PROVO, UT 84606

# CHANGE OF PRINCIPAL &/OR INTEREST AMOUNT RELATED TO A PROMISSORY NOTE

NOTE HOLDER / LENDER: **CARROL INVESTMENTS**
ORIGINAL NOTE DATE: **JUNE 21, 2005**
ORIGINAL PRINCIPAL AMT: **$50,000.00**
ORIGINAL INTEREST RATE: **3% PER MONTH**
ORIGINAL MONTHLY PAYMENT: **$1,500.00**

For value received, the undersigned, Founders Capital, LLC located at 85 Eastbay Blvd. Suite# 400 Provo, UT 84606, hereby amends the promissory note as follows:

| Effective Date | Additional Principal | Interest Rate | Payment Increase | New Mo. Interest Payment |
|---|---|---|---|---|
| 1. December 20, 2005 | $70,000.00 | 3% per month | $2,100.00 | $3,600.00 |

### SUMMARY

The New Principal Balance of the Note is: **$120,000.00**

The New Monthly Interest Payment is: **$3,600.00**

_____
Managing Member
Founders Capital, LLC

_____
Lender's Signature Accepting Amendment



FOUNDERS CAPITAL, LLC
85 EASTBAY BLVD SUITE #400
PROVO, UT 84606

## CHANGE OF PRINCIPAL &/OR INTEREST AMOUNT RELATED TO A PROMISSORY NOTE

| | |
|---|---|
| NOTE HOLDER / LENDER: | CARROL INVESTMENTS |
| ORIGINAL NOTE DATE: | JUNE 21, 2005 |
| ORIGINAL PRINCIPAL AMT: | $50,000.00 |
| ORIGINAL INTEREST RATE: | 3% PER MONTH |
| ORIGINAL MONTHLY PAYMENT: | $1,500.00 |

For value received, the undersigned, Founders Capital, LLC located at 85 Eastbay Blvd. Suite# 400 Provo, UT 84606, hereby amends the promissory note as follows:

| Effective Date | Additional Principal | Interest Rate | Payment Increase | New Mo. Interest Payment |
|---|---|---|---|---|
| 1. December 20, 2005 | $70,000.00 | 3% per month | $2,100.00 | $3,600.00 |
| 2. September 6, 2006 | $50,000.00 | 3% per month | $1,500.00 | $5,100.00 |

### SUMMARY

The New Principal Balance of the Note is: **$170,000.00**

The New Monthly Interest Payment is: **$5,100.00**

_____
Managing Member
Founders Capital, LLC

_____
Lender's Signature Accepting Amendment