*U.S. v. Koerber*
2:17CR00037 FB
United States Reply in Support of Evidentiary
Submission on Loss Amount

# EXHIBIT
# 32

1    money.

2              THE COURT:  You don't need to go on and on and on.

3    We understand.

4              Any other questions?

5              MS. NESTER:  Yes, sir.

6    BY MS. NESTER

7    Q.   Mr. Dutcher, if this case resolves do you have still a

8    plan to market that film if the F.B.I. is no longer claiming

9    ownership of it?

10   A.   Yes.

11   Q.   What is that plan?

12   A.   I am going to retitle the film and I am going to cut in

13   new sequences at the end and release the film in North

14   America as if it has never been available on a pirate site.

15   Yes, I still have I think a very valuable and viable product

16   to put out.  It is a good film.

17   Q.   Based on your experience -- how many years in the movie

18   industry?

19   A.   25.

20   Q.   Ballpark what you think is a realistic expectation that

21   if the F.B.I. does not claim the proceeds of this movie,

22   what do you think that you could make on it?

23   A.   I am very confident I could make at least 10 to

24   $12 million on it.

25   Q.   Thank you.