## Table of Contents

**EXHIBIT 1** .................................................................................................. 2017 Trial Tr. p. 4
**EXHIBIT 2** ............................................................................................ 2017 Trial Tr. 5062-5063
**EXHIBIT 3** ............................................................................................ 2018 Trial Tr. 1704-1705
**EXHIBIT 4** ............................................................................................ 2018 Trial Tr. 2052-2059
**EXHIBIT 5** .......................................................................................... Verdict Form, ECF No. 530
**EXHIBIT 6** ................................................................. *Forrest Allen 2018 Trial Testimony Excerpts*
**EXHIBIT 7** ............................................................. *Angela Mennitt 2018 Trial Testimony Excerpts*
**EXHIBIT 8** ........................................................................................ Trial Ex. 142, slide 11
**EXHIBIT 9** ........................................................................................ Trial Ex. 142, slide 20
**EXHIBIT 10** ............................................................. *David Hardman 2018 Trial Testimony Excerpts*
**EXHIBIT 11** .................................................................................................... Trial Ex. 25c
**EXHIBIT 12** ................................................................ *Michael Isom 2018 Trial Testimony Excerpts*
**EXHIBIT 13** ................................................................ *Dale Clarke 2018 Trial Testimony Excerpts*
**EXHIBIT 14** ............................................................... *Peter Hansen 2018 Trial Testimony Excerpts*
**EXHIBIT 15** ................................................................ *Michael Isom 2018 Trial Testimony Excerpts*
**EXHIBIT 16** ........................................................... *Matson Magleby 2018 Trial Testimony Excerpts*
**EXHIBIT 17** ............................................................... *Craig Carroll 2018 Trial Testimony Excerpts*
**EXHIBIT 18** ................................................................ *Garth Allred 2018 Trial Testimony Excerpts*
**EXHIBIT 19** ....................................................... Trial Ex. 41, transcribed at 2018 Trial Tr. 2126-2127
**EXHIBIT 20** ............................................................ Trial Ex. 42, transcribed at 2018 Trial Tr. 2125
**EXHIBIT 21** ............................................... Trial Ex. 146, clip 1, transcribed at 2018 Trial Tr. 2129-2130
**EXHIBIT 22** ...................................................................................................... Trial Ex. 90
**EXHIBIT 23** .......................................................................... *Declaration of Angela Mennitt*
**EXHIBIT 24** .............................................................................................. Defense Trial Ex. 983
**EXHIBIT 25** ...................................................................................................... Trial Ex. 93
**EXHIBIT 26** ................................................................ *Dale Clarke 2018 Trial Testimony Excerpts*
**EXHIBIT 27** ..................................................................................................... Trial Ex. 177a
**EXHIBIT 28** ............................................................... *Craig Carroll 2018 Trial Testimony Excerpts*
**EXHIBIT 29** .............................. Trial Ex. 142, slide 25; *Dean Hamilton 2018 Trial Testimony Excerpts*
**EXHIBIT 30** ............................................................ *Clark Wilkinson 2018 Trial Testimony Excerpts*
**EXHIBIT 31** ............................................................ *Richard Dutcher 2018 Trial Testimony Excerpts*