SCOTT KEITH WILSON, I Federal Public Defender (#7347)
BRETTA PIRIE, Assistant Federal Defender (# 10093)
FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Fax: (801) 524-4060

_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | **APPEARANCE OF COUNSEL** |
|---|---|
| Plaintiff, | Case No. 2:17-CR-37 FB |
| v. | |
| CLAUD R. KOERBER, | |
| Defendant. | |

     BRETTA PIRIE, Attorney for the Defendant, hereby enters her appearance as counsel for the Defendant, CLAUD R. KOERBER.

     RESPECTFULLY SUBMITTED this 22nd day of October, 2019.

                                       /s/   ***Bretta Pirie***
                                   Assistant Federal Public Defender