SCOTT KEITH WILSON, Federal Public Defender (#7347)
BRETTA PIRIE, Assistant Federal Defender (# 10093)
FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorney for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Fax: (801) 524-4060

_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CLAUD R. KOERBER, Defendant. | NOTICE OF APPEAL Case No. 2:17-CR-37 FB |

Defendant, Claud R. Koerber, by and through his Attorney Bretta Pirie Assistant Federal Public Defender, and pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, hereby gives notice of his appeal of the final judgment of this court, entered in this action on the 18th day of October, 2019, to the United States Court of Appeals for the Tenth Circuit.

RESPECTFULLY SUBMITTED this 22nd day of October, 2019.

/s/  *Bretta Pirie*
Assistant Federal Public Defender