**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**January 30, 2020**

_____

**Christopher M. Wolpert**
**Clerk of Court**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

CLAUD R. KOERBER,

    Defendant - Appellant.

No. 19-4147
(D.C. No. 2:17-CR-00037-FB-1)
(D. Utah)

_____

**ORDER**
_____

This matter is before the court upon review of the entry of appearance filed by retained counsel for the appellant. The court issues two directives in light of the apparent change of representation for the appellant:

1. The district court shall not transmit a record on appeal to this court at this time.

2. On or before February 6, 2020, the appellant's current appointed counsel must file an appropriate motion in this court regarding the status of continuing its representation of the appellant.

Proceedings in this appeal, including prospectively briefing on the merits, will be tolled pending resolution of the status of the appellant's representation.

                              Entered for the Court
                              CHRISTOPHER M. WOLPERT, Clerk

                              *Lara Smith*
                              by: Lara Smith
                                Counsel to the Clerk